UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2516
Judge Bernian

HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated State and municipal entities,

Plaintiff,

Case No._____

-v-

**Rule 7.1 Statement**

WACHOVIA BANK, N.A., et al.,

Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

HINDS COUNTY, MISSISSIPPI,    ~~(a private non-governmental party)~~

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: March 12, 2008

Signature of Attorney

Attorney Bar Code: (RR-2950)

Form Rule7_1.pdf  SDNY Web 10/2007