UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities,

       Plaintiff,

  v.

WACHOVIA BANK N.A.; AIG FINANCIAL PROUDCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO.; BEAR, STEARNS & CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL INC.;  NATIXIS S.A. F/K/A IXIS CORPORATE AND INVESTMENT BANK; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO, INC.; MORGAN STANLEY; NATIONAL WESTMINSTER BANK PLC; PIPER JAFFRAY & CO.; SOCIÉTÉ GÉNÉRALES SA; UBS AG; XL ASSET FUNDING COMPANY LLC; XL LIFE INSURANCE & ANNUITY, INC.; NATIXIS FUNDING CORP. F/K/A CDC FUNDING CORP.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; BANK OF AMERICA N.A.; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS; K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; PACKERKISS SECURITIES, INC.; CAPITAL MANAGEMENT, INC.; CAIN BROTHERS & CO., LLC; and MORGAN KEEGAN & CO., INC.,

       Defendants.

08 CV 2516 (PAC)

**NOTICE OF APPEARANCE**

---

     PLEASE TAKE NOTICE, that King & Spalding LLP with offices at 1185 Avenue of the Americas, New York, New York 10036, hereby appears as counsel on behalf of defendant Bank of America N.A., in the above captioned action.

`Case 1:08-cv-02516-VM    Document 6    Filed 04/01/2008    Page 2 of 2`

Dated: New York, New York
April 1, 2008

                                       Respectfully submitted,

                                       KING & SPALDING LLP

                                       By: /s/ Richard Marooney
                                              Richard Marooney (RM-0276)
                                              1185 Avenue of the Americas
                                              New York, New York 10036
                                              (212) 556-2100

TO: All Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing NOTICE OF APPEARANCE upon all parties by causing a true and correct copy thereof to be delivered to all counsel of record by filing with the Court's CM/ECF system.

Dated: April 1, 2008
New York, NY

By: /s/ Richard Marooney
Richard Marooney (RM0276)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2100
Fax: (212) 556-2222