UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities,

    Plaintiff,

v.

WACHOVIA BANK N.A.; AIG FINANCIAL PROUDCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO.; BEAR, STEARNS & CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL INC.;  NATIXIS S.A. F/K/A IXIS CORPORATE AND INVESTMENT BANK; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO, INC.; MORGAN STANLEY; NATIONAL WESTMINSTER BANK PLC; PIPER JAFFRAY & CO.; SOCIÉTÉ GÉNÉRALES SA; UBS AG; XL ASSET FUNDING COMPANY LLC; XL LIFE INSURANCE & ANNUITY, INC.; NATIXIS FUNDING CORP. F/K/A CDC FUNDING CORP.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; BANK OF AMERICA N.A.; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS; K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; PACKERKISS SECURITIES, INC.; CAPITAL MANAGEMENT, INC.; CAIN BROTHERS & CO., LLC; and MORGAN KEEGAN & CO., INC.,

    Defendants.

08 CV 2516 (PAC)

**CORPORATE DISCLOSURE STATEMENT**

---

    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Bank of America, N.A. certifies that it is a wholly owned indirect subsidiary of Bank of America Corporation.  Bank of America, N.A.'s direct parent company is NB Holdings Corporation, which in turn is 100% owned by Bank of America Corporation.  Bank of America Corporation is the only publicly-held company that owns 10% or more of Bank of America, N.A.'s stock.

Dated:  New York, New York
April 1, 2008

                                                                Respectfully submitted,

                                                                KING & SPALDING LLP

                                        By: /s/ Richard Marooney
                                               Richard Marooney (RM-0276)
                                               1185 Avenue of the Americas
                                               New York, New York 10036
                                               (212) 556-2100


TO:  All Counsel of Record

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this day served the foregoing CORPORATE DISCLOSURE STATEMENT upon all parties by causing a true and correct copy thereof to be delivered to all counsel of record by filing with the Court's CM/ECF system.


Dated: April 1, 2008
   New York, NY


                By:  /s/ Richard Marooney
                    Richard Marooney (RM-0276)
                    King & Spalding LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Phone: (212) 556-2100
                    Fax: (212) 556-2222