UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: 
HINDS COUNTY, MISSISSIPPI on behalf of itself and : 
all other similarly situated State and municipal entities, : Index No. 08 CV 2516 (LTS)
: (ECF CASE)
Plaintiff, : 
: 
- against - : 
: **NOTICE OF APPEARANCE**
: 
WACHOVIA BANK N.A.; AIG FINANCIAL : 
PRODUCTS CORP.; AIG SUNAMERICA LIFE : 
ASSURANCE CO.; BEAR, STEARNS & CO., INC.; : 
FINANCIAL SECURITY ASSURANCE HOLDINGS, : 
LTD.; FINANCIAL SECURITY ASSURANCE, INC.; : 
FINANCIAL GUARANTY INSURANCE COMPANY; : 
GE FUNDING CAPITAL MARKET SERVICES, INC.; : 
TRINITY FUNDING CO., LLC; GENWORTH : 
FINANCIAL INC.; NATIXIS S.A. F/K/A IXIS : 
CORPORATE AND INVESTMENT BANK; JP : 
MORGAN CHASE & CO.; LEHMAN BROTHERS : 
INC.; MERRILL LYNCH & CO, INC.; MORGAN : 
STANLEY; NATIONAL WESTMINSTER BANK PLC; : 
PIPER JAFFRAY & CO.; SOCIETE GENERALES SA; : 
UBS AG; XL ASSET FUNDING COMPANY LLC; XL : 
LIFE INSURANCE & ANNUITY, INC.; NATIXIS : 
FUNDING CORP. F/K/A CDC FUNDING CORP.; : 
INVESTMENT MANAGEMENT ADVISORY GROUP, : 
INC.; BANK OF AMERICA N.A.; CDR FINANCIAL : 
PRODUCTS; FELD WINTERS FINANCIAL LLC; : 
WINTERS & CO. ADVISORS; K. BAUM & CO.; : 
KINSELL NEWCOMB & DE DIOS INC.; : 
PACKERKISS SECURITIES, INC.; CAPITAL : 
MANAGEMENT, INC.; CAIN BROTHERS & CO., : 
LLC; and MORGAN KEEGAN & CO., INC., : 
: 
Defendants. : 
: 
------------------------------------------------------------------------x

PLEASE TAKE NOTICE that Stephen T. Heiser of the law firm Arkin Kaplan Rice LLP hereby appears in this action as counsel for Defendant Cain Brothers & Co., LLC and requests

1

that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:   New York, New York
         April 4, 2008

ARKIN KAPLAN RICE LLP

/s/ Stephen Heiser
Stephen T. Heiser (SH 6299)
Email: sheiser@arkin-law.com
590 Madison Avenue, 35th Fl.
New York, New York
tel: (212) 333-0200
fax: (212) 333-02350

*Attorneys for Defendant Cain Brothers & Co., LLC*

2