UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
HINDS COUNTY, MISSISSIPPI on behalf of itself and :
all other similarly situated State and municipal entities, : Index No. 08 CV 2516 (LTS)
: (ECF CASE)
Plaintiff, :
:
- against - : **NOTICE OF APPEARANCE**
:
WACHOVIA BANK N.A.; AIG FINANCIAL :
PRODUCTS CORP.; AIG SUNAMERICA LIFE :
ASSURANCE CO.; BEAR, STEARNS & CO., INC.; :
FINANCIAL SECURITY ASSURANCE HOLDINGS, :
LTD.; FINANCIAL SECURITY ASSURANCE, INC.; :
FINANCIAL GUARANTY INSURANCE COMPANY; :
GE FUNDING CAPITAL MARKET SERVICES, INC.; :
TRINITY FUNDING CO., LLC; GENWORTH :
FINANCIAL INC.; NATIXIS S.A. F/K/A IXIS :
CORPORATE AND INVESTMENT BANK; JP :
MORGAN CHASE & CO.; LEHMAN BROTHERS :
INC.; MERRILL LYNCH & CO, INC.; MORGAN :
STANLEY; NATIONAL WESTMINSTER BANK PLC; :
PIPER JAFFRAY & CO.; SOCIETE GENERALES SA; :
UBS AG; XL ASSET FUNDING COMPANY LLC; XL :
LIFE INSURANCE & ANNUITY, INC.; NATIXIS :
FUNDING CORP. F/K/A CDC FUNDING CORP.; :
INVESTMENT MANAGEMENT ADVISORY GROUP, :
INC.; BANK OF AMERICA N.A.; CDR FINANCIAL :
PRODUCTS; FELD WINTERS FINANCIAL LLC; :
WINTERS & CO. ADVISORS; K. BAUM & CO.; :
KINSELL NEWCOMB & DE DIOS INC.; :
PACKERKISS SECURITIES, INC.; CAPITAL :
MANAGEMENT, INC.; CAIN BROTHERS & CO., :
LLC; and MORGAN KEEGAN & CO., INC., :
:
Defendants. :
:
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Lisa C. Solbakken of the law firm Arkin Kaplan Rice LLP

hereby appears in this action as counsel for Defendant Cain Brothers & Co., LLC and requests

1

that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:  New York, New York
        April 4, 2008

                              ARKIN KAPLAN RICE LLP


                              /s/ Lisa Solbakken
                              Lisa C. Solbakken (LS 8910)
                              Email: lsolbakken@arkin-law.com
                              590 Madison Avenue, 35th Fl.
                              New York, New York
                              tel: (212) 333-0200
                              fax: (212) 333-02350

                              *Attorneys for Defendant Cain Brothers & Co., LLC*