UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>     Plaintiff,<br><br>v.<br><br>WACHOVIA BANK N.A. *et al.*,<br><br>     Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-02516 (LTS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Simpson Thacher & Bartlett LLP, with offices at 425 Lexington Avenue, New York, New York 10017, hereby appears as counsel on behalf of Defendant JPMorgan Chase & Co., in the above captioned action.

Date: New York, New York
   April 8, 2008

            SIMPSON THACHER & BARTLETT LLP

            By /s/ Joseph Wayland
              Joseph Wayland
              425 Lexington Avenue
              New York, New York 10017
              (212) 455-2000
              jwayland@stblaw.com

            *Attorneys for Defendant JPMorgan Chase & Co.*