UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>     Plaintiff,<br><br>v.<br><br>WACHOVIA BANK N.A. et al.,<br><br>     Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-02516 (LTS) |

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant JPMorgan Chase & Co. certifies as follows:

  JPMorgan Chase & Co. is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

Dated: New York, New York
   April 8, 2008

         SIMPSON THACHER & BARTLETT LLP

        By /s/ Joseph Wayland
         Joseph Wayland
         425 Lexington Avenue
         New York, New York 10017
         (212) 455-2000
         jwayland@stblaw.com

        *Attorneys for Defendant JPMorgan Chase & Co.*