UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>      Plaintiff,<br><br>v.<br><br>WACHOVIA BANK N.A. *et al.*,<br><br>      Defendants. | <u>Via ECF</u><br><br>Civil Action No.<br>1:08-cv-02516 (LTS) |

**CERTIFICATE OF SERVICE**

  I, Steven Metro, hereby certify that on this 8th day of April, 2008, served by first class mail, postage prepaid, a true and correct copy of Defendant JPMorgan Chase & Co.'s Notice of Appearance, Corporate Disclosure Statement and Stipulation to the parties on the attached service list.

               SIMPSON THACHER & BARTLETT LLP

               By _____
               Steven Metro
               425 Lexington Avenue
               New York, New York 10017
               (212) 455-2000
               smetro@stblaw.com

Hinds County, Mississippi v. Wachovia Bank N.A. et al
SERVICE LIST

| Attorney/Firm | Represents Defendant(s) |
|---|---|
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | AIG Financial Products Corp.<br>AIG Sunamerica Life Assurance Co. |
| Richard T. Marooney, Jr<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Bank of America N.A. |
| Ben Duke<br>Nancy Kastenbaum<br>Anna Lumelsky<br>Aaron Marcu<br>Kimberly Zelnick<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br><br>Robert D. Wick<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br><br>Anita Stork<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356 | Bear Stearns & Co., Inc. |
| Stephen Thomas Heiser<br>Howard Jay Kaplan<br>Lisa Christine Solbakken<br>ARKIN KAPLAN RICE LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | Cain Brothers & Co., LLC |
| Richard W. Beckler<br>Joseph Walker<br>HOWREY LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br><br>Amory Donelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | CDR Financial Products |

Hinds County, Mississippi v. Wachovia Bank N.A. et al
SERVICE LIST

| Attorney/Firm | Represented Party(s) |
|---|---|
| No Counsel of Record | Feld Winters Financial LLC<br>15260 Ventura Blvd.<br>Suite 2220<br>Sherman Oaks, CA 91403 |
| No Counsel of Record | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 |
| Joseph Bial<br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC 20004 | Financial Security Assurance Holdings, Ltd.; |
| Brian E. Robison<br>VINSON & ELKINS LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | First Southwest Co. |
| No Counsel of Record | GE Funding Capital Market Services, Inc.<br>335 Madison Avenue, 11th Floor<br>New York, NY 1001 7 |
| Neil K. Gilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC 20006 | Genworth Financial Inc. |
| No Counsel of Record | George K. Baum & Co.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 |
| Roland G. Riopelle<br>SERCARZ & RIOPELLE, LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 24th Floor<br>New York, NY 10019 | Hinds County, Mississippi |
| No Counsel of Record | Investment Management Advisory Group, Inc.<br>886 Vaughn Road<br>Pottstown, PA 19465 |
| No Counsel of Record | Kinsell Newcomb & De Dios, Inc.<br>2776 Gateway Road<br>Carlsbad, CA 92009 |

Hinds County, Mississippi v. Wachovia Bank N.A. et al
SERVICE LIST

| Attorney/Firm | Represented Party(s) |
|---|---|
| No Counsel of Record | Lehman Brothers, Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| No Counsel of Record | Merrill Lynch & Co.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 |
| No Counsel of Record | Morgan Keegan & Co., Inc.<br>50 North Front Street<br>Memphis, TN 38103 |
| Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br><br>Colleen Mahoney<br>Quattrone, Robyn<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005 | Morgan Stanley |
| No Counsel of Record | National Westminster Bank PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England |
| Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>Howard J. Rubin<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY 10019 | Natixis Funding Corp.<br>Natixis S.A. |
| No Counsel of Record | Packerkiss Securities, Inc.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL 33444 |
| No Counsel of Record | Piper Jaffray & Co.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 |

Hinds County, Mississippi v. Wachovia Bank N.A. et al
SERVICE LIST

| Attorney/Firm | Represented Party(s) |
|---|---|
| Daniel Kaplan<br>PERRY, GUTHERY, HAASE & GESSFORD P.C., LLO<br>233 South 13th Street, Suite 1400<br>Lincoln, Nebraska 68508 | Shockley Financial Corp |
| Mathew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br><br>Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | Societe Generale SA |
| John Lundquist<br>Nicole Moen<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | Sound Capital Management, Inc. |
| David Eggert<br>Jon Nathan<br>Laura Taylor<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | Trinity Funding Co., LLC |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY<br>725 12th Street, NW<br>Washington, DC 20005 | UBS AG |

Hinds County, Mississippi v. Wachovia Bank N.A. et al
SERVICE LIST

| Attorney/Firm | Represented Party(ies) |
|---|---|
| Julia Jordan<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-5805<br><br>David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | Wachovia Bank N.A. |
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM,<br>DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | Winters & Co. Advisors, LLC |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, NY 10005-1702 | XL Asset Funding Company LLC<br>XL Life Insurance & Annuity, Inc. |