UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities, | : 08 CV 2516 (LTS) |
| | : NOTICE OF MOTION |
| -against- | : |
| WACHOVIA BANK, N.A., <u>et al.</u> | : |

------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed Declaration of ROLAND G. RIOPELLE, dated April 7, 2008, the Plaintiff, Hinds County, Mississippi will move this Court, before the Honorable Laura Taylor Swain, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on April 23, 2008 at 9:30 a.m. or as soon thereafter as the matter can be heard, for an Order permitting attorney Precious Martin Senior to appear *pro hac vice* on behalf of the Plaintiff.

Dated:    New York, New York
          April 7, 2008

                                          Yours, etc.

                                          _____
                                          ROLAND G. RIOPELLE
                                          (RR 2950)
                                          Sercarz & Riopelle, LLP
                                          152 West 57th Street, 24th Floor
                                          New York, New York 10019
                                          (212) 586-4900
                                          *Attorneys for Defendants*

TO:    ALL DEFENDANTS ON ATTACHED LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities, | : | 08 CV 2516 (LTS) |
| | : | <u>DECLARATION OF ROLAND G. RIOPELLE</u> |
| -against- | : | |
| WACHOVIA BANK, N.A., <u>et al.</u> | : | |

------------------------------------------------------------------X

ROLAND G. RIOPELLE declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am local counsel for the Plaintiff, Hinds County, Mississippi, in this matter. I am a member in good standing of the Bar of the Southern District of New York, and I submit this Declaration in support of the Plaintiff's application for an Order permitting Precious Martin Senior, Esq. of the firm of Precious Martin, Sr. & Associates, PLLC to appear *pro hac vice* in this action.

2. In this case, Precious Martin Senior, Esq. and his firm will appear as lead counsel, with myself and my firm serving as local counsel. My contact information is as follows: Sercarz & Riopelle, L.L.P., 152 W. 57th St., Suite 24C, New York, NY 10019, 212-586-4900.

3. Precious Martin, Sr. is licensed to practice in the Mississippi, and has the following contact information: Precious Martin, Sr. & Associates, PLLC, 821 North Congress Street, Jackson, Mississippi 39202. The telephone number for Mr. Martin's firm is (601) 944-1447 and the fax number is (601) 944-1448. Mr. Martin is an active member in good standing of the State Bar of Mississippi and is admitted to practice in the United States District Court for the Northern District of Mississippi, the United States District Court for

the Southern District of Mississippi and the Fifth Circuit Court of Appeals. Attached hereto as Exhibit "A" is a Certificate of Good Standing issued by the Mississippi Bar to Mr. Martin, which indicates that his fitness to practice law has never been challenged since his admission to the Mississippi Bar in 1997. Based on my own dealings with Mr. Martin in connection with the drafting and filing of the complaint in this action, I believe Mr. Martin to be of high moral character.

4. Mr. Martin has agreed to comply with the local rules of the United States District Court for the Southern District of New York, in connection with his appearance in this action.

5. I believe that Precious Martin Sr., Esq. is a reputable attorney and that his participation in this case is important to the prosecution of the Plaintiff's claims. This is so because Mr. Martin is located in Hinds County, Mississippi, and is intimately familiar with its dealings and claims as detailed in the Complaint herein. Indeed, Hinds County, Mississippi has specifically engaged Mr. Martin and his firm to act as lead counsel in this case. Mr. Martin's admission to practice *pro hac vice* in this matter is essential to permit him to adequately represent the Plaintiff herein.

WHEREFORE, it is respectfully requested that the Court enter an Order permitting attorney Precious Martin, Senior to appear *pro hac vice* on behalf of the Plaintiff in this case.

Dated:   New York, New York
         April 7, 2008

*/s/ Roland G. Riopelle*
ROLAND G. RIOPELLE

2



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Precious Tyrone Martin,** Identification number **(10619)** was admitted to practice law on **September 30, 1997**, and has not been the subject of any public disciplinary actions. The attorney named has never had fitness to practice law challenged.

*Kathy Bass* (signature)
Kathy Bass
Membership Records Administrator

Date :    04/01/2008

Official Seal of the
Mississippi Bar

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE dated April 8, 2008 was sent by first-class mail to:

SEE ATTACHED SERVICE LIST

VANIA PACHECO

**ATTORNEY SERVICE LIST**

| | | |
|---|---|---|
| AIG Financial Products<br>50 Danbury Road<br>Wilton, CT 06897 | AIG SunAmerica Life<br>1 SunAmerica Center<br>Los Angeles, CA 90067-6022 | Robert Hotz, Esq.<br>Akin Gump Strauss Hauer & Feld<br>590 Madison Avenue<br>New York, NY 10022 |
| Joseph Sorkin, Esq.<br>Akin Gump Strauss Hauer & Feld<br>590 Madison Avenue<br>New York, NY 10022 | Richard Zabel, Esq.<br>Akin Gump Strauss Hauer & Feld<br>590 Madison Avenue<br>New York, NY 10022 | Robert A. Alessi, Esq.<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005-1702 |
| Bear Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY 10179 | Aaron R. Marcu, Esq.<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405 | Ben Duke, Esq.<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405 |
| Anita Stork, Esq.<br>Covington & Bruling LLP<br>One Front Street<br>San Francisco, CA 94111 | Richard W. Beckler, Esq.<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2402 | Amory Donnelly<br>Howery LLP<br>153 W. 53rd Street, 54th Fl.<br>New York, NY 10022 |
| Cain Brothers & Co. LLC<br>360 Madison Avenue 5th Fl.<br>New York, NY 10017 | Joel Davidow, Esq.<br>Kile Goekjian Reed & McManus<br>1200 New Hampshire Avenue NW<br>Washington DC 20036 | Armand Derfner, Esq.<br>Derfner Altman & Wilborn<br>40 Calhoun Street, Ste. 410<br>Charleston SC 29401 |
| Feld Winters Financial<br>15260 Ventura Boulevard, Ste. 2220<br>Sherman Oaks, CA 91403 | Financial Guaranty<br>125 Park Avenue<br>New York, NY 10017 | Financial Security<br>31 West 52nd Street<br>New York, NY 10019 |
| Charles F. Rule, Esq.<br>Cadwalader Wickersham & Taft<br>1201 F Street, NW<br>Washington DC 20004 | Joseph J. Bial Esq.<br>Cadwalader Wickersham & Taft<br>1201 F Street, NW<br>Washington DC 20004 | Gregory A. Markel, Esq.<br>Cadwalader Wickersham & Taft<br>One World Financial Center<br>New York, NY 10281 |
| George K. Baum & Co.<br>4801 Main Street, Ste. 500<br>Kansas City, MO 64112 | Neil K. Gilman, Esq.<br>Hunton & Williams LLP<br>1900 K Street NW,<br>Washington, DC 20006 | Michael D. Hausfeld, Esq.<br>Cohen Milstein Hausfeld & Toll PLLC<br>1100 New York Avenue, SW<br>West Tower, Ste.500<br>Washington DC 20005-3964 |
| Investment Management<br>886 Vaughn Road<br>Pottstown, PA 19465 | William A. Isaacson, Esq.<br>Boies Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW<br>Washington, DC 20015 | Kinsell Newcomb & DeDios<br>2776 Gateway Road<br>Carlsbad, CA 92009 |

| | | |
|---|---|---|
| Lehman Brother Inc.<br>745 Seventh Avenue<br>New York, NY 10019 | MGIC<br>250 East Kilbourn Avenue<br>Milwaukee, WI 53202 | Merrill Lynch & Co.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 |
| Morgan Keegan & Co, Inc.<br>50 North Front Street<br>Memphis, TN 38103 | Morgan Stanley<br>1585 Broadway<br>New York, NY 10036 | Paul M. Eckles Esq.<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036 |
| Shep Goldfein Esq.<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036 | Robyn Quattrone, Esq.<br>Skadden Arps Slate Meagher & Flom<br>1440 New York Avenue, NW<br>Washington DC 20005 | National Westminster Bank<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England    *Via Air Mail* |
| Natixis, SA<br>45 rue Saint Dominique<br>75007 Paris, France<br>*VIA AIR MAIL* | Peggy Chen Esq.<br>Davis & Gilbert<br>1740 Broadway<br>New York, NY 10019 | Paul Corcoran Esq.<br>Davis & Gilbert<br>1740 Broadway<br>New York, NY 10019 |
| PackerKiss Securities<br>15 North East Fourth Street, Ste. A<br>Delray Beach, FL 33444 | Piper Jaffray & Co.<br>800 Nicollet Mall, Ste. 800<br>Minneapolis, MN 55402-7020 | Thomas C. Rice Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 |
| John Briody Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Peter Thomas, Esq.<br>Simpson Thacher & Bartlett LLP<br>601 Pennsylvania Avenue, 10th Fl.<br>North Building NW<br>Washington DC 20004 | Brian E. Robison, Esq.<br>Vinson & Elkins LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 |
| Howard J. Rubin, Esq.<br>David & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019 | Security Capital<br>26 Reid Street, 4th Fl.<br>Hamilton, HM 11, Bermuda<br>*VIA AIR MAIL* | Shockley Financial Corp<br>2229 South Joliet Way<br>Aurora, CO 80014 |
| Daniel Kaplan Esq.<br>Perry Guthery Haase & Gessford<br>233 South 13th Street, Ste. 1400<br>Lincoln, Nebraska 68508 | Societe Generale SA<br>29 Boulevard Haussmann<br>75009 Paris, France<br>*VIA AIR MAIL* | Matthew Ingber Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| Paula Garrett Lin Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 | Jay Tharp Esq.<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | Sound Capital Management<br>6400 Flying Cloud Drive, Ste. 210<br>Eden Prairie MN 55344 |
| Nicole M. Moen, Esq.<br>Fredrikson & Byron PA<br>200 South Sixth Street, Ste. 4000<br>Minneapolis, Minnesota 55402 | John W. Lundquist, Esq.<br>Fredrikson & Byron PA<br>200 South Sixth Street, Ste. 4000<br>Minneapolis, Minnesota 55402 | Kevin R. Sullivan, Esq.<br>King & Spalding LLP<br>1700 Pennsylvania Ave. NW, Ste.200<br>Washington DC 20006-2706 |

Christopher Wray Esq.
King & Spalding LLP
1700 Pennsylvania Ave. NW, Ste.200
Washington DC 20006-2706

Jon Fetterolf, Esq.
Williams & Connolly
725 12th Street, NW
Washington DC 20005

Julia Jordan Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, NW
Washington DC 20006

Craig Stewart, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Mark Masters, Esq.
Bird Marella Boxer Wolpert Nessim
Drooks & Licenberg PC
1875 Century Park East, 23rd Fl.
Los Angeles, CA 90067

Floyd Newton Esq.
King & Spalding LLP
1180 Peachtreet Street, NE
Atlanta GA 30309

Steven Kuney, Esq.
Williams & Connolly
725 12th Street, NW
Washington DC 20005

Karen Seymour Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Winters & Co. Advisors
11845 West Olympic Boulevard
Ste. 540
Los Angeles, CA 90064

Christopher Hall Esq.
Saul Ewing LLP
1500 Market Street, 38th Fl.
Philadelphia, PA 19102

USB AG
Bahnhofstrasse 45
CH-8098
Zurich, Switzerland    *VIA AIRMAIL*

Wachovia Bank NA
301 South College St., Ste. 400
Charlotte, NC 28288-0013

Douglas Wald, Esq.
Arnold & Porter LLP
555 12th Street, NW
Washington DC 20004-1206

Gary Licenberg, Esq.
Bird Marella Boxer Wolpert Nessim
Drooks & Licenberg PC
1875 Century Park East, 23rd Fl.
Los Angeles, CA 90067

Ritter Willis, Esq.
Saul Ewing LLP
2600 Virginia Avenue, NW, Ste.1000
Washington DC 20037

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities,

    Plaintiff,

v.

WACHOVIA BANK N.A., *et. al.*,

    Defendants.

---

Civil Action No.

08 CV 2516 (LTS)

**NOTICE OF MOTION AND DECLARATION**

SERCARZ & RIOPELLE, LLP
152 W. 57th Street, Suite 24C
New York, NY 10019
(212) 586-4900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities, | : | 08 CV 2516 (LTS) |
| | : | <u>ORDER</u> |
| -against- | : | |
| WACHOVIA BANK, N.A., <u>et al.</u> | : | |

------------------------------------------------------------------X

The Plaintiff, Hinds County, Mississippi, having moved the Court for an Order permitting Precious Martin, Sr., Esq. to appear on behalf of the plaintiff in this case *pro hac vice*, and the Court having considered the arguments of counsel and the papers filed in support of the motion, and good cause appearing to grant the motion,

IT IS HEREBY ORDERED that attorney Precious Martin, Sr. is permitted to appear *pro hac vice* in this case.

SIGNED this ___ day of April, 2008.

_____
HON. LAURA TAYLOR SWAIN
U. S. D. J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA BANK N.A., *et. al.*,<br><br>　　　　　Defendants. | Civil Action No.<br><br>08 CV 2516 (LTS)<br><br><br>ORDER |

SERCARZ & RIOPELLE, LLP
152 W. 57th Street, Suite 24C
New York, NY 10019
(212) 586-4900

*Attorneys for Plaintiff*