Sworn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

HINDS COUNTY, MISSISSIPPI, etc.,       :

                Plaintiff,        :    08 Civ. 2516 (LTS)

                                  :    **STIPULATION AND ORDER**
– against –                             :    **CONCERNING RESPONSES**
                                  :    **TO THE COMPLAINT**

WACHOVIA BANK N.A. et al.,              :

                Defendants.       :

- - - - - - - - - - - - - - - - - - - - x

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: APR 10 2008

      WHEREAS, plaintiff's efforts to effectuate service of process on all defendants are continuing and are not yet completed; and,

      WHEREAS, a motion under 28 U.S.C. § 1407 has been filed with the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize similar actions for coordinated pretrial proceedings in the United States District Court for the District of Columbia, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950; and,

      WHEREAS, for efficiency's sake, briefing on pre-answer motions to dismiss in this action should not be scheduled until plaintiff has had additional time to effect service, the JPML has determined which court will hear the action, and any consolidated complaint has been filed; and,

      WHEREAS, although the consent of defendants other than JPMorgan Chase & Co. is not required because no defendant's position is compromised by this Stipulation, counsel for JPMorgan Chase & Co. can nevertheless report that identified

counsel for the other defendants have been canvassed and all support the Court's approval of this stipulation,

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to any defense of JPMorgan Chase & Co. or any other defendant to this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and defendant JPMorgan Chase & Co., subject to the approval of the Court, as follows:

1. No defendant need respond to the complaint in this action before the 60th day after the Judicial Panel on Multidistrict Litigation has decided both the centralization motion pending in its Docket No. 1950, *In re Municipal Derivatives Antitrust Litigation*, and plaintiff has filed a consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint);

2. No defense of defendant JPMorgan Chase & Co. or any other defendant to this action is prejudiced or waived by its submission of this Stipulation; and

3. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

Dated: April __, 2008

                              Roland G. Riopelle
                                *rriopelle@sercarzandriopelle.com*
                              SERCARZ & RIOPELLE, LLP
                              Carnegie Hall Tower
                              152 W. 57th St., 24th Fl.
                              New York, N.Y. 10019
                              (212) 586-4900

                              Precious T. Martin, Sr.
                                *pmartin@ptmandassoc.com*
                              PRECIOUS MARTIN SENIOR
                                  & ASSOCIATES PLLC
                              821 N. Congress St. (physical zip 39201)
                              P.O. Box 373
                              Jackson, Miss. 39205
                              (601) 944-1447

                              *Attorneys for plaintiff*


                              Joseph F. Wayland
                              *jwayland@stblaw.com*
                              SIMPSON THACHER & BARTLETT LLP
                              425 Lexington Ave.
                              New York, N.Y. 10017
                              (212) 455-2000

                              *Attorneys for defendant JPMorgan Chase*
                                  *& Co.*

Dated: April __7__, 2008

_____
Roland G. Riopelle
 rriopelle@sercarzandriopelle.com
SERCARZ & RIOPELLE, LLP
Carnegie Hall Tower
152 W. 57th St., 24th Fl.
New York, N.Y. 10019
(212) 586-4900

Precious T. Martin, Sr.
 pmartin@ptmandassoc.com
PRECIOUS MARTIN SENIOR
 & ASSOCIATES PLLC
821 N. Congress St. (physical zip 39201)
P.O. Box 373
Jackson, Miss. 39205
(601) 944-1447

*Attorneys for plaintiff*


_____
Joseph F. Wayland
 jwayland@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, N.Y. 10017
(212) 455-2000

*Attorneys for defendant JPMorgan Chase
 & Co.*

3

SO ORDERED, at New York, N.Y.,

April  10 , 2008:

_____
Hon. LAURA TAYLOR SWAIN
United States District Judge