## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-02516 (LTS) |
| ) | |
| WACHOVIA BANK N.A., *et al.* ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alden L. Atkins, a member of the bar of this Court, hereby enters his appearance as counsel for Defendant First Southwest Company. First Southwest Company does not waive any of its defenses in this action, including defenses and objections based on personal jurisdiction and lack of proper service of process.

Respectfully submitted,

  /s/ Alden L. Atkins
Alden L. Atkins (AA-7134)
Vinson & Elkins L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004-1008
Telephone: (202) 639-6613
Facsimile: (202) 639-6604

*Counsel for Defendant*
 *First Southwest Company*

April 15, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served via first-class U.S. mail, postage prepaid, on:

| | |
|---|---|
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY  10022-2524 | **AIG FINANCIAL PRODUCTS CORP.**<br><br>**AIG SUNAMERICA LIFE ASSURANCE CO.** |
| Richard T. Marooney, Jr.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036 | **BANK OF AMERICA N.A.** |
| Anita Stork<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA  94111-5356<br><br>Ben Duke<br>Nancy Kastenbaum<br>Anna Lumelsky<br>Aaron Marcu<br>Kimberly Zelnick<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405<br><br>Robert D. Wick<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401 | **BEAR, STEARNS & CO., INC.** |

| | |
|---|---|
| Howard J. Kaplan<br>Lisa C. Solbakken<br>Stephen T. Heiser<br>ARKIN KAPLAN RICE LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY  10022 | **CAIN BROTHERS & CO., LLC** |
| Amory Donelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY  10022<br><br>Richard W. Beckler<br>Joseph Walker<br>HOWREY LLP<br>1299 Pennsylvania Avenue,  NW<br>Washington, DC  20004 | **CDR FINANCIAL PRODUCTS** |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA  91403 | **FELD WINTERS FINANCIAL, LLC**<br><br>No Counsel of Record |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>125 Park Avenue<br>New York, NY  10017 | **FINANCIAL GUARANTY INSURANCE COMPANY**<br><br>No Counsel of Record |
| Joseph Bial<br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC  20004 | **FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.** |
| GE FUNDING CAPITAL MARKET SERVICES, INC.<br>335 Madison Avenue, 11th Floor<br>New York, NY  10017 | **GE FUNDING CAPITAL MARKET SERVICES, INC.**<br><br>No Counsel of Record |
| Neil K. Oilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC  20006 | **GENWORTH FINANCIAL INC.** |

| | |
|---|---|
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO  64112 | **GEORGE K. BAUM & CO.**<br><br>No Counsel of Record |
| Roland G. Riopelle<br>SERCARZ & RIOPELLE LLP<br>152 West 57th Street<br>Suite 24C<br>New York, NY  10019 | **HINDS COUNTY, MISSISSIPPI** |
| INVESTMENT MANAGEMENT ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA  19465 | **INVESTMENT MANAGEMENT ADVISORY GROUP, INC.**<br><br>No Counsel of Record |
| Peter C. Thomas<br>SIMPSON THACHER & BARTLETT, LLP<br>601 Pennsylvania Avenue, NW<br>North Building<br>Washington, DC  20004 | **JP MORGAN CHASE & CO.** |
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA  92009 | **KINSELL NEWCOMB & DE DIOS, INC.**<br><br>No Counsel of Record |
| Moses Silverman<br>Allon Lifshitz<br>Michael E. Gertzman<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | **LEHMAN BROTHERS, INC.** |
| MERRILL LYNCH & CO., INC.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY  10080 | **MERRILL LYNCH & CO., INC.**<br><br>No Counsel of Record |
| Joseph D. Edmondson<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC  20007 | **MORGAN KEEGAN & CO., INC.** |

| | |
|---|---|
| Colleen Mahoney<br>Robyn Quattrone<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM, LLC<br>1440 New York Avenue, NW<br>Washington, DC  20005<br><br>Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM, LLC<br>Four Times Square<br>New York, NY  10036 | **MORGAN STANLEY** |
| NATIONAL WESTMINSTER BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | **NATIONAL WESTMINSTER BANK PLC**<br><br>No Counsel of Record |
| Howard J. Rubin<br>Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY  10019 | **NATIXIS S.A.**<br><br>**NATIXIS FUNDING CORP.** |
| Burton W. Wiand<br>FOWLER WHITE BOGGS BANKER P.A.<br>501 East Kennedy Boulevard<br>Suite 1700<br>Tampa, FL  33602 | **PACKERKISS SECURITIES, INC.** |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN  55402-7020 | **PIPER JAFFRAY & CO.**<br><br>No Counsel of Record |
| Daniel Kaplan<br>PERRY, GUTHERY, HAASE<br> & GESSFORD P.C., LLO<br>233 South 13th Street<br>Suite 1400<br>Lincoln, NE  68508 | **SHOCKLEY FINANCIAL CORP.** |

| | |
|---|---|
| Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br><br>Matthew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019 | **SOCIETE GENERALE SA** |
| John Lundquist<br>Nicole Moen<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402 | **SOUND CAPITAL MANAGEMENT, INC.** |
| Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022-4690<br><br>David Eggert<br>Jon Nathan<br>Laura Taylor<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206 | **TRINITY FUNDING CO., LLC** |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, NW<br>Washington, DC  20005 | **UBS AG** |

| | |
|---|---|
| David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004-2498<br><br>Julia Jordan<br>Margaret K. Pfeiffer<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006-5805 | **WACHOVIA BANK, N.A.** |
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA  90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, NY  10005-1702 | **XL ASSET FUNDING COMPANY LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |

                                                      /s/  Alden L. Atkins
                                                      Alden L. Atkins