**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| HINDS COUNTY, MISSISSIPPI, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-02516 (LTS) |
| | ) | |
| WACHOVIA BANK N.A., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant First Southwest Company ("FSC"), certifies the following:

FSC, a privately-held corporation, is a wholly-owned subsidiary of First Southwest Holdings, Inc.

FSC has two subsidiaries: First Southwest Company of Texas, Inc., which is wholly-owned by FSC; and First Southwest CDE, LLC, which is owned fifty percent by First Southwest Holdings, Inc. and fifty percent by FSC.

Additionally, FSC is affiliated with the following entities:  First Southwest Asset Management, Inc., First Southwest Leasing Company, FSC Asset Administrator, LLC, First Southwest Capital Investments, Inc., FSC 2005-A, LLC[1] and First Southwest Realty Advisors, Inc.  Each affiliated entity is wholly-owned by First Southwest Holdings, Inc.

Respectfully submitted,


/s/ Alden L. Atkins
Alden L. Atkins (AA-7134)
Vinson & Elkins L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004-1008
Telephone:  (202) 639-6613
Facsimile:  (202) 639-6604

*Counsel for Defendant*
 *First Southwest Company*

April 15, 2008

---

[1]   FSC 2005-A, LLC is the sole member of PUT 2005-A P, LLC.  Additionally, FSC 2005-A, LLC is the Limited Partner of PUT 2005-A, LP and PUT 2005-A GP, LLC is the General Partner.  Finally, PUT 2005-A, LP is the sole member of Legal Fee Note Issuer 2005-A, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served via first-class U.S. mail, postage prepaid, on:

| | |
|---|---|
| Robert Hotz<br>Joseph Sorkin<br>Richard Zabel<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | **AIG FINANCIAL PRODUCTS CORP.**<br><br>**AIG SUNAMERICA LIFE ASSURANCE CO.** |
| Richard T. Marooney, Jr.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | **BANK OF AMERICA N.A.** |
| Anita Stork<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br><br>Ben Duke<br>Nancy Kastenbaum<br>Anna Lumelsky<br>Aaron Marcu<br>Kimberly Zelnick<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br><br>Robert D. Wick<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401 | **BEAR, STEARNS & CO., INC.** |

| | |
|---|---|
| Howard J. Kaplan<br>Lisa C. Solbakken<br>Stephen T. Heiser<br>ARKIN KAPLAN RICE LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY  10022 | **CAIN BROTHERS & CO., LLC** |
| Amory Donelly<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY  10022<br><br>Richard W. Beckler<br>Joseph Walker<br>HOWREY LLP<br>1299 Pennsylvania Avenue,  NW<br>Washington, DC  20004 | **CDR FINANCIAL PRODUCTS** |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA  91403 | **FELD WINTERS FINANCIAL, LLC**<br><br>No Counsel of Record |
| FINANCIAL GUARANTY INSURANCE<br>COMPANY<br>125 Park Avenue<br>New York, NY  10017 | **FINANCIAL GUARANTY<br>INSURANCE COMPANY**<br><br>No Counsel of Record |
| Joseph Bial<br>CADWALADER WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC  20004 | **FINANCIAL SECURITY<br>ASSURANCE HOLDINGS, LTD.** |
| GE FUNDING CAPITAL MARKET<br>SERVICES, INC.<br>335 Madison Avenue, 11th Floor<br>New York, NY  10017 | **GE FUNDING CAPITAL MARKET<br>SERVICES, INC.**<br><br>No Counsel of Record |
| Neil K. Oilman<br>R. Hewitt Pate<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC  20006 | **GENWORTH FINANCIAL INC.** |

| | |
|---|---|
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO  64112 | **GEORGE K. BAUM & CO.**<br><br>No Counsel of Record |
| Roland G. Riopelle<br>SERCARZ & RIOPELLE LLP<br>152 West 57th Street<br>Suite 24C<br>New York, NY  10019 | **HINDS COUNTY, MISSISSIPPI** |
| INVESTMENT MANAGEMENT ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA  19465 | **INVESTMENT MANAGEMENT ADVISORY GROUP, INC.**<br><br>No Counsel of Record |
| Peter C. Thomas<br>SIMPSON THACHER & BARTLETT, LLP<br>601 Pennsylvania Avenue, NW<br>North Building<br>Washington, DC  20004 | **JP MORGAN CHASE & CO.** |
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA  92009 | **KINSELL NEWCOMB & DE DIOS, INC.**<br><br>No Counsel of Record |
| Moses Silverman<br>Allon Lifshitz<br>Michael E. Gertzman<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | **LEHMAN BROTHERS, INC.** |
| MERRILL LYNCH & CO., INC.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY  10080 | **MERRILL LYNCH & CO., INC.**<br><br>No Counsel of Record |
| Joseph D. Edmondson<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC  20007 | **MORGAN KEEGAN & CO., INC.** |

| | |
|---|---|
| Colleen Mahoney<br>Robyn Quattrone<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM, LLC<br>1440 New York Avenue, NW<br>Washington, DC  20005<br><br>Paul Eckles<br>Shep Goldfein<br>James Keyte<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM, LLC<br>Four Times Square<br>New York, NY  10036 | **MORGAN STANLEY** |
| NATIONAL WESTMINSTER BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | **NATIONAL WESTMINSTER BANK PLC**<br><br>No Counsel of Record |
| Howard J. Rubin<br>Peggy Chen<br>Paul Corcoran<br>Bruce Ginsberg<br>James Levine<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY  10019 | **NATIXIS S.A.**<br><br>**NATIXIS FUNDING CORP.** |
| Burton W. Wiand<br>FOWLER WHITE BOGGS BANKER P.A.<br>501 East Kennedy Boulevard<br>Suite 1700<br>Tampa, FL  33602 | **PACKERKISS SECURITIES, INC.** |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN  55402-7020 | **PIPER JAFFRAY & CO.**<br><br>No Counsel of Record |
| Daniel Kaplan<br>PERRY, GUTHERY, HAASE<br> & GESSFORD P.C., LLO<br>233 South 13th Street<br>Suite 1400<br>Lincoln, NE  68508 | **SHOCKLEY FINANCIAL CORP.** |

| | |
|---|---|
| Jay Tharp<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br><br>Matthew Ingber<br>Paula Garrett Lin<br>Richard Steuer<br>Michael Ware<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019 | **SOCIETE GENERALE SA** |
| John Lundquist<br>Nicole Moen<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402 | **SOUND CAPITAL MANAGEMENT, INC.** |
| Craig Stewart<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022-4690<br><br>David Eggert<br>Jon Nathan<br>Laura Taylor<br>Douglas Wald<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206 | **TRINITY FUNDING CO., LLC** |
| Jon Fetterolf<br>Steven Kuney<br>Christopher Manning<br>Jesse Smallwood<br>David Zinn<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, NW<br>Washington, DC  20005 | **UBS AG** |

| | |
|---|---|
| David B. Tulchin<br>Karen Seymour<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004-2498<br><br>Julia Jordan<br>Margaret K. Pfeiffer<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006-5805 | **WACHOVIA BANK, N.A.** |
| Gary Licenberg<br>Mark Masters<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS & LICENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA  90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Robert A. Alessi<br>CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, NY  10005-1702 | **XL ASSET FUNDING COMPANY LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |

        /s/ Alden L. Atkins
Alden L. Atkins