AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

Hinds County, Mississippi, etc.,

    Plaintiff,

- against -

Wachovia Bank N.A. et al.,

    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 2516 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Société Générale SA

I certify that I am admitted to practice in this court.

| 4/15/2008 | [signature] |
|---|---|
| Date | Signature |
|  | Steven Wolowitz     swolowitz@mayerbrown.com |
|  | Print Name     Bar Number |
|  | Mayer Brown LLP, 1675 Broadway |
|  | Address |
|  | New York     NY     10019 |
|  | City     State     Zip Code |
|  | (212) 506-2500     (212) 262-1910 |
|  | Phone Number     Fax Number |