AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Hinds County, Mississippi, etc.,

Plaintiff,

- against -

Wachovia Bank N.A. et al.,

Defendants.

**APPEARANCE**

Case Number:  08 Civ. 2516 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Société Générale SA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/15/2008 | *(signature)* |
| Date | Signature |
| | Matthew D. Inger — mingber@mayerbrown.com |
| | Print Name — Bar Number |
| | Mayer Brown LLP, 1675 Broadway |
| | Address |
| | New York — NY — 10019 |
| | City — State — Zip Code |
| | (212) 506-2500 — (212) 262-1910 |
| | Phone Number — Fax Number |