AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Hinds County, Mississippi, etc.,

   Plaintiff,

- against -

Wachovia Bank N.A. et al.,

   Defendants.

**APPEARANCE**

Case Number: 08 Civ. 2516 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Société Générale SA

I certify that I am admitted to practice in this court.

| 4/15/2008 | *[signature: Paula Garrett Lin]* |
|---|---|
| Date | Signature |

| Paula Garrett Lin | plin@mayerbrown.com |
|---|---|
| Print Name | Bar Number |

| Mayer Brown LLP, 1675 Broadway | |
|---|---|
| Address | |

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (212) 506-2500 | (212) 262-1910 |
|---|---|
| Phone Number | Fax Number |