AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                              DISTRICT OF                              NEW YORK

Hinds County, Mississippi, etc.,

    Plaintiff,

- against -

Wachovia Bank N.A. et al.,

    Defendants.

**APPEARANCE**

Case Number:   08 Civ. 2516 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Société Générale SA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/15/2008 | _(signature)_ |
| Date | Signature |
| | Erica E. Flores     eflores@mayerbrown.com |
| | Print Name     Bar Number |
| | Mayer Brown LLP, 1675 Broadway |
| | Address |
| | New York     NY     10019 |
| | City     State     Zip Code |
| | (212) 506-2500     (212) 262-1910 |
| | Phone Number     Fax Number |