UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| HINDS COUNTY, MISSISSIPPI, etc., | : | |
| Plaintiff, | : | 08 Civ. 2516 (LTS) |
| | : | **SOCIÉTÉ GÉNÉRALE'S** |
| – against – | | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT** |
| WACHOVIA BANK N.A. et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - x

      Pursuant to Fed. R. Civ. P. 7.1, defendant Société Générale, S.A. discloses that it has no parent company and no publicly held corporation holds 10% or more of its stock.

Dated:   April 15, 2008

 

_____
Richard M. Steuer
   *rsteuer@mayerbrown.com*
Steven Wolowitz
   *swolowitz@mayerbrown.com*
Matthew D. Ingber
   *mingber@mayerbrown.com*
Michael O. Ware
   *mware@mayerbrown.com*
Paula Garrett Lin
   *plin@mayerbrown.com*
MAYER BROWN LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

John J. Tharp, Jr.
   *jtharp@mayerbrown.com*
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Ill. 60606
(312) 782-0600

*Attorneys for defendant Société Générale, S.A.*