UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hinds County, Mississippi,<br><br>                   Plaintiff,<br><br>    v.<br><br>Wachovia Bank N.A., *et al.*,<br><br>                  Defendants. | 08 CV 2516 (LTS) |

### **NOTICE OF APPEARANCE**

Please take notice that the undersigned is hereby entering an appearance as counsel of record for Defendant Lehman Brothers Inc. in the above-entitled action.

Dated: April 14, 2008

                                              PAUL, WEISS, RIFKIND, WHARTON &
                                              GARRISON LLP

                                              By: _____/s/ D. Mark Cave_____
                                                        D. Mark Cave

                                            1285 Avenue of the Americas
                                            New York, New York 10019-6064
                                            (212) 373-3000
                                            dcave@paulweiss.com

                                            *Attorneys for Defendant Lehman Bros. Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 15, 2008, I served true copies of the attached NOTICE OF APPEARANCE on the following:

SEE ATTACHED SERVICE LIST

3. I made such service by personally enclosing true copies of the aforementioned document in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Austin K. Wilkinson

Sworn to before me this
15th day of April, 2008

_____
Notary Public

MARGUERITE A. KRISTOF
Notary Public, State of New York
No. 01KR6120915
Qualified in New York County
Commission Expires January 3, 2009

Robert Hotz
Joseph Sorkin
Richard Zabel
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022

---

Richard T. Marooney, Jr.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

---

Ben Duke
Nancy Kastenbaum
Anna Lumelsky
Aaron Marcu
Kimberly Zelnick
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Robert Wick
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, N.W.
Washington, DC 20004

Anita Stork
COVINGTON & BURLING LLP
One Front St.
San Francisco, CA 94111

Stephen Heiser
Howard Kaplan
Lisa Solbakken
ARKIN KAPLAN RICE LLP
590 Madison Ave.
New York, NY 10022

Richard Beckler
Joseph Walker
HOWREY LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004

Amory Donelly
HOWREY LLP
Citigroup Center
153 East 53rd St. 54th Floor
New York, NY 10022

FELD WINTERS FINANCIAL LLC
15260 Ventura Blvd.
Suite 2220
Sherman Oaks, CA 91403

FINANCIAL GUARANTY INSURANCE CO.
125 Park Avenue
New York, NY 10017

Joseph Bial
CADWALADER WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC 20004

Brian Robison
VINSON & ELKINS LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX

GE Funding Capital Market Services
335 Madison Avenue, 11th Floor
New York, NY 10017

Neil Gilman
R. Hewitt Pate
HUNTON & WILLIAMS LLP
1900 K St, NW
Washington, DC 20006

George Baum & Co.
4801 Main St.
Suite 500 Kanssa City, MO 64112



Roland Riopelle
SERCARZ & RIOPELLE LLP
Carnegie Hall Tower
152 W. 57th St., 24th Floor
New York, NY 10019

Investment Management Advisory Group
886 Vaughn Rd.
Pottstown, PA 19465

Kinsell Newcomb & DeRios, Inc
2776 Gateway Rd.
Carlsbad, Ca 92009

Merrill Lynch & Co.
4 World Financial Center
250 Vesey St.
New York, NY 10080

Morgan Keegan & Co.
50 North Front St.
Memphis, TN 38103

Paul Eckles
Shep Goldfein
James Keyte
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
Four Times Square
New York, NY 10036

Colleen Mahoney
Robyn Quattrone
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005

National Westminster Bank PLC
135 Bishopsgate
London
EC2M 3 UR, England

Peggy Chen
Paul Corcoran
Bruce Ginsberg
James Levine
Howard Rubin
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019

Packerkiss Securities, Inc.
Fifteen North East Fourth Street
Suite A
Delray Beach, FL 33444

Piper Jaffray & Co.
800 Nicollet Mall
Suite 800
Minneapolis, MN 55402

Daniel Kaplan
PERRY GUTHERY HASSE & GESSFORD P.C., LLO
233 South 13th St.
Lincoln, NE 68508

Mathew Ingber
Paula Garrett Lin
Richard Steuer
Michael Ware
Steven Wolowitz
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

Jay Tharp
MAYER BROWN LLP
71 S. wacker Drive
Chicago, IL 60606

John Lundquist
Nicole Moen
FREDRIKSON & BRYON, P.A.
200 South Sixth St.
Minneapolis, MN 55402

David Eggert
Jon Nathan
Laura Taylor
Douglas Wald
ARNOLD & PORTER LLP
555 12th St, NW
Washington, DC 20004

Craig Stewart
ARNOLD & PORTER LLP
399 Park Ave.
New York, NY 10022

Jon Fetterolf
Steven Kuney
Christopher Manning
Jesse Smallwood
David Zinn
WILLIAMS & CONNOLLY
725 12th St., NW
Washington, DC 20005

Julia Jordan
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Ave., NW
Washington, DC 20006

David Tulchin
Karen Seymour
SULLIVAN & CROMWELL LLP
125 Broad St.
New York, NY 10004

Gary Licenberg
Mark Masters
BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS & LICENBERG, P.C.
1875 Century Park East
Los Angeles, CA 90067

Robert A. Alessi
CAHILL GORDON & REINDEL LLP
Eighty Pine St.
New York, NY 10005