IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>Defendants. | **No. 08-cv-2516 (LTS)**<br>(ECF Case) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David B. Tulchin of the law firm Sullivan & Cromwell LLP hereby appears as counsel for Defendant Wachovia Bank, N.A. in the above-captioned action.

Dated: New York, New York
       April 16, 2008

                                        SULLIVAN & CROMWELL LLP

                                        By    /s/ David B. Tulchin
                                               David B. Tulchin (DT-5557)
                                               125 Broad Street
                                               New York, New York 10004-2498
                                               (212) 558-3749
                                               Fax (212) 558-3358
                                               tulchind@sullcrom.com

                                               *Attorneys for Defendant Wachovia Bank, N.A.*