**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities, <br><br>                 Plaintiff, <br><br> v. <br><br> WACHOVIA BANK, N.A., et al., <br><br>                 Defendants. | **No. 08-cv-2516 (LTS)** <br> (ECF Case) |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Wachovia Bank, N.A. certifies that Wachovia Bank, N.A.'s parent corporation is Wachovia Corporation, a public corporation. No publicly held corporation other than Wachovia Corporation owns, directly or indirectly, 10% or more of Wachovia Bank, N.A.'s stock. Wachovia Corporation has no parent corporation. No publicly held corporation owns 10% or more of Wachovia Corporation's stock.

Dated: New York, New York
       April 16, 2008

SULLIVAN & CROMWELL LLP

By       /s/ David B. Tulchin      
       David B. Tulchin (DT-5557)
       125 Broad Street
       New York, New York 10004-2498
       (212) 558-3749
       Fax (212) 558-3358
       tulchind@sullcrom.com

       *Attorneys for Defendant Wachovia Bank, N.A.*