UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities, | 08 CV 2516 (LTS) |
| | ORDER |
| -against- | |
| WACHOVIA BANK, N.A., et al. | |

------------------------------------------------------------------X

The Plaintiff, Hinds County, Mississippi, having moved the Court for an Order permitting Precious Martin, Sr., Esq. to appear on behalf of the plaintiff in this case *pro hac vice*, and the Court having considered the arguments of counsel and the papers filed in support of the motion, and good cause appearing to grant the motion,

IT IS HEREBY ORDERED that attorney Precious Martin, Sr. is permitted to appear *pro hac vice* in this case.

SIGNED this 15th day of April, 2008.

_____
HON. LAURA TAYLOR SWAIN
U. S. D. J.