UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINDS COUNTY, MISSISSIPPI, et al.,

        Plaintiffs,

-against-

WACHOVIA BANK N.A., et al.,

        Defendants.

08 Civ. 2516 (LTS)

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig A. Stewart, a member of the firm of Arnold & Porter LLP, hereby appears as counsel of record for defendants GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC in the above-referenced action and hereby requests notice of all matters in this action.

Dated: New York, New York
      April 21, 2008

                                  Respectfully submitted,

                                  ARNOLD & PORTER LLP

                                  By:   /S/ Craig A. Stewart
                                           Craig A. Stewart
                                           399 Park Avenue
                                           New York, New York 10022
                                           (212) 715-1000 (Tel)
                                           (212) 715-1399 (Fax)
                                           Craig_Stewart@aporter.com

                                  *Attorney for Defendants GE Funding Capital*
                                  *Market Services, Inc. and Trinity Funding Co., LLC*

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, hereby certify that on this 21st day of April, 2008, I served a true and correct copy the annexed **NOTICE OF APPEARANCE** by first class mail, postage pre-paid, on the attached service list.

Anthony D. Boccanfuso

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

**Plaintiff:**

Roland Gustaf Riopelle
SERCARZ & RIOPELLE, LLP
152 West 57th Street
24th Floor
New York, NY 10019

HINDS COUNTY, MISSISSIPPI

Precious Tyrone Martin
SERCARZ & RIOPELLE, LLP
152 West 57th Street
24th Floor
New York, NY 10019

**Defendants:**

David Burce Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

WACHOVIA BANK, N.A.

AIG FINANCIAL PRODUCTS CORP.
50 Danbury Road
Wilton, CT 06897

AIG FINANCIAL PRODUCTS CORP.
No counsel of record

AIG SUNAMERICA LIFE ASSURANCE CO.

AIG SUNAMERICA LIFE ASSURANCE CO.
No counsel of record

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

1 SunAmerica Center
Los Angeles, CA 90067-6022


| | |
|---|---|
| BEAR, STEARNS & CO., INC.<br>383 Madison Avenue<br>New York, NY 10019 | BEAR, STEARNS & CO., INC.<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE, INC.<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE, INC.<br>No counsel of record |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>125 Park Avenue<br>New York, NY 10017 | FINANCIAL GUARANTY INSURANCE COMPANY<br>No counsel of record |
| GENWORTH FINANCIAL INC.<br>6620 W. Broad Street<br>Richmond, VA 23230 | GENWORTH FINANCIAL INC.<br>No counsel of record |
| NATIXIS S.A.<br>45 Rue Saint-Dominique<br>75007 Paris, France | NATIXIS S.A.<br>No counsel of record |
| Joseph Franklin Wayland<br>SIMPSON THACHER & BARTLETT, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | JP MORGAN CHASE & CO. |
| Allon Lifshitz<br>David Mark Cave<br>Michael E. Gertzman<br>Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | LEHMAN BROTHERS INC. |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 | MERRILL LYNCH & CO., INC.<br>No counsel of record |
| MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036 | MORGAN STANLEY<br>No counsel of record |
| NATIONAL WESTMINSTER<br>  BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | NATIONAL WESTMINSTER BANK PLC<br>No counsel of record |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | PIPER JAFFRAY & CO.<br>No counsel of record |
| Erica Eileen Flores<br>Matthew D. Ingber<br>Michael O. Ware<br>Paula Garrett Lin<br>Richard Marc Steuer<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 | SOCIETE GENERALE SA |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098<br>Zurich, Switzerland | UBS AG<br>No counsel of record |
| XL ASSET FUNDING LLC<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL ASSET FUNDING LLC<br>No counsel of record |
| XL LIFE INSURANCE & ANNUITY<br>  COMPANY | XL LIFE INSURANCE & ANNUITY COMPANY<br>No counsel of record |
| NATIXIS FUNDING CORP.<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019 | NATIXIS FUNDING CORP.<br>No counsel of record |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| INVESTMENT MANAGEMENT ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA 19464 | INVESTMENT MANAGEMENT ADVISORY GROUP, INC.<br>No counsel of record |
| Richard T. Marooney, Jr.<br>KING & SPALDING, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | BANK OF AMERICAN N.A. |
| CDR FINANCIAL PRODUCTS<br>9777 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | CDR FINANCIAL PRODUCTS<br>No counsel of record |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA 91403 | FELD WINTERS FINANCIAL LLC<br>No counsel of record |
| WINTERS & CO. ADVISORS, LLC<br>11845 W. Olympic Boulevard<br>Suite 540<br>Los Angeles, CA 90064 | WINTERS & CO. ADVISORS, LLC<br>No counsel of record |
| Alden Lewis Atkins<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 | FIRST SOUTHWEST COMPANY |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 | GEORGE K. BAUM & CO.<br>No counsel of record |
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA 92009 | KINSELL NEWCOMB & DE DIOS, INC.<br>No counsel of record |
| PACKERKISS SECURITIES, INC.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL 33444 | PACKERKISS SECURITIES, INC.<br>No counsel of record |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| SHOCKLEY FINANCIAL CORP.<br>2229 S. Joliet Way<br>Aurora, CO 80014 | SHOCKLEY FINANCIAL CORP.<br>No counsel of record |
| SOUND CAPITAL MANAGEMENT, INC.<br>6400 Flying Cloud Drive<br>Suite 210<br>Eden Prarie, MN 55344 | SOUND CAPITAL MANAGEMENT, INC.<br>No counsel of record |
| Howard Jay Kaplan<br>Lisa Christine Solbakken<br>Stephen Thomas Heiser<br>ARKIN KAPLAN RICE LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | CAIN BROTHERS & CO., LLC |
| MORGAN KEEGAN & CO., INC.<br>50 N. Front Street<br>Memphis, TN 38103 | MORGAN KEEGAN & CO., INC.<br>No counsel of record |