UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI, et al.,

        Plaintiffs,

-against-

WACHOVIA BANK N.A., et al.,

        Defendants.

08 Civ. 2516 (LTS)

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate-Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Trinity Funding Co., LLC, a New York limited liability company, certifies that it is a wholly-owned, indirect subsidiary of General Electric Company.

Dated: New York, New York
       April 21, 2008

                        Respectfully submitted,

                        ARNOLD & PORTER LLP


                        By:   /S/ Craig A. Stewart
                             Craig A. Stewart
                             399 Park Avenue
                             New York, New York 10022
                             (212) 715-1000 (Tel)
                             (212) 715-1399 (Fax)
                             Craig_Stewart@aporter.com

*Attorney for Defendant Trinity Funding Co., LLC*

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, hereby certify that on this 21st day of April, 2008, I served a true and correct copy the annexed **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** by first class mail, postage pre-paid, on the attached service list.

Anthony D. Boccanfuso

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

**Plaintiff:**

| | |
|---|---|
| Roland Gustaf Riopelle<br>SERCARZ & RIOPELLE, LLP<br>152 West 57th Street<br>24th Floor<br>New York, NY 10019 | HINDS COUNTY, MISSISSIPPI |
| Precious Tyrone Martin<br>SERCARZ & RIOPELLE, LLP<br>152 West 57th Street<br>24th Floor<br>New York, NY 10019 | |

**Defendants:**

| | |
|---|---|
| David Burce Tulchin<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 | WACHOVIA BANK, N.A. |
| AIG FINANCIAL PRODUCTS CORP.<br>50 Danbury Road<br>Wilton, CT 06897 | AIG FINANCIAL PRODUCTS CORP.<br>No counsel of record |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| AIG SUNAMERICA LIFE ASSURANCE CO.<br>1 SunAmerica Center<br>Los Angeles, CA 90067-6022 | AIG SUNAMERICA LIFE ASSURANCE CO.<br>No counsel of record |
| BEAR, STEARNS & CO., INC.<br>383 Madison Avenue<br>New York, NY 10019 | BEAR, STEARNS & CO., INC.<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE, INC.<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE, INC.<br>No counsel of record |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>125 Park Avenue<br>New York, NY 10017 | FINANCIAL GUARANTY INSURANCE COMPANY<br>No counsel of record |
| GENWORTH FINANCIAL INC.<br>6620 W. Broad Street<br>Richmond, VA 23230 | GENWORTH FINANCIAL INC.<br>No counsel of record |
| NATIXIS S.A.<br>45 Rue Saint-Dominique<br>75007 Paris, France | NATIXIS S.A.<br>No counsel of record |
| Joseph Franklin Wayland<br>SIMPSON THACHER & BARTLETT, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | JP MORGAN CHASE & CO. |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| Allon Lifshitz<br>David Mark Cave<br>Michael E. Gertzman<br>Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON<br> & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | LEHMAN BROTHERS INC. |
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 | MERRILL LYNCH & CO., INC.<br>No counsel of record |
| MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036 | MORGAN STANLEY<br>No counsel of record |
| NATIONAL WESTMINSTER<br> BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | NATIONAL WESTMINSTER BANK PLC<br>No counsel of record |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | PIPER JAFFRAY & CO.<br>No counsel of record |
| Erica Eileen Flores<br>Matthew D. Ingber<br>Michael O. Ware<br>Paula Garrett Lin<br>Richard Marc Steuer<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 | SOCIETE GENERALE SA |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098<br>Zurich, Switzerland | UBS AG<br>No counsel of record |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| XL ASSET FUNDING LLC<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL ASSET FUNDING LLC<br>No counsel of record |
| XL LIFE INSURANCE & ANNUITY<br>  COMPANY | XL LIFE INSURANCE & ANNUITY COMPANY<br>No counsel of record |
| NATIXIS FUNDING CORP.<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019 | NATIXIS FUNDING CORP.<br>No counsel of record |
| INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA 19464 | INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>No counsel of record |
| Richard T. Marooney, Jr.<br>KING & SPALDING, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | BANK OF AMERICAN N.A. |
| CDR FINANCIAL PRODUCTS<br>9777 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | CDR FINANCIAL PRODUCTS<br>No counsel of record |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA 91403 | FELD WINTERS FINANCIAL LLC<br>No counsel of record |
| WINTERS & CO. ADVISORS, LLC<br>11845 W. Olympic Boulevard<br>Suite 540<br>Los Angeles, CA 90064 | WINTERS & CO. ADVISORS, LLC<br>No counsel of record |
| Alden Lewis Atkins<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 | FIRST SOUTHWEST COMPANY |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 | GEORGE K. BAUM & CO.<br>No counsel of record |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| KINSELL NEWCOMB & DE DIOS, INC.<br>2776 Gateway Road<br>Carlsbad, CA 92009 | KINSELL NEWCOMB & DE DIOS, INC.<br>No counsel of record |
| PACKERKISS SECURITIES, INC.<br>Fifteen North East Fourth Street<br>Suite A<br>Delray Beach, FL 33444 | PACKERKISS SECURITIES, INC.<br>No counsel of record |
| SHOCKLEY FINANCIAL CORP.<br>2229 S. Joliet Way<br>Aurora, CO 80014 | SHOCKLEY FINANCIAL CORP.<br>No counsel of record |
| SOUND CAPITAL MANAGEMENT, INC.<br>6400 Flying Cloud Drive<br>Suite 210<br>Eden Prarie, MN 55344 | SOUND CAPITAL MANAGEMENT, INC.<br>No counsel of record |
| Howard Jay Kaplan<br>Lisa Christine Solbakken<br>Stephen Thomas Heiser<br>ARKIN KAPLAN RICE LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | CAIN BROTHERS & CO., LLC |
| MORGAN KEEGAN & CO., INC.<br>50 N. Front Street<br>Memphis, TN 38103 | MORGAN KEEGAN & CO., INC.<br>No counsel of record |