UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hinds County, Mississippi,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Wachovia Bank N.A., *et al.*,<br><br>　　　　　　　　Defendants. | 08 CV 2516 (LTS) |

## AFFIDAVIT OF SERVICE

Alexandra L. Grimley, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 22, 2008, I served true copies of the NOTICE OF APPEARANCE OF MOSES SILVERMAN, NOTICE OF APPEARANCE OF MICHAEL E. GERTZMAN, and NOTICE OF APPEARANCE OF ALLON LIFSHITZ on the attorneys on the attached service list.

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Alexandra L. Grimley

Sworn to before me this
22 day of April, 2008

_____

AUSTIN KWAME WILKINSON
Notary Public, State of New York
No. 01WI5051848
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 13, 2008

Service List

Joseph Franklin Wayland
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Edward M. Spiro
Richard D. Weinberg
Sarah J. North
Morvillo, Abramowitz, Grand, Iason,
Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017

Paul Eckles
Shep Goldfein
James Keyte
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Jay N. Fastow
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

J. David Jackson
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Erica Eileen Flores
Matthew D. Ingber
Michael O. Ware
Paula Garrett Lin
Richard Marc Steuer
Steven Wolowitz
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Jon Fetterolf
Steven Kuney
Christopher Manning
Jesse Smallwood
David Zinn
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

Robert A. Alessi
Thorn Rosenthal
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

Richard T. Marooney, Jr
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Richard W. Beckler
John Letteri
Joseph Walker
Howrey LLP
1299 Pennsylvania Ave NW
Washington, DC 20004

Feld Winters Financial LLC
15260 Ventura Boulevard
Suite 2220
Sherman Oaks, CA 91403

Gary Licenberg
Mark Masters
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks & Licenberg, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

Alden Lewis Atkins
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103

John V. McDermott
James C. Ruth
Holme Roberts & Owen LLP
1700 Lincoln Street
 Suite 4100
Denver, CO 80203-4541

George R. Serdar
Messerli & Kramer PA
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4218
Maya M. Lockwood
Fowler White Boggs Banker PA
501 East Kennedy Blvd. Suite 1700
Tampa, FL 33602

Daniel Kaplan
Perry, Guthery, Haase & Gessford PC, LLO
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508

John Lundquist
Nicole Moen
Fredrikson & Byron, PA
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

Howard Jay Kaplan
Lisa Christine Solbakken
Stephen Thomas Heiser
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

Joseph D. Edmondson
Foley & Lardner LLP
3000 K Street, NW
Suite 500
Washington, DC 20007

Maya M. Lockwood
Fowler White Boggs Banker PA
501 East Kennedy Blvd. Suite 1700
Tampa, FL 33602

Peggy Chen
Paul Corcoran
Bruce Ginsberg
James Levine
Howard J. Rubin
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Neil K. Gilman
R. Hewitt Pate
Hunton & Williams LLP
1900 K Street NW
Washington, DC 20006

Craig A. Stewart
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

John E. Beerbower
Marek P. Krzyzowski
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Joseph Bial
Cadwalader Wickersham & Taft LLP
1201 F. Street, NW
Washington, DC 20004

Ben Duke
Nancy Kestenbaum
Anna Lumelsky
Aaron Marcu
Kimberly Zelnick
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Robert Hotz
Richard Zabel
Joseph Sorkin
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

David Bruce Tulchin
Sullivan and Cromwell, LLP
125 Broad Street
New York, NY 10004

Roland Gustaf Riopelle
Sercarz & Riopelle, LLP
152 West 57th Street, 24th Floor
New York, NY 10019

Christopher Hall
Timothy E. Hoeffner
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186