UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> WACHOVIA BANK N.A., et al., <br><br> Defendants. | 08 Civ. 2516 (LTS) <br><br> **NOTICE OF MOTION FOR** <br> **ADMISSION PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed affidavit of Craig A. Stewart, Defendants GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC will move this Court, before the Honorable Laura Taylor Swain for an Order admitting Douglas L. Wald, David S. Eggert and Jon J. Nathan to the Bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

Dated: New York, New York
April 23, 2008

ARNOLD & PORTER LLP

By: _____
Craig A. Stewart
399 Park Avenue
New York, New York 10022
(212) 715-1000 (Tel)
(212) 715-1399 (Fax)
Craig_Stewart@aporter.com

*Attorney for Defendants GE Funding Capital*
*Market Services, Inc. and Trinity Funding Co., LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> WACHOVIA BANK N.A., et al., <br><br> Defendants. | 08 Civ. 2516 (LTS) <br><br> **AFFIDAVIT** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Craig A. Stewart, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court. I make this affidavit in support of the motion of Defendants GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC ("GE") for the admission of Douglas L. Wald, Esq., David S. Eggert, Esq. and Jon J. Nathan, Esq. to the Bar of this Court *pro hac vice*.

2. Mr. Wald is a member of the firm of Arnold & Porter LLP, counsel for GE in the above-captioned action. Mr. Wald is a member in good standing of the Bar of the District of Columbia (a certified copy of a certificate of good standing is annexed hereto as Exhibit A).

3. Mr. Wald has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

4. I can personally attest that Mr. Wald is of the highest competence and character.

5. Mr. Eggert is a member of the firm of Arnold & Porter LLP, counsel for GE in the above-captioned action. Mr. Eggert is a member in good standing of the Bar of the District of Columbia (a certified copy of a certificate of good standing is annexed hereto as Exhibit B).

6. Mr. Eggert has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

7. I can personally attest that Mr. Eggert is of the highest competence and character.

8. Mr. Nathan is associated with the firm of Arnold & Porter LLP, counsel for GE in the above-captioned action. Mr. Nathan is a member in good standing of the Bar of the District of Columbia (a certified copy of a of certificate of good standing is annexed hereto as Exhibit C).

9. Mr. Nathan has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

10. I can personally attest that Mr. Nathan is of the highest competence and character.

11. Accordingly, I respectfully request that Douglas Wald, Esq., David S. Eggert, Esq. and Jon J. Nathan, Esq. be admitted to the Bar of this Court *pro hac vice*.

_____
Craig A. Stewart

Sworn to before me this
23rd day of April 2008.

_____
Notary Public

LOUIS H. CHAMPAGNE
Notary Public, State of New York
No. 01CH6066853 Qualified in Queens County
Certificate Filed in New York County
Commission Expires November 26, 2009

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DOUGLAS L. WALD**

was on the 24TH day of DECEMBER, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### DAVID S. EGGERT

was on the  7TH  day of  DECEMBER, 1984  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JON J. NATHAN

was on the 9TH day of JANUARY, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, hereby certify that on this 23rd day of April, 2008, I served a true and correct copy the annexed **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** by first class mail, postage pre-paid, on the attached service list.

                                                Anthony D. Boccanfuso

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

### Plaintiff:

Roland Gustaf Riopelle
SERCARZ & RIOPELLE, LLP
152 West 57th Street
24th Floor
New York, NY 10019

Precious Tyrone Martin
SERCARZ & RIOPELLE, LLP
152 West 57th Street
24th Floor
New York, NY 10019

HINDS COUNTY, MISSISSIPPI

### Defendants:

David Burce Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

WACHOVIA BANK, N.A.

AIG FINANCIAL PRODUCTS CORP.
50 Danbury Road
Wilton, CT 06897

AIG FINANCIAL PRODUCTS CORP.
No counsel of record

AIG SUNAMERICA LIFE ASSURANCE CO.

AIG SUNAMERICA LIFE ASSURANCE CO.
No counsel of record

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

1 SunAmerica Center
Los Angeles, CA 90067-6022


| | |
|---|---|
| BEAR, STEARNS & CO., INC.<br>383 Madison Avenue<br>New York, NY 10019 | BEAR, STEARNS & CO., INC.<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD<br>No counsel of record |
| FINANCIAL SECURITY ASSURANCE, INC.<br>31 West 52nd Street<br>New York, NY 10019 | FINANCIAL SECURITY ASSURANCE, INC.<br>No counsel of record |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>125 Park Avenue<br>New York, NY 10017 | FINANCIAL GUARANTY INSURANCE COMPANY<br>No counsel of record |
| GENWORTH FINANCIAL INC.<br>6620 W. Broad Street<br>Richmond, VA 23230 | GENWORTH FINANCIAL INC.<br>No counsel of record |
| NATIXIS S.A.<br>45 Rue Saint-Dominique<br>75007 Paris, France | NATIXIS S.A.<br>No counsel of record |
| Joseph Franklin Wayland<br>SIMPSON THACHER & BARTLETT, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | JP MORGAN CHASE & CO. |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| Allon Lifshitz<br>David Mark Cave<br>Michael E. Gertzman<br>Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | LEHMAN BROTHERS INC. |
| MERRILL LYNCH & CO.<br>4 World Financial Center<br>250 Vesey Street<br>New York, NY 10080 | MERRILL LYNCH & CO., INC.<br>No counsel of record |
| MORGAN STANLEY<br>1585 Broadway<br>New York, NY 10036 | MORGAN STANLEY<br>No counsel of record |
| NATIONAL WESTMINSTER<br>  BANK PLC<br>135 Bishopsgate<br>London<br>EC2M 3 UR, England | NATIONAL WESTMINSTER BANK PLC<br>No counsel of record |
| PIPER JAFFRAY & CO.<br>800 Nicollet Mall<br>Suite 800<br>Minneapolis, MN 55402-7020 | PIPER JAFFRAY & CO.<br>No counsel of record |
| Erica Eileen Flores<br>Matthew D. Ingber<br>Michael O. Ware<br>Paula Garrett Lin<br>Richard Marc Steuer<br>Steven Wolowitz<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 | SOCIETE GENERALE SA |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098<br>Zurich, Switzerland | UBS AG<br>No counsel of record |

| | |
|---|---|
| XL ASSET FUNDING LLC<br>20 N. Martingale Road, Suite 200<br>Schaumberg, IL 60173-2415 | XL ASSET FUNDING LLC<br>No counsel of record |
| XL LIFE INSURANCE & ANNUITY<br>  COMPANY | XL LIFE INSURANCE & ANNUITY COMPANY<br>No counsel of record |
| NATIXIS FUNDING CORP.<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019 | NATIXIS FUNDING CORP.<br>No counsel of record |
| INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>886 Vaughn Road<br>Pottstown, PA 19464 | INVESTMENT MANAGEMENT<br>  ADVISORY GROUP, INC.<br>No counsel of record |
| Richard T. Marooney, Jr.<br>KING & SPALDING, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | BANK OF AMERICAN N.A. |
| CDR FINANCIAL PRODUCTS<br>9777 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | CDR FINANCIAL PRODUCTS<br>No counsel of record |
| FELD WINTERS FINANCIAL, LLC<br>15260 Ventura Boulevard<br>Suite 2220<br>Sherman Oaks, CA 91403 | FELD WINTERS FINANCIAL LLC<br>No counsel of record |
| WINTERS & CO. ADVISORS, LLC<br>11845 W. Olympic Boulevard<br>Suite 540<br>Los Angeles, CA 90064 | WINTERS & CO. ADVISORS, LLC<br>No counsel of record |
| Alden Lewis Atkins<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 | FIRST SOUTHWEST COMPANY |
| GEORGE K. BAUM & CO.<br>4801 Main Street<br>Suite 500<br>Kansas City, MO 64112 | GEORGE K. BAUM & CO.<br>No counsel of record |

*Hinds County, Mississippi v. Wachovia Bank N.A. et al.*
Service List

| | |
|---|---|
| KINSELL NEWCOMB & <br> DE DIOS, INC. <br> 2776 Gateway Road <br> Carlsbad, CA 92009 | KINSELL NEWCOMB & DE DIOS, INC. <br> No counsel of record |
| PACKERKISS SECURITIES, INC. <br> Fifteen North East Fourth Street <br> Suite A <br> Delray Beach, FL 33444 | PACKERKISS SECURITIES, INC. <br> No counsel of record |
| SHOCKLEY FINANCIAL CORP. <br> 2229 S. Joliet Way <br> Aurora, CO 80014 | SHOCKLEY FINANCIAL CORP. <br> No counsel of record |
| SOUND CAPITAL MANAGEMENT, <br> INC. <br> 6400 Flying Cloud Drive <br> Suite 210 <br> Eden Prarie, MN 55344 | SOUND CAPITAL MANAGEMENT, INC. <br> No counsel of record |
| Howard Jay Kaplan <br> Lisa Christine Solbakken <br> Stephen Thomas Heiser <br> ARKIN KAPLAN RICE LLP <br> 590 Madison Avenue, 35th Floor <br> New York, NY 10022 | CAIN BROTHERS & CO., LLC |
| MORGAN KEEGAN & CO., INC. <br> 50 N. Front Street <br> Memphis, TN 38103 | MORGAN KEEGAN & CO., INC. <br> No counsel of record |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>WACHOVIA BANK N.A., et al.,<br><br>Defendants. | 08 Civ. 2516 (LTS)<br><br>**ORDER** |

    Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Craig A. Stewart, Esq., a member of the Bar of this Court, it is

    ORDERED that Douglas L. Wald, Esq., David S. Eggert, Esq. and Jon J. Nathan, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for Defendants GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC.

Dated: New York, New York
       April __, 2008

                                    SO ORDERED:

                                      _____
                                                U.S.D.J.