UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
HINDS COUNTY, MISSISSIPPI, on behalf of :
itself and all other similarly situated state and :   08-cv-02516 (LTS)(JCF)
municipal entities, :
:
                      Plaintiff, :
: ECF CASE
     v. :
:
WACHOVIA BANK, N.A. et al., :
:
                     Defendants. :
--------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Defendant Bear Stearns and Co., Inc. ("Bear Stearns") in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

                Nancy L. Kestenbaum
                COVINGTON & BURLING LLP
                The New York Times Building
                620 Eighth Avenue
                New York, NY 10018-1405
                Tel.: (212) 841-1000
                Fax: (212) 841-1010
                email: nkestenbaum@cov.com

Dated:   New York, New York
         April 30, 2008

COVINGTON & BURLING LLP

By: /s/ Nancy L. Kestenbaum
    Nancy L. Kestenbaum
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 841-1000
Fax: (212) 841-1010

*Attorneys for Defendant Bear Stearns & Co., Inc.*

TO: All Counsel of Record (via ECF)