UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> WACHOVIA BANK N.A., et al., <br><br> Defendants. | 08 Civ. 2516 (LTS) <br><br> **ORDER** |



Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Craig A. Stewart, Esq., a member of the Bar of this Court, it is

ORDERED that Douglas L. Wald, Esq., David S. Eggert, Esq. and Jon J. Nathan, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for Defendants GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC.

Dated: New York, New York
April 30, 2008

SO ORDERED:

_____
U.S.D.J.