UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA BANK N.A. et al.,<br><br>Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-02516 (LTS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard B. Zabel and Robert H. Hotz, Jr. of Akin Gump Strauss Hauer & Feld LLP, with offices at 590 Madison Avenue, New York, New York 10022, hereby appear as counsel on behalf of Defendant AIG SunAmerica Life Assurance Co., in the above captioned action.

Dated: New York, New York
    May 15, 2008

>                    AKIN GUMP STRAUSS HAUER & FELD LLP
>
>                    By _____
>                       Richard B. Zabel
>                       Robert H. Hotz, Jr.
>                       AKIN GUMP STRAUSS HAUER & FELD LLP
>                       590 Madison Avenue
>                       New York, New York 10022
>                       Tel:  212.872.1000
>                       Fax:  212.872.1002
>
>                    *Counsel for AIG SunAmerica Life Assurance Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HINDS COUNTY MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>        Plaintiff,<br><br>v.<br><br>WACHOVIA BANK N.A. et al.,<br><br>        Defendants. | Via ECF<br><br>Civil Action No.<br>1:08-cv-02516 (LTS) |

## CERTIFICATE OF SERVICE

I, Jason W. Sunshine, certify that on May 15, 2008, I caused copies of AIG SUNAMERICA LIFE ASSURANCE CO.'S NOTICE OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT to be served by United States Mail upon the parties identified on the attached Service List.

_____
Jason W. Sunshine
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Tel: 212.872.1000
Fax: 212.872.1002

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
**Service List**

| **Plaintiff** | |
|---|---|
| Roland G. Riopelle<br>Sercarz & Riopelle LLP<br>152 West 57th Street, Suite 24C<br>New York, NY  10019 | **HINDS COUNTY, MISSISSIPPI** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| **Defendants** | |
|---|---|
| Richard T. Marooney, Jr.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | **BANK OF AMERICA N.A.** |
| Aaron R. Marcu<br>Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | **BEAR STERNS & CO., INC.** |
| Howard J. Kaplan<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | **CAIN BROTHERS & CO., LLC** |
| Amory Donnelly<br>Howrey LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | **CDR FINANCIAL PRODUCTS** |
| Feld Winters Financial, LLC<br>15260 Ventura Blvd., Suite 2220<br>Sherman Oaks, CA 91403 | **FELD WINTERS FINANCIAL LLC**<br><br>**No Counsel of Record** |
| John E. Beerbower<br>Cravath Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | **FINANCIAL GUARANTY INSURANCE COMPANY** |
| Joseph J. Bial<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street NW<br>Washington DC 20004 | **FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.** |
| Brian E. Robison<br>Vinson & Elkins LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | **FIRST SOUTHWEST COMPANY** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| | |
|---|---|
| David Eggert<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, DC 20004-1207 | **GE FUNDING CAPITAL MARKET SERVICES, INC.** |
| Neil K. Gilman<br>Hunton & Williams LLP<br>1900 K Street, NW<br>Washington, DC 20006 | **GENWORTH FINANCIAL INC.** |
| John V. McDermott<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541 | **GEORGE K. BAUM & CO.** |
| Christopher Hall<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Square, 38th Floor<br>Philadelphia, PA 19102-2186 | **INVESTMENT MANAGEMENT ADVISORY GROUP, INC.** |
| George R. Serdar<br>Messerli & Kramer PA<br>1800 Fifth Street Towers<br>150 South Fifth Street<br>Minneapolis, MN 55402 | **KINSELL NEWCOMB & DE DIOS INC.** |
| Moses Silverman<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **LEHMAN BROTHERS INC.** |
| Edward M. Spiro<br>Morvillo Abramowitz Grand Iason et al.<br>565 Fifth Avenue<br>New York, NY 10017 | **MERRILL LYNCH & CO., INC** |
| Joseph Dowell Edmondson, Jr.<br>Foley & Lardner LLP<br>3000 K Street N.W., Suite 500<br>Washington, DC 20007-5109 | **MORGAN KEEGAN & CO., INC.** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| | |
|---|---|
| Paul M. Eckles<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | **MORGAN STANLEY** |
| Jay N. Fastow<br>Dickstein Shapiro LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **NATIONAL WESTMINSTER BANK PLC** |
| Howard J. Rubin<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, New York 10019 | **NATIXIS S.A.**<br><br>**NATIXIS FUNDING CORP.** |
| Maya M. Lockwood<br>Fowler White Boggs & Banker PA<br>501 East Kennedy Blvd., Suite 1700<br>Tampa, FL 33602 | **PACKERKISS SECURITIES, INC.** |
| J. David Jackson<br>Dorsey & Whitney LLP<br>50 S. Sixth St., Suite 1500<br>Minneapolis, MN 55402 | **PIPER JAFFREY & CO.** |
| Daniel Kaplan<br>Perry, Guthery, Haase & Gessford P.C.<br>233 South 13th Street, Suite 1400<br>Lincoln, Nebraska 68508 | **SHOCKLEY FINANCIAL CORP.** |
| Michael O. Ware<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 | **SOCIÉTÉ GÉNÉRALE SA** |
| John W. Lundquist<br>Fredrikson & Byron PA<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425 | **SOUND CAPITAL MANAGEMENT, INC.** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| | |
|---|---|
| Douglas Wald<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, DC 20004-1207 | **TRINITY FUNDING CO. LLC** |
| Jon R. Fetterolf<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005 | **UBS AG** |
| David B. Tulchin<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | **WACHOVIA BANK, N.A.** |
| Gary Licenberg<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Licenberg, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Robert A. Alessi<br>Cahill Gordon & Reindel LLP<br>Eighty Pine Street<br>New York, NY 10005-1702 | **XL ASSET FUNDING LLC**<br><br>**XL LIFE INSURANCE & ANNUITY COMPANY** |