**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

HINDS COUNTY MISSISSIPPI, on behalf )
of itself and all other similarly situated state )
and municipal entities, )

     Plaintiff, )

     v. )

WACHOVIA BANK N.A. et al., )

     Defendants. )
_____ )

<u>Via ECF</u>

Civil Action No.
1:08-cv-02516 (LTS)

## AIG FINANCIAL PRODUCTS CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, AIG Financial Products Corp. states that American International Group, Inc. owns 10% or more of the stock of AIG Financial Products Corp.

Dated: New York, New York
   May 15, 2008

       AKIN GUMP STRAUSS HAUER & FELD LLP

       By _____
       Richard B. Zabel
       Robert H. Hotz, Jr.
       AKIN GUMP STRAUSS HAUER & FELD LLP
       590 Madison Avenue
       New York, New York 10022
       Tel: 212.872.1000
       Fax: 212.872.1002

       _Counsel for AIG Financial Products Corp._

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
HINDS COUNTY MISSISSIPPI, on behalf )          Via ECF
of itself and all other similarly situated state )
and municipal entities,                  )
                                        )
                                        )          Civil Action No.
                  Plaintiff,            )          1:08-cv-02516 (LTS)
                                        )
            v.                           )
                                        )
WACHOVIA BANK N.A. et al.,               )
                                        )
                  Defendants.            )
_____)

## CERTIFICATE OF SERVICE

    I, Jason W. Sunshine, certify that on May 15, 2008, I caused copies of AIG FINANCIAL

PRODUCTS CORP.'S NOTICE OF APPEARANCE and CORPORATE DISCLOSURE

STATEMENT to be served by United States Mail upon the parties identified on the attached

Service List.

_____
Jason W. Sunshine
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Tel: 212.872.1000
Fax: 212.872.1002

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
**Service List**

| **Plaintiff** | |
|---|---|
| Roland G. Riopelle<br>Sercarz & Riopelle LLP<br>152 West 57th Street, Suite 24C<br>New York, NY  10019 | **HINDS COUNTY, MISSISSIPPI** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| Defendants | |
|---|---|
| Richard T. Marooney, Jr.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | **BANK OF AMERICA N.A.** |
| Aaron R. Marcu<br>Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | **BEAR STERNS & CO., INC.** |
| Howard J. Kaplan<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | **CAIN BROTHERS & CO., LLC** |
| Amory Donnelly<br>Howrey LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | **CDR FINANCIAL PRODUCTS** |
| Feld Winters Financial, LLC<br>15260 Ventura Blvd., Suite 2220<br>Sherman Oaks, CA 91403 | **FELD WINTERS FINANCIAL LLC**<br><br>**No Counsel of Record** |
| John E. Beerbower<br>Cravath Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | **FINANCIAL GUARANTY INSURANCE COMPANY** |
| Joseph J. Bial<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street NW<br>Washington DC 20004 | **FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.** |
| Brian E. Robison<br>Vinson & Elkins LLP<br>3700 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | **FIRST SOUTHWEST COMPANY** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| | |
|---|---|
| David Eggert<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, DC 20004-1207 | **GE FUNDING CAPITAL MARKET SERVICES, INC.** |
| Neil K. Gilman<br>Hunton & Williams LLP<br>1900 K Street, NW<br>Washington, DC 20006 | **GENWORTH FINANCIAL INC.** |
| John V. McDermott<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541 | **GEORGE K. BAUM & CO.** |
| Christopher Hall<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Square, 38th Floor<br>Philadelphia, PA 19102-2186 | **INVESTMENT MANAGEMENT ADVISORY GROUP, INC.** |
| George R. Serdar<br>Messerli & Kramer PA<br>1800 Fifth Street Towers<br>150 South Fifth Street<br>Minneapolis, MN 55402 | **KINSELL NEWCOMB & DE DIOS INC.** |
| Moses Silverman<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **LEHMAN BROTHERS INC.** |
| Edward M. Spiro<br>Morvillo Abramowitz Grand Iason et al.<br>565 Fifth Avenue<br>New York, NY 10017 | **MERRILL LYNCH & CO., INC** |
| Joseph Dowell Edmondson, Jr.<br>Foley & Lardner LLP<br>3000 K Street N.W., Suite 500<br>Washington, DC 20007-5109 | **MORGAN KEEGAN & CO., INC.** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
Service List

| | |
|---|---|
| Paul M. Eckles<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | **MORGAN STANLEY** |
| Jay N. Fastow<br>Dickstein Shapiro LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **NATIONAL WESTMINSTER BANK PLC** |
| Howard J. Rubin<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, New York 10019 | **NATIXIS S.A.**<br><br>**NATIXIS FUNDING CORP.** |
| Maya M. Lockwood<br>Fowler White Boggs & Banker PA<br>501 East Kennedy Blvd., Suite 1700<br>Tampa, FL 33602 | **PACKERKISS SECURITIES, INC.** |
| J. David Jackson<br>Dorsey & Whitney LLP<br>50 S. Sixth St., Suite 1500<br>Minneapolis, MN 55402 | **PIPER JAFFREY & CO.** |
| Daniel Kaplan<br>Perry, Guthery, Haase & Gessford P.C.<br>233 South 13th Street, Suite 1400<br>Lincoln, Nebraska 68508 | **SHOCKLEY FINANCIAL CORP.** |
| Michael O. Ware<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 | **SOCIÉTÉ GÉNÉRALE SA** |
| John W. Lundquist<br>Fredrikson & Byron PA<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425 | **SOUND CAPITAL MANAGEMENT, INC.** |

*Hinds County, Mississippi v. Wachovia Bank N. A. et al.*
**Service List**

| | |
|---|---|
| Douglas Wald<br>Arnold & Porter LLP<br>555 12th Street, N.W.<br>Washington, DC 20004-1207 | **TRINITY FUNDING CO. LLC** |
| Jon R. Fetterolf<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005 | **UBS AG** |
| David B. Tulchin<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | **WACHOVIA BANK, N.A.** |
| Gary Licenberg<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks & Licenberg, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561 | **WINTERS & CO. ADVISORS, LLC** |
| Robert A. Alessi<br>Cahill Gordon & Reindel LLP<br>Eighty Pine Street<br>New York, NY 10005-1702 | **XL ASSET FUNDING LLC**<br>**XL LIFE INSURANCE & ANNUITY**<br>**COMPANY** |