UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated State and municipal entities,<br><br>    Plaintiff,<br><br> v.<br><br>WACHOVIA BANK N.A.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO.; BEAR, STEARNS & CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL INC.; NATIXIS S.A. F/K/A IXIS CORPORATE AND INVESTMENT BANK; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO, INC.; MORGAN STANLEY; NATIONAL WESTMINSTER BANK PLC; PIPER JAFFRAY & CO.; SOCIÉTÉ GÉNERALÉS SA; UBS AG; XL ASSET FUNDING COMPANY LLC; XL LIFE INSURANCE & ANNUITY, INC.; NATIXIS FUNDING CORP. F/K/A CDC FUNDING CORP.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; BANK OF AMERICA N.A.; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS; K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; PACKERKISS SECURITIES, INC.; CAPITAL MANAGEMENT, INC.; CAIN BROTHERS & CO., LLC; and MORGAN KEEGAN & CO., INC.<br><br>    Defendants. | 08 CV 2516 (LTS)<br><br>**Notice of Appearance** |

-2-

PLEASE TAKE NOTICE that Jay N. Fastow hereby appears in this action on behalf of Defendant National Westminster Bank plc. This Notice is filed without waiver of any defenses or objections, including jurisdictional and venue defenses.

Dated: June 11, 2008

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By: _____
Jay N. Fastow
Christina J. DeVries
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500
FastowJ@dicksteinshapiro.com
DeVriesC@dicksteinshapiro.com

*Attorneys for National Westminster Bank plc*

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been filed this ___11th___ day of June, 2008 with the Clerk of the Court through the Court's CM/ECF system, which will automatically notify the attorneys of record by email.

*Christina J. DeVries*

-3-