UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated State and municipal entities,<br><br>                 Plaintiff,<br><br>   v.<br><br>WACHOVIA BANK N.A.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO.; BEAR, STEARNS & CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL INC.; NATIXIS S.A. F/K/A IXIS CORPORATE AND INVESTMENT BANK; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO, INC.; MORGAN STANLEY; NATIONAL WESTMINSTER BANK PLC; PIPER JAFFRAY & CO.; SOCIÉTÉ GÉNERALÉS SA; UBS AG; XL ASSET FUNDING COMPANY LLC; XL LIFE INSURANCE & ANNUITY, INC.; NATIXIS FUNDING CORP. F/K/A CDC FUNDING CORP.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; BANK OF AMERICA N.A.; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS; K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; PACKERKISS SECURITIES, INC.; CAPITAL MANAGEMENT, INC.; CAIN BROTHERS & CO., LLC; and MORGAN KEEGAN & CO., INC.<br><br>                 Defendants. | 08 CV 2516 (LTS)<br><br>**Rule 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant National Westminster Bank plc certifies that it is a public limited company organized under the laws of the United Kingdom, and wholly owned by the Royal Bank of Scotland plc, which is wholly owned by the Royal Bank of Scotland Group plc (the "Group"). Only the Group is a publicly held company.

The Group is organized under the laws of the United Kingdom, registered in Scotland, and traded on the London Stock Exchange under the symbol "RBS:LN." The Group also has secondary listings with Euronext Amsterdam ("RBS:NA") and the New York Stock Exchange ("RBS:US"), an ADR facility. No corporations or other publicly traded entities own more than 10% of the Group's stock.

Dated: June 11, 2008

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By: _____
Jay N. Fastow
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500
FastowJ@dicksteinshapiro.com
*Attorney for National Westminster Bank plc*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed this 11th day of June, 2008 with the Clerk of the Court through the Court's CM/ECF system, which will automatically notify the attorneys of record by email.

_____
Christina J. DeVries