```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
HINDS COUNTY, MISSISSIPPI,           :
                                     :   08 Civ 2516
                 Plaintiff,          :
                                     :
     - against -                     :   NOTICE OF CONFERENCE
                                     :
WACHOVIA BANK N.A., et al.,          :
                                     :
                 Defendants.         :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    This case has been reassigned from Judge Swain to Judge Marrero. The Rule 16 initial conference scheduled for June 20, 2008 before Judge Swain has been adjourned. All parties are advised that the Rule 16 initial conference before Judge Marrero has been scheduled for July 11, 2008 at 10:30 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

    Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
           20 June 2008

                                                  Victor Marrero
                                                  U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08
```