```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HINDS COUNTY, MISSISSIPPI,          :
                                    :    08 Civ. 2516(VM)
              Plaintiff,            :
                                    :
     - against -                    :
                                    :
WACHOVIA BANK N.A., et al.,         :
                                    :
              Defendants.           :
------------------------------------X
------------------------------------X
HAYWOOD COUNTY, TENNESSEE,          :
                                    :    08 Civ. 3002(VM)
              Plaintiff,            :
                                    :
     - against -                    :
                                    :
BANK OF AMERICA, N.A. et al.,       :
                                    :
              Defendants.           :
------------------------------------X
------------------------------------X
FAIRFAX COUNTY, VIRGINIA,           :
                                    :    08 Civ. 5492(VM)
              Plaintiff,            :
                                    :
     - against -                    :
                                    :
PACKERKISS SECURITIES INC., et al., :
                                    :
              Defendants.           :
------------------------------------X
------------------------------------X
FAIRFAX COUNTY, VIRGINIA,           :
                                    :    08 Civ. 5493(VM)
              Plaintiff,            :
                                    :
     - against -                    :
                                    :        **ORDER**
BANK OF AMERICA, C.A., et al.,      :
                                    :
              Defendants.           :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

Upon review of the complaints and other papers filed with the Court in connection with the four cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants and that the defendants are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the four cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2516; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 08 Civ. 3002, 08 Civ. 5492 and 08 Civ. 5493, as separate actions and remove them from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         23 June 2008

_____
Victor Marrero
U.S.D.J.

-2-