AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

HINDS COUNTY, MISSISSIPPI,

      Plaintiff,

    v.

WACHOVIA BANK N.A., et al.,

      Defendants.

**APPEARANCE**

Case Number:  08 Civ. 2516 (VM)(ECF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Merrill Lynch & Co., Inc.

    I certify that I am admitted to practice in this court.

| 6/24/2008 | | |
|---|---|---|
| Date | | |

| | | |
|---|---|---|
| Signature | | |
| Sarah J. North | | SN-4558 |
| Print Name | | Bar Number |
| 565 Fifth Avenue | | |
| Address | | |
| New York | NY | 10017 |
| City | State | Zip Code |
| (212) 856-9600 | | (212) 856-9494 |
| Phone Number | | Fax Number |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>Plaintiff,<br><br>- against -<br><br>WACHOVIA BANK, N.A., et al.,<br><br>Defendants. | 08 Civ. 2516 (VM)(ECF) |

## CERTIFICATE OF SERVICE

I, Sarah J. North, hereby certify that, on June 24, 2008, I caused copies of

Appearances of Edward M. Spiro and Sarah J. North as counsel for defendant Merrill Lynch &

Co., Inc. and Rule 7.1 Statement for Merrill Lynch & Co., Inc. to be sent by United States first

class mail, postage prepaid, to the parties on the attached service list, which are not registered to

receive electronic notice of court filings.

Dated:  New York, New York
        June 24, 2008

                                    MORVILLO, ABRAMOWITZ, GRAND, IASON,
                                    ANELLO & BOHRER, P.C.

                                    By: _____
                                        Sarah J. North (SN-4558)
                                    565 Fifth Avenue
                                    New York, New York 10017
                                    (212) 856-9600

## Non ECF Filing User Service List

| | |
|---|---|
| CDR Financial Products<br>9777 Wilshire Blvd., Ste. 800<br>Beverly Hills, CA 90211 | Feld Winters Financial LLC<br>15260 Ventura Blvd., Suite 2220<br>Sherman Oaks, CA 91403 |
| Financial Guaranty Insurance Company<br>125 Park Avenue<br>New York, NY 10017 | Financial Security Assurance Holdings, Ltd.<br>31 West 52nd Street<br>New York, NY 10019 |
| Genworth Financial Inc.<br>6620 W. Broad Street<br>Richmond, VA 23230 | George K. Baum & Co.<br>4801 Main Street, Suite 500<br>Kansas City, Missouri 64112 |
| Investment Management Advisory Group, Inc.<br>886 Vaughn Road<br>Pottstown, Pennsylvania 19465 | Kinsell Newcomb & De Dios Inc.<br>2776 Gateway Road<br>Carlsbad, CA 92009 |
| Morgan Keegan & Co., Inc.<br>50 N. Front St.<br>Memphis, TN 38103 | Morgan Stanley<br>1585 Broadway<br>New York, NY 10036 |
| Natixis Funding Corp.<br>9 West 57th Street, 36th Fl.<br>New York, NY 10019 | Natixis S.A.<br>45 rue Saint-Dominique<br>75007 Paris, France |
| PackerKiss Securities, Inc.<br>Fifteen North East Fourth Street, Suite A<br>Delray Beach, FL 33444 | Piper Jaffray & Co.<br>800 Nicollet Mall, Suite 800<br>Minneapolis, MN 55402-7020 |
| Shockley Financial Corp.<br>2229 S. Joliet Way<br>Aurora, CO 80014 | Sound Capital Management, Inc.<br>6400 Flying Cloud Drive<br>Eden Prairie, MN 55344 |
| UBS AG<br>Bahnhofstrasse 45<br>CH-8098 Zurich, Switzerland | Winters & Co. Advisors, LLC<br>11845 W. Olympic Boulevard, Ste. 540<br>Los Angeles, CA 90064 |
| XL Asset Funding Co. LLC<br>20 N. Martingale Road, Ste. 200<br>Schaumburg, IL 60173-2415 | XL Life Insurance & Annuity, Inc.<br>20 N. Martingale Road, Ste. 200<br>Schaumburg, IL 60173-2415 |