

# COHEN MILSTEIN
## HAUSFELD & TOLL P.L.L.C.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

Robert G. Eisler
(212) 838-0347
reisler@cmht.com

June 25, 2008

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 660
New York, NY 10007
Facsimile: (212) 805-6374

   Re: Hinds County, Mississippi v. Wachovia Bank N.A., et al., 08-Civ-2516

Dear Judge Marrero:

   I respectfully write to seek clarification on the Notice of Conference issued on June 20 in the above-referenced case. I represent Plaintiffs, including Fairfax County, Virginia, the State of Mississippi, and the City of Chicago, Illinois, who filed the first two cases alleging collusion in this industry in the United States District Court for the District of Columbia. Given that the Notice of Conference applies only to Plaintiff Hinds County, but that the Court subsequently issued an Order on June 23 directing the Clerk to consolidate, among others, the two cases originally filed in the District of Columbia, I respectfully request clarification as to which cases the conference applies. I have spoken to counsel for all plaintiffs presently before the Court, and I am informed that counsel for all such plaintiffs are available to attend the conference on July 11.

Sincerely,

Robert G. Eisler /cc

Robert G. Eisler

---

*Handwritten annotation:* The Notice of Conference applies to all parties in the case as now consolidated. This would encompass four (4) cases.

**SO ORDERED:**
6-25-08
DATE   VICTOR MARRERO, U.S.D.J.

150 East 52nd Street Thirtieth Floor New York, NY 10022 t: 212 838 7797 f: 212 838 7745 www.cmht.com

Washington, D.C. New York Philadelphia Chicago San Francisco London