UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HINDS COUNTY, MISSISSIPPI on behalf of itself
and all other similarly situated State and municipal
entities,

                Plaintiff,

vs.

WACHOVIA BANK N.A., *et al.*,

                Defendants.
------------------------------------------------------------x

Case No.: 08-CV-2516 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm Covington & Burling LLP withdraws as counsel for defendant Bear, Stearns & Co., Inc. and the law firm Simpson Thacher & Bartlett LLP shall appear as counsel for Bear, Stearns & Co., Inc.

Dated: June 25, 2008

                SIMPSON THACHER & BARTLETT LLP

                By: _____
                Joseph Wayland
                email: jwayland@stblaw.com
                425 Lexington Avenue
                New York, N.Y. 10017-3954
                Telephone: (212) 455-2000
                Facsimile: (212) 455-2502

                *Successor Attorneys for Bear, Stearns & Co., Inc.*

2

                COVINGTON & BURLING LLP

By: _____
Nancy L. Kestenbaum
email: nkestenbaum@cov.com
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

*Withdrawing Attorneys for Bear, Stearns & Co., Inc.*


**SO ORDERED:**

_____    26 June, 2008
The Honorable Victor Marrero
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HINDS COUNTY, MISSISSIPPI on behalf of itself
and all other similarly situated State and municipal
entities,

                Plaintiff,

vs.

WACHOVIA BANK N.A., *et al.*,

                Defendants.
------------------------------------------------------------x

Case No.: 08-CV-2516 (VM)

### AFFIDAVIT OF JOSEPH WAYLAND

STATE OF NEW YORK )
                      : ss.:
COUNTY OF NEW YORK )

       Joseph Wayland, being duly sworn, deposes and says:

       1.      I am a member of the law firm Simpson Thacher & Bartlett LLP ("Simpson Thacher"). I am admitted to practice in the United States District Court for the Southern District of New York. I submit this affidavit pursuant to Local Civil Rule 1.4 in support of the accompanying Stipulation and Order of Substitution of Counsel for Bear, Stearns & Co., Inc. in the above-captioned proceeding.

       2.      Simpson Thacher has executed the attached Stipulation and Order of Substitution of Counsel because Bear, Stearns & Co., Inc. wishes to be represented by Simpson Thacher in this matter in place of the law firm of Covington & Burling LLP. Simpson Thacher is familiar with the facts of this case and is prepared to assume the representation of Bear, Stearns & Co., Inc. effective immediately. Discovery has not yet commenced and this matter is not ready for

2

trial. This substitution will not delay the trial of this action or have any adverse effect on any party in this suit.

_____
Joseph Wayland

Sworn to before me this
25th day of June, 2008

_____
Notary Public

CHERYL BLUNT
NOTARY PUBLIC, State of New York
No. 41-4925552
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 4, 2010