## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

STEVEN E. FINEMAN
PARTNER

780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NEW YORK 10017-2024
TELEPHONE: (212) 355-9500
FACSIMILE: (212) 355-9592
mali@lchb.com
www.lchb.com

SAN FRANCISCO
NASHVILLE

June 26, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08

**BY FACSIMILE**
(212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

   Re: *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950,
     Master Docket No. 08 Civ. 2516

Dear Judge Marrero:

  We represent Plaintiffs in the cases consolidated, or soon to be transferred and consolidated, in this Court, and write in response to yesterday's letter to the Court sent by Joseph F. Wayland on behalf of thirty-two defendants.

  Plaintiffs believe that the July 11, 2008 conference, set by the Court's order of June 20, 2008, should not be postponed. It is our experience that complex cases benefit from early judicial management. Contrary to the Defendants' concerns, Plaintiffs' counsel have met to discuss not only a structure for the organization of Plaintiffs' efforts in this case, but have also achieved a common proposal for addressing certain case administrative issues as well as deadlines for mandatory initial disclosures, ESI issues, discovery, class certification, and other significant case milestones. Consistent with the *Manual for Complex Litigation*, counsel for all of the plaintiffs who have filed cases, which are before the Court or will be transferred, have met and drafted a proposed Case Management Order No. 1, which embodies that proposal. *See Manual for Complex Litigation* (Fourth) § 10.221 ("In some cases the attorneys coordinate their activities without the court's assistance, and such efforts should be encouraged."). Maintaining the scheduled conference date will ensure that this case proceeds expeditiously and efficiently from the outset.

Honorable Victor Marrero
June 26, 2008
Page 2

      Plaintiffs will be sending a draft joint Rule 16 letter and proposed Case Management Order No. 1 to defendants promptly. The parties should be able to finalize these documents well in advance of the July 11 conference. On July 11, Plaintiffs' counsel will be prepared to address, as a group, all scheduling issues. Thus, contrary to Defendants' concerns, there is no need to delay the July 11 conference. Indeed, sound case management principles counsel that the conference proceed as scheduled "to secure the just, speedy, and inexpensive determination" of this case. *See* Federal Rule of Civil Procedure 1.

      Respectfully submitted,

_/s/ Steven E. Fineman (by CES)_
Steven E. Fineman
Lieff, Cabraser, Heimann & Bernstein, LLP
On behalf of the *City of Oakland* plaintiff

_/s/ Robert G. Eisler (by CES)_
Robert G. Eisler
Cohen, Milstein, Hausfeld & Toll, P.L.L.C
On behalf of the *Fairfax County and Hinds County* plaintiffs

_/s/ William A. Isaacson (by CES)_
William A. Isaacson
Boies, Schiller & Flexner LLP
On behalf of the *Fairfax County* plaintiffs

_/s/ J. Douglas Richards (by CES)_
J. Douglas Richards
Pomerantz Haudek Block Grossman & Gross LLP
On behalf of the *Haywood County* plaintiff

_/s/ Solomon B. Cera (by CES)_
Solomon B. Cera
Gold Bennett Cera & Sidener LLP
On behalf of the *Central Bucks School District* plaintiffs

_/s/ William Carmody (by CES)_
William Carmody
Susman Godfrey L.L.P.
On behalf of the City of Baltimore
(case not yet filed)

cc: All Counsel (by e-mail)

769569.1

> Request GRANTED. By memo-endorsed Order dated 6-25-08 the Court already determined that the conference on 7-11-08 shall proceed as scheduled for the purpose of reviewing procedural and scheduling issues.
>
> SO ORDERED:
> 6-26-08
> DATE    VICTOR MARRERO, U.S.D.J.