UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated state and municipal entities,

    Plaintiff,

v.

WACHOVIA BANK N.A., et al.

    Defendants.

_____/

CASE NO.: 1:08-cv-2516 (VM)

ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gianluca Morello, a member of the bar of this Court, hereby enters his appearance as counsel for Defendant PackerKiss Securities, Inc. This notice is filed without waiving any defenses or objections, including those based on lack of jurisdiction or improper venue.

Respectfully submitted,

s/ Gianluca Morello
Gianluca Morello (GM-2721)
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd. Suite 1700
Tampa, FL 33602
T: (813) 228-7411
F: (813) 229-8313
Gianluca.Morello@fowlerwhite.com

Attorneys for Defendant PackerKiss Securities, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Gianluca Morello
Attorney

40280995v1 (108-1084)