UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>Defendants. | CASE NO. 08-02516 (VM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance as counsel of record for Defendant Winters & Co. Advisors, LLC ("Winters") in the above entitled action. Winters does not waive any of its defenses in this action, including but not limited to defenses and objections based on personal jurisdiction and lack of proper service of process.

Dated: Los Angeles, CA
       June 27, 2008

Respectfully submitted,

Marc E. Masters (MM-8840)
Bird, Marella, Boxer, Wolpert, Nessim,
 Drooks & Lincenberg, P.C.
1875 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

*Counsel for Defendant Winters & Co. Advisors, LLC*

248496.1