UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA BANK, N.A., et al., <br><br> Defendants. | CASE NO. 08-02516 (VM) |

### WINTERS & CO. ADVISORS, LLC'S

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Winters & Co. Advisors, LLC, a non-governmental corporation, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: Los Angeles, CA
       June 27, 2008

Respectfully submitted,

Marc E. Masters (MM-8840)
Bird, Marella, Boxer, Wolpert, Nessim,
 Drooks & Lincenberg, P.C.
1875 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

*Counsel for Defendant Winters & Co. Advisors, LLC*

248498.1