UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA BANK, N.A., et al., <br><br> Defendants. | CASE NO. 08-02516 (VM) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served First Class via U.S. Mail, postage prepaid, on

David Eggert
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Precious Tyrone Martin
Sercarz & Riopelle, L.L.P.
152 West 57th Street
24th Floor
New York, NY 10019

249069.1

Dated: Los Angeles, CA
June 27, 2008

Respectfully submitted,

　/s/ Marc E. Masters　　　　　　　　　　
Marc E. Masters (MM-8840)
Bird, Marella, Boxer, Wolpert, Nessim,
 Drooks & Lincenberg, P.C.
1875 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

*Counsel for Defendant Winters & Co.*
*Advisors, LLC*

249069.1