AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated entities,

V.

WACHOVIA BANK, N.A., et al.

SUMMONS IN A CIVIL ACTION

*Judge Berman*

CASE NUMBER:

# 08 CV · 2516

TO: (Name and address of Defendant)

BEAR STEARNS & CO., INC.
383 Madison Avenue
New York, NY 10179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SERCARZ & RIOPELLE, LLP
152 W. 57TH STREET
NEW YORK, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   MAR 1 3 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 24, 2008    12:08 p.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Bobby Ali 3871612 | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  by serving David Petercsak, Vice-President, authorized to accept. Service was completed at 320 Park Avenue, New York, NY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-25-08
              *Date*

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC  20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
HINDS COUNTY, MISSISSIPPI, on behalf
of itself and all other similarly situated
entities,

                    Plaintiff(s),                CASE NO. 08 CV 2516

    -against-                               **AFFIDAVIT OF SERVICE**

WACHOVIA BANK, N.A., **ET AL.**,
                    Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK   )
                            s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, INC., is over the age of eighteen years and is not a party to the action.
      That on the 24th day of March, 2008, at approximately 12:08 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT** upon Bear Stearns & Co., Inc. at 320 Park Avenue, New York, New York by personally delivering and leaving the same with David Petercsak, Vice-President, who is authorized by law to accept service.
      David Petercsak is a white male, approximately 48 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 170 pounds, with short light brown hair and dark eyes.

Sworn to before me this
24th day of March, 2008

BOBBY ALI #871612

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010