AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated entities,

V.

WACHOVIA BANK, N.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 2516**

TO: (Name and address of Defendant)

KINSELL NEWCOMB & DE DIOS, INC.
2776 Gateway Road
Carlsbad, CA 92009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SERCARZ & RIOPELLE, LLP
152 W. 57TH STREET
NEW YORK, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    MAR 1 3 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-20-2008 @ 11:45PM |
| NAME OF SERVER (PRINT)<br>TERI G. SMITH | TITLE<br>Private Process Server |

Check one box below to indicate appropriate method of service

- ☒ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☒ Other (specify): by serving Pam Cinque, Agent for Service, authorized to accept. Service was completed at 2776 Gateway Road, Carlsbad, CA 92009.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-21-2008
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.