AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Judge Berman_

| Southern | District of | New York |

HINDS COUNTY, MISSISSIPPI, on behalf of
itself and all other similarly situated entities,

**SUMMONS IN A CIVIL ACTION**

V.

WACHOVIA BANK, N.A., et al.

CASE NUMBER:

# 08 CV 2516

TO: (Name and address of Defendant)

SECURITY CAPITAL ASSURANCE CO.
A.S. Cooper Building
26 Reid Street, 4th Floor
Hamilton, HM 11, Bermuda

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SERCARZ & RIOPELLE, LLP
152 W. 57TH STREET
NEW YORK, NY 10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 3 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>03-25-08 @ 2:50 pm |
| NAME OF SERVER *(PRINT)*<br>David Cooper | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  by serving Thomas William Currie, Officer, authorized to accept. Service was completed at 26 Reid Street, 4th Floor, Hamilton, HM 11, Bermuda

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  25th March 2008

Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.