UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., | CASE NO. 08-02516 (VM) |
| Plaintiffs, | |
| vs. | |
| WACHOVIA BANK, N.A., et al., | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of June, 2008, I caused a true and correct

copy of the foregoing Notice of Appearance to be served First Class via U.S. Mail,

postage prepaid, on

David Eggert
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Precious Tyrone Martin
Sercarz & Riopelle, L.L.P.
152 West 57th Street
24th Floor
New York, NY 10019

249069.1

Dated: Los Angeles, CA
      June 27, 2008

                                        Respectfully submitted,

                                        __/s/ Marc E. Masters_____
                                        Marc E. Masters (MM-8840)
                                        Bird, Marella, Boxer, Wolpert, Nessim,
                                         Drooks & Lincenberg, P.C.
                                        1875 Century Park East, Suite 2300
                                        Los Angeles, CA  90067
                                        Telephone:  (310) 201-2100
                                        Facsimile:  (310) 201-2110

                                        *Counsel for Defendant Winters & Co.*
                                        *Advisors, LLC*

249069.1