Case No. 08 CV 2516

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Obergericht Zürich
Internationale Rechtshilfe
(Bitte Ref.Nr. immer angeben)

**WR 080697**

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE CANTON OF ZURICH<br>Obergericht des Kantons Zürich<br>Zentralbehörde Rechtshilfe Zivilsachen<br>Hirschengraben 15<br>8021 Zürich<br>SWITZERLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   UBS AG (No. CH-270.3.004.646-4)
Bahnhofstrasse 45, 8098 Zürich, SWITZERLAND

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
(b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :   Personal (in-hand) service by a judicial officer in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 8 May 2008 |
| "Summary" with Attachment "A," in duplicate | Fait à _____, le _____ |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons in a Civil Action, in English and German, in duplicate | *Signature et/ou cachet.* |
| Rule 7.1 Statement, in English and German, in duplicate | |
| Civil Cover Sheet with Attachment, in English and German, in duplicate | *Karina Shy* (signature) |
| Class Action Complaint, in English and German, in duplicate | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94 (Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

Obergericht Zürich
Internationale Rechtshilfe
(Bitte Ref.Nr. immer angeben)

**WR 080697**

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* ___May 22, 2008 (5/22/2008)___
- at (place, street, number)
- *à (localité, rue numéro)* ___8001 Zürich, Bahnhofstrasse 45___

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method*: ___Personal service by a community___
*b) selon la forme particulière suivante :* ___clerk (officer)___

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* ___Mr. Urs Wenzel, Mr. Moritz (...)___

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* ___Legal representatives of___
___the company___

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15
Postfach
8021 Zürich (Schweiz)

Done at ___, the ___5/29/2008___
Fait à ___, le ___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

**Signature and / or stamp.**
*Signature et / ou cachet.*

_____
_____

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HINDS COUNTY, MISSISSIPPI, on behalf of
itself and all other similarly situated entities,

V.

WACHOVIA BANK, N.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 2516

TO: (Name and address of Defendant)

UBS AG
Bahnhofstrasse 45
CH-8098
Zurich, Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SERCARZ & RIOPELLE, LLP
152 W. 57TH STREET
NEW YORK, NY 10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            MAR 1 3 2008

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date               *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.