# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

**Marc E. Masters**
mem@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 3282.2

June 30, 2008

**Via Facsimile**
**(212) 805-6382**

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

Re: *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950,
    **Master Docket No. 08 Civ. 2516**

Dear Judge Marrero:

We represent Winters & Co. Advisors, LLC in the consolidated actions. By Notice of Conference dated June 20, 2008, this Court scheduled the Rule 16 initial conference in this matter for July 11, 2008 at 10:30 a.m. We respectfully request permission to appear telephonically at this initial conference.

Very truly yours,

Marc E. Masters

MEM:lak

249091.1

Request GRANTED. Counsel for defendants Winters & Co. Advisors, LLC are authorized to appear by telephone at the initial conference on this action on 7-11-08

SO ORDERED:
6-30-08
DATE    VICTOR MARRERO, U.S.D.J.

---

| | | | | |
|---|---|---|---|---|
| Sharon Ben-Shahar | Jennifer S. Chang | Lisa M. Lawrence | Bonita D. Moore | Ekwan E. Rhow |
| Terry W. Bird | Mark T. Drooks | Benjamin D. Lichtman | Ronald J. Nessim | John K. Rubiner |
| Joel E. Boxer | Thomas R. Freeman | Gary S. Lincenberg | Angela E. Oh | Peter J. Shakow |
| Eric E. Bronson | Benjamin N. Gluck | Vincent J. Marella | Thomas V. Reichert | Dorothy Wolpert |
| Paul S. Chan | Jason D. Kogan | Marc E. Masters | Jean Y. Rhee | Steven K. Yoda |