

# FOWLER WHITE BOGGS BANKER

ATTORNEYS AT LAW

ESTABLISHED 1943

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08
```

Gianluca Morello
Direct Dial: 813-222-2072
gianluca.morello@fowlerwhite.com

June 30, 2008

**VIA FACSIMILE**

The Honorable Victor Marrero
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

    Re:    *Hinds County et al. v. Wachovia Bank N.A., et al.*, Case No.: 08-cv-2516(VM):
Request for Pre-Motion Conference Regarding a Motion to Appear Telephonically.

Your Honor,

    Pursuant to your Honor's individual practices, we write on behalf of Defendant PackerKiss Securities, Inc. ("PackerKiss") to request a pre-motion conference with respect to our desire to move for leave to appear telephonically before this Court at the Rule 16 initial conference scheduled for July 11, 2008 (the "Conference"). Burton W. Wiand, who is preparing to file for *pro hac vice* admission in this matter and consequently has not yet appeared, will be lead trial counsel for PackerKiss in this matter. Mr. Wiand will be unable to attend the Conference in person because he will be out of the country until July 10th and has other scheduling conflicts that hinder his ability to travel to New York from Florida on July 10th and 11th. As an aside, counsel's telephonic appearance would be a significant savings for PackerKiss, which is a small entity with net capital of roughly $60,000. For these reasons, PackerKiss respectfully seeks permission to move for leave to

FOWLER WHITE BOGGS BANKER P.A.

TAMPA • ST. PETERSBURG • FORT MYERS • TALLAHASSEE • ORLANDO • NAPLES • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • www.fowlerwhite.com

The Honorable Victor Morrero
June 30, 2008
Page 2

have its counsel appear telephonically at the July 11th Rule 16 initial conference on this matter.

Respectfully,

FOWLER WHITE BOGGS BANKER P.A.

Gianluca Morello

GM/akm

cc: All parties of record *(via facsimile)*

40285437v1

> Request GRANTED. Counsel for defendant
> BickerKiss Counties, Inc. is/are
> authorized to appear by telephone
> at the initial conference on
> this action on 7-11-08.
>
> SO ORDERED:
>
> 6-30-08
> DATE          VICTOR MARRERO, U.S.D.J.

FOWLER WHITE BOGGS BANKER P.A.
TAMPA • ST. PETERSBURG • FORT MYERS • TALLAHASSEE • ORLANDO • NAPLES • JACKSONVILLE • FORT LAUDERDALE