UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HINDS COUNTY, MISSISSIPPI, on behalf of itself   :
and all others similarly situated State and municipal   :
entities,                                        :   08 CV 2516 (VM)
        Plaintiff,                             :
   v.                                          :
                                                :   ECF Case
WACHOVIA BANK N.A.; AIG FINANCIAL PRODUCTS  :
CORP.; AIG SUNAMERICA LIFE ASSURANCE CO.; BEAR, :
STEARNS & CO., INC.; FINANCIAL SECURITY     :
ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY :
ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE :
COMPANY; GE FUNDING CAPITAL MARKET          :
SERVICES, INC.; TRINITY FUNDING CO., LLC;   :
GENWORTH FINANCIAL INC.; NATIXIS S.A. F/K/A IXIS :
CORPORATE AND INVESTMENT BANK; JP MORGAN    :
CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL  :
LYNCH & CO., INC.; MORGAN STANLEY; NATIONAL :
WESTMINSTER BANK PLLC; PIPER JAFFRAY & CO.; :
SOCIETE GENERALE SA; UBS AG; XL ASSET FUNDING :
COMPANY LLC; XL LIFE INSURANCE & ANNUITY, INC. :
NATIXIS FUNDING CORP. F/K/A CDC FUNDING CORP.; :
INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; :
BANK OF AMERICA N.A.; CDR FINANCIAL PRODUCTS; :
FELD WINTERS FINANCIAL LLC; WINTERS & CO.   :
ADVISORS, LLC; FIRST SOUTHWEST COMPANY; GEORGE :
K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; :
PACKERKISS SECURITIES, INC.; SHOCKLEY FINANCIAL :
CORP.; SOUND CAPITAL MANAGEMENT, INC.; CAIN :
BROTHERS & CO., LLC; and MORGAN KEEGAN & CO., INC.:
                                                :
        Defendants.                            :
----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the

undersigned counsel of record certifies that the following are corporate parents of Genworth Financial, Inc. or publicly held corporations owning 10% or more of its stock: None.

Dated:  New York, New York
       July 2, 2008

HUNTON & WILLIAMS LLP

By: _____
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

*Attorneys for Defendant
Genworth Financial, Inc.*

TO:    Roland Gustaf Riopelle, Esq.
SERCARZ & RIOPELLE, LLP
152 West 57th Street, 24th Floor
New York, NY 10019
(212) 586-4900
rriopelle@juno.com

-and-

Precious Martin Senior, Esq.
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MI 39205-0373
(601) 944-1447

*Attorneys for Plaintiff*

-and-

ALL COUNSEL OF RECORD

## DECLARATION OF SERVICE

Bradford C. Mulder hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Genworth Financial, Inc.

That on July 2, 2008, I served a true copy of the foregoing Rule 7.1 Disclosure Statement on All Counsel of Record via the Court's ECF Notification System and in addition, by First Class Mail, on Plaintiff's Counsel, at the address listed below by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York,

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 2, 2008

/s/ Bradford C. Mulder
Bradford C. Mulder

TO: Roland Gustaf Riopelle, Esq.
SERCARZ & RIOPELLE, LLP
152 West 57th Street, 24th Floor
New York, NY 10019
(212) 586-4900
rriopelle@juno.com

-and-

Precious Martin Senior, Esq.
PRECIOUS MARTIN SENIOR & ASSOCIATES PLLC
821 North Congress St.
P.O. Box 373
Jackson, MI 39205-0373
(601) 944-1447

*Attorneys for Plaintiff*