**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated state and municipal entities,

Plaintiff,

CASE NO.: 1:08-cv-02516-VM

v.

WACHOVIA BANK N.A., et al.

Defendants.
_______________________________________/

**DEFENDANT PACKERKISS SECURITIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(b)(2), Defendant PackerKiss Securities, Inc. ("PackerKiss"), states that PackerKiss has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: July 2, 2008

Respectfully submitted,

/s/ Gianluca Morello
Gianluca Morello (GM-2721)
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd. Suite 1700
Tampa, FL 33602
T: (813)-228-7411
F: (813)-229-8313
Gianluca.Morello@fowlerwhite.com

Attorneys for Defendant PackerKiss Securities, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following individuals on this 2nd day of July, 2008.

**Hinds County, Mississippi** *on behalf of itself and all others similarly situated State and municipal entities* represented by

**Roland Gustaf Riopelle**
Sercarz & Riopelle , L.L.P.
152 West 57th Street, 24th Floor
New York, NY 10019
(212) 586-4900
Fax: (212) 586-1234
Email: rriopelle@juno.com

**Precious Tyrone Martin**
Sercarz & Riopelle, L.L.P.
152 West 57th Street, 24th Floor
New York, NY 10019
(212) 586-4900
Email: ptm@ptmandassoc.com
* by email and U.S. Mail

**Haywood County, Tennessee** represented by

**John Douglas Richards**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212)-661-1100
Fax: (212)-661-8665
Email: drichards@pomlaw.com

**Michael Morris Buchman**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
212-661-1100
Fax: 212-661-8665
Email: mbuchman@pomlaw.com

| | | |
|---|---|---|
| **Wachovia Bank N.A.** | represented by | **David Bruce Tulchin**<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>212-558-4000<br>Fax: 212-558-3588<br>Email: tulchind@sullcrom.com |
| **AIG Financial Products Corp.**<br>**AIG Sunamerica Life Assurance Co.** | represented by | **Richard Benjamin Zabel**<br>Akin Gump Strauss Hauer & Feld LLP(NYC)<br>590 Madison Avenue<br>New York, NY 10022<br>212-872-8060<br>Fax: 212-872-1002<br>Email: rzabel@akingump.com |
| **Bear, Stearns & Co., Inc.**<br>**JP Morgan Chase & Co.** | represented by | **Joseph Franklin Wayland**<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-455-3203<br>Fax: 212-455-2502<br>Email: jwayland@stblaw.com |
| **Genworth Financial Inc.** | represented by | **Shawn Patrick Regan**<br>Hunton & Williams, LLP<br>200 Park Avenue, 43rd Floor<br>New York, NY 10166<br>(212) 309-1046<br>Fax: (212) 3309-1100<br>Email: sregan&Hunton.com |

| | | |
|---|---|---|
| **GE Funding Capital Market Services, Inc.**<br>**Trinity Funding Co., LLC** | represented by | **Craig A. Stewart**<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212)-715-1142<br>Fax: (212)-715-1399<br>Email: craig_stewart@aporter.com<br><br>**Jon Jason Nathan**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202)-942-6481<br>Fax: (202)-942-5999<br>Email: jon.nathan@aporter.com<br><br>**David Eggert**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202) 942-5000<br>Email: david.eggert@aporter.com<br>* by e-mail and regular U.S. mail<br><br>**Douglas L. Wald**<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>(202) 942-5112<br>Fax: (202) 942-5999<br>Email: Douglas.Porter@aporter.com<br>* by e-mail and regular U.S. mail |

**Lehman Brothers Inc.** represented by

**Allon Lifshitz**
Paul Weiss Rifkind Wharton &
Garrison LLP
1285 Avenue of The Americas
New York, NY 10019
(212)-373-3282
Fax: (212)-492-0282
Email: alifshitz@paulweiss.com

**David Mark Cave**
Paul, Weiss, Rifkind , Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3704
Fax: (212)-492-0704
Email: dcave@paulweiss.com

**Michael E. Gertzman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3281
Fax: 212.373.2274
Email: mgertzman@paulweiss.com

**Moses Silverman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3355
Fax: 212.492.0355
Email: msilverman@paulweiss.com

| | | |
|---|---|---|
| **Merrill Lynch & Co.** | represented by | **Edward M. Spiro**<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9460<br>Fax: (212) 856-9494<br>Email: espiro@magislaw.com<br><br>**Sarah Jean North**<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600<br>Fax: (212) 856-9494<br>Email: snorth@magislaw.com |
| **National Westminster Bank PLC** | represented by | **Jay N. Fastow**<br>Dickstein Shapiro, LLP (NYC)<br>1177 Avenue of the Americas<br>New York, NY 10036-2714<br>T: (212) 277-6767<br>F: (212) 277-6501<br>Email: fastowj@dicksteinshapiro.com |
| **Winters & Co. Advisors, LLC** | represented by | **Marc Elliott Masters**<br>Bird, Marella, Boxer, et al.<br>1875 Cenutry Park east #2300<br>Los Angeles, CA 90067<br>(310) 201-2100<br>Fax: (310) 201-2110<br>Email: mem@birdmarella.com |

**Societe Generale SA** represented by

**Erica Eileen Flores**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2267
Fax: (212) 849-5967
Email: eflores@mayerbrown.com

**Matthew D. Ingber**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: mingber@mayerbrown.com

**Michael O. Ware**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: mware@mayerbrown.com

**Paula Garrett Lin**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212)-506-2215
Fax: (212)-849-5985
Email: plin@mayerbrown.com

**Richard Marc Steuer**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: rsteuer@mayerbrown.com

**Steven Wolowitz**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: wolowitz@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Bank of America N.A.** | represented by | **Richard T. Marooney, Jr**<br>King & Spalding, L.L.P. (NYC)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>212-556-2242<br>Fax: 212-556-2222<br>Email: RMarooney@KSLAW.com |
| **First Southwest Company** | represented by | **Alden Lewis Atkins**<br>Vinson & Elkins L.L.P.<br>666 Fifth Avenue, 26th Floor<br>New York 10103<br>(202) 639 6613<br>Fax: (202) 879 8813<br>Email: aatkins@velaw.com |
| **Cain Brothers & Co., LLC** | represented by | **Howard Jay Kaplan**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212)-333-0219<br>Fax: (212)-333-2350<br>Email: hkaplan@arkin-law.com<br><br>**Lisa Christine Solbakken**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212)333-0200<br>Fax: (212)333-2350<br>Email: coconnor@arkin-law.com<br><br>**Stephen Thomas Heiser**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212) 333-0200 x0232<br>Fax: (212) 333-2350<br>Email: sheiser@arkin-law.com |

40282708v1