

JOHN W. LUNDQUIST
Direct Dial No. (612) 492-7181
jlundquist@fredlaw.com

July 3, 2008

VIA FACSIMILE
AND UNITED STATES MAIL

The Honorable Victor Marrero
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08
```

Re: *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950.
Master Docket No. 08 Civ. 2516

Dear Judge Marrero:

We represent Sound Capital Management, a defendant in the above litigation. Sound is based in Eden Prairie, Minnesota. We request permission to participate in the Rule 16 Conference on July 11, 2008 via telephone. We would appreciate you letting us know if this is permissible. Thank you for your consideration.

Very truly yours,

*John W. Lundquist*

John W. Lundquist

JWL/cmh

4395605_1.DOC

> Request GRANTED. Defendant Sound Capital Management is authorized to participate by telephone in the conference herein scheduled for 7-11-08.
>
> SO ORDERED:
> 7-3-08
> DATE   VICTOR MARRERO, U.S.D.J.

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / London / Monterrey, Mexico / Shanghai