**Brownstein | Hyatt
Farber | Schreck**

July 7, 2008

John V. McDermott
Attorney at Law
303.223.1118 tel
303.23.0918 fax
jmcdermott@bhfs.com

**VIA FACSIMILE 212.805.6382**

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Stree, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08
```

RE: *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950, Master Docket No. 08cv2516

Dear Judge Marrero:

We represent George K. Baum & Co. in the above-captioned consolidated actions. By Notice of Conference dated June 20, 2008, this Court scheduled the Rule 16 initial conference in this matter for July 11, 2008 at 10:30 a.m. Pursuant to the Notice and your Individual Practices, we respectfully request permission to appear telephonically at this initial conference.

Sincerely,

*John V. McDermott/MWB*

John V. McDermott

cc: Counsel of Record

4167\81\1172461.1

> Request GRANTED. Defendant George K. Baum & Co. is authorized to appear by telephone at the initial conference on this action on 7-11-08.
>
> SO ORDERED:
> 7-7-08
> DATE — VICTOR MARRERO, U.S.D.J.

410 Seventeenth Street, Suite 2200 | Denver, CO 80202-4432 | 303.223.1100 tel
Brownstein Hyatt Farber Schreck, LLP | bhfs.com | 303.223.1111 fax