# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated state and
municipal entities,

          Plaintiff,

                                    CASE NO.: 1:08-cv-02516-VM

v.

WACHOVIA BANK N.A., et al.

          Defendants.

_____/

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, I, Gianluca Morello, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac*

*vice* of:

> Burton W. Wiand
> Fowler White Boggs Banker P.A.
> 501 E. Kennedy Blvd. Suite 1700
> Tampa, Florida 33602
> T: (813) 228-7411
> F: (813) 229-8313
> Email: bwiand@fowlerwhite.com

Mr. Wiand is a member in good standing of the bar of the States of Florida, Georgia,

and the District of Columbia. There are no pending disciplinary proceedings against Mr.

Wiand in any State or Federal Court.

Dated: July 3, 2008.

Tampa, Florida

Respectfully submitted,

_____

Gianluca Morello (GM-2721)
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd. Suite 1700
Tampa, FL  33602
T: (813)-228-7411
F: (813)-229-8313
Gianluca.Morello@fowlerwhite.com

Attorneys for Defendant PackerKiss Securities,
Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been
furnished by ~~U.S. mail~~ electronic mail to the following on the attached Service List on this 3rd day of July,
2008.

_____
Attorney

40271655v1 (108-1084)

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated state and
municipal entities,

        Plaintiff,

                                 CASE NO.: 1:08-cv-02516-VM

v.

WACHOVIA BANK N.A., et al.

        Defendants.

_____/

**AFFIDAVIT OF GIANLUCA MORELLO IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | )ss |
| COUNTY OF HILLSBOROUGH | ) |

        Gianluca Morello, being duly sworn, hereby deposes and says as follows:

        1.     I am an attorney with the law firm of Fowler White Boggs Banker P.A., counsel for Defendant PackerKiss Securities, Inc. ("PackerKiss") in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of PackerKiss's motion to admit Burton W. Wiand as counsel *pro hac vice* to represent PackerKiss in this matter.

        2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 24, 1999.  I was also admitted to the United States District Courts for the Southern and Eastern Districts of New York on April 10, 2001.  I am in good standing with this Court.

        3.     I have known Burton W. Wiand since the Spring of 2006.

4.     Mr. Wiand practices with Fowler White Boggs Banker P.A., in Tampa, Florida.

5.     I have found Mr. Wiand to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure, the Local Rules of this Court, and Your Honor's Individual Practices.

6.     Accordingly, I am pleased to move for the admission of Burton W. Wiand, *pro hac vice*.

7.     I respectfully submit a proposed order granting the admission of Burton. W. Wiand, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Burton W. Wiand, *pro hac vice*, to represent Defendant PackerKiss Securities, Inc. in the above captioned matter, be granted.

Respectfully submitted,

_____
Gianluca Morello (GM-2721)
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd. Suite 1700
Tampa, FL  33602
T: (813)-228-7411
F: (813)-229-8313
Gianluca.Morello@fowlerwhite.com

Attorneys for Defendant PackerKiss Securities, Inc.

2

STATE OF FLORIDA                )

COUNTY OF HILLSBOROUGH          )

The foregoing instrument was acknowledged before me this 3 ᴿᴰ day of July, 2008, by

GIANLUCA MORELLO.    He ☒ is personally known to me, or ☐ has produced

_____ as identification.

Signature of Notary Public,
State of Florida

My Commission Expires: 10/20/08

40272188v1 (108-1084)

LINDA S. JONES
Comm# DD0331662
Expires 10/20/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

3



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon        )

In Re:        407690
              Burton Webb Wiand
              Fowler White Boggs Banker, P.A.
              P.O. Box 1438
              Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 1984.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this __23rd__ day of June, 2008.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLF6:R10

# STATE BAR
# OF GEORGIA



*Lawyers Serving the Public and the Justice System*

**Mr. Burton W. Wiand**
**Fowler White Boggs Banker**
**501 E. Kennedy Boulevard, Suite 1700**
**Tampa, FL 33602-5237**

| | |
|---|---|
| **CURRENT STATUS:** | **Inactive Member-Good Standing** |
| **DATE OF ADMISSION:** | **11/29/1971** |
| **BAR NUMBER:** | **757100** |
| **TODAY'S DATE:** | **June 23, 2008** |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- **Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
- **Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brandy Preston*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BURTON W. WIAND

was on the ___11TH___ day of ___JULY, 1974___

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 2, 2008.

GARLAND PINKSTON, JR., CLERK

By: _M. Charles_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated state and
municipal entities,

       Plaintiff,

                                CASE NO.: 1:08-cv-2516-VM

v.

WACHOVIA BANK N.A., et al.

       Defendants.

_____/

## SERVICE LIST

**Hinds County, Mississippi**
*on behalf of itself and all others
similarly situated State and
municipal entities*

    represented by

**Roland Gustaf Riopelle**
Sercarz & Riopelle, L.L.P.
152 West 57th Street, 24th Floor
New York, NY 10019
(212) 586-4900
Fax: (212) 586-1234
Email: rriopelle@juno.com

**Precious Tyrone Martin**
Sercarz & Riopelle, L.L.P.
152 West 57th Street
24th Floor
New York, NY 10019
(212) 586-4900
Email: pmartin@ptmandassoc.com

| | | |
|---|---|---|
| **Haywood County, Tennessee** | represented by | **John Douglas Richards**<br>Pomerantz Haudek Block<br>Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, NY 10017<br>(212)-661-1100<br>Fax: (212)-661-8665<br>Email: drichards@pomlaw.com |
| | | **Michael Morris Buchman**<br>Pomerantz Haudek Block<br>Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, NY 10017<br>212-661-1100<br>Fax: 212-661-8665<br>Email: mbuchman@pomlaw.com |
| **Wachovia Bank N.A.** | represented by | **David Bruce Tulchin**<br>Sullivan and Cromwell,<br>LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>212-558-4000<br>Fax: 212-558-3588<br>Email: tulchind@sullcrom.com |
| **AIG Financial Products Corp.**<br>**AIG Sunamerica Life**<br>**Assurance Co.** | represented by | **Richard Benjamin Zabel**<br>Akin Gump Strauss Hauer & Feld<br>LLP(NYC)<br>590 Madison Avenue<br>New York, NY 10022<br>212-872-8060<br>Fax: 212-872-1002<br>Email: rzabel@akingump.com |

| | | |
|---|---|---|
| **Bear, Stearns & Co., Inc.**<br>**JP Morgan Chase & Co.** | represented by | **Joseph Franklin Wayland**<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-445-3203<br>Fax: 212-455-2502<br>Email: jwayland@stblaw.com |
| **Genworth Financial Inc.** | represented by | **Shawn Patrick Regan**<br>Hunton & Williams, LLP<br>200 Park Avenue, 43rd Floor<br>New York, NY 10166<br>(212) 309-1046<br>Fax: (212) 309-1100<br>Email: sregan@hunton.com |
| **GE Funding Capital Market**<br>**Services, Inc.**<br>**Trinity Funding Co., LLC** | represented by | **Craig A. Stewart**<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212)-715-1142<br>Fax: (212)-715-1399<br>Email: craig_stewart@aporter.com |
| | | **Jon Jason Nathan**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202)-942-6481<br>Fax: (202)-942-5999<br>Email: jon.nathan@aporter.com |
| | | **David Eggert**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202) 942-5000<br>Email: david.eggert@aporter.com |

3

**Douglas L. Wald**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5112
Fax: (202) 942-5999
Email: douglas.wald@aporter.com

**Lehman Brothers Inc.**              represented by    **Allon Lifshitz**
Paul Weiss Rifkind Wharton &
Garrison LLP
1285 Avenue of The Americas
New York, NY 10019
(212)-373-3282
Fax: (212)-492-0282
Email: alifshitz@paulweiss.com

**David Mark Cave**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3704
Fax: (212)-492-0704
Email: dcave@paulweiss.com

**Michael E. Gertzman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3281
Fax: 212.373.2274
Email: mgertzman@paulweiss.com

**Moses Silverman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3355
Fax: 212.492.0355
Email: msilverman@paulweiss.com

4

**Merrill Lynch & Co.**          represented by          **Edward M. Spiro**
Morvillo, Abramowitz, Grand, Iason,
Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
(212) 880-9460
Fax: (212) 856-9494
Email: espiro@magislaw.com

**Sarah Jean North**
Morvillo, Abramowitz, Grand, Iason,
Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
Fax: (212) 856-9494
Email: snorth@magislaw.com

**National Westminster Bank**   represented by   **Jay N. Fastow**
**PLC**
Dickstein Shapiro, LLP (NYC)
1177 Avenue of the Americas
New York, NY  10036-2714
T: (212) 277-6767
F: (212) 277-6501
Email: fastowj@dicksteinshapiro.com

**Societe Generale SA**          represented by          **Erica Eileen Flores**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2267
Fax: (212) 849-5967
Email: eflores@mayerbrown.com

**Matthew D. Ingber**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: mingber@mayerbrown.com

**Michael O. Ware**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: mware@mayerbrown.com

**Paula Garrett Lin**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212)-506-2215
Fax: (212)-849-5985
Email: plin@mayerbrown.com

**Richard Marc Steuer**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: rsteuer@mayerbrown.com

**Steven Wolowitz**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: swolowitz@mayerbrown.com

**Bank of America N.A.**          represented by

**Richard T. Marooney, Jr**
King & Spalding, L.L.P. (NYC)
1185 Avenue of the Americas
New York, NY 10036
212-556-2242
Fax: 212-556-2222
Email: RMarooney@KSLAW.com

| | | |
|---|---|---|
| **First Southwest Company** | represented by | **Alden Lewis Atkins**<br>Vinson & Elkins L.L.P.<br>666 Fifth Avenue, 26th Floor<br>New York 10103<br>(202) 639 6613<br>Fax: (202) 879 8813<br>Email: aatkins@velaw.com |
| **Cain Brothers & Co., LLC** | represented by | **Howard Jay Kaplan**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212)-333-0219<br>Fax: (212)-333-2350<br>Email: hkaplan@arkin-law.com |
| | | **Lisa Christine Solbakken**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212)333-0200<br>Fax: (212)333-2350<br>Email: coconnor@arkin-law.com |
| | | **Stephen Thomas Heiser**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212) 333-0200 x0232<br>Fax: (212) 333-2350<br>Email: sheiser@arkin-law.com |

40282708

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated State and
municipal entities,

        Plaintiff,

                                        CASE NO.: 1:08-cv-2516-VM

v.

WACHOVIA BANK N.A., et al.

        Defendants.

_____/


## <u>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION</u>

Upon the motion of Gianluca Morello, attorney for Defendant PackerKiss Securities,

Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Burton W. Wiand
        Fowler White Boggs Banker P.A.
        501 E. Kennedy Blvd. Suite 1700
        Tampa, Florida 33602
        T: (813) 228-7411/F: (813) 229-8313
        Bwiand@fowlerwhite.com

is admitted to practice *pro hac vice* as counsel for Defendant PackerKiss Securities, Inc. in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password

at <u>nysd.uscourts.gov</u>.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated:_____
New York, New York


_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE


40272303v1

2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated state and
municipal entities,

        Plaintiff,

v.

WACHOVIA BANK N.A., et al.

        Defendants.

CASE NO.: 1:08-cv-02516-VM

_____/

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, I, Gianluca Morello, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac*

*vice* of:

> Burton W. Wiand
> Fowler White Boggs Banker P.A.
> 501 E. Kennedy Blvd. Suite 1700
> Tampa, Florida 33602
> T: (813) 228-7411
> F: (813) 229-8313
> Email: bwiand@fowlerwhite.com

Mr. Wiand is a member in good standing of the bar of the States of Florida, Georgia,

and the District of Columbia.  There are no pending disciplinary proceedings against Mr.

Wiand in any State or Federal Court.

Dated: July 3, 2008.

Tampa, Florida

Respectfully submitted,

_____

Gianluca Morello (GM-2721)
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd. Suite 1700
Tampa, FL  33602
T: (813)-228-7411
F: (813)-229-8313
Gianluca.Morello@fowlerwhite.com

Attorneys for Defendant PackerKiss Securities,
Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been
furnished by ~~U.S. mail~~ electronic mail to the following on the attached Service List on this 3rd day of July,

2008.

_____

Attorney

40271655v1 (108-1084)

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated state and
municipal entities,

        Plaintiff,

                                  CASE NO.: 1:08-cv-02516-VM

v.

WACHOVIA BANK N.A., et al.

        Defendants.

_____/

## AFFIDAVIT OF GIANLUCA MORELLO IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF FLORIDA          )
                         )ss
COUNTY OF HILLSBOROUGH  )

      Gianluca Morello, being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney with the law firm of Fowler White Boggs Banker P.A.,

counsel for Defendant PackerKiss Securities, Inc. ("PackerKiss") in the above captioned

action. I am familiar with the proceedings in this case. I make this statement based on my

personal knowledge of the facts set forth herein and in support of PackerKiss's motion to

admit Burton W. Wiand as counsel *pro hac vice* to represent PackerKiss in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was

admitted to practice law on May 24, 1999. I was also admitted to the United States District

Courts for the Southern and Eastern Districts of New York on April 10, 2001. I am in good

standing with this Court.

      3.     I have known Burton W. Wiand since the Spring of 2006.

4.      Mr. Wiand practices with Fowler White Boggs Banker P.A., in Tampa, Florida.

5.      I have found Mr. Wiand to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure, the Local Rules of this Court, and Your Honor's Individual Practices.

6.      Accordingly, I am pleased to move for the admission of Burton W. Wiand, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Burton. W. Wiand, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Burton W. Wiand, *pro hac vice*, to represent Defendant PackerKiss Securities, Inc. in the above captioned matter, be granted.

Respectfully submitted,

Gianluca Morello (GM-2721)
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd. Suite 1700
Tampa, FL  33602
T: (813)-228-7411
F: (813)-229-8313
Gianluca.Morello@fowlerwhite.com

Attorneys for Defendant PackerKiss Securities, Inc.

2

STATE OF FLORIDA          )

COUNTY OF HILLSBOROUGH    )

    The foregoing instrument was acknowledged before me this 3RD day of July, 2008, by

GIANLUCA  MORELLO.   He  ☒  is  personally  known  to  me,  or  ☐  has  produced

_____ as identification.

                                          _Linda S. Jones_____

                                          Signature of Notary Public,
                                          State of Florida

                                          My Commission Expires:  10/20/08

40272188v1 (108-1084)

LINDA S. JONES
Comm# DD0331682
Expires 10/20/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

3



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:    407690
Burton Webb Wiand
Fowler White Boggs Banker, P.A.
P.O. Box 1438
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 1984.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___23rd___ day of June, 2008.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLF6:R10

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Burton W. Wiand
Fowler White Boggs Banker
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602-5237

| | |
|---|---|
| **CURRENT STATUS:** | **Inactive Member-Good Standing** |
| **DATE OF ADMISSION:** | 11/29/1971 |
| **BAR NUMBER:** | 757100 |
| **TODAY'S DATE:** | **June 23, 2008** |

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- **Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
- **Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204.** The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brandy Preston*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

BURTON W. WIAND

was on the   11ᵀᴴ   day of   JULY, 1974

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July 2,
2009.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated state and
municipal entities,

       Plaintiff,

                                  CASE NO.: 1:08-cv-2516-VM

v.

WACHOVIA BANK N.A., et al.

       Defendants.
_____/

## SERVICE LIST

| | | |
|---|---|---|
| **Hinds County, Mississippi**<br>*on behalf of itself and all others*<br>*similarly situated State and*<br>*municipal entities* | represented by | **Roland Gustaf Riopelle**<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street, 24th Floor<br>New York, NY 10019<br>(212) 586-4900<br>Fax: (212) 586-1234<br>Email: rriopelle@juno.com |
| | | **Precious Tyrone Martin**<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street<br>24th Floor<br>New York, NY 10019<br>(212) 586-4900<br>Email: pmartin@ptmandassoc.com |

**Haywood County, Tennessee**    represented by    **John Douglas Richards**
Pomerantz Haudek Block
Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212)-661-1100
Fax: (212)-661-8665
Email: drichards@pomlaw.com

**Michael Morris Buchman**
Pomerantz Haudek Block
Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
212-661-1100
Fax: 212-661-8665
Email: mbuchman@pomlaw.com

**Wachovia Bank N.A.**    represented by    **David Bruce Tulchin**
Sullivan and Cromwell,
LLP(NYC)
125 Broad Street
New York, NY 10004
212-558-4000
Fax: 212-558-3588
Email: tulchind@sullcrom.com

**AIG Financial Products Corp.**    represented by    **Richard Benjamin Zabel**
**AIG Sunamerica Life**    Akin Gump Strauss Hauer & Feld
**Assurance Co.**    LLP(NYC)
590 Madison Avenue
New York, NY 10022
212-872-8060
Fax: 212-872-1002
Email: rzabel@akingump.com

| | | |
|---|---|---|
| **Bear, Stearns & Co., Inc.**<br>**JP Morgan Chase & Co.** | represented by | **Joseph Franklin Wayland**<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-445-3203<br>Fax: 212-455-2502<br>Email: jwayland@stblaw.com |
| **Genworth Financial Inc.** | represented by | **Shawn Patrick Regan**<br>Hunton & Williams, LLP<br>200 Park Avenue, 43rd Floor<br>New York, NY 10166<br>(212) 309-1046<br>Fax: (212) 309-1100<br>Email: sregan@hunton.com |
| **GE Funding Capital Market**<br>**Services, Inc.**<br>**Trinity Funding Co., LLC** | represented by | **Craig A. Stewart**<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212)-715-1142<br>Fax: (212)-715-1399<br>Email: craig_stewart@aporter.com<br><br>**Jon Jason Nathan**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202)-942-6481<br>Fax: (202)-942-5999<br>Email: jon.nathan@aporter.com<br><br>**David Eggert**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202) 942-5000<br>Email: david.eggert@aporter.com |

**Douglas L. Wald**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5112
Fax: (202) 942-5999
Email: douglas.wald@aporter.com

**Lehman Brothers Inc.**                represented by            **Allon Lifshitz**
Paul Weiss Rifkind Wharton &
Garrison LLP
1285 Avenue of The Americas
New York, NY 10019
(212)-373-3282
Fax: (212)-492-0282
Email: alifshitz@paulweiss.com

**David Mark Cave**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3704
Fax: (212)-492-0704
Email: dcave@paulweiss.com

**Michael E. Gertzman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3281
Fax: 212.373.2274
Email: mgertzman@paulweiss.com

**Moses Silverman**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3355
Fax: 212.492.0355
Email: msilverman@paulweiss.com

| | | |
|---|---|---|
| **Merrill Lynch & Co.** | represented by | **Edward M. Spiro**<br>Morvillo, Abramowitz, Grand, Iason,<br>Anello & Bohrer, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9460<br>Fax: (212) 856-9494<br>Email: espiro@magislaw.com |
| | | **Sarah Jean North**<br>Morvillo, Abramowitz, Grand, Iason,<br>Anello & Bohrer, P.C<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600<br>Fax: (212) 856-9494<br>Email: snorth@magislaw.com |
| **National Westminster Bank PLC** | represented by | **Jay N. Fastow**<br>Dickstein Shapiro, LLP (NYC)<br>1177 Avenue of the Americas<br>New York, NY  10036-2714<br>T: (212) 277-6767<br>F: (212) 277-6501<br>Email: fastowj@dicksteinshapiro.com |
| **Societe Generale SA** | represented by | **Erica Eileen Flores**<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>(212) 506-2267<br>Fax: (212) 849-5967<br>Email: eflores@mayerbrown.com |
| | | **Matthew D. Ingber**<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500<br>Fax: (212) 262-1910<br>Email: mingber@mayerbrown.com |

5

**Michael O. Ware**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: mware@mayerbrown.com

**Paula Garrett Lin**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212)-506-2215
Fax: (212)-849-5985
Email: plin@mayerbrown.com

**Richard Marc Steuer**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: rsteuer@mayerbrown.com

**Steven Wolowitz**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212) 262-1910
Email: swolowitz@mayerbrown.com

**Bank of America N.A.**          represented by          **Richard T. Marooney, Jr**
King & Spalding, L.L.P. (NYC)
1185 Avenue of the Americas
New York, NY 10036
212-556-2242
Fax: 212-556-2222
Email: RMarooney@KSLAW.com

| | | |
|---|---|---|
| **First Southwest Company** | represented by | **Alden Lewis Atkins**<br>Vinson & Elkins L.L.P.<br>666 Fifth Avenue, 26th Floor<br>New York 10103<br>(202) 639 6613<br>Fax: (202) 879 8813<br>Email: aatkins@velaw.com |
| **Cain Brothers & Co., LLC** | represented by | **Howard Jay Kaplan**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212)-333-0219<br>Fax: (212)-333-2350<br>Email: hkaplan@arkin-law.com |
| | | **Lisa Christine Solbakken**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212)333-0200<br>Fax: (212)333-2350<br>Email: coconnor@arkin-law.com |
| | | **Stephen Thomas Heiser**<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212) 333-0200 x0232<br>Fax: (212) 333-2350<br>Email: sheiser@arkin-law.com |

40282708

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of
itself and all other similarly situated State and
municipal entities,

        Plaintiff,

v.                                                    CASE NO.: 1:08-cv-2516-VM

WACHOVIA BANK N.A., et al.

        Defendants.

_____/

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Gianluca Morello, attorney for Defendant PackerKiss Securities,

Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Burton W. Wiand
> Fowler White Boggs Banker P.A.
> 501 E. Kennedy Blvd. Suite 1700
> Tampa, Florida 33602
> T: (813) 228-7411/F: (813) 229-8313
> Bwiand@fowlerwhite.com

is admitted to practice *pro hac vice* as counsel for Defendant PackerKiss Securities, Inc. in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password

at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated:_____
New York, New York


_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE


40272303v1