UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>        Plaintiff,<br><br>        v.<br><br>Wachovia Bank N.A. et al.,<br><br>        Defendants | **Via ECF**<br><br>Civil Action No.<br>1:08-cv-02516(VM) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher Manning, Steve Kuney, David Zinn, Jon Fetterolf, and Jesse Smallwood of Williams and Connolly LLP, with offices at 725 Twelfth St. N.W., Washington, D.C. 20005, hereby appear as counsel on behalf of Defendants UBS AG in the above captioned action. UBS AG does not waive any of its defenses in this action, including but not limited to defenses and objections based on personal jurisdiction and lack of proper service of process.

Dated: July 8, 2008

                                                        /s/ Christopher Manning_____
                                                        Christopher Manning
                                                        WILLIAMS & CONNOLLY LLP
                                                        725 Twelfth St. N.W.
                                                        Washington, D.C. 20005
                                                        Telephone:   (202) 434-5000
                                                        Facsimile:    (202) 434-5029
                                                        Email:  CManning@wc.com
                                                        *Attorneys for Defendants UBS AG*