UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>Plaintiff,<br><br>v.<br><br>Wachovia Bank N.A. et al.,<br><br>Defendants | <u>Via ECF</u><br><br>Civil Action No.<br>1:08-cv-02516(VM) |

### UBS AG's CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UBS AG hereby discloses that it is a publicly traded corporation.

UBS AG does not have a parent corporation and, to its knowledge, no publicly held corporation owns 10% or more of its stock.

Dated: July 8, 2008

/s/ Christopher Manning _____
Christopher Manning
WILLIAMS & CONNOLLY LLP
725 Twelfth St. N.W.
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029
Email:  CManning@wc.com
*Attorneys for Defendants UBS AG*