UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY MISSISSIPPI, on behalf of itself and all other similarly situated state and municipal entities,<br><br>            Plaintiff,<br><br>            v.<br><br>Wachovia Bank N.A. et al.,<br><br>            Defendants | **Via ECF**<br><br>Civil Action No.<br>1:08-cv-02516(VM) |

## CERTIFICATE OF SERVICE

        Pursuant to Southern District of New York Electronic Case Filing Rules and Instructions 19.3(b), I, Christopher Manning, hereby certify that, on July 8 2008, I caused copies of Notices of Appearances of Christopher Manning, Steve Kuney, David Zinn, Jon Fetterolf, and Jesse Smallwood as counsel for Defendant UBS AG and Rule 7.1 Corporate Disclosure Statement for UBS AG to be sent by United States first class mail, postage prepaid, to the following parties on who are not registered to receive electronic notice of court filings:

City of Oakland, California
Attn: John A. Russo, City Attorney
1 Frank Ogawa Plaza, 6th Floor
Oakland, California 94612

David Eggert
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004

Precious Tyrone Martin
Sercarz & Riopelle, L.L.P.
152 West 57th Street 24th Floor
New York, NY 10019

Dated: Washington, D.C.
       July 8, 2008

                                              /s/ Christopher Manning
                                              Christopher Manning
                                              WILLIAMS & CONNOLLY LLP
                                              725 Twelfth St. N.W.
                                              Washington, D.C. 20005
                                              Telephone:   (202) 434-5000
                                              Facsimile:    (202) 434-5029
                                              Email:  CManning@wc.com
                                              *Attorneys for Defendants UBS AG*