UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI,<br><br>         Plaintiff,<br><br>   -against-<br><br>WACHOVIA BANK N.A., et al.,<br><br>         Defendants. | 08 CV 2516 (VM)<br><br>Electronically Filed<br><br>Consolidated Case MDL 1950<br><br>08 MD 1950 (VM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, and additionally as referenced in the Stipulation dated and signed by the Court on April 10, 2008, Gregory A. Markel of Cadwalader, Wickersham & Taft LLP hereby appears as counsel of record on behalf of Defendants Financial Security Assurance Holdings Ltd. and Financial Security Assurance Inc.

                     Respectfully submitted,

Dated: July 9, 2008

                       s/  Gregory A. Markel
                     Gregory A. Markel
                     CADWALADER, WICKERSHAM & TAFT LLP
                     One World Financial Center
                     New York, NY 10281
                     Telephone:  (212) 504-6000
                     Facsimile:  (212) 504-6666

                     *Attorney for Defendants*
                     *Financial Security Assurance Holdings Ltd.*
                     *and Financial Security Assurance Inc.*