UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI,<br><br>        Plaintiff,<br><br>  -against-<br><br>WACHOVIA BANK N.A., et al.,<br><br>        Defendants. | 08 CV 2516 (VM)<br><br>Electronically Filed<br><br>Consolidated Case MDL 1950<br><br>08 MD 1950 (VM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, and additionally as referenced in the Stipulation dated and signed by the Court on April 10, 2008, Joseph J. Bial of Cadwalader, Wickersham & Taft LLP hereby appears as counsel of record on behalf of Defendants Financial Security Assurance Holdings Ltd. and Financial Security Assurance Inc.

                Respectfully submitted,

Dated: July 9, 2008

                s/ Joseph J. Bial
                Joseph J. Bial
                CADWALADER, WICKERSHAM & TAFT LLP
                1201 F Street, NW
                Washington, DC 20004
                Telephone: (202) 862-2200
                Facsimile: (202) 862-2400

                *Attorney for Defendants*
                *Financial Security Assurance Holdings Ltd.*
                *and Financial Security Assurance Inc.*