UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI,<br><br>                                   Plaintiff,<br><br>-against-<br><br>WACHOVIA BANK N.A., et al.,<br><br>                                  Defendants. | 08 CV 2516 (VM)<br><br>Electronically Filed<br><br>Consolidated Case MDL 1950<br><br>08 MD 1950 (VM) |

## CORPORATE DISCLOSURE STATEMENT OF
## FINANCIAL SECURITY ASSURANCE HOLDINGS LTD.

       Pursuant to Local Civil Rule 7.1.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Financial Security Assurance Holdings Ltd. ("FSA Holdings") states that Dexia Holdings, Inc. is a parent of FSA Holdings.  Dexia Credit Local is a parent of Dexia Holdings, Inc.  Dexia S.A. owns 10% or more of Dexia Holdings, Inc. and owns 10% or more of Dexia Credit Local.

                                                                             Respectfully submitted,

Dated:  July 9, 2008

                                                                        s/  Joseph J. Bial
                                                 Joseph J. Bial
                                                 CADWALADER, WICKERSHAM & TAFT LLP
                                                 1201 F Street, NW
                                                 Washington, DC 20004
                                                 Telephone:  (202) 862-2200
                                                 Facsimile:  (202) 862-2400

                                                 *Attorney for Defendant*
                                                 *Financial Security Assurance Holdings Ltd.*