UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI,<br><br>                          Plaintiff,<br><br>         -against-<br><br>WACHOVIA BANK N.A., et al.,<br><br>                         Defendants. | 08 CV 2516 (VM)<br><br>Electronically Filed<br><br>Consolidated Case MDL 1950<br><br>08 MD 1950 (VM) |

## CORPORATE DISCLOSURE STATEMENT OF FINANCIAL SECURITY ASSURANCE INC.

       Pursuant to Local Civil Rule 7.1.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Financial Security Assurance Inc. states that it is a wholly owned subsidiary of Financial Security Assurance Holdings Ltd. ("FSA Holdings"). Dexia Holdings, Inc. is a parent of FSA Holdings. Dexia Credit Local is a parent of Dexia Holdings, Inc. Dexia S.A. owns 10% or more of Dexia Holdings, Inc. and owns 10% or more of Dexia Credit Local.

                                                               Respectfully submitted,

Dated: July 9, 2008

                                                                s/ Joseph J. Bial
                                                          Joseph J. Bial
                                                          CADWALADER, WICKERSHAM & TAFT LLP
                                                          1201 F Street, NW
                                                          Washington, DC 20004
                                                          Telephone: (202) 862-2200
                                                          Facsimile: (202) 862-2400

                                                          *Attorney for Defendant*
                                                          *Financial Security Assurance Inc.*