LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DAVID M. ZINN
(202) 434-5880
dzinn@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

July 8, 2008

Via Facsimile
(212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08

Re:   *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950,
      Master Docket No. 08 Civ. 2516

Dear Judge Marrero:

      We represent UBS AG in the above-captioned litigation. By Notice of Conference dated June 20, 2008, this Court scheduled the Rule 16 initial conference for July 11, 2008 at 10:30 a.m. We respectfully request permission to appear telephonically at this conference.

Respectfully Submitted,

David M. Zinn

cc: Counsel of Record

Request GRANTED. Defendant UBS AG is authorized to participate by telephone at the initial conference on this action on 7-11-08

SO ORDERED:

7-9-08

DATE

VICTOR MARRERO, U.S.D.J.