John M. Guthery*
Thomas M. Haase
James B. Gessford
Rex R. Schultze
Daniel F. Kaplan
Gregory H. Perry
Joseph F. Bachmann
Riko E. Bishop
R. J. Shortridge*
Jeanette Stull
Corey L. Stull*
Joshua J. Schauer
Shawn P. Dontigney
Derek A. Aldridge**



Of Counsel
Edwin C. Perry

Ernest B. Perry (1876-1962)
Arthur E. Perry (1910-1982)
R. R. Perry (1917-1999)

PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.

*Also admitted in Iowa
**Also admitted in Kansas

July 8, 2008

VIA FACSIMILE 212-805-6382

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08
```

Re: *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950,
Master Docket No. 08cv2516

Dear Judge Marrero:

We represent Shockley Financial Corp., defendant in the above-captioned consolidated actions. This Court issued a Notice of Conference dated June 20, 2008, and scheduled the Rule 16 initial conference in this matter for July 11, 2008. We respectfully request permission to appear telephonically at this initial conference. If this is possible, please let us know of details with respect to call-in information.

Thank you for your consideration.

Sincerely,

PERRY, GUTHERY, HAASE &
GESSFORD, P.C., L.L.O.

Daniel F. Kaplan

DFK/sj
cc: Counsel of Record (via e-mail)

Request GRANTED. Defendant Shockley Financial Corp. is authorized to participate by telephone at the initial conference on this action on 7-11-08.

SO ORDERED:

7-9-08
DATE

VICTOR MARRERO, U.S.D.J.

233 South 13 Street, Suite 1400 • Lincoln, Nebraska 68508
Telephone (402) 476-9200 • Fax (402) 476-0094
www.perrylawfirm.com