LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

ERIC B. FASTIFF
PARTNER

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
NASHVILLE

July 8, 2008

**VIA FACSIMILE & U.S. MAIL**
(212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08

Re:   *In re Municipal Derivatives Antitrust Litigation,*
      MDL No. 1950, Master Docket No. 08 Civ. 2516

Dear Judge Marrero:

We represent the City of Oakland, California, a plaintiff in the above litigation. Two of Oakland's California-based counsel, Mr. Richard M. Heimann and Ms. Sylvia Sokol, request permission to participate in the Rule 16 Conference on July 11, 2008, via telephone. We would appreciate you letting us know if this is permissible. Other counsel for Oakland will appear in person. Thank you for your consideration.

Respectfully,

Eric B. Fastiff

EBF:wp
cc:   All Counsel (*via e-mail*)

771166.1

Request DENIED. Since plaintiff will be represented by other counsel in person, the Court does not see the imperative for additional attorneys for the same party appearing by telephone. With about 40 parties already in this action, such a
SO ORDERED: practice, if extended, would be too unwieldy.

7-9-08
DATE          VICTOR MARRERO, U.S.D.J.