IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
IN RE MUNICIPAL DERIVATIVES         :   MDL No. 1950,
ANTITRUST LITIGATION.               :   Master Docket No. 08-02516 (VM) (JCF)
:
---------------------------------------------------------------x

**STATEMENT OF DEFENDANTS XL ASSET FUNDING COMPANY I LLC AND XL LIFE INSURANCE AND ANNUITY COMPANY PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendants XL Asset Funding Company I LLC and XL Life Insurance and Annuity Company state that:

A.  **XL Asset Funding Company I LLC**

   (i)  **Parent Corporations**

        XL Life and Annuity Holding Company

        XL America, Inc.

        XL Financial Holdings (Ireland) Limited

        XL Insurance (Bermuda) Ltd

        EXEL Holdings Limited

        XL Capital Ltd.

   (ii) **Publicly-Held Company That Owns (Indirectly) 10% or More of XL Asset Funding Company I LLC**

        XL Capital Ltd

B.  **XL Life Insurance and Annuity Company**

(i) **Parent Corporations**

    XL Life and Annuity Holding Company

    XL America, Inc.

    XL Financial Holdings (Ireland) Limited

    XL Insurance (Bermuda) Ltd

    EXEL Holdings Limited

    XL Capital Ltd

(ii) **Publicly-Held Company That Owns (Indirectly) 10% or More of XL Life Insurance and Annuity Company**

    XL Capital Ltd

Nothing herein shall be deemed a waiver by XL Asset Funding Company I LLC or XL Life Insurance and Annuity Company of any objection or defense, including, but not limited to, those available under Rule 12 of the Federal Rules of Civil Procedure.

Dated:  July 9, 2008	Respectfully submitted,

　	/s/ Thorn Rosenthal	
	Thorn Rosenthal
	Laurence T. Sorkin
	Joshua Newville
	Elizabeth Tuculescu
	CAHILL GORDON & REINDEL LLP
	80 Pine Street
	New York, New York 10005
	Telephone: 212-701-3000
	Facsimile: 212-269-5420

	*Attorneys for XL Asset Funding Company I LLC
	and XL Life Insurance and Annuity Company*