IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
**IN RE MUNICIPAL DERIVATIVES**  :  **MDL No. 1950**
**ANTITRUST LITIGATION.**        **Master Docket No. 08-02516 (VM) (JCF)**
:
:
------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

      PLEASE TAKE NOTICE that Laurence T. Sorkin of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for XL Asset Funding Company I LLC and XL Life Insurance and Annuity Company in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  July 9, 2008　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　_/s/ Laurence T. Sorkin_____
　　　　　　　　　　　　　　　　　　　Laurence T. Sorkin
　　　　　　　　　　　　　　　　　　　CAHILL GORDON & REINDEL LLP
　　　　　　　　　　　　　　　　　　　80 Pine Street
　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　Telephone: 212-701-3000
　　　　　　　　　　　　　　　　　　　Facsimile: 212-269-5420