IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**IN RE MUNICIPAL DERIVATIVES**     :     **MDL No. 1950**
**ANTITRUST LITIGATION.**     Master Docket No. 08-02516 (VM) (JCF)
:
:
---------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

      PLEASE TAKE NOTICE that Joshua Newville of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for XL Asset Funding Company I LLC and XL Life Insurance and Annuity Company in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: July 9, 2008          Respectfully submitted,

                     /s/ Joshua Newville
                     Joshua Newville
                     CAHILL GORDON & REINDEL LLP
                     80 Pine Street
                     New York, New York 10005
                     Telephone: 212-701-3000
                     Facsimile: 212-269-5420