J. Ryan Wick (JW 0469)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 500
Washington, DC 20007
Tel: (202) 672-5300
Fax: (202) 672-5399
*Attorneys for Defendant Morgan Keegan & Co., Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-02516 (VM) (JCF) <br><br> (ECF CASE) |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant MORGAN KEEGAN & CO., INC. in the above-captioned action. Please adjust your records accordingly and serve copies of all future pleadings, court papers and correspondence to the address provided below:

                              J. Ryan Wick (JW 0469)
                              FOLEY & LARDNER LLP
                              3000 K Street NW, Suite 500
                              Washington, DC 20007
                              Tel: (202) 672-5300
                              Fax: (202) 672-5399
                              Email: jwick@foley.com

Dated: July 9, 2008
New York, New York                               /s/ J. Ryan Wick\_\_\_\_\_
                                                                     J. Ryan Wick (JW 0469)
                                                                     FOLEY & LARDNER LLP
                                                                     3000 K Street NW, Suite 500
                                                                     Washington, DC 20007
                                                                     Tel: (202) 672-5300
                                                                     Fax: (202) 672-5399

                                                                     *Attorneys for Defendant Morgan Keegan & Co., Inc.*

## CERTIFICATION OF SERVICE

       I, J. Ryan Wick, an attorney with Foley & Lardner LLP, hereby certify that on this July 9, 2008, I caused the foregoing **Notice of Appearance for J. Ryan Wick** to be electronically filed with the United States District Court for the Southern District of New York.

       All documents were served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    /s/ J. Ryan Wick
    J. Ryan Wick (JW 0469)
    FOLEY & LARDNER LLP
    3000 K Street NW, Suite 500
    Washington, DC 20007
    Tel: (202) 672-5300
    Fax: (202) 672-5399