Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
*Attorneys for Defendant Morgan Keegan & Co., Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (JCF) |
| | (ECF CASE) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant MORGAN KEEGAN & CO., INC. in the above-captioned action. Please adjust your records accordingly and serve copies of all future pleadings, court papers and correspondence to the address provided below:

                Dana C. Rundlöf (DR 1431)
                FOLEY & LARDNER LLP
                90 Park Avenue
                New York, New York 10016
                Tel: (212) 682-7474
                Fax: (212) 687-2329
                Email: drundlof@foley.com

Dated: July 9, 2008
New York, New York

                /s/ Dana C. Rundlöf
                Dana C. Rundlöf (DR 1431)
                FOLEY & LARDNER LLP
                90 Park Avenue
                New York, New York 10016
                Tel: (212) 682-7474
                Fax: (212) 687-2329

                *Attorneys for Defendant Morgan Keegan & Co., Inc.*

**CERTIFICATION OF SERVICE**

I, Dana C. Rundlöf, an attorney with Foley & Lardner LLP, hereby certify that on this July 9, 2008, I caused the foregoing **Notice of Appearance for Dana C. Rundlöf** to be electronically filed with the United States District Court for the Southern District of New York.

The document was served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Dana C. Rundlöf_____
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329