UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HINDS COUNTY, MISSISSIPPI,

                Plaintiff,

- against -

WACHOVIA BANK N.A., et al.,

                Defendants.
_____

Index No.: 08-Civ 2516

**NOTICE OF MOTION TO ADMIT J DAVID JACKSON PRO HAC VICE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brooke E. Pietrzak, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

    J David Jackson
    Dorsey & Whitney LLP
    50 South Sixth Street, Suite 1500
    Minneapolis, Minnesota 55402
    (612) 340-2600

      J DAVID JACKSON is a member in good standing of the Bar of the State of Minnesota. There is no pending disciplinary proceeding against J DAVID JACKSON in any State or Federal court.

Dated: July 3, 2008
       New York, New York

                                  Respectfully submitted,

                                  DORSEY & WHITNEY LLP

                                  By _____
                                      Brooke E. Pietrzak (BP-7314)

                                  250 Park Avenue
                                  New York, NY 10177
                                  Telephone: 212-415-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI,<br><br>      Plaintiff,<br><br>- against -<br><br>WACHOVIA BANK N.A., et al.,<br><br>      Defendants. | Index No.: 08 Civ 2516<br><br>**DECLARATION OF BROOKE E. PIETRZAK IN SUPPORT OF MOTION TO ADMIT J DAVID JACKSON PRO HAC VICE** |

  BROOKE E. PIETRZAK, being duly sworn, hereby deposes and says as follows:

  1.  I am a partner with the law firm of Dorsey & Whitney LLP, counsel for defendant Piper Jaffray & Co. ("Piper Jaffray") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement in support of Piper Jaffray's motion to admit J David Jackson as counsel pro hac vice in this matter.

  2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June of 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3.  Mr. Jackson is a partner at Dorsey & Whitney LLP and works in the firm's Minneapolis office. Mr. Jackson has practiced law for thirty-three (33) years and is admitted to practice before the courts of Minnesota. A Certificate of Good Standing for Mr. Jackson is attached hereto as Exhibit A.

  4.  I have found Mr. Jackson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Mr. Jackson is also fully familiar with the factual and legal issues presented in this action.

2

5.  Accordingly, I am pleased to move the admission of J David Jackson pro hac vice.

6.  I respectfully submit a proposed order granting the admission of J David Jackson, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit J David Jackson, pro hac vice, to represent Piper Jaffray in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2008 at New York, New York.

_____
Brooke E. Pietrzak (BP-7314)

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

J DAVID JACKSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 16, 1974

Given under my hand and seal of this court on

July 02, 2008



Fredrick K. Grittner
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI,

              Plaintiff,

- against -

WACHOVIA BANK N.A., et al.,

              Defendants.

Index No.: 08 Civ 2516

**ORDER FOR ADMISSION OF J DAVID JACKSON PRO HAC VICE**

      Upon the Notice of Motion to Admit J David Jackson Pro Hac Vice and the Declaration of Brooke E. Pietrzak in Support of Motion to Admit J David Jackson Pro Hac Vice, and the exhibits thereto;

      IT IS HEREBY ORDERED that J DAVID JACKSON is admitted to practice pro hac vice as counsel for defendant Piper Jaffray & Co. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.

Dated: July __, 2007

                                                                             U.S.D.C. Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HINDS COUNTY, MISSISSIPPI,

                Plaintiff,

              - against –

WACHOVIA BANK N.A., et al.,

                Defendants.
------------------------------------------------------------------X

Index No. 08-CIV 2516

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

ERIC KUTTNER, being duly sworn, says:

I am not a party to this action, am over 18 years of age, and am employed by Dorsey & Whitney LLP at 250 Park Avenue, New York, New York 10177.

On July 9, 2008, I served a true copy of Notice of Motion to Admit J David Jackson Pro Hac Vice, and Declaration of Brooke E. Pietrzak in Support of Motion to Admit J David Jackson Pro Hac Vice, and Exhibits thereto, by mailing the same, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to:

| | |
|---|---|
| David Bruce Tulchin, Esq.<br>Sullivan and Cromwell, LLP<br>125 Broad Street<br>New York, NY 10004<br><br>*Attorneys for Defendant Wachovia Bank, N. A.* | Richard Benjamin Zabel, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendant AIG Financial Products Corp.* |

-2-

Richard Benjamin Zabel, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

*Attorneys for Defendant AIG Sunamerica Life Assurance Co.*

Joseph Franklin Wayland, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

*Attorneys for Defendant Bear Stearns & Co. Inc.*

Craig A. Stewart, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, NY  10022

*Attorneys for Defendant GE Funding Capital Market Services, Inc.*

Craig A. Stewart, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, NY  10022

*Attorneys for Defendant Trinity Funding Co., LLC*

Shawn Patrick Regan, Esq.
Hunton & Williams, LLP
200 Park Avenue, 43rd Floor
New York, NY  10166

*Attorneys for Defendant Genworth Financial Inc.*

Joseph Franklin Wayland, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

*Attorneys Defendant for JPMorgan Chase & Co.*

Allon Lifshitz, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

*Attorneys for Defendant Lehman Brothers*

Edward M. Spiro, Esq.
Morvillo, Abramowitz, Grand, Iason, Anello
   & Bohrer, P.C.
565 Fifth Avenue
New York, NY  10017

*Attorneys for Defendant Merrill Lynch*

Jay N. Fastow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10023

*Attorneys for Defendant National Westminster Bank PLC*

Erica Eileen Flores, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*Attorneys for Defendant Société Générale*

Richard T. Marooney, Jr., Esq.
King & Spalding, L.L.P.
1185 Avenue of the Americas
New York, NY  10036

*Attorneys for Defendant Bank of America*

Marc Elliott Masters, Esq.
Bird, Marella, Boxer, et al.
1875 Century Park East #2300
Los Angeles, CA  90067

*Attorneys for Defendant Winters & Co.*

Alden Lewis Atkins, Esq.
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY  10103

*Attorneys for Defendant First Southwest Co.*

Howard Jay Kaplan, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, NY  10022

*Attorneys for Defendant Cain Bros. & Co., LLC*

Gianluca Morello, Esq.
Fowler White Boggs Banker P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602

*Attorneys for Defendant PackerKiss Securities, Inc.*

Steven E. Fineman, Esq.
Lieff, Cabraser, Heimann & Bernstein. LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

*Attorneys for Plaintiff the City of Oakland*

J. Douglas Richards, Esq.
Pomerantz Haudek Block
  Grossman & Gross LLP
100 Park Avenue
New York, NY 10017-5516

*Attorneys for Plaintiff Haywood County*

Richard G. Eisler, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022

*Attorneys for Plaintiff Fairfax County and Hinds County*

Soloman B. Cera, Esq.
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835

*Attorneys for Plaintiff Central Bucks School District*

William A. Isaacson, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

*Attorneys for Plaintiff Fairfax County*

William Carmody, Esq.
Susman Godfrey L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065-8440

*Attorneys for Plaintiff City of Baltimore*

Roland Gustaf Riopelle, Esq.
Sercarz & Riopelle, L.L.P.
152 West 57th Street, 24th Floor
New York, NY 10019

*Attorneys for Plaintiff Hinds County*

FINANCIAL SECURITY ASSURANCE
  HOLDINGS, LTD
31 WEST 52ND STREET
NEW YORK, NY 10019

*Defendant, No counsel of record*

FINANCIAL GUARANTY
  INSURANCE COMPANY
125 PARK AVENUE
NEW YORK, NY 10017

*Defendant, No counsel of record*

NATIXIS S.A.
45 RUE SAINT-DOMINIQUE
75007 PARIS
FRANCE

*Defendant, No counsel of record*

MORGAN STANLEY
1585 BROADWAY
NEW YORK, NY 10036

*Defendant, No counsel of record*

UBS AG
BAHNHOFSTRASSE 45
CH-8098
ZURICH, SWITZERLAND

*Defendant, No counsel of record*

XL ASSET FUNDING LLC
20 N. MARTINGALE ROAD, SUITE 200
SCHAUMBERG, IL 60173-2415

*Defendant, No counsel of record*

XL LIFE INSURANCE
 & ANNUITY COMPANY
20 N MARTINGALE RD, SUITE 200
SCHAUMBURG IL 60173-2415

*Defendant, No counsel of record*

NATIXIS FUNDING CORP.
9 WEST 57TH STREET, 36TH FLOOR
NEW YORK, NY 10019

*Defendant, No counsel of record*

INVESTMENT MANAGEMENT
 ADVISORY GROUP, INC.
886 VAUGHN ROAD
POTTSTOWN, PA 19464

*Defendant, No counsel of record*

CDR FINANCIAL PRODUCTS
9777 WILSHIRE BOULEVARD, SUITE 800
BEVERLY HILLS, CA 90212

*Defendant, No counsel of record*

FELD WINTERS FINANCIAL, LLC
15260 VENTURA BOULEVARD, SUITE 2220
SHERMAN OAKS, CA 91403

*Defendant, No counsel of record*

GEORGE K. BAUM & CO.
4801 MAIN STREET, SUITE 500
KANSAS CITY, MO 64112

*Defendant, No counsel of record*

KINSELL NEWCOMB
 & DE DIOS, INC.
2776 GATEWAY ROAD
CARLSBAD, CA 92009

*Defendant, No counsel of record*

SHOCKLEY FINANCIAL CORP.
2229 S. JOLIET WAY
AURORA, CO 80014

*Defendant, No counsel of record*

SOUND CAPITAL MANAGEMENT, INC.
6400 FLYING CLOUD DRIVE, SUITE 210
EDEN PRARIE, MN 55344

*Defendant, No counsel of record*

MORGAN KEEGAN & CO., INC.
50 N. FRONT STREET
MEMPHIS, TN 38103

*Defendant, No counsel of record*

MGIC INVESTMENT CORP.
250 E. KILBOURN AVE
MILWAUKEE, WI 53202

*Defendant, No counsel of record*

SECURITY CAPITAL ASSURANCE LTD.
A.S. COOPER BUILDING
26 REID STREET, 4TH FLOOR
HAMILTON HM 11
BERMUDA

*Defendant, No counsel of record*

_____
ERIC KUTTNER

Sworn to before me this
9th day of July, 2008

_____
NOTARY PUBLIC

JOYCE MARY JOYCE
Notary Public, State of New York
No. 01J04737450
Qualified in Queens County
Commission expires 08/31/2009

-4-

STATE OF NEW YORK, COUNTY OF                                        ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York State, and

Check Applicable Box

☐ Attorney's Certification — certify that the annexed has been compared by me with the original and found to be a true and complete copy thereof.

☐ Attorney's Verification of Affirmation — say that: I am the attorney of record, or of counsel with the attorney(s) of record, for                    . I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following:

The reason I make this affirmation instead of           is           .

I affirm that the foregoing statements are true under penalties of perjury.
Dated:              , 20

_____
(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                                        ss:

being sworn says: I am

Check Applicable Box

☐ Individual Verification — in the action herein; I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. the          of

☐ Corporate Verification — a corporation, one of the parties to the action; I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on              , 20

_____
(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                                        ss:

being sworn says: I am not a party to the action, am over 18 years of age and reside at
On,              20     , I served a true copy of the annexed
in the following manner:

Check Applicable Box

☐ Service By Mail — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☐ Personal Service — by delivering the same personally to the persons and at the addresses indicated below:

Sworn to before me on              , 20    .

_____
(Print signer's name below signature)