UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                   : 08-MDL-1950 (VM)
*In Re:* MUNICIPAL DERIVATIVES        :
*ANTITRUST LITIGATION*                : **NOTICE OF APPEARANCE**
                                                   :
------------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
         July 10, 2008

                                **BOIES, SCHILLER & FLEXNER LLP**

                       By:   /S/ Magda M. Jimenez

                              Magda M. Jimenez
                              575 Lexington Avenue
                              New York, New York 10022
                              (212) 446-2300

                              *Attorneys for Plainitffs*
                              *The State of Mississippi and*
                              *Hinds County, Mississippi*