USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-10-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI on behalf of itself and all other similarly situated State and municipal entities,

        Plaintiff,

v.

WACHOVIA BANK N.A., et al.

        Defendants.
_____/

CASE NO.: 1:08-cv-2516-VM

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Gianluca Morello, attorney for Defendant PackerKiss Securities, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Burton W. Wiand
> Fowler White Boggs Banker P.A.
> 501 E. Kennedy Blvd. Suite 1700
> Tampa, Florida 33602
> T: (813) 228-7411/F: (813) 229-8313
> Bwiand@fowlerwhite.com

is admitted to practice *pro hac vice* as counsel for Defendant PackerKiss Securities, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password

at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 10 July 2008
New York, New York

_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

40272303v1

2