**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., | 1:08 cv 2516 (VM) |
| Plaintiffs, ) | |
| ) | |
| v. ) | **MOTION TO ADMIT** |
| ) | **COUNSEL PRO HAC VICE** |
| WACHOVIA BANK N.A., et al., | |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Richard T. Marooney, a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Shannon M. Kasley
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
skasley@kslaw.com
202.626.9116

Shannon M. Kasley is a member in good standing of the Bar of the District of Columbia, the

State of New York, and the State of New Jersey. There are no pending disciplinary proceedings

against Shannon M. Kasley in any State or Federal court.

Dated: July 10, 2008
City/State: New York, New York

Respectfully submitted,

KING & SPALDING LLP

By:_____
Richard T. Marooney (RM-0276)

1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

*Attorney for Defendants*
*Bank of America, N.A. and*
*Bank of America Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., | | 1:08 cv 2516  (VM) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF RICHARD T.** |
| | ) | **MAROONEY IN SUPPORT OF** |
| WACHOVIA BANK N.A., et al., | | **MOTION TO ADMIT** |
| | | **COUNSEL PRO HAC VICE** |
| Defendants. | | |

STATE OF NEW YORK    )
                                           ) ss.:
COUNTY OF NEW YORK  )

Richard T. Marooney, being duly sworn, deposes and says:

1.    I am a member in good standing of the Bar of this Court.  I make this affidavit in support of the motion of Defendants Bank of America, N.A. and Bank of America Corporation (collectively "Bank of America") for admission of Shannon M. Kasley, Esq. to the Bar of this Court *pro hac vice*.

2.    Mr. Kasley is a member of the firm King & Spalding LLP, in Washington, D.C. and is counsel for Bank of America in the above-captioned action.  Mr. Kasley is a member in good standing of the Bar of the District of Columbia, the State of New York, and the State of New Jersey (certificates of good standing issued within the last thirty (30) are attached hereto as Exhibit C, D and E, respectively).

3.    Mr. Kasley has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

4.    I can personally attest that Mr. Kasley is of the highest competence and character.

5.    Accordingly, I respectfully request that Shannon M. Kasley, Esq. be admitted to the Bar of the Court *pro hac vice*.

Richard T. Marooney (RM-0276)

City/State: New York, New York

Sworn to before me this
10th day of July 2008.

Notary Public
ROBERTA TROWBRIDGE
Notary Public, State of New York
No. 01TR4662759
Qualified in Queens County
Commission Expires September 30, 2009

Exhibit C



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

SHANNON M. KALSEY

was on the _____11ᵀᴴ_____ day of _____SEPTEMBER, 2000,_____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July 2,
2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

# Exhibit D



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Michael J. Novack,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Shannon Matthew Kasley

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **20th day of October, 1998**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of July, 2008**.



Clerk

# Exhibit E

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SHANNON MATTHEW KASLEY** (No. **039361997** ) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 8TH day of July , 20 08

Clerk of the Supreme Court

-453a-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused to be served the foregoing MOTION TO

ADMIT COUNSEL PRO HAC VICE upon all counsel of record via electronic mail.

Dated: July 10, 2008
City/State: New York, New York

By: _____
Richard T. Marooney (RM-0276)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2100
Fax: (212) 556-2222

*Attorney for Defendants*
*Bank of America, N.A. and*
*Bank of America Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HINDS COUNTY, MISSISSIPPI, et al.,

          Plaintiffs,       )

                       )

      v.                   )

                       )

WACHOVIA BANK N.A., et al.,       )

          Defendants.

1:08 cv 2516  (VM)

**ORDER**

      Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Richard T. Marooney, Esq., a member of the Bar of this Court, it is

      ORDERED that Shannon M. Kasley, Esq. be admitted to the Bar of the of the Court *pro hac vice* as counsel for Defendants Bank of America, N.A. and Bank of America Corporation.

Dated: July ___ , 2008
City/State:  New York, New York

                   SO ORDERED:

                   _____

                   Victor Marrero
                   U.S.D.J.