UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINDS COUNTY, MISSISSIPPI, et al.,

      Plaintiffs,

      v.

WACHOVIA BANK N.A., et al.,

      Defendants.

1:08 cv 2516 (VM)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Richard T. Marooney, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vic*e of

Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
krsullivan@kslaw.com
202.626.2624

Kevin R. Sullivan is a member in good standing of the Bar of the District of Columbia and the State of Pennsylvania. There are no pending disciplinary proceedings against Kevin R. Sullivan in any State or Federal court.

Dated: July 10, 2008
City/State: New York, New York

                                       Respectfully submitted,

                                       KING & SPALDING LLP

                                       By: _____

Richard T. Marooney (RM-0276)
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

*Attorney for Defendants*
*Bank of America, N.A. and*
*Bank of America Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINDS COUNTY, MISSISSIPPI, et al.,  1:08 cv 2516 (VM)

    Plaintiffs,

v.

**AFFIDAVIT OF RICHARD T. MAROONEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

WACHOVIA BANK N.A., et al.,

    Defendants.

---

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

Richard T. Marooney, being duly sworn, deposes and says:

1.    I am a member in good standing of the Bar of this Court. I make this affidavit in support of the motion of Defendants Bank of America, N.A. and Bank of America Corporation (collectively "Bank of America") for admission of Kevin R. Sullivan, Esq. to the Bar of this Court *pro hac vice*.

2.    Mr. Sullivan is a member of the firm King & Spalding LLP, in Washington, D.C. and is counsel for Bank of America in the above-captioned action. Mr. Sullivan is a member in good standing of the Bar of the District of Columbia and the State of Pennsylvania (certificates of good standing issued within the last thirty (30) are attached hereto as Exhibit A and B, respectively).

3.    Mr. Sullivan has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

4.    I can personally attest that Mr. Sullivan is of the highest competence and character.

5. Accordingly, I respectfully request that Kevin R. Sullivan, Esq. be admitted to the Bar of the Court *pro hac vice*.

_____
Richard T. Marooney (RM-0276)

City/State: New York, New York

Sworn to before me this
10th day of July 2008.

_____
Notary Public

ROBERTA TROWBRIDGE
Notary Public, State of New York
No. 01TR4662759
Qualified in Queens County
Commission Expires September 30, 2009

# Exhibit A

Case 1:08-cv-02516-VM    Document 129    Filed 07/10/2008    Page 5 of 10



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

KEVIN R. SULLIVAN

was on the 28ᵀᴴ day of AUGUST, 1987, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 2, 2008.

GARLAND PINKSTON, JR., CLERK

By: *Patrick Fegan*
    Deputy Clerk

# Exhibit B





OF THE

SUPREME COURT OF PENNSYLVANIA

First Floor
Two Lemoyne Drive
Lemoyne, PA 17043-1226
(717) 731-7073

## CERTIFICATION OF INACTIVE STATUS

*In lieu of Certificate of Good Standing*

*For*

**KEVIN R. SULLIVAN**
PA Bar Number 21779

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that Kevin R. Sullivan was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on October 29, 1975.

Mr. Sullivan is currently registered as "Voluntarily Inactive", having assumed said status as of July 1, 1995.

Dated this 3rd day of July, 2008



By:  _Suzanne E. Price_
Suzanne E. Price
Attorney Registrar

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE upon all counsel of record via electronic mail.

Dated: July 10, 2008
City/State: New York, New York

By: _____
Richard T. Marooney (RM-0276)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2100
Fax: (212) 556-2222

*Attorney for Defendants*
*Bank of America, N.A. and*
*Bank of America Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDS COUNTY, MISSISSIPPI, et al., | 1:08 cv 2516 (VM) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA BANK N.A., et al., ) | **ORDER** |
| Defendants. | |

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Richard T. Marooney, Esq., a member of the Bar of this Court, it is

ORDERED that Kevin R. Sullivan, Esq. be admitted to the Bar of the of the Court *pro hac vice* as counsel for Defendants Bank of America, N.A. and Bank of America Corporation.

Dated: July ___, 2008
City/State: New York, New York

SO ORDERED:

_____
Victor Marrero
U.S.D.J.