IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| THIS DOCUMENT RELATES TO: All Actions | Master Docket No. 08-02516 (VM) (JCF) ECF Case |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stephanie G. Wheeler of the law firm Sullivan & Cromwell LLP hereby appears as counsel for Defendant Wachovia Bank, N.A. in the above-captioned action.

Dated: New York, New York
July 11, 2008

                        SULLIVAN & CROMWELL LLP

                        By    /s/ Stephanie G. Wheeler
                            Stephanie G. Wheeler (SW-7751)
                            125 Broad Street
                            New York, New York 10004-2498
                            (212) 558-7384
                            Fax (212) 558-3354
                            wheelers@sullcrom.com

                        *Attorneys for Defendant Wachovia Bank, N.A.*