UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-02516 (VM)(JCF)

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Declaration of J. Douglas Richards dated July 2, 2008, and the accompanying memorandum of law and supporting papers, Plaintiff Haywood County, Tennessee, by and through its attorneys, will move this Court before the Honorable Victor Marrero at the United States Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for an Order appointing Pomerantz Haudek Block Grossman & Gross LLP as Interim Lead Counsel to represent the class plaintiffs in this consolidated action, pursuant to Fed. R. Civ. P. 23(g)(3), along with such other Lead Counsel firms as the Court may find appropriate. Plaintiff Haywood County, Tennessee respectfully requests that this motion be granted in its entirety. Oral argument on the motion is requested.

Dated: July 2, 2008
New York, New York

POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP

By:
J. Douglas Richards
Michael M. Buchman
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Michael J. Banks
BANKS LAW FIRM
108 S. Washington Avenue
Brownsville, Tennessee 38012
Telephone: (731) 772-5300
Facsimile: (731) 772-5302

***Counsel for Plaintiff Haywood County
Tennessee***