UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI, et al.,

      Plaintiffs,

v.

WACHOVIA BANK N.A., et al.,

      Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

1:08 cv 2516 (VM)

**ORDER**

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Richard T. Marooney, Esq., a member of the Bar of this Court, it is

ORDERED that Kevin R. Sullivan, Esq. be admitted to the Bar of the of the Court *pro hac vice* as counsel for Defendants Bank of America, N.A. and Bank of America Corporation.

Dated: July 11, 2008
City/State: New York, New York

SO ORDERED:

_____
Victor Marrero
U.S.D.J.