UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

HINDS COUNTY MISSISSIPPI,

         Plaintiff,

   -against-

WACHOVIA BANK, N.A. et al.,

         Defendants.

08 CV 2516 (VM)

Electronically Filed

Consolidated Case MDL 1950

08 MD 1950 (VM)

### ORDER

Upon the motion of Joseph J. Bial, attorney for Financial Securities Assurance Holdings Ltd. and Financial Securities Assurance Inc. (together, "Defendants"), and the affidavit of Mr. Bial in support thereof, **IT IS HEREBY ORDERED** as follows:

(1) The Motion for Admission *Pro Hac Vice* is GRANTED.

(2) Charles F. Rule of the law firm of Cadwalader, Wickersham & Taft LLP is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

**SO ORDERED.**

Dated: July 11, 2008

Victor Marrero
United States District Judge