AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In re: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

**APPEARANCE**

Case Number:  08 MDL 1950 (VM)
08 cv 2516 (VM)
08 cv 3002 (VM)
08 cv 5492 (VM)
08 cv 5493 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FINANCIAL GUARANTY INSURANCE COMPANY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 11, 2008 | /s/ John E. Beerbower |
| Date | Signature |

John E. Beerbower
Print Name                                    Bar Number
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
Address

New York,       NY                       10019
City            State                    Zip Code

212-474-1000                         212-474-3700
Phone Number                          Fax Number

jbeerbower@cravath.com