UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDS COUNTY, MISSISSIPPI,

          Plaintiff,

- against -

WACHOVIA BANK N.A., et al.,

          Defendants.

Index No.: 08 Civ 2516

**ORDER FOR ADMISSION OF**
**JENNY WINKLER PRO HAC VICE**

Upon the Notice of Motion to Admit Jenny Winkler Pro Hac Vice and the Declaration of Brooke E. Pietrzak in Support of Motion to Admit Jenny Winkler Pro Hac Vice, and the exhibits thereto;

IT IS HEREBY ORDERED that JENNY WINKLER is admitted to practice pro hac vice as counsel for defendant Piper Jaffray & Co. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.

Dated: July __, 2007

                                      Victor Marrero
                                      U.S.D.C. Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08