UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF MOTION OF CITY OF OAKLAND, CALIFORNIA AND COUNTY OF ALAMEDA, CALIFORNIA FOR THE APPOINTMENT OF LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP AS INTERIM LEAD OR CO-LEAD COUNSEL** |

773910.1

      The City of Oakland, California and the County of Alameda, California respectfully move this Court for an order pursuant to Federal Rule of Civil Procedure 23(g) appointing Lieff, Cabraser, Heimann & Bernstein, LLP's as Interim Lead or Co-Lead Counsel. This motion is based on this Notice of Motion and Motion, the Memorandum of in Support of City of Oakland's and County of Alameda's Motion for the Appointment of Lieff, Cabraser, Heimann & Bernstein, LLP as Interim Lead or Co-Lead Counsel and the Declaration of Eric B. Fastiff in Support of City of Oakland's and County of Alameda's Motion for the Appointment of Lieff, Cabraser, Heimann & Bernstein, LLP as Interim Lead or Co-Lead Counsel, the record in this matter, and any argument the Court decides to hear.

Dated: July14, 2008                Respectfully submitted,

                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                          By:        */s/ Steven E. Fineman*
                                                   Steven E. Fineman

                                          John A. Russo, City Attorney
*jrusso@oaklandcityattorney.org*
Barbara Parker, Chief Asst. City Attorney
*bparker@oaklandcityattorney.org*
Mark Morodomi, Supervising Deputy City Attorney
*mmorodomi@oaklandcityattorney.org*
Kathleen Salem-Boyd, Deputy City Attorney
*ksalemboyd@oaklandcityattorney.org*
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-3034
Facsimile:  (510) 238-6500

773910.1

Steven E. Fineman
*sfineman@lchb.com*
Daniel E. Seltz
*dseltz@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
Telephone:	(212) 355-9500
Facsimile:	(212) 355-9592

Richard M. Heimann
*rheimann@lchb.com*
Joseph R. Saveri
*jsaveri@lchb.com*
Eric B. Fastiff
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

James A. Quadra
*quadra@meqlaw.com*
Sylvia Sokol
*sokol@meqlaw.com*
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
Telephone:	(415) 362-3599
Facsimile:	(415) 362-2006

*Attorneys for Individual and Representative Plaintiff City of Oakland, California and County of Alameda, California*

## CERTIFICATE OF SERVICE

On July 14, 2008, I authorized the service by the Court's electronic case filing system of this Memorandum and the accompanying Declaration of Eric B. Fastiff.

                                                          */s/ Eric B. Fastiff*
                                                            Eric B. Fastiff

773910.1