UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM) (JCF)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Howard J. Rubin of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
       New York, New York

                                DAVIS & GILBERT LLP

                                By: /s/ Howard J. Rubin
                                    Howard J. Rubin
                                    1740 Broadway
                                    New York, New York  10019
                                    Tel: (212) 468-4800
                                    Fax: (212) 468-4888
                                    hrubin@dglaw.com

                                *Counsel for Natixis S.A. and Natixis Funding Corporation*