UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-2516 (VM) (JCF) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bruce M. Ginsberg of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
      New York, New York

                                       DAVIS & GILBERT LLP

                                       By: /s/ Bruce M. Ginsberg
                                             Bruce M. Ginsberg
                                             1740 Broadway
                                             New York, New York  10019
                                             Tel: (212) 468-4800
                                             Fax: (212) 468-4888
                                             bginsberg@dglaw.com

                                         *Counsel for Natixis S.A. and Natixis Funding Corporation*