```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
HINDS COUNTY, MISSISSIPPI,           :
                                     :         08 Civ. 2516(VM)
                    Plaintiff,       :
                                     :
     - against -                     :
                                     :
WACHOVIA BANK N.A., et al.,          :
                                     :
                    Defendants.      :
-------------------------------------X
------------------------------------ X
MAYOR and CITY COUNSEL OF            :
BALTIMORE,                           :
                                     :         08 Civ. 6140(VM)
                    Plaintiff,       :
                                     :
     - against -                     :
                                     :
BANK OF AMERICA, N.A. et al.,        :
                                     :
                    Defendants.      :
-------------------------------------X
------------------------------------ X
MAYOR and CITY COUNSEL OF            :
BALTIMORE,                           :
                                     :         08 Civ. 6142(VM)
                    Plaintiff,       :
                                     :
     - against -                     :
                                     :
WACHOVIA BANK N.A., et al.,          :
                                     :
                    Defendants.      :
-------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the three cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially

similar actions against all or most of the same defendants, and that some of the parties are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the three cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2516; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 08 Civ. 6140 and 08 Civ. 6142, as separate actions and remove them from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         15 July 2008

                                Victor Marrero
                                  U.S.D.J.

## MEMORANDUM

**DATE:** 07/11/2008

**TO:**   UNIT: Case Processing

**FROM:** MDL Unit/Case Processing

**SUBJECT:** ASSIGNMENT OF A CASE AS RELATED.

**RE:** 08 CV 6140 MAYOR AND CITY COUNSEL -V- BANK OF AMERICA
08 CV 6142 MAYOR AND CITY COUNSEL -V- WACHOVIA

The above action is assigned to Judge MARRERO from the unassigned docket as related to 08 MD 1950 The case processing clerk shall prepare and file an original Notice of Assignment and mail copies to each attorney of record.

\*\*\*Designated Magistrate Judge FRANCIS

cc: Judge MARRERO

```
              07/11/2008
   IN RE:MUNICIPAL DERIVATIVES ANTITRUST
              LITIGATION
     ASSIGNED TO JUDGE MARRERO
       DESIGNATED MAGISTRATE JUDGE FRANCIS
MULTLIDISTRICT LITIGATION NUMBER 1950

S.D. OF N.Y. MASTER DOCKET NUMBER 08 MD 1950
```

| TITLE | DISTRICT | DOCKET # | S.D.OF NY | CLOSING | F |
|---|---|---|---|---|---|
| HINDS -V- WACHOVIA | | | 08-2516 | | |
| HAYWOOD -V- BANK OF AMER. | | | 08-3002 | | |
| FAIRFAX -V- PACKERKISS | DIST. OF COLUMBIA | 1:08-432 | 08-5492 | | |
| FAIRFAX -V- BANK OF AMER. | DIST. OF COLUMBIA | 1:08-433 | 08-5493 | | |
| MAYOR -V- BANK | | | 08-6140 | | |
| MAYOR -V- WACHOVIA | | | 08-6142 | | |
| | | | | | |