| | |
|---|---|
| Mark P. Goodman (MG 3848)<br>Bryan P. Kessler (BK 7106)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 | ELECTRONICALLY FILED |

*Attorneys for Defendant Security Capital Assurance, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

This Document Relates To: All Actions

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL No. 1950

Master Docket No. 08-02516 (VM) (JCF)

ECF Case

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Mark P. Goodman and Bryan P. Kessler of Debevoise & Plimpton LLP hereby appear on behalf of Defendant Security Capital Assurance, Ltd., in the above captioned case. The undersigned counsel respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following address:

> Mark P. Goodman (MG 3848)
> Bryan P. Kessler (BK 7106)
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022
> Ph: (212) 909-6000
> Fax: (212) 909-6836
> Email: mpgoodma@debevoise.com
> Email: bpkessle@debevoise.com

2

Dated: New York, New York
       July 16, 2008

                                        DEBEVOISE & PLIMPTON LLP

                                        By: _____/s_____
                                        Mark P. Goodman (MG 3848)

                                        By: _____/s_____
                                          Bryan P. Kessler (BK 7106)

                                        919 Third Avenue
                                        New York, New York  10022
                                        (212) 909-6000
                                        Fax: (212) 909-6836
                                        Email: mpgoodma@debevoise.com
                                        Email: bpkessle@debevoise.com

                                        *Attorneys for Defendant Security Capital*
                                        *Assurance, Ltd.*