| | |
|---|---|
| Mark P. Goodman (MG 3848)<br>Bryan P. Kessler (BK 7106)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 | ELECTRONICALLY FILED |

*Attorneys for Defendant Security Capital Assurance, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE MUNICIPAL DERIVATIVES<br>ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (JCF)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE that Mark P. Goodman and Bryan P. Kessler of Debevoise & Plimpton LLP hereby appear on behalf of Defendant Security Capital Assurance, Ltd., in the above captioned case. The undersigned counsel respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following address:

> Mark P. Goodman (MG 3848)
> Bryan P. Kessler (BK 7106)
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York  10022
> Ph: (212) 909-6000
> Fax: (212) 909-6836
> Email: mpgoodma@debevoise.com
> Email: bpkessle@debevoise.com

2

Dated: New York, New York
July 16, 2008

                                                            DEBEVOISE & PLIMPTON LLP

                                                            By: _____/s_____
                                                            Mark P. Goodman (MG 3848)

                                                            By: _____/s_____
                                                            Bryan P. Kessler (BK 7106)

                                                            919 Third Avenue
                                                            New York, New York  10022
                                                            (212) 909-6000
                                                            Fax: (212) 909-6836
                                                            Email: mpgoodma@debevoise.com
                                                            Email: bpkessle@debevoise.com

                                                           *Attorneys for Defendant Security Capital Assurance, Ltd.*