J. David Jackson (*Admitted Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600


Brooke E. Pietrzak (BP-7314)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Jenny Winkler (*Admitted Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Defendant, Piper Jaffray & Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
|  | Master Docket No. 08 CV 2516 (VM)(JCF) |
|  | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:  All Actions |  |

  PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of

record for Defendant Piper Jaffray & Co. and requests that copies of all papers in this action be

served upon her at the office and address set forth below.


Dated: New York, New York
   July 17, 2008

          **DORSEY & WHITNEY LLP**

          By: s/ Brooke E. Pietrzak
             Brooke E. Pietrzak (BP-7314)
          250 Park Avenue
          New York, New York  10177
          (212) 415-9200

          Attorneys for Defendant Piper Jaffray & Co.