J. David Jackson (*Admitted Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Brooke E. Pietrzak (BP-7314)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Jenny Winkler (*Admitted Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Defendant, Piper Jaffray & Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08 CV 2516 (VM)(JCF)<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

      PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Defendant Piper Jaffray & Co. and requests that copies of all papers in this action be served upon her at the office and address set forth below.

Dated: Minneapolis, MN
          July 17, 2008

**DORSEY & WHITNEY LLP**

By:  s/I. Jenny Winkler
     I. Jenny Winkler
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 492-6685

Attorneys for Defendant Piper Jaffray & Co.