```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
HINDS COUNTY, MISSISSIPPI,         :
                                   :
               Plaintiff,          :
                                   :
    - against -                    :    ORDER
                                   :
WACHOVIA BANK N.A., et al.,        :
                                   :
               Defendants.         :
----------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

08 Civ 2516

**VICTOR MARRERO**, United States District Judge.

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court, in its Case Management Order No. 1, dated July 15, 2008 (the "Case Management Order"), paragraph 13, stated that "[a]ttorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this litigation."

Attorneys who wish to be admitted pro hac vice pursuant to the Case Management Plan are directed to file a certificate of good standing with a notice of appearance to the Clerk of Court. The date of filing this certificate of good standing and notice of appearance will be the appropriate date to be used in assigning an ECF password and date of admission to the case.

**SO ORDERED.**

Dated:   New York, New York
         17 July 2008

_____
Victor Marrero
U.S.D.J.