UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>Master Docket No. 08 Civ. 2516 (VM) (JCF)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Steven E. Fineman hereby appears as counsel for Plaintiffs City of Oakland and County of Alameda in the above-captioned case.

Signed and sworn this 18th day of July, 2008, in New York, New York.

Respectfully submitted,

By:     */s/ Steven E. Fineman*
        Steven E. Fineman (SF-8481)

Steven E. Fineman (SF-8481)
*sfineman@lchb.com*
Daniel E. Seltz (DS-0837)
*dseltz@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
Telephone: (212) 355-9500
Facsimile: (212) 355-9592