AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

*Judge Berman*

HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated entities,

V.

WACHOVIA BANK, N.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 2516

TO: (Name and address of Defendant)

NATAXIS S.A.
45 rue Saint-Dominique
75007
Paris, France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SERCARZ & RIOPELLE, LLP
152 W. 57TH STREET
NEW YORK, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                     MAR 1 3 2008

CLERK                                   DATE

(By) DEPUTY CLERK

SECOND ORIGINAL

# Benjamin CHAPLAIS - Anthony CHAPLAIS



SCP d'Huissiers de justice  
32, av. Charles Floquet  
75007 Paris

Téléphone :   01.53.58.33.60  
Télécopie :   01.53.58.33.61  
chaplais.huis@orange.fr

Cor : 59, MD :7246     Acte : 13444

## SIGNIFICATION DE L'ACTE A PERSONNE MORALE

le quatre Juin deux mille huit

Pour **S.A. NATIXIS\*, 30 avenue Pierre Mendès France 75013 PARIS.**

Cet acte a été signifié par Clerc assermenté, parlant à Madame QUEROU Dominique, employée, qui a déclaré être habilité(e) à recevoir la copie,

Le domicile étant certain ainsi qu'il résulte des vérifications suivantes :
- L'adresse est confirmée par la personne rencontrée sur place.

Un avis de passage, daté, mentionnant la nature de l'acte, le requérant et le nom de la personne ayant reçu copie, a été laissé ce jour au siège du destinataire.

La lettre prévue à l'article 658 du Code de Procédure Civile, contenant copie de l'acte, a été adressée dans le délai légal.

Le présent acte n'est pas soumis à la taxe fiscale.

Le présent acte comporte 120 feuilles à la copie.

Les mentions relatives à la signification sont visées par l'Huissier de Justice.

Cout définitif de l'acte :  
COUT DE L'ACTE  
Droit Fixe (Art. 6)     21,89  
Transport (Art. 18)      6,22  
-------  
H.T.                    28,11  
Tva 19,6%                0,00  
Affranchissement         0,88  
-------  
Coût de l'acte          28,99



**S.C.P**
**Benjamin et Anthony CHAPLAIS**

Huissiers de Justice Associés

32 avenue Charles Floquet
75007 PARIS

Tél. : 01.53.58.33.60
Fax : 01.53.58.33.61
chaplais.huis@orange.fr



REFERENCES A RAPPELER:
Cor : 59, MD :7246
SL

**ACTE D'HUISSIER DE JUSTICE**

COUT DE L'ACTE
Article 6        21,89
Article 18        6,22
-------
H.T.            28,11
Tva 19,6%        5,51
-------
T.T.C           33,62

SECOND ORIGINAL

Cor : 59, MD :7246                                    Acte : 13444

# SIGNIFICATION D'UN ACTE TRANSMIS PAR LES ETATS-UNIS

L'AN DEUX MILLE HUIT ET LE :    QUATRE JUIN

Je soussigné, l'un des membres de la Société Civile Professionnelle Benjamin et Anthony Chaplais, titulaire d'un office d'Huissiers de Justice près le Tribunal de Grande Instance de Paris, y demeurant 32 avenue Charles Floquet dans le 7ème arrondissement de Paris

**A :**

**NATIXIS**, société anonyme de banque à directoire et conseil de surveillance, immatriculée au RCS de Paris sous le numéro B 542 044 524, dont le siège social est sis 45, rue Saint Dominique à 75007 PARIS, prise en son service sis 30 avenue Pierre Mendès France 75013 PARIS Prise en la personne de son Président du Conseil d'administration, domicilié en cette qualité audit siège
Où étant et parlant à comme il est dit ci-après dans le procès-verbal de signification joint.

**A LA DEMANDE DE :**

**KARINA SHREEFER, ESQ** Legal language services 8014 State Line Road, Suite 110 66208 LEAWOOD KANSAS USA
Elisant domicile en mon Etude

**JE VOUS SIGNIFIE ET VOUS LAISSE COPIE :**

D'un acte en provenance des Etats-Unis, établi dans la langue suivante : anglaise

L'acte est accompagné d'une traduction en français : [*] oui – [ ] non.

Cet acte comprend les documents suivants :

- Executed « Request »
- Certificate (unexecuted)
- Summary with attachment A
- Notice
- Summons in a Civil Action
- Rule 7.1 Statement
- Civil Cover Sheet with Attachement.