AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

*Judge Berman*

HINDS COUNTY, MISSISSIPPI, on behalf of itself and all other similarly situated entities,

V.

WACHOVIA BANK, N.A., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 2516**

TO: (Name and address of Defendant)

SOCIETE GENERALE, S.A.
29 Boulevard Haussmann
75009
Paris, France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SERCARZ & RIOPELLE, LLP
152 W. 57TH STREET
NEW YORK, NY 10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK  *J. Maldonado*

DATE: MAR 1 3 2008

```
Me BEYSSON-DE
   SAULES
Huissier de Justice
2 Rue de La Chaussée
     d'Antin
   75009 PARIS
Tél 01.45.23.00.20
Fax 01.42.47.19.91
```



Second Original

```
Coût
Droit fixe art.6.1    69.00

T.T.C. Euros          69.00
```

Dossier : Chambre nationale des Huissiers de Justice Signification des Actes internationaux
références SAE/ 35920

## SIGNIFICATION D' UN ACTE ETRANGER
( Convention de LA HAYE du 15 Novembre 1965)

L'AN DEUX MILLE HUIT et le **Dix Sept JUIN**

A LA REQUETE DE :

Me Karina SHREEFER -LEGAL LANGUAGE SERVICES- 8014 STATE LINE ROAD SUITE 1 10 – Leawood – KANSAS 66208 – ETATS UNIS D AMERIQUE – Tél 1.913.341.3167,

Du COMITE DE HINDS , MISSISSIPI, en son no et au nom de toutes les autres entités se trouvant dans une situation similaire

Ayant pour AVOCATS,

SERCARZ et RIOPELLE , LLP, 152 W .57 TH STREET ,NEW YORK NY 10019,

**Je, Béatrice BEYSSON-DE SAULES, Huissier de Justice près le Tribunal de Grande Instance de Paris, y demeurant, 2 Rue de La Chaussée d'Antin, 75009 PARIS, soussignée,**

Ai signifié et donné copies entières en têtes des présentes à :

LA SOCIETE GENERALE SA
29 BOULEVARD HAUSSMANN
75009 PARIS  FRANCE
Où étant et parlant à : Comme il est dit in fine

**Une CITATION DANS UNE ACTION AU CIVIL** devant la COUR DE DISTRICT DES ETATS UNIS – District Sud de New-York – JUGE BERMAN  - AFFAIRE 08 CV 2516 – Greffier J.MICHAEL MCMAHON en date du 13 Mars 2008

CONTRE WACHOVIA BANK N.A. et al

CAUSE DE L ACTION : Violation de la Loi Sherman antitrust  15 USC Section 1

Avertissement : Il est dans votre intérêt de répondre à cette demane et devez le faire selon les règles définies par le District Sud de New York - Nous vous avertissons, si vous présentez les documents relatifs à ce procès en cours de l' audience , vous devez envoyer ce documents avant le jour de l' audience ou apporter à l' audience ,
Si vous ne comparaissez pas dans l' audience ou faire représenter par un mandataire, le procès va continuer et rendre le jugement en l' absence de vous

Ces documents originaux  sont    signifiés en langue **Française** et en **Anglais Nord Américain  standard,**

Traduits par Boumediene BOUALI, et certifié par Maria Victoria PORTUGUEZ Directeur du Legal Language  Service ,

Aux termes des desquels il convient  de se reporter  pour une parfaite information et connaissance légale et afin qu' elle n 'en ignore .



**Béatrice BEYSSON DE SAULES**

**LA SIGNIFICATION EST DEMANDEE CONFORMEMENT A LA LOI PUBLIQUE 97-462 DU 26 FEVRIER 1983 QUI A AMENDE LA REGLE 4(c)2(a) DES REGLES FEDERALES DE PROCEDURE CIVILE DES Etats-Unis.**

**List of documents**

*Enumération des pièces*

| | |
|---|---|
| « Demande » exécutée, en anglais et en français, en double | 0 |
| « Attestation » (non exécutée), en anglais et en français, en double | 0 |
| « Sommaire » avec annexe "A", en anglais et en français, en double | 0 |
| « Notice », en anglais et en français, en double | 0 |
| Citation dans une Action au Civil, en anglais et en français, en double | 5 feuilles |
| Énoncé de la Règle 7.1, en anglais et en français, en double | 3 feuilles |
| Page Couverture du Dossier de la Procédure Civile avec Annexe, en anglais et en français, en double | 13 feuilles |
| Plainte -- Recours Collectif, en anglais et en français, en double | 89 feuilles |



**Me BEYSSON-DE SAULES**
Huissier de Justice
2 Rue de La Chaussée d'Antin
75009 PARIS

## Signification de l'acte

Numéro de l'acte : MD11414 1



Cet acte a été remis par l'Huissier de Justice ou par Clerc Assermenté, dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites

POUR : SA SOCIETE GENERALE

Au siège de la personne morale destinataire, la copie de l'acte a été remise à :
MADAME VERBEQUE LOREDANA EMPLOYEE
ainsi déclaré(e)

qui a déclaré être habilité(e) à la recevoir et confirmé le siège social de la société.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant copie de l'acte a été adressée ce jour même.

```
Coût définitif de l'acte
Droit fixe art.6.1    69.00

Total T.T.C. Euros    69.00
```

Le présent acte comporte 3 feuilles.
Et 110 feuilles copies de pièces
Coût définitif : 69.00 €uros

Visées par nous, conformément à la loi, les mentions ci-dessus relatives à la signification.

F2 (PAGE 2)

| ATTESTATION | PARTIE A REMPLIR PAR L'AUTORITE ETRANGERE |
|---|---|
| CERTIFICATE | DEVANT EFFECTUER LA NOTIFICATION |

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
The undersigned authority has he honour to certify, in conformity with article 6 of the Convention,

1. que la demande a été exécutée*
1. that the document has been served*
 - le (date) ....Dix Sept Juin 2008 (17.06.08)
 - the (date) ..............................
 - à (localité, rue, numéro) ....2A Boulevard Haussmann 75009 PARIS France
 - at (place, street, number) ..............................
 - dans une des formes suivantes prévues à l'article 5 :
 - in one of the following methods authorised by article 5 :
  a) selon les formes légales (article 5, alinéa premier, lettre a)*
   a) in accordance with the provision of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
  b) selon la forme particulière suivante* :
   b) in accordance with the following particular method* :
  **(c) par simple remise***
   c) by delivrery to the address, who accepted it voluntarily*

Les documents mentionnés dans la demande ont été remis à :
The documents referred to in the request have been delivered to :
 - (identité et qualité de la personne) Mme VERBEQUE LOREDANA, Employée,
 - (identity and description of person) ..............................
 - liens de parenté, de subordination ou autres, avec le destinataire de l'acte : ...Employée
 - relationship to the address (family, business or other) : ..............................

2. que la demande n'a pas été exécutée, en raison des faits suivants* :
2. that the document has not been served, by reason of th following facts* :
 .............N/A..........................

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.
in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expens detailed in the attached statement*.

**Annexes**
Annexes
**Pièces renvoyées :**
Documents returned : Demande aux fins de signification
Acte de signification avec attestation
Le cas échéant, les documents justificatifs de l'exécution :
in appropriate cases, documents establishing the service :
..............................

Fait à Paris , le 17 Juin 2008
Done at , the
**Signature et/ou cachet**
Signature and/or stamp

* rayer les mentions inutiles
* delete if inappropriate