**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | ) ) ) ) ) ) MDL No. 1950 ) ) Master Docket No. 08-02516 (VM) (JCF) ) ) <u>CLASS ACTION</u> ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Annette C. Rizzi of the law firm Simpson Thacher & Bartlett LLP hereby appears in this action as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stearns Companies, Inc. and Bear, Stearns & Co., Inc. and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
      July 21, 2008

Respectfully submitted,

/s/ Annette C. Rizzi_____
Annette C. Rizzi
arizzi@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stearns Companies, Inc. and Bear, Stearns & Co., Inc.*