UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | ) ) ) ) MDL No. 1950 ) ) Master Docket No. 08-02516 (VM) (JCF) ) ) CLASS ACTION ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that Kana A. Ellis of the law firm King & Spalding LLP hereby appears in this action as counsel for Defendants Bank of America, N.A. and Bank of America Corporation and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
July 22, 2008

Respectfully submitted,

/s/ Kana A. Ellis
Kana A. Ellis
kellis@kslaw.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 556-2132
Facsimile:  (212) 556-2222

*Counsel for Defendants*
*Bank of America, N.A. and*
*Bank of America Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served the foregoing NOTICE OF APPEARANCE upon all counsel of record via electronic mail.

Dated: New York, New York
July 22, 2008

By:  /s/ Kana A. Ellis _____
Kana A. Ellis
kellis@kslaw.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 556-2132
Facsimile:  (212) 556-2222

*Counsel for Defendants
Bank of America, N.A. and
Bank of America Corporation*