```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
IN RE MUNICIPAL DERIVATIVES    :    08 Civ. 2516
ANTITRUST LITIGATION           :
                               :         ORDER
------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The law firms of Lieff, Cabraser, Heimann & Bernstein LLP; Pomerantz, Haudek, Block, Grossman & Gross LLP; Cohen, Milstein, Hausfeld & Toll PLLC ("Cohen"); Boies, Schiller & Flexner LLP ("Boies"); and Susman Godfrey LLP ("Susman") (collectively, the "Firms") filed motions, pursuant to Federal Rule of Civil Procedure 23(g), seeking to be appointed as lead interim counsel on behalf of plaintiffs in this action. After considering the various arguments raised in the Firms' memoranda related to these motions, the Court appoints Cohen, Boies, and Susman (collectively, "Co-Lead Counsel") as co-lead interim counsel in this action. The Court will issue a separate decision shortly stating its findings, reasoning, and conclusions for this ruling.

Co-Lead Counsel are directed to advise the Court by letter submitted by July 31, 2008 as to their proposal for scheduling the next conference and issues to be addressed at that time.

**SO ORDERED.**

Dated:   New York, New York
         25 July 2008

_____
Victor Marrero
U.S.D.J.