USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-02516 (VM) (JCF) |
| THIS DOCUMENT RELATES TO: <br><br> *Washington County, Tennessee v. Bank of America, N.A., et al.* | CLASS ACTION <br><br> **STIPULATION AND ORDER CONCERNING RESPONSES TO THE COMPLAINT** |

WHEREAS, plaintiff's efforts to effectuate service of process on all defendants are continuing and are not yet completed; and,

WHEREAS, on June 16, 2008, the Judicial Panel on Multidistrict Litigation (the "JPML") ordered centralization of a number of similar actions in the Southern District of New York before the Honorable Judge Victor Marrero, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950; and,

WHEREAS, for efficiency's sake, briefing on pre-answer motions to dismiss in this action should not be scheduled until plaintiff has had additional time to effect service, this action has been consolidated with the related cases pending before Judge Marrero, and any consolidated complaint has been filed; and,

WHEREAS, although the consent of defendants other than JPMorgan Chase & Co. and Bear, Stearns & Co., Inc. is not required because no defendant's position is compromised by this Stipulation, counsel for JPMorgan Chase & Co. and Bear, Stearns

& Co., Inc. can nevertheless report that identified counsel for the other defendants have been canvassed and all support the Court's approval of this stipulation,

WHEREAS, plaintiff agrees that submission of this Stipulation should be without prejudice to any defense of JPMorgan Chase & Co., Bear, Stearns & Co., Inc. or any other defendant.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, defendant JPMorgan Chase & Co. and defendant Bear, Stearns & Co., Inc., subject to the approval of the Court, as follows:

1. No defendant need respond to the complaint in this action before the 60th day after plaintiff has filed a consolidated amended complaint;

2. No defense of defendant JPMorgan Chase & Co., defendant Bear, Stearns & Co., Inc. or any other defendant is prejudiced or waived by its submission of this Stipulation; and

3. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

Dated: July 23, 2008

_____
Steig D. Olson
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

2

Joseph F. Wayland
*jwayland@stblaw.com*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, N.Y. 10017
(212) 455-2000
(212) 455-2502

*Attorneys for defendant JPMorgan Chase & Co. and defendant Bear, Stearns and Co., Inc.*

SO ORDERED, at New York, N.Y.,
July 2̲5̲, 2008

Hon. VICTOR MARRERO
United States District Judge

3