UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (JCF) |
| THIS DOCUMENT RELATES TO: | CLASS ACTION |
| *MAYOR AND CITY COUNSEL OF BALTIMORE v. BANK OF AMERICA, N.A.* (S.D.N.Y. 08-6140) | **JOINT STIPULATION AND ORDER EXTENDING PERIOD OF TIME FOR DEFENDANT, BANK OF AMERICA, N.A., TO ANSWER OR OTHERWISE RESPOND** |

WHEREAS the above-referenced action has been identified as a tag-along action to those matters transferred to the Southern District of New York by the June 16, 2008 Order of the United States Judicial Panel on Multidistrict Litigation in the *In re Municipal Derivates Antitrust Litigation*, MDL No. 1950;

WHEREAS the above-referenced action has been consolidated into Master Docket No. 08-2516 (VM) (JCF) by the Court's July 15, 2008 order;

WHEREAS Defendant Bank of America, N.A. ("Bank of America") has sought the consent of plaintiffs Mayor and City Counsel of Baltimore for an extension of time to file an answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Bank of America has sought no other extensions in the above-referenced action to date;

WHEREAS Mayor and City Counsel of Baltimore have consented to an extension of tine for Bank of America to answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Mayor and City Counsel of Baltimore agree that submission of this Stipulation should be without prejudice to Bank of America;

THE PARTIES HEREBY AGREE AND STIPULATE that Defendant Bank of America, N.A. is granted an extension of time to answer or otherwise respond to the Class Action Complaint in the above-referenced action until the 60th day after the filing of a consolidated amended complaint (or the announcement by filed notice that a consolidated amended complaint will not be filed).

IT IS SO STIPULATED;

KING & SPALDING LLP

By: /s/ Kevin Sullivan
Kevin Sullivan
Shannon M. Kasley
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 626-2624
(202) 626-3737

Counsel for Defendant
Bank of America, N.A.

Dated: July 30, 2008

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

By: /s/ Michael D. Hausfeld
Michael D. Hausfeld
Richard A. Koffman
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005
(202) 408-4600
(202) 408-4699

Counsel for Plaintiffs
Mayor and City Counsel of Baltimore

Dated: July 30, 2008

IT IS SO ORDERED this 31st day of July, 2008

Hon. Victor Marrero, S.D.N.Y.