# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
www.kslaw.com

Shannon M. Kasley
(202) 626-9116

August 5, 2008

**VIA FACSIMILE (212) 805-6382**

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08
```

Re: In Re Municipal Derivatives Antitrust Litigation
MDL No. 1950, Master Docket No. 08-2516 (VM) (JCF)

Dear Judge Marrero:

We write as a follow-up to the July 31, 2008 letter to the Court in which counsel for Plaintiffs proposed a status conference on or around September 5, 2008. After conferring, the parties respectfully request that the conference be held one week later on September 12, 2008. Prior to the conference, counsel will meet and confer to attempt to agree upon a proposed discovery schedule for the Court's consideration. If the parties are unable to agree, counsel will submit their respective proposed schedules no later than 3 business days before the scheduled conference.

_[signature]_
Robert Eisler
Cohen, Milstein, Hausfeld & Toll, PLLC
On behalf of Plaintiffs

Respectfully submitted,

_[signature]_
Shannon M. Kasley
King & Spalding LLP
On behalf of Bank of America, N.A.
and Bank of America Corporation

_[signature]_
Joseph F. Wayland
Simpson Thacher & Bartlett LLP
On behalf of JP Morgan Chase & Co.,
JP Morgan Chase Bank, N.A., Bear Stearns Companies, Inc.

cc: Counsel of record (via e-mail)

```
Request GRANTED. The next status
conference herein is rescheduled to 9-12-08
at 1:30 P.M.
SO ORDERED.

8-5-08                    _[signature]_
DATE              VICTOR MARRERO, U.S.D.J.
```