UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-2516 (VM) (JCF) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

**DEFENDANT NATIXIS FUNDING CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Natixis Funding Corporation, by and through its undersigned counsel, submits this Corporate Disclosure Statement.

1. Defendant Natixis Funding Corp. is not publicly traded.

2. Defendant Natixis Funding Corp. has the following parent companies: Natixis Capital Markets Inc., Natixis North America Inc. and Defendant Natixis S.A. Of these parent companies, only Defendant Natixis S.A. is publicly traded.

3. Defendant Natixis S.A. is publicly traded on the Euronext Paris.

4. Defendant Natixis S.A., in turn, has the following parent companies, neither of which is publicly traded: Banque Fédérale des Banques Populaires and Caisse Nationale des Caisses d'épargne.

Dated: August 5, 2008
    New York, New York

                                      DAVIS & GILBERT LLP

                                      By: /s/ Howard J. Rubin
                                          Howard J. Rubin
                                          1740 Broadway
                                          New York, New York  10019
                                          Tel: (212) 468-4800
                                          Fax: (212) 468-4888
                                          hrubin@dglaw.com

                                    *Counsel for Natixis S.A. and Natixis Funding Corporation*