UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM) (JCF)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### DEFENDANT NATIXIS S.A.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Natixis S.A., by and through its undersigned counsel, submits this Corporate Disclosure Statement.

1. Defendant Natixis S.A. is publicly traded on the Euronext Paris.

2. Defendant Natixis S.A. has the following parent companies, neither of which is publicly traded: Banque Fédérale des Banques Populaires and Caisse Nationale des Caisses d'épargne.

Dated: August 5, 2008
    New York, New York

                                       DAVIS & GILBERT LLP

                                       By: /s/ Howard J. Rubin
                                           Howard J. Rubin
                                           1740 Broadway
                                           New York, New York 10019
                                           Tel: (212) 468-4800
                                           Fax: (212) 468-4888
                                           hrubin@dglaw.com

*Counsel for Natixis S.A. and Natixis Funding Corporation*