```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

*In Re MUNICIPAL DERIVATIVES*
*ANTITRUST LITIGATION*

MDL No. 1950

Master Docket No. 08-02516 (VM)(JCF)

THIS DOCUMENT RELATES TO:

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

ALL ACTIONS

---------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, subject to leave of the Court, that, as of the date below, the law firm Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, be, and hereby is, substituted as attorneys for Defendant National Westminster Bank PLC herein, in the place of Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, New York 10036 and 1825 Eye Street, NW Washington, DC 2006-5403, which shall no longer represent Defendant National Westminster Bank PLC herein.

Dated: New York, New York
       August 6, 2008

DICKSTEIN SHAPIRO LLP

By: _____
Jay N. Fastow

1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
*Withdrawing Attorneys for Defendant*
*National Westminster Bank PLC*

SCHULTE ROTH & ZABEL LLP

By: _____
Harry S. Davis

919 Third Avenue
New York, New York 10022
(212) 756-2000
harry.davis@srz.com
*For Defendant National Westminster Bank PLC*

SO ORDERED: 6 August 2008

_____
Hon. Victor Marrero

DOCSNY-322100v02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
*In Re MUNICIPAL DERIVATIVES*  :  MDL No. 1950
*ANTITRUST LITIGATION*         :
                               :  Master Docket No. 08-02516 (VM)(JCF)
                               :
                               :
THIS DOCUMENT RELATES TO:      :  **DECLARATION OF HARRY S. DAVIS**
ALL ACTIONS                    :
                               :
-----------------------------------------------------------x

       HARRY S. DAVIS, an attorney duly admitted to practice before this Court, hereby declares under penalty of perjury that the following is true and correct:

       1.      I am an attorney admitted to practice in this Court. I am a member of the law firm of Schulte Roth & Zabel LLP.

       2.      I submit this declaration in support of the Stipulation and Order for the Substitution of Counsel submitted to the Orders and Judgment Clerk of the Court on August 4, 2008.

       3.      National Westminster Bank PLC, a defendant in the above-captioned matter, has requested that Schulte Roth & Zabel LLP substitute in as attorneys for it, in place of Dickstein Shapiro LLP.

       4.      A case management order was entered in this matter on July 15, 2008, requiring plaintiffs to file an amended consolidated complaint on or before August 22, 2008.

                                               /s/ Harry S. Davis
                                               Harry S. Davis

Dated: New York, New York
       August 6, 2008