UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
In Re MUNICIPAL DERIVATIVES              :
ANTITRUST LITIGATION                     :
                                         :   MDL No. 1950
                                         :
                                         :   Master Docket No. 08-02516 (VM)(JCF)
                                         :
                                         :
THIS DOCUMENT RELATES TO:                :
ALL ACTIONS                              :
-------------------------------------------------------x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Harry S. Davis of the law firm Schulte Roth & Zabel LLP hereby appears as counsel for Defendant National Westminster Bank PLC in the above-captioned action.

Dated: New York, New York
       August 7, 2008

SCHULTE ROTH & ZABEL LLP

By:___/s/ Harry S. Davis_____
     Harry S. Davis

919 Third Avenue
New York, New York 10022
(212) 756-2000
(212) 593-5955
harry.davis@srz.com

*Attorneys for Defendant*
*National Westminster Bank PLC*