UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
*In Re* MUNICIPAL DERIVATIVES : 
*ANTITRUST LITIGATION* :
: MDL No. 1950
: Master Docket No. 08-02516 (VM)(JCF)
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Taleah E. Jennings of the law firm Schulte Roth & Zabel LLP hereby appears as counsel for Defendant National Westminster Bank PLC in the above-captioned action.

Dated: New York, New York
August 7, 2008

SCHULTE ROTH & ZABEL LLP

By:___/s/ Taleah E. Jennings_____
      Taleah E. Jennings

919 Third Avenue
New York, New York 10022
(212) 756-2000
(212) 593-5955
taleah.jennings@srz.com

*Attorneys for Defendant*
*National Westminster Bank PLC*