UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re MUNICIPAL DERIVATIVES          :
ANTITRUST LITIGATION                      :    MDL No. 1950
                                                          :    Master Docket No. 08-02516 (VM)(JCF)
                                                          :
                                                          :    AFFIDAVIT OF SERVICE
THIS DOCUMENT RELATES TO:       :
ALL ACTIONS                                     :
-------------------------------------------------------X

STATE OF NEW YORK     )
                                            )  ss.:
COUNTY OF NEW YORK  )

        JEANETTE ARIOLA, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

        On August 7, 2008, deponent served the Notice of Appearance of Taleah E. Jennings upon the following at the addresses designated for that purpose:

SEE ATTACHED LIST

        Said service was made by depositing true copies of said documents, enclosed in post-paid sealed wrappers, properly addressed, and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                          JEANETTE ARIOLA

Sworn to before me this
7th day of August, 2008.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2011

10728449.1

| | |
|---|---|
| Andrew Kingsdale<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | David Eggert<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 |
| Douglas L. Wald<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004 | Eric B. Fastiff<br>Lieff, Cabraser, Heiman & Bernstein, L.L.P.<br>275 Battery Street<br>San Francisco, CA 94111-3339 |
| H. Lee Godfrey<br>Susman Godfrey LLP(TX)<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002 | Marc M. Seltzer<br>Susman Godfrey, L.L.P.<br>1901 Avenue of the Stars<br>Suite 950<br>Los Angeles, CA 90067-6029 |
| Michael W, Byrne<br>Brownstein, Hyatt & Farber, P.C<br>410 Seventeenth Street, 22nd Floor<br>Denver, CO 80202 | Precious Tyrone Martin<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street<br>24th Floor<br>New York, NY 10019 |

Richard M. Heimann
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
275 Battery Street
30th Floor
San Francisco, CA 94111

William A. Isaacson
Boies, Schiller & Flexner L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, DC 20015

C. Andrew Dirksen
Gold, Bennett, Cera, & Sidener, LLP
595 Markeet Street
Suite 2300
San Francisco, CA 94105-2835

Christopher Cormier
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Christopher L. Lebsock
Cohen, Milstein, Hausfeld & Toll, PLLC
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Craig T. Stewart
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Gerald J. Rodos
Barrack, Rodos & Bacine
Suite 2100
3300 Two Commerce Square
Philadelphia, PA 19103

Jon King
Cohen, Milstein, Hausfeld & Toll, PLLC
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

0728437.1

Laurence S. Berman
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Mark J. Botti
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Megan E. Jones
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Michael D. Hausfeld
Cohen, Millstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Paul F. Bennett
Gold Bennett Cera & Sidener, LLP
595 Market Street
2300
San Francisco, CA 94105-2835

Ricahrd A. Koffman
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Avenue, North West
Washington, DC 20005

Steven O. Sidener
Gold, Bennett, Cera & Sidener L.L.P.
595 Market Street
Suite 2300
San Francisco, CA 94105-2835

Vincent J. Esades
Heins Mills & Olson, P.L.C.
3550 IDS Center
310 Clifton Avenue
Minneapolis, MN 55403

)728437.1