DOC # 197
SCANNED
U.S. DISTRICT COURT FILED AUG 08 2008 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL NO. 1950<br><br>Master Docket No. 08-cv-2516 (VM)(JCF) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF APPEARANCE |

   Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter the appearance of Arnold Levin and Laurence S. Berman *pro hac vice* as counsel for plaintiff Fairfax County, Virginia in this matter. Attached hereto please find Certificates of Good Standing for both Mr. Levin and Mr. Berman.

Dated:  August 6, 2008                    **LEVIN, FISHBEIN, SEDRAN & BERMAN**

                                          BY: _____
                                          Arnold Levin, Esquire
                                          Laurence S. Berman, Esquire
                                          510 Walnut Street, Ste. 500
                                          Philadelphia, PA 19106
                                          (215) 592-1500 (phone)
                                          (215) 592-4663 (fax)

                                          **ATTORNEYS FOR PLAINTIFF FAIRFAX COUNTY, VIRGINIA**



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Arnold Levin, Esq.*

**DATE OF ADMISSION**

*November 16, 1964*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 1, 2008**

John W. Person, Jr., Esq.
Deputy Prothonotary



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Laurence S. Berman, Esq.*

**DATE OF ADMISSION**

*December 13, 1977*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 1, 2008**

_____
John W. Person, Jr., Esq.
Deputy Prothonotary