## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | MDL No. 1950 <br><br> Master Docket No. 08-02516 (VM) (JCF) <br><br> (ECF CASE) <br><br> **CORPORATE DISCLOSURE** |

    Pursuant to Local Civil Rule 7.1.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant George K. Baum & Co. hereby states that its sole parent company is George K. Baum Holdings, Inc. and that no publicly held company owns more than 10% of George K. Baum Holdings, Inc.'s stock.

Dated: August 11, 2008.

                                            /s/John V. McDermott
                                            John V. McDermott
                                            Michael W. Byrne
                                            BROWNSTEIN HYATT FARBER
                                               SCHRECK, LLP
                                            410 Seventeenth Street, Suite 2200
                                            Denver, Colorado 80202
                                            Telephone: (303) 223-1100
                                            Fax: (303) 223-1111
                                            *Attorneys for George K. Baum & Co., Inc.*

## CERTIFICATE OF SERVICE

     I, John V. McDermott, an attorney with Brownstein Hyatt Farber Schreck, LLP, hereby certify that on August 11, 2008, I caused the foregoing **CORPORATE DISCLOSURE** to be electronically file with the United States District Court for the Southern District of New York.

     All documents were served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/*John V. McDermott*
John V. McDermott
Michael W. Byrne
BROWNSTEIN HYATT FARBER
  SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Fax: (303) 223-1111

4167\81\1174718.1