## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008 I delivered a paper original and emailed a copy

of PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT to the Clerk's office and served

a copy on the following via first class mail:

Richard Benjamin Zabel
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Shannon M. Kasley
King & Spalding LLP
1730 Pennsylvania Avenue, NW
Washington, DC 20006-4706

Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, suite 200
Washington, dc 20006

Richard T. Marooney, Jr
King & Spalding, L.L.P.
1185 Avenue of the Americas
New York, NY 10036

Joseph Franklin Wayland
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Janelle Louis Filson
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Nancy Lynn Kestenbaum
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405

Howard Jay Kaplan
Arkin Kaplan Rice LLP

590 Madison Avenue, 35th Floor
New York, NY 10022

Lisa Christine Solbakken
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

Stephen Thomas Heiser
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, NY 10022

John E Beerbower
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Gregory Arthur Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281-0006

Charles F. Rule
Joseph J Bial
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, DC 20004

Alden Lewis Atkins
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York 10103

Craig A. Stewart
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Jon Jason Nathan
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004

David Eggert
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Shawn Patrick Regan
Hunton & Williams, LLP
200 Park Avenue
43rd Floor
New York, NY 10166

John Vincent McDermott
Brownstein Hyatt Farber Schreck, LLP
410 17th Street
Suite 2200
Denver, CO 80202

Janelle Louis Filson
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Joseph Franklin Wayland
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017

Sarah Jean North
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017

Jon Ryan Wick
Foley & Lardner LLP (DC)
3000 K Street NW
Suite 500
Washington, DC 20007

Dana Christina Rundlof
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016

Jay N. Fastow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023

Howard Jeffrey Rubin
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Bruce Martin Ginsberg
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

James R. Levine
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Paul Francis Corcoran
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Peggy Senyie Chen
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Burton Webb Wiand
Fowler White Boggs Banker P.A
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602

Gianluca Morello
Fowler White Boggs Banker P.A
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602

Jenny I Winkler
Dorsey & Whitney, LLP (MN)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Brooke Ellen Pietrzak
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

J David Jackson
Dorsey & Whitney
50 6th Street
Minneapolis, MN 55402

Erica Eileen Flores
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Matthew D. Ingber
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Michael O. Ware
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Paula Garrett Lin
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Richard Marc Steuer
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Steven Wolowitz
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

John W. Lundquist
Fredrikson & Byron, P.A
200 South 6th Street, Suite 4000
Minneapolis, MN 55402

Nicole M. Moen
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

Craig A. Stewart
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Jon Jason Nathan
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

David Eggert
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Christopher Nicholas Manning
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

Edward Maxwell Grauman
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

David Bruce Tulchin
Sullivan and Cromwell, LLP
125 Broad Street
New York, NY 10004

Marc Elliott Masters
Bird, Marella, Boxer, et al.
1875 Century Park East #2300
Los Angeles, CA 90067

Stephanie G Wheeler
Sullivan and Cromwell, LLP
125 Broad Street
New York, NY 10004

Laurence T. Sorkin
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Joshua Michael Newville
Cahill Gordon & Reindel LLP

80 Pine Street
New York, NY 10005

Thorn Rosenthal
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

SHARON K. ROBERTSON