# BIRD MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

Marc E. Masters
mem@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
telephone (310) 201-2100
facsimile (310) 201-2110
www.birdmarella.com

August 26, 2008

Via Facsimile
(212) 805-6382

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08
```

Re:  *In re Municipal Derivatives Antitrust Litigation,*
     **MDL No. 1950, Master Docket No. 08 Civ. 2516 (VM) (JCF)**

Dear Judge Marrero:

We represent Winters & Co. Advisors, LLC in the consolidated actions. On August 5, 2008, this Court scheduled a Status Conference in this matter for September 12, 2008 at 1:30 p.m. We respectfully request permission to appear telephonically at this conference.

Very truly yours,

*/s/ Marc E. Masters*

Marc E. Masters

MEM:lak

> Request GRANTED. Counsel for defendant Winters & Co Advisors, LLC may appear telephonically at the 9-12-08 conference provided that this defendant is not otherwise represented by local counsel also appearing.
>
> SO ORDERED:
>
> 8-26-08
> DATE          VICTOR MARRERO, U.S.D.J.