UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-2516(VM)(JCF) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John A. Freedman, a member of the firm of Arnold & Porter LLP, hereby appears as counsel of record for defendants GE Funding Capital Market Services, Inc. and Trinity Funding Co., LLC in the above-referenced action and hereby requests notice of all matters in this action.

Dated: New York, New York
       August 27, 2008

                Respectfully submitted,

                ARNOLD & PORTER LLP

                By:   /S/ John A. Freedman
                      John A. Freedman
                      555 Twelfth Street, N.W.
                      Washington, DC  20004
                      (202) 942-5000
                      (202) 942-5999
                      john_freedman@aporter.com

                *Attorney for Defendants GE Funding Capital*
*Market Services, Inc. and Trinity Funding Co., LLC*