UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | MDL No. 1950 |
| IN RE MUNICIPAL DERIVATIVES ) | |
| ANTITRUST LITIGATION ) | Master Docket No. 08-cv-2516 (VM) (JCF) |
| ) | |
| ) | |
| THIS DOCUMENT ERLATES TO: ) | NOTICE OF ENTRY OF APPEARANCE |
| ALL ACTIONS ) | |
| ) | **ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Jeffrey B. Gittleman of Barrack Rodos & Bacine hereby appears as counsel for Plaintiffs in the above-captioned matter.

Dated: August 27, 2008                               BARRACK, RODOS & BACINE


                                                            /s/ Jeffrey B. Gittleman
                                                      Jeffrey B. Gittleman
                                                      PA. ID. No. 78417
                                                      3300 Two Commerce Square
                                                      2001 Market Street
                                                      Philadelphia, PA  19103
                                                      Phone: (215) 963-0600
                                                      Facsimile: (215) 963-0838
                                                      E-mail: jgittleman@barrack.com

                                                      *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Entry of Appearance was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    /s/   Jeffrey B. Gittleman
                                               Jeffrey B. Gittleman