# Brownstein | Hyatt
# Farber | Schreck

August 29, 2008

<div style="float:right">
John V. McDermott
Attorney at Law
303.223.1118 tel
303.23.0918 fax
jmcdermott@bhfs.com
</div>

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08
```

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Stree, Room 660
New York, NY 10007

RE:   In re Municipal Derivatives Antitrust Litigation, MDL No. 1950, Master Docket No. 08cv2516

Dear Judge Marrero :

We represent George K. Baum & Co. in the above-captioned consolidated actions. On August 5, 2008, this Court scheduled a status conference for September 12, 2008 at 1:30 p.m. We respectfully request permission to appear telephonically at this status conference.

Sincerely,

*John V. McDermott* (signature)

John V. McDermott

cc: Counsel of Record

---

Request GRANTED. Defendant George K. Baum & Co. may appear telephonically at the 9-12-08 conference provided that this defendant is not otherwise represented by local counsel who plans to attend personally.

SO ORDERED:
8-29-08
DATE          VICTOR MARRERO, U.S.D.J.

410 Seventeenth Street, Suite 2200 | Denver, CO 80202-4432    303.223.1100 tel
Brownstein Hyatt Farber Schreck, LLP | bhfs.com        303.223.1111 fax