UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (JCF) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in this action as counsel for Plaintiff Central Bucks School District and requests that all papers in this action be served upon, and all communications directed, to the undersigned at the address provided below. Pursuant to the Court's Order dated July 17, 2008, attached hereto is a Certificate of Good Standing from the State Bar of California.

Dated: August 5, 2008                    Respectfully submitted,

C. Andrew Dirksen
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

*Counsel for Plaintiff, Central Bucks School District*

#119742                                                                                                    1



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHARLES ANDREW DIRKSEN, #197378 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records