UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Fairfax County, VA, et al. v. Packerkiss Securities Inc., et al.*, 1:08-cv-00432, (DC);<br>*Hinds County, MS, et al., v. Wachovia Bank, NA, et al.*, 08-cv-2516 (SDNY);<br>*Washington County, TN, et al., v. Bank of America, et al.*, 08-cv-6304 (SDNY);<br>*City of Oakland, CA, et al., v. AIG Financial Products Corp., et al.*, 08-cv-2116 (NDCA);<br>*County of Alameda, CA, et al., v. AIG Financial Products Corp., et al.*, 3:08-3278 (NDCA);<br>*Central Bucks School District, et al., v. Wachovia Bank NA, et al.*, 1:08-cv-00956 (DC);<br>*City of Fresno, CA, et al., v. AIG Financial Products Corp., et al.*, 08-1045 (EDCA); | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM)(JCF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, at the time provided for by this Court pursuant to Case Management Order No. 1, Shawn Patrick Regan hereby appears on behalf of Defendant Genworth Financial Investment Management, LLC, in the above-captioned action.

All papers in this action shall be served upon Shawn Patrick Regan.

Dated: New York, New York
       September 2, 2008

By: [signature]

HUNTON & WILLIAMS LLP

Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York 10166

(212) 309-1000
sregan@hunton.com

*Attorneys for Defendant*
*Genworth Financial Investment Management, LLC*

TO: All Counsel of Record

## DECLARATION OF SERVICE

Raymond E. Galbraith hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Genworth Financial Investment Management, LLC.

That on September 3, 2008, I served a true copy of the foregoing Notice of Appearance on All Counsel of Record via the Court's ECF Notification System.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 3, 2008

Raymond E. Galbraith