UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| THIS DOCUMENT RELATES TO:  *Fairfax County, VA, et al. v. Packerkiss Securities Inc., et al.*, 1:08-cv-00432, (DC); *Hinds County, MS, et al., v. Wachovia Bank, NA, et al.*, 08-cv-2516 (SDNY); *Washington County, TN, et al., v. Bank of America, et al.*, 08-cv-6304 (SDNY); *City of Oakland, CA, et al., v. AIG Financial Products Corp., et al.*, 08-cv-2116 (NDCA); *County of Alameda, CA, et al., v. AIG Financial Products Corp., et al.*, 3:08-3278 (NDCA); *Central Bucks School District, et al., v. Wachovia Bank NA, et al.*, 1:08-cv-00956 (DC); *City of Fresno, CA, et al., v. AIG Financial Products Corp., et al.*, 08-1045 (EDCA); | Master Docket No. 08-2516 (VM)(JCF) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record certifies that the following publicly-traded corporation is the ultimate corporate parent of Genworth Financial Investment Management, LLC:

Genworth Financial, Inc.

No other publicly held corporation directly or indirectly owns 10% or more of the stock of Genworth Financial Investment Management, LLC.

Dated: New York, New York
       September **2**, 2008

HUNTON & WILLIAMS LLP

By: _____
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

*Attorneys for Defendant*
*Genworth Financial Investment Management, LLC*

TO:    All Counsel of Record

## DECLARATION OF SERVICE

Raymond E. Galbraith hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Genworth Financial Investment Management, LLC.

That on September 3, 2008, I served a true copy of the foregoing Rule 7.1 Disclosure Statement on All Counsel of Record via the Court's ECF Notification System.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 2, 2008

                                                    /s/ Raymond E. Galbraith
                                                    Raymond E. Galbraith

TO:    All Counsel of Record