

# Fredrikson & BYRON, P.A.

JOHN W. LUNDQUIST
Direct Dial No. (612) 492-7181
jlundquist@fredlaw.com

September 3, 2008

**VIA FACSIMILE
AND UNITED STATES MAIL**

The Honorable Victor Marrero
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```

    Re:   *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950,
          Master Docket No. 08 Civ. 2516

Dear Judge Marrero:

We represent Sound Capital Management in the above-captioned consolidated actions. This Court has scheduled a status conference for September 12, 2008 at 1:30 p.m. We respectfully request permission to appear telephonically at this status conference.

Thank you for your consideration.

Very truly yours,

John W. Lundquist

JWL/cmh

4424724_1.DOC

*Request GRANTED. Defendant Sound Capital Management is authorized to appear telephonically at the 9-12-08 status conference provided that it is not otherwise represented by local counsel who will appear in person.*

**SO ORDERED:**
9-3-08
DATE          VICTOR MARRERO, U.S.D.J.

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP   OFFICES
A Worldwide Network of Professional Service Providers   Minneapolis / Bismarck / Des Moines / London / Monterrey, Mexico / Shanghai