# Vinson&Elkins

Brian E. Robison  brobison@velaw.com
Tel 214.220.7770  Fax 214.999.7770

September 4, 2008

The Honorable Victor Marrero
United States District Judge
Southern District of New York
c/o Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York  10007

Re:  *Municipal Derivatives Antitrust Litigation*, MDL No. 1950
     Master Docket No. 08-02516 (VM)(JCF)

Dear Judge Marrero:

I represent First Southwest Company in the above-captioned consolidated actions. On August 5, 2008, this Court scheduled a status conference for September 12, 2008 at 1:30 p.m. I respectfully request permission to appear telephonically at this status conference. There will not be an attorney for First Southwest Company attending the hearing in person.

Respectfully submitted,

Brian E. Robison

cc:  Counsel of Record

Dallas 1450413v.1

Vinson & Elkins LLP Attorneys at Law
Austin Beijing Dallas Dubai Hong Kong Houston
London Moscow New York Shanghai Tokyo Washington

Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel 214.220.7700  Fax 214.220.7716  www.velaw.com