UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In Re: MUNICIPAL DERIVATIVES                :
ANTITRUST LITIGATION                        :
                                            :   MDL No. 1950
------------------------------------------------------------X
                                            :
                                            :   Master Docket No.
THIS DOCUMENT RELATES TO:                   :   08-cv-02516 (VM)(JCF)
                                            :
ALL ACTIONS                                 :   **NOTICE OF APPEARANCE**
                                            :
------------------------------------------------------------X

[RECEIVED AUG 21 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, copies attached hereto, I hereby enter my appearance *pro hac vice* as counsel in this case for Defendant, First Southwest Company. Also, attached please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the Northern District of Texas.

Dated: Dallas, Texas
        August 13, 2008

Respectfully submitted,

/s/ Brian E. Robison
Brian E. Robison
Vinson & Elkins L.L.P.
2001 Ross Avenue
Suite 3700
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Facsimile:  (214) 220-7716

*Counsel for Defendant*
  First Southwest Company

I hereby certify that on this 13th day of August, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served via first-class U.S. mail, postage prepaid, on:

Roland Gustaf Riopelle
Sercarz & Riopelle, L.L.P.
152 West 57th Street, 24th Floor
New York, New York  10019

Jack A. Simms
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC  20015

Andrew Kingsdale
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

John Douglas Richards
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, New York  10017

Arnold Levin
Levin, Fishbein, Sedran & Berma
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106

William Christopher Carmody
Susman Godfrey LLP
654 Madison Avenue
New York, New York  10065

David Bruce Tulchin
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004

Richard Benjamin Zabel
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York  10022

Shannon M. Kasley
King & Spaling LLP
1730 Pennsylvania Avenue, NW
Washington, DC  20006

. Michael D. Hausfeld- Richard A. Koffman
Cohen, Milstein, Hausfeld & Toll PLLC
1100 New York Ave., N.W., Ste. 500
Washington, DC  20005

Marc Elliott Masters
Bird, Marella, Boxer, et al.
1875 Century Park East, #2300
Los Angeles, California  90067

John Vincent McDermott
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO  80202

Burton Webb Wiand
Fowler White Boggs Banker P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida  33602

Howard Jay Kaplan
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, New York  10022

Dana Christina Rundlof
Foley & Lardner, LLP
90 Park Avenue
New York, New York  10016

Bryan Paul Kessler
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

John E. Beerbower  
Cravath, Swaine & Moore LLP  
825 Eighth Avenue  
New York, New York 10019  

Shawn Patrick Regan  
Hunton & Williams, LLP  
200 Park Avenue, 52nd Floor  
New York, New York 10166  

Allon Lifshitz  
Paul Weiss Rifkind Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, New York 10019  

Harry Simeon Davis  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, New York 10022  

Erica Eileen Flores  
Mayer Brown LLP  
1675 Broadway  
New York, New York 10019  

Joshua Michael Newville  
Cahill Gordon & Reindel LLP  
80 Pine Street  
New York, New York 10005  

Craig A. Stewart  
Arnold & Porter, LLP  
399 Park Avenue  
New York, New York 10022  

Howard Jeffrey Rubin  
Davis & Gilbert LLP  
1740 Broadway  
New York, New York 10019  

Edward M. Spiro  
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.  
565 Fifth Avenue  
New York, New York 10017  

L. Jenny Winkler  
Dorsey & Whitney, LLP  
50 South Sixth Street, Suite 1500  
Minneapolis, MN 55402  

Christopher Nicholas Manning  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  

Dallas 1434443v.1