

# FOWLER WHITE
# BOGGS BANKER
ATTORNEYS AT LAW

Gianluca Morello
Direct Dial: 813-769-7567
gmorello@fowlerwhite.com

September 4, 2008

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 9-5-08          │
└─────────────────────────────┘
```

**VIA FACSIMILE**

The Honorable Victor Marrero
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re:  In re Municipal Derivatives Antitrust Litigation, MDL No. 1950, Master docket Case No.: 08-cv-2516(VM); Request to Appear Telephonically

Your Honor,

We represent PackerKiss Securities, Inc. ("PackerKiss"), a defendant in the above matter. The Court has scheduled a status conference in this matter for September 12, 2008, at 1:30 p.m. All counsel for PackerKiss reside in Florida. In person appearance at this conference would be difficult for us and costly for PackerKiss, which is a small entity with net capital of roughly $55,000. Accordingly, we respectfully request the Court allow us to appear at this conference by telephone.

Respectfully,

FOWLER WHITE BOGGS BANKER P.A.

Gianluca Morello

GM/akm

cc:  All parties of record (via email)

---

Request GRANTED. Defendant PackerKiss Securities, Inc. is authorized to appear telephonically at the 9-12-08 conference provided it is not otherwise represented by local counsel who plans to attend in person.

SO ORDERED:

9-4-08
DATE        VICTOR MARRERO, U.S.D.J.