UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
HINDS COUNTY, MISSISSIPPI,        :
                                  :
                    Plaintiff,    :
                                  :
     - against -                  :
                                  :       08 Civ. 2516
                                  :
WACHOVIA BANK N.A. et al.,        :
                                  :
                    Defendants.   :
----------------------------------X
IN RE MUNICIPAL DERIVATIVES       :
ANTITRUST LITIGATION              :       08 MDL No. 1950
                                  :
THIS DOCUMENT RELATES TO:         :       **CORRECTED ORDER**
ALL ACTIONS                       :
----------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-10

**VICTOR MARRERO, United States District Judge.**

By Decision and Order dated March 25, 2010 (the "March 25 Decision"), the Court denied fifteen corporate defendants' joint motion to dismiss the second consolidated amended class action complaint (the "SCAC") in this action.  The March 25 Decision incorrectly identifies one of the defendants named in the SCAC as Natixis S.A. ("Natixis").  The SCAC names Natixis Funding Corp. ("Natixis Funding") f/k/a CDC Funding Corp. ("CDC"), not Natixis, as a defendant.  Allegations in the SCAC identified in the March 25 Decision as against Natixis and CDC are, in fact, allegations against Natixis Funding. Accordingly, it is hereby

**ORDERED** that the motion (Docket No. 484) of Wachovia Bank N.A.; Wells Fargo & Co., Inc.; Bear, Stearns & Co., Inc.; Natixis Funding; JP Morgan Chase & Co.; Piper Jaffray & Co.;

Société Générale SA; UBS AG; Morgan Stanley; National Westminster Bank PLC; Investment Management Advisory Group, Inc.; CDR Financial Products; Winters & Co. Advisors, LLC; George K. Baum & Co.; and Sound Capital Management, Inc. to dismiss the SCAC is DENIED; and it is further

**ORDERED** that the parties are directed to appear at a pretrial conference on April 30, 2010 at 1:30 p.m. and, in preparation for that conference, to confer and propose an agreed upon Case Management Plan in the form provided by the Court.

**SO ORDERED.**

Dated:     New York, New York
           1 April 2010

Victor Marrero
U.S.D.J.

-2-