USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-02516 (VM)
(GWG)

THIS DOCUMENT RELATES TO:

ALL ACTIONS

STIPULATION AND ORDER
CONCERNING TIME FOR
DEFENDANTS TO ANSWER THE
SECOND CONSOLIDATED
AMENDED CLASS ACTION
COMPLAINT

WHEREAS, on June 18, 2009, Plaintiffs filed a Second Consolidated Amended

Class Action Complaint in the above-captioned action;

WHEREAS, by Decision and Order dated March 25, 2010, the Court denied

Defendants' Joint Motion to Dismiss the Second Consolidated Amended Class Action

Complaint;

WHEREAS, although the consent of moving defendants other than JPMorgan

Chase & Co. and Bear, Stearns & Co., Inc. is not required because no moving defendant's

position is compromised by this Stipulation, counsel for JPMorgan Chase & Co. and Bear,

Stearns & Co., Inc. can nevertheless report that identified counsel for the other moving

defendants have been canvassed and all support the Court's approval of this stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by

and between Plaintiffs, defendant JPMorgan Chase & Co. and defendant Bear, Stearns & Co.,

Inc., subject to the approval of the Court as follows:

1

1.    No moving defendant need answer the Second Consolidated Amended

Class Action Complaint in the above-captioned action before May 8, 2010, but each moving

defendant agrees not to seek permission to answer later than June 8, 2010;

2.    The extension is available, without further stipulation with counsel for

Plaintiffs, to all moving defendants; and

3.    This Stipulation may be executed in separate counterparts, and

counterparts may be executed in facsimile form, each of which shall be an original.

Dated: April 8, 2010

By: _____

Michael D. Hausfeld
Robert G. Eisler
Megan E. Jones
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

William A. Isaacson
Tanya Chutkan
Jonathan Shaw
Jack A. Simms
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

Arun S. Subramanian
William Christopher Carmody
SUSMAN GODFREY LLP
654 Madison Avenue 5th Fl.
New York, New York 10065
Tel: (212) 336-8330
Fax: (212) 336-8340

*Class Plaintiffs' Interim Co-Lead Counsel*

By: _____

Joseph F. Wayland
Peri L. Zelig
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for JPMorgan Chase & Co. and Bear Stearns & Co., Inc.*

2

So Ordered: _____
          Hon. Gabriel W. Gorenstein
          United States Magistrate Judge

Dated: April 8, 2010

3