# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

**Marc E. Masters**
mem@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File No. 3282.2

April 16, 2010

**Via Facsimile**
(212) 805-6382

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-19-10

Re: *In re Municipal Derivatives Antitrust Litigation,*
    **MDL No. 1950, Master Docket No. 08 Civ. 2516 (VM) (JCF)**

Dear Judge Marrero:

We represent Winters & Co. Advisors, LLC in the consolidated actions. This Court has scheduled a Pretrial Conference in this matter for April 30, 2010 at 1:30 p.m. We respectfully request permission to appear telephonically at this conference.

Very truly yours,

Marc E. Masters

MEM:lak

249091.1

Request GRANTED. Defendant Winters & Co Advisers may appear electronically at the Status Conference on 4-30-10

SO ORDERED:
4-16-10
DATE            VICTOR MARRERO, U.S.D.J.

Sharon Ben-Shahar    Jennifer S. Chang    Jason D. Kogan       Bonita D. Moore      John K. Rubiner
Terry W. Bird        Mark T. Drooks       Benjamin D. Lichtman Ronald J. Nessim     Peter J. Shakow
Joel E. Boxer        Thomas R. Freeman    Gary S. Lincenberg   Angela E. Oh         Michelle C. Tam
Eric E. Bronson      Benjamin N. Gluck    Vincent J. Marella   Thomas V. Reichert   Dorothy Wolpert
Paul S. Chan         David I. Hurwitz     Marc E. Masters      Jean Y. Rhee         Steven K. Yoda
                     Bruce L. Ishimatsu                        Ekwan E. Rhow