UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/10

-------------------------------------------------------------x
          :

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION            : ORDER
                                           MDL No. 1950
                                           : Lead case: 08 Civ. 2516 (VM)(GWG)

          :
-------------------------------------------------------------x

THIS DOCUMENT RELATES TO : ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Antitrust Division of the Department of Justice has written to the Court asking to intervene in this action for the purpose of seeking a limited stay of discovery. The pre-motion conference requirement is waived. The motion shall be filed on or before April 27, 2010. Briefing thereafter shall proceed in accordance with paragraph 2.B of this Court's Individual Practices.

      SO ORDERED.

Dated: April 20, 2010
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge