**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE of the change of address for Imtiaz A. Siddiqui of Cotchett, Pitre & McCarthy, 100 Park Ave, Suite 2600, New York, NY 10017, counsel for Plaintiffs City of Los Angeles, County of San Diego, County of Tulare, County of San Mateo, Contra Costa County, City of Stockton, The Public Financing Authority of the City of Stockton, The Redevelopment Agency of the City of Stockton, City of Riverside, The Public Financing Authority of the City of Riverside, The Redevelopment Agency of the City of Riverside, Los Angeles World Airports, Sacramento Municipal Utility District, and Sacramento Suburban Water District. Effective immediately, my new address is:

    Cotchett, Pitre & McCarthy
    1 Liberty Plaza, 23rd Floor
    New York, NY 10006
    Telephone: (212) 682-3198

Dated: May 14, 2010                  Respectfully submitted,

                                           /s/ Imtiaz A. Siddiqui
                                       Imtiaz A. Siddiqui
                                       isiddiqui@cpmlegal.com
                                       COTCHETT, PITRE & MCCARTHY
                                       1 Liberty Plaza, 23rd Floor
                                       New York, NY 10006
                                       Telephone: (212) 682-3198

*Counsel for Plaintiffs City of Los Angeles,
County of San Diego, County of Tulare,
County of San Mateo, Contra Costa County,
City of Stockton, The Public Financing Authority of
the City of Stockton, The Redevelopment Agency of
the City of Stockton, City of Riverside, The Public
Financing Authority of the City of Riverside, The
Redevelopment Agency of the City of Riverside, Los
Angeles World Airports,
Sacramento Municipal Utility District, and
Sacramento Suburban Water District*

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I served the foregoing document in the manner described below:

**NOTICE OF CHANGE OF ADDRESS OF IMTIAZ A. SIDDIQUI**

__X__  **BY CM/ECF:** I caused the aforementioned documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in Case Number 1:08-cv-2516-VM-DCF.

__X__  **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each party not registered for CM/ECF, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Burlingame, California, on May 14, 2010.

/s/ Ian Atkinson-Young
IAN ATKINSON-YOUNG

# SERVICE LIST

| | |
|---|---|
| Richard W. Beckler<br>Joseph Walker<br>John C. Letteri<br>Amory W. Donelly<br>**HOWREY LLP**<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Counsel for Defendant<br>CDR FINANCIAL PRODUCTS<br><br>*(Via U.S. Mail)* |