# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

May 14, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-10
```

BY FAX

The Honorable Victor Marrero
United States District Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

        In re Municipal Derivatives Antitrust Litigation, MDL No. 1950
            Master Docket No. 08-02516(VM)(GWG)

Dear Judge Marrero:

      Pursuant to the Court's Decision and Order dated April 26, 2010 (Master Docket No. 711) granting the motion to dismiss of defendants Syncora Guarantee Inc. and Syncora Holdings Ltd., those parties respectfully request that the Court direct the Clerk of Court to designate them as "terminated" on the master docket (08 Civ. 2516) and the MDL docket (08 MD 1950) and to remove counsel for those parties from the list of attorneys receiving notification of ECF filings:

| | |
|---|---|
| Mark P. Goodman | mpgoodman@debevoise.com |
| Bryan Paul Kessler | bpkessle@debevoise.com |
| Elliot Greenfield | egreenfield@debevoise.com, mao-ecf@debevoise.com |

Thank you.

Respectfully yours,

*[signature]*

Elliot Greenfield

cc:    Nanci E. Nishimura, Esq.
        All Defense Counsel (by e-mail)

> Request GRANTED. In accordance with the Court's Decision and Order dated 4-26-10, the Clerk of Court is directed to terminate this action on the master docket of this action as to defendant Syncora Guarantee Inc. and Syncora Holdings Ltd. above from those receiving ECF filings.
>
> **SO ORDERED.**
>
> 5-14-10
> _____
> DATE         VICTOR MARRERO, U.S.D.J.

23185809v1