**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Sacramento Municipal Utility District v. Bank of America, N.A., et al.* | MDL No. 1950 <br><br> Master Docket No. 08-2516 (VM) (GWG) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Sacramento Municipal Utility District, by its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses, without prejudice, its complaint against defendants PFM Asset Management LLC and PFM Investment, LLC only.

Dated: May 19, 2010

By     /s/ Nanci E. Nishimura
    NANCI E. NISHIMURA

Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Stuart G. Gross
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Imtiaz A. Siddiqui
**COTCHETT, PITRE & McCARTHY**
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (212) 219-6678

Arlen Orchard
Steven M. Cohn
**SACRAMENTO MUNICIPAL
UTILITY DISTRICT**
6201 S Street, M.S. B406, P.O. Box 15830
Sacramento, CA 95852
Telephone: (916) 732-6121
Facsimile: (916) 732-6581

*Counsel for Plaintiff*
*Sacramento Municipal Utility District*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, I served the foregoing document in the manner described below:

__X__ **BY CM/ECF:** I caused the aforementioned documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in Case Number 1:08-cv-2516-VM-DCF.

__X__ **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each party which did not receive a Notice of Electronic Filing, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Burlingame, California, on May 19, 2010.

*/s/ Ian Atkinson-Young*
IAN ATKINSON-YOUNG

## SERVICE LIST

| | |
|---|---|
| Richard W. Beckler<br>Joseph Walker<br>**HOWREY LLP**<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Counsel for Defendant<br>CDR FINANCIAL PRODUCTS<br><br>*(Via U.S. Mail)* |