USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-2516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: | NOTICE OF VOLUNTARY DISMISSAL |
| *Sacramento Municipal Utility District v. Bank of America, N.A., et al.* | |

Plaintiff Sacramento Municipal Utility District, by its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses, without prejudice, its complaint against defendants PFM Asset Management LLC and PFM Investment, LLC only.

Dated: May 19, 2010

By_____/s/ Nanci E. Nishimura_____
NANCI E. NISHIMURA

Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Stuart G. Gross
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Imtiaz A. Siddiqui
**COTCHETT, PITRE & McCARTHY**
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (212) 219-6678

Arlen Orchard
Steven M. Cohn
**SACRAMENTO MUNICIPAL
UTILITY DISTRICT**
6201 S Street, M.S. B406, P.O. Box 15830
Sacramento, CA 95852
Telephone: (916) 732-6121
Facsimile: (916) 732-6581

*Counsel for Plaintiff
Sacramento Municipal Utility District*

```
┌─────────────────────────────────────┐
│ SO ORDERED.        /signature/      │
│                                     │
│ 5-20-10                             │
│ DATE         VICTOR MARRERO, U.S.D.J.│
└─────────────────────────────────────┘
```

SO ORDERED:

_____
U.S.D.J.