USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
       :
IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION      : ORDER
      MDL No. 1950
     : Lead case: 08 Civ. 2516 (VM)(GWG)

      :
------------------------------------------------------------x

THIS DOCUMENT RELATES TO : ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Oral argument on the motion of the Antitrust Division of the Department of Justice to intervene and for a stay of discovery shall take place on May 27, 2010 at 11:00 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New York.[1]

    The Court notes that, in addition to potentially making an oral ruling with respect to the Government's motion, it may also wish to discuss and/or set discovery deadlines at the conference to the extent any portion of discovery is not stayed. Accordingly, the parties should be prepared to discuss this issue as well.

    SO ORDERED.

Dated: May 20, 2010
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge

---

[1] Counsel may appear by telephone. All counsel intending to appear by telephone should coordinate with each other to arrange for a commercial service to organize the call. The Court's Deputy Clerk, Ms. Gonzalez, should be provided by letter a telephone number (and any code number) that she may call at the approximate start time of the conference.