MARRERO, S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-2516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: | STIPULATION FOR PUBLIC ENTITY PLAINTIFF TO FILE THIRD AMENDED COMPLAINT |
| *County of San Diego v. Bank of America, N.A., et al.;* No. 09-1195 | |

**IT IS HEREBY STIPULATED** by and between Plaintiff County of San Diego and Defendants in the above-entitled action by and through their attorneys of record, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff may file a Third Amended Complaint for the County of San Diego. The Third Amended Complaint for the County of San Diego is attached hereto as Exhibit A.

**IT IS SO STIPULATED.**

Dated: May __, 2010

COTCHETT, PITRE & McCARTHY

By: _____
NANCI E. NISHIMURA
JOSEPH W. COTCHETT
STEVEN N. WILLIAMS
STUART G. GROSS
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**SO ORDERED:**

_____
U.S.D.J.

COTCHETT, PITRE & McCARTHY
IMTIAZ SIDDIQUI
One Liberty Plaza, 23rd Floor
New York, NY 10006

1

**SO ORDERED.**

5-21-10
DATE      VICTOR MARRERO, U.S.D.J.

Telephone: (212) 682-3198
Facsimile: (212) 219-6678
*Counsel for Plaintiff Contra Costa County*

Dated: May 3, 2010

**SIMPSON THACHER & BARTLETT LLP**

By: /s/ Joseph F. Wayland
JOSEPH F. WAYLAND
PERI L. ZELIG
RYAN A. KANE
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2000
Fax: (212) 455-2502
*Interim Liaison Counsel for Defendants*

Dated: May 14, 2010

**KING & SPALDING LLP**

By: /s/ Shannon M. Kasley
SHANNON M. KASLEY
KEVIN R. SULLIVAN
PATRICIA L. MAHER
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706
Phone: (202) 737-0500
Fax: (202) 626-3737
*Attorneys for Defendant Bank of America, N.A.*

Dated: May 14, 2010

**MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C**

By: /s/ Edward M. Spiro
EDWARD M. SPIRO
SARAH J. NORTH
**MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C**
565 Fifth Avenue
New York, NY 10017
Phone: (212) 856-9600
Fax: (212) 856-9494
*Attorneys for Defendant Merrill Lynch & Co., Inc.*

2