USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION             : ORDER
      MDL No. 1950
: Lead case: 08 Civ. 2516 (VM) (GWG)
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

As discussed today at a proceeding on the record, the application of the Antitrust Division of the Department of Justice ("the Government") to intervene pursuant to Fed. R. Civ. P. 24(b) is granted for the limited purpose of moving to stay discovery.

The Government's application to stay discovery is granted in part and denied in part. The following types of discovery shall not be stayed: (1) requests (including subpoenas) for documents and other tangible things (including but not limited to electronically stored information and tape recordings), (2) interrogatories pursuant to Local Civil Rule 33.3(a), (3) interrogatories seeking the identities of speakers, transactions and other summary information relating to tape recordings, and (4) depositions of custodians of documents concerning matters relating to the production of documents.[1] All other discovery is stayed until February 1, 2011. The Government has leave to move to extend the stay, provided its application is filed no later than December 31, 2010. Prior to filing any such application, however, the Government shall confer with the parties to determine if an agreement can be reached with respect to its request to extend the stay.

The Government shall be informed in advance of any deposition. Any tape recordings shall be disclosed only pursuant to the terms of a protective order. The parties and the Government shall attempt to agree on the terms of such an order. If they are unable to do so, the disagreement may be presented to the Court by letter.

SO ORDERED.

---

[1] These categories describe the types of discovery that are not stayed. The recipient of a discovery request may still object to the request, if permitted under the Federal Rules of Civil Procedure, even if the request falls within one these categories.

Dated: May 27, 2010
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge