USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAIRFAX COUNTY, VIRGINIA; STATE OF MISSISSIPPI; CITY OF BALTIMORE, MARYLAND; CENTRAL BUCKS SCHOOL DISTRICT; and BUCKS COUNTY WATER AND SEWER AUTHORITY

On behalf of themselves and all other similarly situated entities,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

Hon. Gabriel W. Gorenstein

*In re Municipal Derivatives Antitrust Litigation*

**MDL No. 1950**
**Master Docket No. 08-02516-VM-GWG**

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO ANSWER THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

---

Class Plaintiffs and Defendant Bank of America, N.A. hereby stipulate and agree that Defendant Bank of America, N.A. shall have until and including June 8, 2010 to answer or otherwise respond to the Second Consolidated Amended Class Action Complaint.

IT IS SO STIPULATED:

KING & SPALDING LLP            HAUSFELD LLP

By: /s/ Kevin R. Sullivan          By: /s/ Michael Hausfeld / with permission SMK

Kevin R. Sullivan                 Michael D. Hausfeld
1700 Pennsylvania Avenue, N.W.    1700 K Street, N.W.
Washington, D.C. 20006           Washington, D.C. 20006
(202) 737-0500                    (202) 540-7200

Counsel for Defendant            Co-Lead Counsel for
Bank of America, N.A.            Class Plaintiffs

Dated: Washington, D.C.  Dated: Washington, D.C.
June 3, 2010   June 4, 2010

IT IS SO ORDERED this 7th day of June, 2010

*(signature)*

Hon. Gabriel W. Gorenstein
United States Magistrate Judge