RUDOLPH L. Di TRAPANO
JOSHUA I. BARRETT
J. TIMOTHY DiPIERO
LONNIE C. SIMMONS
SEAN P. McGINLEY
ROBERT M. BASTRESS III
HEATHER M. LANGELAND

# DiTRAPANO, BARRETT & DiPIERO, PLLC

ATTORNEYS AT LAW
604 VIRGINIA STREET, EAST
CHARLESTON, WEST VIRGINIA 25301
TELEPHONE 304-342-0133
FACSIMILE 304-342-4605
www.ditrapanolaw.com

jibarrett@dbdlaw1.com

June 3, 2010

Hon. Victor Marrero, Judge
U.S.D.C. Judge
660 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-10

IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

Civil Action Numbers: MDL No. 1950 and
Master Docket No. 08-CIV-02516 (VM) (GWG)

Dear Judge Marrero

  I am writing on behalf of the State of West Virginia ("West Virginia") to request permission or guidance with respect to information contained in the Voluntary Bill of Particulars provided to the Court by the Department of Justice. Although this information was widely reported, certain of this information has been stricken from the public record by the Court.

  West Virginia plans to file an Amended Complaint within the next week[1]. West Virginia is in possession of, and intends to make reference to the Voluntary Bill of Particulars in the Amended Complaint. Although West Virginia does not intend to attach the Bill of Particulars nor any part of it, the Amended Complaint will make reference to alleged co-conspirators and transactions involving West Virginia issuers that have been identified in the Bill of Particulars.

  West Virginia is prepared to file the original of this Amended Complaint under seal and e-file a redacted version of the Amended Complaint for the public record, and requests the Court's

---

[1] Pursuant to a "Joint Stipulation Extending Period of Time for Defendant Bank of America N.A. to Answer or Otherwise Respond", entered 10/21/09, no responsive pleading is due until 60th day after the States filing of an amended complaint.

permission to file the non-redacted version of the Amended Complaint under seal. In the alternative, West Virginia requests guidance on this matter so it may file its Amended Complaint in such other manner as the Court may deem appropriate.

Respectfully submitted.

Sincerely,

Joshua I. Barrett (WVBAR NO. 252)
Sean P. McGinley (WV BAR No. 5836)
Special Assistant Attorneys General
DITRAPANO, BARRETT & DIPIERO, PLLC
604 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 342-9133
Fax: (304) 342-4605

Frances A. Hughes, Chief Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
Building 1, Room 26-E
Charleston, WV 25304
Telephone: (304) 558-2021
(304) 558-0140

Robert V. Berthold, Jr. (WVBAR # 326)
Special Assistant Attorney General
BERTHOLD, TIANO & O'DELL
208 Capitol Street
P.O. Box 3508
Charleston, WV 25335
Telephone: (304) 345-5700
Fax: (304) 345-5703

Mr. Christopher B. Hall, Esq.
Mr. Edward Cook, Esq.
Special Assistant Attorneys General
COOK, HALL & LAMPROSE, LLP
Promenade Two, Suite 3700
1230 Peachtree Street, NE
Atlanta, GA 30309-3599

> The parties are directed to address the matter set forth above to Magistrate Judge Gabriel Gorenstein, to whom this dispute has been referred for resolution, as well as for supervision of remaining pretrial proceedings, establishing case management schedules as necessary, and settlement.
>
> SO ORDERED.
>
> 6-8-10
> Date     VICTOR MARRERO, U.S.D.J.

Telephone: (404) 876-8100
Fax: (404) 876-3477

JIB/ac

cc: see attached service list

Richard W. Becker
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Joseph J. Bial
CADWALADER WICKERSHAM & TAFT LLP
1201 F. Street, N.W.
Washington, DC 20004

Harry S. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Paul M. Eckles
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Joseph Dowell Edmondson, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5109

Carrie Goodwin Fenwick
GOODWIN & GOODWIN
P.O. Box 2107
Charleston, WV 25328-2107

John R. Fetterold
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Timothy E. Hoeffner
One Liberty Place
1650 Market Street - Suite 4900
Philadelphia, PA 19103

Frances A. Hughes
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
Building 1, Room 26-E
Charleston, WV 25305

Daniel F. Kaplan
PERRY GUTHERY HASSE & GESSFORD PC
233 South 13th Street, Suite 1400
Lincoln, NE 68508

Howard Kaplan
ARKIN KAPLIN RICE LLP
590 Madison Avenue
35th Floor
New York, NY 10022

John W. Lundquist
FREDRIKSON & BYRON PA
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

Patricia L. Maher
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Aaron R. Marcu
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Marc E. Masters
BIRD MARELLA BOXER & WOLPERT ET AL PC
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

John V. McDermott
BROWNSTEIN HYATT FARVER & SCHRECK LLP
410 seventeenth Street, Suite 2200
Denver, CO 80202-4432

Piper Jaffray & Co.
800 Nicollet Mall, Suite 800
Minneapolis, MN 55402-7020

Thomas C. Rice
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Roland G. Riopelle
SERCARZ & RIOPELLE LLP
152 West 57th Street, Suite 24C
New York, NY 10019

Brian E. Robison
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Thom Rosenthal
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005-1702

Howard Rubin
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019

George R. Serdar
MESSERLI & KRAMER PA
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Edward M. Spiro
MORVILLO ABRAMOWITZ GRAND IASON ET AL
565 Fifth Avenue
New York, NY 10017

Kevin R. Sullivan
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-2706

David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Douglas Wald
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004-1206

Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820

Richard B. Zabel
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036