UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-10

| | |
|---|---|
| IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL NO. 1950 |
| | Master Docket No. 08-cv-2516 (VM)(JCF) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | WITHDRAWAL OF APPEARANCE |

TO THE CLERK:

Kindly withdraw my appearance as as counsel for plaintiff Fairfax County, Virginia in the above-captioned matter.

Dated:

LEVIN, FISHBEIN, SEDRAN & BERMAN

By: _____
Arnold Levin, Esquire
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)

**ATTORNEYS FOR PLAINTIFF FAIRFAX COUNTY, VIRGINIA**

SO ORDERED. The Clerk of Court is directed to terminate Docket No. 435 herein and on the motions Report
6-16-10
DATE   VICTOR MARRERO, U.S.D.J.