UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sacramento Suburban Water District v. Bank of America, N.A., et al.* | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM) (GWG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Sacramento Suburban Water District, by its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses, without prejudice, its complaint against defendants Citibank, N.A., Citigroup Financial Products LLC, and Citigroup Global Markets Holdings Inc. only.

Dated: June 25, 2010

By      /s/ Stuart G. Gross
        STUART G. GROSS

Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Stuart G. Gross
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Imtiaz A. Siddiqui
**COTCHETT, PITRE & McCARTHY**
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (212) 219-6678

Louise H. Renne
**RENNE SLOAN HOLTZMAN SAKAI LLP**
350 Sansome St., Ste. 300
San Francisco CA 94104
Telephone: (415) 678-3805
Facsimile: (415) 678-3838

*Counsel for Plaintiff*
*Sacramento Suburban Water District*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, I served the foregoing document in the manner described below:

__X__ **BY CM/ECF:** I caused the aforementioned documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in Case Number 1:08-cv-2516-VM-GWG

I declare under penalty of perjury that the foregoing is true and correct. Executed at Burlingame, California, on June 25, 2010.

                                              */s/ Ian Atkinson-Young*
                                              IAN ATKINSON-YOUNG