UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
|  | Master Docket No. 08-2516 (VM)(GWG) |
| THIS DOCUMENT RELATES TO: | Hon. Victor Marrero |
| *City of Los Angeles v. Bank of America, N.A., et al.;* <br> *City of Stockton v. Bank of America, N.A., et al.;* <br> *The Redevelopment Agency of the City of Stockton, and the Public Financing Authority of the City of Stockton v. Bank of America, N.A., et al.;* <br> *County of San Diego v. Bank of America, N.A., et al.;* <br> *County of San Mateo v. Bank of America, N.A., et al.;* <br> *Contra Costa County v. Bank of America, N.A., et al.;* <br> *City of Riverside, et al. v. Bank of America, N.A., et al.;* <br> *Sacramento Municipal Utility District v. Bank of America, N.A., et al.;* <br> *Sacramento Suburban Water District v. Bank of America, N.A., et al.;* <br> *Los Angeles World Airports v. Bank of America, N.A., et al.;* <br> *County of Tulare v. Bank of America, N.A., et al.* | USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 6-15-10 |

**ORDER GRANTING MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.'S MOTION FOR CHANGE OF COUNSEL FOR DEFENDANT MERRILL LYNCH & CO., INC.**

*(Docket No. 792)*

This matter having come before the Court on a motion for an order granting leave for Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C. to withdraw from the representation of Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch") and substituting King & Spalding LLP as counsel for Merrill Lynch in the above-entitled matters, and the Court, having considered the papers filed in support thereof, hereby orders that the motion is GRANTED, and that

Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C. may withdraw and hereby does withdraw from the representation of Defendant Merrill Lynch, and King & Spalding LLP is substituted as counsel for Merrill Lynch; and the Court further directs the Clerk to remove Edward M. Spiro and Sarah Jean North of Morvillo, Abramowitz from the Court's docket in the above-entitled matters.

Dated: 24 June, 2010

United States District Judge   Victor Marrero