SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3203

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```
E-MAIL ADDRESS
jwayland@stblaw.com

BY HAND                                   July 2, 2010

Re:   In Re: Municipal Derivatives Antitrust Litigation, MDL
      No. 1950, Master Docket No. 08-cv-2516 (VM) (GWG)
      (SDNY)

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Gorenstein:

*[Handwritten notes:*
*1) Granted.*
*2) Follow paragraph 2.A for discovery disputes*
*3) The Court had not intended to issue a further scheduling order until after the partial stay had terminated. (The undersigned, not Judge Marrero, will issue any such order.) If there is disagreement on this point, the parties should confer and present any disagreement or proposals by letter.*
*Gabriel W. Gorenstein 7/6/2010]*

We are counsel for JPMorgan Chase & Co., J.P. Morgan Securities Inc. and Bear Stearns & Co., Inc. in the above-referenced litigation, and we write to inform the Court that Defendants are preparing a joint letter in response to the Antitrust Division's June 30, 2010 letter regarding a proposed protective order governing audio tapes. Given the time required to coordinate a response from such a large number of Defendants, Defendants will submit their joint response as soon as practicable next week.

Additionally, with respect to Plaintiffs' request in their letter today to schedule a conference for their potential discovery motion and a case management order, we do not believe it is appropriate to schedule the requested conference before Plaintiffs' submit the pre-conference letter required by Paragraph 2.A of this Court's individual practices. We also note that Judge Marrero initially scheduled a case management conference for April 30, 2010, and postponed it until a date to be scheduled after the resolution of the Antitrust Division's stay motion.

                              Respectfully submitted,   RK

                              Joseph Wayland

cc:   All counsel of record (via email)
      Patricia L. Jannaco, Esq.

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    BEIJING    HONG KONG    LONDON    TOKYO