ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION	: ORDER
	 MDL No. 1950
	: Lead case: 08 Civ. 2516 (VM) (GWG)
----------------------------------------------------------------x
THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

A conference will be held regarding the various proposals for a protective order on Thursday, July 22, 2010, at 3:30 p.m. in Courtroom 17-A, 500 Pearl Street, New York, New York. Only parties that submitted letters to the Court will be heard at the conference. No other party is required to attend.[1]

SO ORDERED.

Dated: July 15, 2010
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] If a party wishes to attend this conference by telephone, that party shall contact all other parties to determine if there are any other parties that similarly wish to attend by telephone. If so, that party shall arrange a conference call and fax a letter to the Court that provides a telephone number the Deputy Clerk may call from the Courtroom to join the conference call.