USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/10

Gorenstein MAG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: | |
| State of West Virginia *ex rel.* Darrell V. McGraw, Jr., Attorney General v. Bank of America, N.A. et al., | STIPULATION AND ORDER CONCERNING RESPONSES TO THE STATE OF WEST VIRGINIA'S FIRST AMENDED COMPLAINT |

WHEREAS, on June 21, 2010, plaintiff the state of West Virginia ("Plaintiff West Virginia") filed a First Amended Complaint (the "West Virginia First Amended Complaint") in the above-captioned action;

WHEREAS, although the consent of defendants other than AIG Financial Products Corp. and AIG Matched Funding Corp. (together the "AIG entities") is not required because no defendant's position is compromised by the Stipulation, counsel for the AIG entities can nevertheless report that counsel for the other defendants have been canvassed and all support the Court's approval of this Stipulation; and

WHEREAS, Plaintiff West Virginia agrees that submission of this Stipulation should be without prejudice to the AIG entities or any other defendant to this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff West Virginia and the AIG entities, subject to the approval of the Court, as follows:

1. No defendant need respond to the West Virginia First Amended Complaint in this action before August 23, 2010;

2. Plaintiff West Virginia shall respond to any motion to dismiss on or before October 7, 2010;

3. Any reply in support of a motion to dismiss shall be served on or before October 28, 2010;

4. No rights or objections of any party with respect to discovery are otherwise prejudiced or waived by the submission of this Stipulation;

5. This extension is available, without further Stipulation with counsel for Plaintiff West Virginia, to all named defendants; and

6. No defense of the AIG entities, or any other defendant to this action, is prejudiced or waived by its submission of this Stipulation.

So Stipulated and Agreed.

Date: July 14, 2010

Respectfully submitted,

STATE OF WEST VIRGINIA, *ex rel.*
DARRELL V. MCGRAW, JR.,
ATTORNEY GENERAL,

*By Counsel,*

Frances A. Hughes
Managing Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Building 1, Room 26-E
Capitol Complex
Charleston, WV 25305
Telephone: 304-558-2021
Facsimile: 304-558-0140

_(signature)_
Rudolph L. DiTrapano
Joshua I. Barrett
Sean P. McGinley
**DITRAPANO BARRETT & DIPIERO, PLLC**
604 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 342-0133
Facsimile: (304) 342-4605

Robert V. Berthold, Jr.
**BERTHOLD TIANO & O'DELL**
208 Capitol St.
Charleston, WV 25301
Telephone: (304) 345-5700
Facsimile: (304) 345-5703

Edward S. Cook
Christopher B. Hall
**COOK HALL & LAMPROS, LLP**
Promenade Two, Suite 3700
1230 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 876-8100
Facsimile: (404) 876-3477

*Counsel for Plaintiff the State of West Virginia*

_(signature)_
Robert H. Hotz, Jr.
Robert H. Pees
Joseph L. Sorkin
Christopher M. Egleson
**AKIN GUMP STRAUSS HAUER & FELD LLP**
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel for Defendants AIG Financial Products Corp. and AIG Matched Funding Corp.*

IT IS SO ORDERED
This 16th day of July, 2010
_(signature)_
Hon. Gabriel W. Gorenstein

3