UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION                                         : ORDER
                                                               MDL No. 1950
                                                             : Lead case: 08 Civ. 2516 (VM) (GWG)
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The Court is in receipt of a letter dated July 20, 2010, from Mr. Stuart Gross. Mr. Gross should make all efforts appropriate to confer with other counsel regarding the requested relief as required by paragraph 2.A of this Court's Individual Practices. Once he has done so, and if no resolution has been reached, he has leave to make an appropriate motion. The pre-motion conference requirement for the motion is waived. Briefing on the motion shall be in accordance with paragraph 2.B of this Court's Individual Practices.

    SO ORDERED.

Dated: July 21, 2010
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge