UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                        :
IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION                    : ORDER
                                          MDL No. 1950
                                        : Lead case: 08 Civ. 2516 (VM) (GWG)
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    A conference to discuss the discovery dispute raised in the letter from Seth Ard dated July 21, 2010, will be held on <u>August 5, 2010, at 10:30 a.m.</u> in Courtroom 17-A, 500 Pearl Street, New York, New York. Only parties that submitted letters to the Court will be heard at the conference. No other party is required to attend.[1]

    SO ORDERED.

Dated: July 30, 2010
      New York, New York

                                        GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge

---

    [1] If a party wishes to attend this conference by telephone, that party shall contact all other parties to determine if there are any other parties that similarly wish to attend by telephone. If so, that party shall arrange a conference call and fax a letter to the Court that provides a telephone number the Deputy Clerk may call from the Courtroom to join the conference call.

    This provision shall be in effect for all future courtroom conferences, unless otherwise stated, and thus will not be repeated in future orders.