```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: | |
| *Active Retirement Community, Inc., d/b/a Jefferson's Ferry v. Bank of America, N.A.,* et al., Case No. 10-civ-4302 | STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

WHEREAS, on September 21, 2010, Plaintiff Active Retirement Community, Inc., d/b/a Jefferson's Ferry ("Plaintiff") filed its complaint in the above-captioned action (the "Complaint"), which action was subsequently transferred to the United States District Court for the Southern District of New York, MDL 1950;

WHEREAS, Plaintiff filed a First Amended Complaint on December 8, 2010 (the "Amended Complaint");

WHEREAS, although the consent of Defendants other than Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC (collectively, "JPMorgan") is not required because no Defendant's position is compromised by this Stipulation, counsel for JPMorgan can nevertheless report that identified counsel for the other Defendants have been canvassed and all support the Court's approval of this Stipulation;

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to JPMorgan or any other Defendant to this action; and

WHEREAS, JPMorgan agrees that submission of this Stipulation should be without prejudice to Plaintiff or any other Plaintiff in a coordinated action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC, subject to the approval of the Court, as follows:

1. Defendants shall have until and including January 21, 2011 to respond to Plaintiff's First Amended Complaint;

2. This extension is available to all named Defendants without further stipulation with counsel for Plaintiff;

3. This stipulation shall not act to shorten the time for response of any Defendant that would otherwise have a longer time to respond to the Amended Complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any Defendant's right to seek an additional extension of time to respond to the Amended Complaint;

4. No defense of JPMorgan or any other Defendant to this action is prejudiced or waived by its submission of this Stipulation;

5. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: December 22, 2010

By: _____
Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Stuart G. Gross
COTCHETT, PITRE &
McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

By: _____
Thomas C. Rice
Peter C. Thomas
Ryan A. Kane
Peri L. Zelig
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC, subject to the approval of the Court, as follows:

1. Defendants shall have until and including January 21, 2011 to respond to Plaintiff's First Amended Complaint;

2. This extension is available to all named Defendants without further stipulation with counsel for Plaintiff;

3. This stipulation shall not act to shorten the time for response of any Defendant that would otherwise have a longer time to respond to the Amended Complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any Defendant's right to seek an additional extension of time to respond to the Amended Complaint;

4. No defense of JPMorgan or any other Defendant to this action is prejudiced or waived by its submission of this Stipulation;

5. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: December 23, 2010

By: _____
Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Stuart G. Gross
COTCHETT, PITRE &
McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

By: *Thomas C. Rice* /kk
Thomas C. Rice
Peter C. Thomas
Ryan A. Kane
Peri L. Zelig
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

2

*Counsel for JPMorgan Chase & Co. and J.P. Morgan Securities LLC*

Barbara J. Hart
Peter D. St. Philip
Scott V. Papp
Deborah Rogozinski
LOWEY DANNENBERG CHOEN
& HART
One North Broadway, Suite 509
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Counsel for Plaintiff Jefferson's Ferry*

So Ordered: _____   Dated: 12/28/2010
Hon. Gabriel W. Gorenstein
United States Magistrate Judge

3