```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HINDS COUNTY, MISSISSIPPI,          :
                                    :   08 Civ. 2516(VM)
                Plaintiff,          :
                                    :
     - against -                    :
                                    :
WACHOVIA BANK N.A., et al.,         :
                                    :
                Defendants.         :
------------------------------------X
------------------------------------X
KENDAL ON HUDSON, INC.,             :
                                    :   10 Civ. 9496 (VM)
                Plaintiff,          :
                                    :
     - against -                    :
                                    :
BANK OF AMERICA, N.A. et al.,       :
                                    :   ORDER
                Defendants.         :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-11

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants, and that the actions are related to the numerous cases transferred to this Court by the United States Judicial Panel on Multidistrict Litigation for consolidation and supervision of pretrial proceedings as part of In re: Municipal

Derivatives Antitrust Litigation, MDL No. 1950. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2516; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 10 Civ. 9496, as a separate action and remove it from the Court's database.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         4 January 2011

                                       Victor Marrero
                                         U.S.D.J.