UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/11

---

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

THIS DOCUMENT RELATES TO:

*Active Retirement Community, Inc., d/b/a Jefferson's Ferry v. Bank of America, N.A.*, et al., Case No. 10-civ-4302

Master Docket No. 08-02516 (VM) (GWG)

**STIPULATION AND ORDER CONCERNING RESPONES TO FIRST AMENDED COMPLAINT**

---

WHEREAS, on September 21, 2010, Plaintiff Active Retirement Community, Inc., d/b/a Jefferson's Ferry ("Plaintiff") filed its complaint in the above-captioned action (the "Complaint"), which action was subsequently transferred to the United States District Court for the Southern District of New York, MDL 1950;

WHEREAS, Plaintiff filed a First Amended Complaint on December 8, 2010 (the "Amended Complaint");

WHEREAS, Plaintiff and Defendants entered into a Stipulation, dated December 22, 2010 extending Defendants' time to respond to the First Amended Complaint until and including January 21, 2011;

WHEREAS, Defendants have not yet responded to the First Amended Complaint, except for Bank of America, N.A. and Merrill Lynch & Co. Inc. who filed an answer to the First Amended Complaint on December 22, 2010;

WHEREAS, Plaintiff has sought leave of Court to file a Second Amended Complaint and, on January 14, 2011, filed a proposed Order Granting Plaintiff Jefferson's Ferry Leave to File Second Amended Complaint;

WHEREAS, although the consent of Defendants other than Defendants JPMorgan

Chase & Co. and J.P. Morgan Securities LLC (collectively, "JPMorgan") is not required because no Defendant's position is compromised by this Stipulation, counsel for JPMorgan can nevertheless report that identified counsel for the other Defendants have been canvassed and all support the Court's approval of this Stipulation;

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to JPMorgan or any other Defendant to this action; and

WHEREAS, JPMorgan agrees that submission of this Stipulation should be without prejudice to Plaintiff or any other Plaintiff in a coordinated action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC, subject to the approval of the Court, as follows:

1. Defendants need not respond to the First Amended Complaint on January 21, 2011. Defendants need not respond to the First Amended Complaint thereafter as long as the Court grants leave for Plaintiff to file its Second Amended Complaint.

Dated: January 19, 2011

By: _____
Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Stuart G. Gross
COTCHETT, PITRE &
McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Barbara J. Hart
Peter S. St. Philip
Scott V. Papp

By: _____
Thomas C. Rice
Peter C. Thomas
Ryan A. Kane
Peri L. Zelig
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for JPMorgan Chase & Co. and J.P. Morgan Securities LLC*

-2-

Deborah Rogozinski
LOWEY & DANNENBERG CHOEN
& HART
One North Broadway, Suite 509
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Counsel for Plaintiff Jefferson's Ferry*

So Ordered: _____        Dated: January 19, 2011
Hon. Gabriel W. Gorenstein
United States Magistrate Judge

-3-