UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>———————————————————<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (JCF)<br><br>**Notice of Class Plaintiffs' Motion to Protect the Interests of the Putative Class and Preserve This MDL Court's Jurisdiction and for Addition of Necessary Parties.**<br><br><u>CLASS ACTION</u> |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that, on this 29th day of January, 2011, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, Class Plaintiffs, based the accompanying Memorandum and the other materials submitted in support of this motion, shall ask the Court, in order to preserve its ability to render meaningful relief on the claims before it, to exercise its equitable and/or legal authority to defendant Bank of America ("BoA"). from interfering with Class Plaintiffs' good faith efforts to settle the claims before this Court and for alternative relief under Fed. R. Civ. P. 23. Class Plaintiffs also request that the Attorneys General for the 20 (now 21) states who entered into the December 7, 2010 settlement agreement with BoA be added as necessary parties under Fed. R. Civ. P. 19.

Respectfully submitted,

  /s/ Michael D. Hausfeld
Michael D. Hausfeld
Megan E. Jones
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1909
Facsimile: (415) 358-4980

William C. Carmody
Arun S. Subramanian
Seth D. Ard
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065-8440
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

William A. Isaacson
Tanya Chutkan
Jonathan M. Shaw
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Plaintiffs' Co-Lead Interim Class Counsel**