# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: <br><br> *City of Oakland v. AIG Finan. Prods. Corp., et al.,* 08 Civ. 6340 (VM); *et al* | |

## OAKLAND PLAINTIFFS' MOTION TO HAVE THE COURT SUPERVISE *EX PARTE* COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

Pursuant to this Court's Order of January 19, 2011, the Oakland Plaintiffs hereby move the Court to: (1) order Bank of America ("BofA") to provide notice to any putative California class member of their potential rights in this litigation and; (2) supervise *ex parte* communication pertaining to a release of claims, whether from BofA or the California State Attorney General, to ensure that the communication is accurate. In particular, the Oakland Plaintiffs ask the Court to ensure that putative California class members are aware of the pending class claim under the Cartwright Act for treble damages and joint and several liability.

This Motion is supported by the accompanying Memorandum of Points and Authorities, as well as any additional oral or written material the Court may require.

Dated: January 20, 2010

Respectfully Submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  */s/ Eric B. Fastiff*
　　　　Eric B. Fastiff

Richard M. Heimann,
*rheimann@lchb.com*
Joseph R. Saveri,
*jsaveri@lchb.com*
Eric B. Fastiff
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman
*sfineman@lchb.com*
Daniel E. Seltz
*dseltz@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Sylvia Sokol
*sokol@mesllp.com*
MOSCONE, EMBLIDGE & SATER, LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

*Attorneys for Plaintiffs City of Oakland, County of Alameda, City of Fresno, and Fresno County Financing Authority*