# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
Suite 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
www.susmangodfrey.com

| Suite 5100 | Suite 950 | Suite 3800 | 15th Floor |
|---|---|---|---|
| 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue | 560 Lexington Avenue |
| Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 | New York, New York 10022-6828 |
| (214) 704-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

Arun Subramanian
Direct Dial (212) 471-8346

Direct Dial Fax (212) 336-8340
E-Mail
ASUBRAMANIAN@susmangodfrey.com

January 19, 2011

*VIA FACSIMILIE*

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Re: *In Re: Municipal Derivatives Antitrust Litigation*, MDL No. 1950, Master Docket No. 08-cv-2516 (VM)(GWG)(SDNY)

Dear Judge Marrero:

Pursuant to the Court's endorsement of today's date, class plaintiffs will be submitting to the Court tomorrow: (1) a notice of motion, (2) a brief, (3) a supporting declaration of Michael Hausfeld and (4) a proposed order. The declaration discusses in detail confidential settlement negotiations with the Bank of America and has attached exhibits that reflect communications in furtherance of those negotiations. Class plaintiffs request that these portions of the declaration and associated exhibits be filed under seal. The brief has several paragraphs referencing these confidential settlement negotiations and Class plaintiffs also request that those portions of the brief be submitted under seal.

Thank you for your consideration.

Respectfully,

Arun Subramanian

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1424300v1/010758
DATE FILED: 1/20/11

SO ORDERED. *The portions of the declaration and briefs referred to above may be filed under seal.*
1-20-11
DATE
VICTOR MARRERO, U.S.D.J.

TOTAL P.002