

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

MDL No. 1950 (VM)

Lead Case No. 08 Civ. 2516 (VM)
(GWG)

ORDER REGARDING
AUTHORITY AND
JURISDICTION OF REMAND
AND TRANSFEREE COURTS TO
ENFORCE AND/OR MODIFY THE
MASTER PROTECTIVE ORDER

## GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Pursuant to this Court's Order dated November 4, 2010 (Docket # 1177) regarding the Master Protective Order in the above captioned coordinated proceedings (Docket # 296), the Court HEREBY ORDERS:

1. With respect to the issue of which court has jurisdiction to enforce or modify the Master Protective Order following the remand or transfer of an action coordinated under MDL 1950 to another court ("Remand/Transferee Court"), Paragraphs 13 and 20 of the Master Protective Order do not detract from the jurisdiction otherwise held by a Remand/Transferee Court to enforce or modify the terms of that order.

2. Accordingly, any challenges concerning the enforcement or modification of the Master Protective Order that arise in an action following its remand or transfer shall be brought in, and heard by, the Remand/Transferee Court in which it is then proceeding.

3. The attached Exhibit A shall replace the existing Exhibit A to the Master Protective Order so that signatories to the Acknowledgment of Protective Order Governing Confidential Material shall consent to the jurisdiction of any transferee or remand court in

addition to this Court to enforce the terms of the Master Protective Order. Any existing signatories of the prior Exhibit A shall sign the attached revised Exhibit A.

IT IS SO ORDERED this 9th day of February 2011.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
Southern District of New York

Revised Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br>Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ACKNOWLEDGEMENT OF PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIAL

Name:_____

Company/Firm Affiliations:_____

Address:_____

Telephone:_____

    I have read and acknowledge that I am bound by the Protective Order governing confidential material entered in this action. I agree that the United States District Court for the Southern District of New York and/or any other court in the United States to which an individual action in the MDL is transferred has jurisdiction to enforce the terms of this Order, and I consent to the jurisdiction of that Court over my person for that purpose. I also waive any objection to the laying of venue or based on the grounds of forum non conveniens to the bringing of such action in the United States District Court for the Southern District of New York and/or any other court in the United States to which an individual action in the MDL is transferred.

_____    _____
Signature    Date