UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE MUNICIPAL DERIVATIVES                                 :
ANTITRUST LITIGATION                                        : ORDER
                                                              MDL No. 1950
                                                            : Lead case: 08 Civ. 2516 (VM) (GWG)
------------------------------------------------------------X
THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    A conference to discuss the Government's request for an extension of the stay will be held on <u>March 3, 2011, at 4:00 p.m.</u> in Courtroom 17-A, 500 Pearl Street, New York, New York. Only parties that submitted papers to the Court will be heard at the conference. No other party is required to attend. Parties wishing to attend by telephone shall comply with the procedures outlined in the July 30, 2010 Order.[1]

    Liaison counsel for defendants is directed to inform the Government of this Order.

    SO ORDERED.

Dated: February 17, 2011
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge

---

[1] If the parties agree that it would be appropriate to reveal their discussions to the Court, the Court believes it would benefit from letters describing the efforts that have been made to resolve this dispute (and, in particular, any proposals the Government and the parties made in their effort to resolve this matter).