MARCESTRO, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-2516(VM)(GMG) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> *Utah Housing Corporation v. CDR Financial Products, Inc., et al.*, No. 11-cv-____ | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, on June 16, 2008, the Judicial Panel on Multidistrict Litigation (the "JPML") ordered the coordination in the Southern District of New York of a number of similar actions, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950 ("MDL 1950");

WHERAS, on January 19, 2011, Plaintiff Utah Housing Corporation filed its complaint in the above-captioned action (the "Complaint");

WHEREAS, on January 27, 2011, Defendants Trinity Plus Funding Capital Market Services, Inc. and GE Funding Capital Market Services, Inc. (collectively, "GE/Trinity") filed a Tag-Along Notice with the JPML seeking transfer of this action to the United States District Court for the Southern District of New York, MDL 1950, pursuant to Rule 7.4 of the JPML Rules of Procedure;

WHEREAS, for efficiency's sake, the parties desire a uniform date for pleading(s) or motion(s) in response to the Complaint of all Defendants served in this action, once the action has been transferred for coordination in MDL 1950 to the United States District Court for the Southern District of New York ("MDL 1950 Court");

WHEREAS, although the consent of Defendants other than GE/Trinity are not required because no Defendant's position is compromised by this Stipulation, counsel for

GE/Trinity can nevertheless report that identified counsel for the other Defendants have been canvassed and all support the Court's approval of this Stipulation; and

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to GE/Trinity or any other Defendant to this action;

WHEREAS, GE/Trinity agrees that submission of this Stipulation should be without prejudice to Plaintiff or any other Plaintiff in a coordinated action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants Trinity Plus Funding Capital Market Services, Inc. and GE Funding Capital Market Services, Inc., subject to the approval of the Court, as follows:

1. No Defendant need answer or otherwise respond to the Complaint until forty-five days from the date of entry by the MDL 1950 Court of an order coordinating the Utah Housing Corporation action with the MDL 1950 proceedings;

2. Plaintiff's opposition to any motion to dismiss the Complaint filed by a Defendant shall not be due until thirty days after that date;

3. Defendants' replies in support of any motion to dismiss the Complaint shall not be due until fifteen days after that date;

4. This extension is available to all named Defendants without further stipulation with counsel for Plaintiff;

5. This stipulation shall not act to shorten the time for response of any Defendant that would otherwise have a longer time to respond to the Complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without

prejudice to any Defendant's right to seek an additional extension of time to respond to the Complaint;

6. No defense of GE/Trinity or any other Defendant to this action is prejudiced or waived by its submission of this Stipulation;

7. No rights or claims of Utah Housing Corporation or any other Plaintiff to an MDL 1950 action is prejudiced or waived by this Stipulation, including, but not limited to, any rights of Utah Housing Corporation to file an amended complaint under any applicable federal or local rules; and

8. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: February 16, 2011

By: *Billie Siddoway*
Timothy C. Houpt
Billie J. Siddoway
JONES WALDO HOLBROOK &
  McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Attorneys for Plaintiff Utah Housing Corporation*

By: *Douglas L. Wald*
Douglas L. Wald
John Arak Freedman
Sonia Kuester Pfaffenroth
Laura Cofer Taylor
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
Telephone: (202) 942-5000

and

Craig A. Stewart
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000

*Attorneys for Defendants Trinity Plus Funding Co., LLC and GE Funding Capital Market Services, Inc.*

3

SO ORDERED. No new motions to dismiss shall be filed without a prior showing of cause why the grounds asserted therefor have not been addressed by the Court's previous rulings herein.

DATE 2-25-11    VICTOR MARRERO, U.S.D.J.