UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/11

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| THIS DOCUMENT RELATES TO: | Master Docket No. 08-02516 (VM) (GWG) |
| Active Retirement Community, Inc., d/b/a Jefferson's Ferry, v. Bank of America, N.A. *et al.*, No. 10-cv-8273 | **STIPULATION AND ORDER CONCERNING RESPONSES TO COMPLAINTS** |
| Kendal on Hudson, Inc. v. Bank of America, N.A. *et al.*, No. 10-cv-9496 | |
| Los Angeles Unified School District v. Bank of America, N.A. *et al.*, No. 11-cv-361 | |
| Peconic Landing at Southhold, Inc. v. Bank of America, N.A. *et al.*, No. 11-cv-682 | |
| City of Redwood City v. Bank of America, N.A. *et al.*, No. 10-cv-4988 | |
| City of Richmond v. Bank of America, N.A. *et al.*, No. 10-cv-4989 | |
| City of Riverside, Redevelopment Agency of the City of Riverside, & Public Financing Authority of the City of Riverside v. Bank of America, N.A. *et al.*, No. 09-cv-10102 | |
| City of Los Angeles v. Bank of America, N.A. *et al.*, No. 08-cv-10351 | |
| City of San Jose & San Jose Redevelopment Agency v. Bank of America, N.A. *et al.*, No. 10-cv-4991 | |
| City of Stockton v. Bank of America, N.A. *et al.*, No. 08-cv-10350 | |
| County of Tulare v. Bank of America, N.A. *et al.*, No. 10-cv-628 | |

| |
|---|
| Contra Costa County v. Bank of America, N.A. *et al.*, No. 09-cv-1197 |
| County of San Diego v. Bank of America, N.A. *et al.*, No. 09-cv-1195 |
| County of San Mateo v. Bank of America, N.A. *et al.*, No. 09-cv-1196 |
| East Bay Municipal Utility District v. Bank of America, N.A. *et al.*, No. 10-cv-4990 |
| Los Angeles World Airports v. Bank of America, N.A. *et al.*, No. 10-cv-627 |
| Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A. *et al.*, No. 10-cv-4987 |
| Redevelopment Agency of the City of Stockton & Public Financing Authority of the City of Stockton v. Bank of America, N.A. *et al.*, No. 10-cv-630 |
| Sacramento Municipal Utility District v. Bank of America, N.A. *et al.*, No. 09-cv-10103 |
| Sacramento Suburban Water District v. Bank of America, N.A. *et al.*, No. 10-cv-629 |

WHEREAS, Plaintiffs in the above-captioned actions (collectively "Plaintiffs") have either recently filed complaints or have been granted leave to file complaints (in the following cases: Kendal on Hudson, Inc. v. Bank of America, N.A. et al., No. 10-cv-9496; Los Angeles Unified School District v. Bank of America, N.A. et al., No. 11-cv-361; Peconic Landing at Southhold, Inc. v. Bank of America, N.A. et al., No. 11-cv-682; Active Retirement Community, Inc., d/b/a Jefferson's Ferry, v. Bank of America, N.A. *et al.*, No. 10-cv-8273) (the "New Complaints") and will be granted leave to file amended complaints upon filing of a further

stipulation in accordance with the Court's ruling at the February 2, 2011 hearing (in the other above-referenced cases) (the "Amended Complaints");

WHEREAS, although the consent of Defendants other than Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC (collectively, "JPMorgan") is not required because no Defendant's position is compromised by this Stipulation, counsel for JPMorgan can nevertheless report that identified counsel for the other Defendants have been canvassed and all support the Court's approval of this Stipulation;

WHEREAS, the Plaintiffs agree that submission of this Stipulation should be without prejudice to JPMorgan or any other Defendant in a coordinated action; and

WHEREAS, JPMorgan agrees that submission of this Stipulation should be without prejudice to the Plaintiffs or any other Plaintiff in a coordinated action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and JPMorgan, subject to the approval of the Court, as follows:

1. Defendants need not respond to the New or Amended Complaints until 17 days after the date by which all of the Amended Complaints are filed upon filing of a further stipulation in accordance with the Court's ruling at the February 2, 2011 hearing;

2. In the event that any Defendant files a Motion to Dismiss a New or Amended Complaint, opposition papers shall be due 60 days after the service of such motion, and reply papers shall be due 30 days after the service of opposition papers.

3. This extension and briefing schedule is available to all named Defendants and Plaintiffs without further stipulation;

4. This Stipulation shall not act to shorten the time for response of any Defendant that would otherwise have a longer time to respond to the New and Amended Complaints pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any Defendant's right to seek an additional extension of time to respond to the New and Amended Complaints;

-3-

5.  No defense of JPMorgan or any other Defendant to this action is prejudiced or waived by its submission of this Stipulation;

6.  This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

-5-

Dated: February 25, 2011

By: *Nanci Nishimura*/DRS
Joseph W. Cotchett
Nanci E. Nishimura
Steven N. Williams
Daniel R. Sterrett
COTCHETT, PITRE &
McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiffs*

Dated: February 25, 2011

By: /s/ Thomas C. Rice
Thomas C. Rice
Peter C. Thomas
Ryan A. Kane
Peri L. Zelig
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for JPMorgan Chase & Co. and
J.P. Morgan Securities LLC*

So Ordered: /s/ Gabriel W. Gorenstein    Dated: February 25, 2011
Hon. Gabriel W. Gorenstein
United States Magistrate Judge