```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 <br><br> Master Docket No. 08-2516(VM)(GMG) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> *Utah Housing Corporation v. CDR Financial Products, Inc., et al.*, No. 11-cv-1019 <br> *Active Retirement Community, Inc. d/b/a Jefferson's Ferry v. Bank of America, N.A., et al.*, No. 1:10-cv-08273 <br> *Los Angeles Unified School District v. Bank of America, N.A. et al.*, No. 1:11-cv-00361 <br> *Kendal on Hudson, Inc. v. Bank of America, N.A., et al.*, No. 1:10-cv-09496 <br> *Peconic Landing at Southhold, Inc. v Bank of America, N.A., et al.*, No. 1:11-cv-00682 <br> *City of Los Angeles v. Bank of America, N.A., et al.*, No. 08-10351 <br> *City of Riverside, et al. v. Bank of America, N.A., et al.*, No. 09-10102 <br> *City of Stockton v. Bank of America, N.A., et al.*, No. 08-10350 <br> *Contra Costa County v. Bank of America, N.A., et al.*, No. 09-1197 <br> *County of San Diego v. Bank of America, N.A., et al.*, No. 09-1195 <br> *County of San Mateo v. Bank of America, N.A., et al.*, No. 09-1196 <br> *County of Tulare v. Bank of America, N.A., et al.*, No. 10-0628 <br> *Los Angeles World Airports v. Bank of America, N.A., et al.*, No. 10-0627 <br> *The Redevelopment Agency of the City of Stockton, et al. v. Bank of America, N.A., et al.*, No. 10-0630 <br> *Sacramento Municipal Utility District v. Bank of America, N.A., et al.*, No. 09-10103 <br> *Sacramento Suburban Water District v. Bank of America, N.A., et al.*, No. 10-0629 <br> *East Bay Municipal Utility District v. Bank of America, N.A., et al.*, No. 10-4990 <br> *City of Redwood City v. Bank of America, N.A., et al.*, No. 10-4988 <br> *City of Richmond v. Bank of America, N.A., et al.*, No. 10-4989 | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

> *City of San Jose, et al. v. Bank of America,*
>   *N.A., et al.,* No. 10-04991
> *Redevelopment Agency of the City and County*
>   *of San Francisco v. Bank of America, N.A.,*
>   *et al.,* No. 10-4987

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-captioned actions and Defendants Trinity Plus Funding Capital Market Services, Inc., GE Funding Capital Market Services, Inc., Trinity Funding Co., LLC and General Electric Capital Corporation ("GE/Trinity") and subject to the approval of the Court, as follows:

        1.     This stipulation supersedes the stipulation filed on February 28, 2011 in *Utah Housing Corporation v. CDR Financial Products, Inc. et al.,* No. 11-cv-1019;

        2.     No Defendant need answer or otherwise respond to the above-captioned Complaints until 30 days following a ruling by the MDL 1950 Court on the motions to dismiss currently pending in *State of West Virginia v. Bank of America, N.A., et al.,* No. 10-cv-769;

        3.     Plaintiffs' opposition to any motion to dismiss the above-captioned Complaints filed by a Defendant shall not be due until thirty days after that date;

        4.     Defendants' replies in support of any motion to dismiss the above-captioned Complaints shall not be due until fifteen days after that date;

        5.     This extension is available to all named Defendants in these actions without further stipulation with counsel for Plaintiffs;

6.  This stipulation shall not act to shorten the time for response of any party that would otherwise have a longer time to respond to the Complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any party's right to seek an additional extension of time to respond to the Complaint;

7.  No defense of GE/Trinity or any other Defendant to this action is prejudiced or waived by its submission of this Stipulation;

8.  No rights or claims of the above-captioned Plaintiffs or any other Plaintiff to an MDL 1950 action is prejudiced or waived by this Stipulation, including, but not limited to, any rights to file an amended complaint under any applicable federal or local rules; and

9.  This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

By: *Timothy Houpt* by dej
Timothy C. Houpt
Billie J. Siddoway
JONES WALDO HOLBROOK &
   McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Attorneys for Plaintiff Utah Housing Corporation*

By: *Laura Cofer Taylor*
Douglas L. Wald
John Arak Freedman
Sonia Kuester Pfaffenroth
Laura Cofer Taylor
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
Telephone: (202) 942-5000

and

Craig A. Stewart
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000

*Attorneys for Defendants Trinity Plus Funding Co., LLC and GE Funding Capital Market Services, Inc.*

By: *Nanci E. Nishimura* by deJ
Nanci E. Nishimura
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

*Attorney for Plaintiffs Active Retirement Community, Inc. d/b/a Jefferson's Ferry, Peconic Landing at Southhold, Inc., Los Angeles Unified School District, Kendal on Hudson, Inc., Contra Costa County, the East Bay Municipal Utility District, the City of Los Angeles, Los Angeles World Airports, the City of Redwood City, the City of Richmond, the City of Riverside, the Redevelopment Agency of the City of Riverside, the Public Financing Authority of the City of Riverside, the Sacramento Municipal Utility District, the Sacramento Suburban Water District, the County of San Diego, the Redevelopment Agency of the City and County of San Francisco, the City of San Jose, the Redevelopment Agency of the City of San Jose, the County of San Mateo, the City of Stockton, the Redevelopment Agency of the City of Stockton, the Public Finance Authority of the City of Stockton, and the County of Tulare*

So Ordered: _____
The Honorable Victor Marrero
United States District Court Judge

Dated: 4 April 2011

4