

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| THIS DOCUMENT RELATES TO: | Master Docket No. 08-02516 (VM) (GWG) |
| *Active Retirement Community, Inc., d/b/a Jefferson's Ferry v. Bank of America, N.A., et al.*, No. 10-8273<br>*City of Los Angeles v. Bank of America, N.A., et al.;* No. 08-10351<br>*City of Riverside, et al. v. Bank of America, N.A., et al.;* No. 09-10102<br>*City of Stockton v. Bank of America, N.A., et al.;* No. 08-10350<br>*Contra Costa County v. Bank of America, N.A., et al.;* No. 09-1197<br>*County of San Diego v. Bank of America, N.A., et al.;* No. 09-1195<br>*County of San Mateo v. Bank of America, N.A., et al.;* No. 09-1196<br>*County of Tulare v. Bank of America, N.A., et al.;* No. 10-0628<br>*Los Angeles World Airports v. Bank of America, N.A., et al.;* No. 10-0627<br>*The Redevelopment Agency of the City of Stockton, et al. v. Bank of America, N.A., et al.;* No. 10-0630<br>*Sacramento Municipal Utility District v. Bank of America, N.A., et al.;* No. 09-10103<br>*Sacramento Suburban Water District v. Bank of America, N.A., et al.;* No. 10-0629<br>*East Bay Municipal Utility District v. Bank of America, N.A., et al.;* No. 10-4990<br>*City of Redwood City v. Bank of America, N.A., et al.;* No. 10-4988<br>*City of Richmond v. Bank of America, N.A., et al.;* No. 10-4989 | **STIPULATION AND [PROPOSED] ORDER GRANTING PUBLIC ENTITY PLAINTIFFS' LEAVE TO FILE AMENDED COMPLAINTS AND CONCERNING DEFENDANTS' RESPONSES THERETO** |

*City of San Jose, et al. v. Bank of America, N.A., et al.;* No. 10-04991
*Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A., et al.;* No. 10-4987

WHEREAS, on February 17, 2011, the Court entered an Order Granting Plaintiff Jefferson's Ferry ("Jefferson's Ferry") Leave to File its Second Amended Complaint ("JFSAC");

WHEREAS, on February 23, 2011, Jefferson's Ferry filed the JFSAC with the Court;

WHEREAS, on May 17, 2010, Plaintiff Contra Costa County filed its Third Amended Complaint and seeks to file its Fourth Amended Complaint ("CCCFAC");

WHEREAS, on May 18, 2010, Plaintiff East Bay Municipal Utilities District filed its Complaint and seeks to file its First Amended Complaint ("EBMUDFAC");

WHEREAS on, May 10, 2010, Plaintiff Los Angeles World Airports filed its First Amended Complaint and seeks to file its Second Amended Complaint ("LAWASAC");

WHEREAS on May 17, 2010, Plaintiff City of Los Angeles filed its Second Amended Complaint and seeks to file its Third Amended Complaint ("LATAC");

WHEREAS on May 18, 2010, Plaintiff City of Redwood City filed its Complaint and seeks to file its First Amended Complaint ("REDFAC");

WHEREAS on May 18, 2010, Plaintiff City of Richmond filed its Complaint and seeks to file its First Amended Complaint ("RICHFAC");

WHEREAS on May 10, 2010, Plaintiffs City of Riverside, et al. filed their First Amended Complaint and seeks to file its Second Amended Complaint ("RIVSAC");

WHEREAS on May 10, 2010, Plaintiff Sacramento Suburban Water District filed its First Amended Complaint and seeks to file its Second Amended Complaint ("SSWDSAC");

WHEREAS on May 17, 2010, Plaintiff San Mateo County filed its Third Amended Complaint and seeks to file its Fourth Amended Complaint ("SMFAC");

WHEREAS on May 17, 2010, Plaintiff San Diego County filed its Third Amended Complaint and seeks to file its Fourth Amended Complaint ("SDFAC");

WHEREAS on May 21, 2010, Plaintiffs City of San Jose, et al. filed their Complaint and seeks to file its First Amended Complaint ("SJFAC");

WHEREAS on May 18, 2010, Plaintiff Redevelopment Agency of the City and County of San Francisco filed its Complaint and seeks to file its First Amended Complaint ("SFRDAFAC");

WHEREAS on May 10, 2010, Plaintiff Sacramento Municipal Utilities District filed its First Amended Complaint and seeks to file its Second Amended Complaint ("SMUDSAC");

WHEREAS on May 10, 2010, Plaintiffs The Redevelopment Agency of the City of Stockton, et al. filed their First Amended Complaint and seeks to file its Second Amended Complaint ("SRDASAC");

WHEREAS on May 17, 2010, Plaintiff City of Stockton filed its Third Amended Complaint and seeks to file its Fourth Amended Complaint ("STOCKFAC");

WHEREAS on May 10, 2010, Plaintiff Tulare County filed its First Amended Complaint and seeks to file its Second Amended Complaint ("TSAC");

WHEREAS the CCCFAC, EBMUDFAC, LAWASAC, LATAC, REDFAC, RICHFAC, RIVSAC, SSWDSAC, SMFAC, SDFAC, SJFAC, SFRDAFAC, SMUDSAC, SRDASAC, STOCKFAC and TSAC are collectively referred to herein as the "Amended Complaints";

WHEREAS Plaintiff Jefferson's Ferry, Plaintiff Contra Costa County, Plaintiff East Bay Municipal Utilities District, Plaintiff Los Angeles World Airports, Plaintiff City of Los Angeles, Plaintiff City of Redwood City, Plaintiff City of Richmond, Plaintiffs City of Riverside, Plaintiff City of Riverside Redevelopment Agency, Plaintiff City of Riverside Public Finance Authority, Plaintiff Sacramento Suburban Water District, Plaintiff San Mateo County, Plaintiff San Diego County, Plaintiffs City of San Jose, Plaintiff City of San Jose Redevelopment

Agency, Plaintiff City of San Jose Public Finance Authority, Redevelopment Agency of the City and County of San Francisco, Plaintiff Sacramento Municipal Utilities District, Plaintiffs The Redevelopment Agency of the City of Stockton, Plaintiff The Public Finance Authority of the City of Stockton, Plaintiff City of Stockton and Plaintiff Tulare County are collectively referred to herein as "Plaintiffs"; and

WHEREAS any entity named in any or all of the Amended Complaints is referred to herein as "Defendant" and collectively as "Defendants";

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, subject to the approval of the Court, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(b) Plaintiffs have leave to file the Amended Complaints;

2. Defendants' previously filed Answers to the complaints of Plaintiffs operative as of the date of this stipulation shall be deemed to apply to the Amended Complaints of Plaintiffs, and Defendants shall not be obligated to answer the Amended Complaints except as described herein;

3. Defendants' answers to the applicable new allegations listed in the Correlation Chart of New Allegations attached hereto as Exhibit A, whether answered as part of a Defendant's answer to the JFSAC or otherwise answered, shall be deemed to apply to each of the other corresponding paragraphs of the Amended Complaints; and

4. Defendants shall separately answer each of the paragraphs of the Amended Complaints listed in the New Client Specific Allegations attached hereto as Exhibit B, except to the extent that a defendant has already answered those allegations in a previously filed Answer, which responses shall be deemed to apply to each of the corresponding paragraphs in Exhibit B. This stipulation is without prejudice to the right of any Defendant to move to dismiss any Amended Complaint or any other complaint including without limitation the JFSAC.

Dated: March 28, 2011

**COTCHETT, PITRE & McCARTHY, LLP**

By: _____
JOSEPH W. COTCHETT
NANCI E. NISHIMURA
STEVEN N. WILLIAMS
DANIEL R. STERRETT
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

**COTCHETT, PITRE & McCARTHY, LLP**
IMTIAZ SIDDIQUI
One Liberty Plaza, 23rd Floor
New York, NY 10006
Tel: (212) 682-3198
Fax: (212) 219-6678

*Counsel for Plaintiffs*

Dated: March 25, 2011

**SIMPSON THACHER & BARTLETT LLP**

By: _____
THOMAS C. RICE
PERI L. ZELIG
RYAN A. KANE
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Interim Liaison Counsel for Defendants*

Dated: March 28, 2011

**KING & SPALDING LLP**

By: _____
SHANNON M. KASLEY
KEVIN R. SULLIVAN

PATRICIA L. MAHER
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706
Tel: (202) 737-0500
Fax: (202) 626-3737

*Attorneys for Defendant Bank of America, N.A.
and Merrill Lynch & Co., Inc.*

So Ordered: _____     Dated: _April_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge

# Exhibit A

EXHIBIT A - CORRELATION CHART OF NEW ALLEGATIONS

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tracking # | Jefferson's Ferry 2nd Amended Complaint | Contra Costa County 4th Amended Complaint | EBMUD 1st Amended Complaint | LAWA 2nd Amended Complaint | City of Los Angeles 3rd Amended Complaint | City of Redwood City 1st Amended Complaint | City Richmond 1st Amended Complaint | City Riverside 2nd Amended Complaint | SSWD 2nd Amended Complaint | San Diego County 4th Amended Complaint | San Jose (City & RDA) 1st Amended Complaint | San Mateo County 4th Amended Complaint |
| 1 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| 2 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 |
| 3 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 |
| 4 | 36 | 34 | 34 | 33 | 34 | 34 | 34 | 37 | 34 | 34 | 35 | 34 |
| 5 | 53 | 51 | 51 | 50 | 51 | 51 | 51 | 54 | 47 | 51 | 47 | 51 |
| 6 | 63 | 61 | 61 | 60 | 61 | 61 | 61 | 64 | 57 | 61 | 57 | 61 |
| 7 | 65-70 | 63-68 | 63-68 | 62-67 | 63-68 | 63-68 | 63-68 | 66-71 | 59-64 | 63-68 | 59-64 | 63-68 |
| 8 | 80-88 | 78-86 | 78-86 | 77-85 | 78-86 | 78-86 | 78-86 | 81-89 | 74-82 | 78-86 | 74-82 | 78-86 |
| 9 | 112 | 110 | 110 | 109 | 110 | 110 | 110 | 113 | 110 | 110 | 111 | 110 |
| 10 | 113-114 | 111-112 | 111-112 | 110-111 | 111-112 | 111-112 | 111-112 | 114-115 | 111-112 | 111-112 | 112-113 | 111-112 |
| 11 | 119 | 117 | 117 | 116 | 117 | 117 | 117 | 120 | 117 | 117 | 118 | 117 |
| 12 | 123 | 121 | 121 | 120 | 121 | 121 | 121 | 124 | 121 | 121 | 122 | 121 |
| 13 | 133 | 131 | 131 | 130 | 131 | 131 | 131 | 134 | 131 | 131 | 132 | 131 |
| 14 | 168-171 | 166-169 | 166-169 | 165-168 | 166-169 | 166-169 | 166-169 | 169-172 | 166-169 | 166-169 | 167-170 | 166-169 |
| 15 | 181 | 179 | 179 | 178 | 179 | 179 | 179 | 182 | 179 | 179 | 180 | 179 |
| 16 | 185 | 183 | 183 | 182 | 183 | 183 | 183 | 186 | 183 | 183 | 184 | 183 |
| 17 | 194-195 | 192-193 | 192-193 | 191-192 | 192-194 | 192-193 | 192-193 | 195-196 | 192-193 | 192-193 | 193-194 | 192-193 |
| 18 | 206 | 204 | 204 | 203 | 204 | 204 | 204 | 207 | 204 | 204 | 205 | 204 |
| 19 | 207 | 205 | 205 | 204 | 205 | 205 | 205 | 208 | 205 | 205 | 206 | 205 |
| 20 | 208 | 206 | 206 | 205 | 206 | 206 | 206 | 209 | 206 | 206 | 207 | 206 |
| 21 | 220-222 | 218-220 | 218-220 | 217-219 | 218-220 | 218-220 | 218-220 | 221-223 | 218-220 | 218-220 | 217-219 | 218-220 |
| 22 | 233 | 231 | 231 | 230 | 231 | 231 | 231 | 234 | 231 | 231 | 232 | 231 |
| 23 | 235 | 233 | 233 | 232 | 233 | 233 | 233 | 236 | 233 | 233 | 234 | 233 |
| 24 | 252 | 250 | 250 | 249 | 250 | 250 | 250 | 253 | 250 | 250 | 251 | 250 |
| 25 | 263 | 261 | 261 | 260 | 261 | 261 | 261 | 564 | 261 | 261 | 262 | 261 |
| 26 | 249 | 247 | 247 | 246 | 247 | 247 | 247 | 250 | 247 | 247 | 248 | 247 |
| 27 | 257 | 255 | 255 | 254 | 255 | 255 | 255 | 258 | 255 | 255 | 256 | 255 |
| 28 | 258 | 256 | 256 | 255 | 256 | 256 | 256 | 259 | 256 | 256 | 257 | 256 |
| 29 | 295 | 293 | 293 | 292 | 293 | 293 | 293 | 296 | 293 | 293 | 294 | 293 |
| 30 | 302 | 300 | 300 | 299 | 300 | 300 | 300 | 303 | 300 | 300 | 301 | 300 |
| 31 | 304 | 302 | 302 | 301 | 302 | 302 | 302 | 305 | 302 | 302 | 303 | 302 |

EXHIBIT A
CORRELATION CHART OF NEW ALLEGATIONS

|   | N<br>SF RDA 1st Amended Complaint | O<br>SMUD 2nd Amended Complaint | P<br>City of Stockton 4th Amended Complaint | Q<br>Stockton RDA & PFA 2nd Amended Complaint | R<br>Tulare County 2nd Amended Complaint |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 12 | 12 | 12 | 12 | 12 |
| 3 | 28-29 | 28-29 | 28-29 | 28-29 | 28-29 |
| 4 | 31 | 31 | 31 | 31 | 31 |
| 5 | 34 | 33 | 34 | 36 | 34 |
| 6 | 51 | NA | 51 | 53 | 51 |
| 7 | 61 | 57 | 61 | 63 | 61 |
| 8 | 63-68 | 59-64 | 63-68 | 65-70 | 63-68 |
| 9 | 75-83 | 71-79 | 78-86 | 80-88 | 78-86 |
| 10 | 107 | 106 | 110 | 112 | 110 |
| 11 | 108-109 | 107-108 | 111-112 | 113-114 | 111-112 |
| 12 | 117 | 116 | 117 | 119 | 117 |
| 13 | 121 | 120 | 121 | 123 | 121 |
| 14 | 131 | 130 | 131 | 133 | 131 |
| 15 | 166-169 | 165-168 | 166-169 | 168-171 | 166-169 |
| 16 | 179 | 178 | 179 | 181 | 179 |
| 17 | 183 | 182 | 183 | 185 | 183 |
| 18 | 192-193 | 191-192 | 192-193 | 194-195 | 192-193 |
| 19 | 204 | 203 | 204 | 206 | 204 |
| 20 | 205 | 204 | 205 | 207 | 205 |
| 21 | 206 | 205 | 206 | 208 | 206 |
| 22 | 218-220 | 217-219 | 218-220 | 220-222 | 218-220 |
| 23 | 231 | 230 | 231 | 233 | 231 |
| 24 | 233 | 232 | 233 | 235 | 233 |
| 25 | 250 | 249 | 250 | 252 | 250 |
| 26 | 261 | 260 | 261 | 263 | 261 |
| 27 | 247 | 246 | 247 | 249 | 247 |
| 28 | 255 | 254 | 255 | 257 | 255 |
| 29 | 256 | 255 | 256 | 258 | 256 |
| 30 | 293 | 292 | 293 | 295 | 293 |
| 31 | 300 | 299 | 300 | 302 | 300 |
| 32 | 302 | 301 | 302 | 304 | 302 |

EXHIBIT A
CORRELATION CHART OF NEW ALLEGATIONS

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tracking # | Jefferson's Ferry 2nd Amended Complaint | Contra Costa County 4th Amended Complaint | EBMUD 1st Amended Complaint | LAWA 2nd Amended Complaint | City of Los Angeles 3rd Amended Complaint | City of Redwood City 1st Amended Complaint | City Richmond 1st Amended Complaint | City Riverside 2nd Amended Complaint | SSWD 2nd Amended Complaint | San Diego County 4th Amended Complaint | San Jose (City & RDA) 1st Amended Complaint | San Mateo County 4th Amended Complaint |
| 32 | 325 | 323 | 323 | 322 | 323 | 323 | 323 | 326 | 323 | 323 | 324 | 323 |
| 33 | 327-365 | 325-363 | 325-363 | 324-362 | 325-363 | 325-363 | 325-363 | 328-366 | 325-363 | 325-363 | 326-364 | 325-363 |
| 34 | 367-371 | 365-369 | 365-369 | 364-368 | 365-369 | 365-369 | 365-369 | 368-372 | 365-369 | 365-369 | 366-370 | 365-369 |
| 35 | 372-381 | 370-379 | 370-379 | 369-378 | 370-379 | 370-379 | 370-379 | 373-382 | 370-379 | 370-379 | 371-380 | 370-379 |
| 36 | 383-384 | 381-382 | 381-382 | 380-381 | 381-382 | 381-382 | 381-382 | 384-385 | 381-382 | 381-382 | 382-383 | 381-382 |
| 37 | 385-500 | 383-498 | 383-498 | 382-497 | 383-498 | 383-498 | 383-498 | 386-501 | 383-498 | 383-498 | 384-499 | 383-498 |
| 38 | 538 | 536 | 536 | 535 | 536 | 536 | 536 | 539 | 536 | 536 | 537 | 536 |
| 39 | 540 | 538 | 538 | 537 | 538 | 538 | 538 | 541 | 538 | 538 | 539 | 538 |
| 40 | 541 | 539 | 539 | 538 | 539 | 539 | 539 | 542 | 539 | 539 | 540 | 539 |
| 41 | 557 | 555 | 555 | 554 | 555 | 555 | 555 | 558 | 555 | 555 | 556 | 555 |
| 42 | 559 | 557 | 557 | 556 | 557 | 557 | 557 | 560 | 557 | 557 | 558 | 557 |
| 43 | 560 | 558 | 558 | 557 | 558 | 558 | 558 | 561 | 558 | 558 | 559 | 558 |
| 44 | 575 | 573 | 573 | 572 | 573 | 573 | 573 | 576 | 572 | 572 | 574 | 573 |
| 45 | 577-580 | 575-578 | 575-578 | 574-577 | 575-578 | 575-578 | 575-578 | 578-581 | 575-578 | 575-578 | 576-579 | 575-578 |
| 46 | 589 | 587 | 587 | 586 | 587 | 587 | 587 | 590 | 587 | 587 | 588 | 587 |
| 47 | 606 | 604 | 604 | 603 | 604 | 604 | 604 | 607 | 604 | 604 | 605 | 604 |
| 48 | 608 | 606 | 606 | 605 | 606 | 606 | 606 | 609 | 606 | 606 | 607 | 606 |
| 49 | 650 | 689 | 648 | 667 | 768 | 648 | 648 | 772 | 654 | 682 | 649 | 671 |
| 50 | 658 | 697 | 656 | 675 | 776 | 656 | 656 | 780 | 662 | 690 | 657 | 679 |
| 51 | 669 | 708 | 657 | 686 | 787 | 657 | 657 | 791 | 673 | 701 | 668 | 690 |
| 52 | 671 | 710 | 669 | 688 | 789 | 669 | 669 | 793 | 675 | 703 | 670 | 692 |
| 53 | 674-675 | 713-714 | 672-673 | 691-692 | 792-793 | 672-673 | 672-673 | 796-797 | 678-679 | 706-707 | 673-674 | 695-696 |
| 54 | 676 | 715 | 674 | 693 | 794 | 674 | 674 | 798 | 680 | 708 | 675 | 697 |
| 55 | 677-684 | 716-723 | 675-682 | 694-701 | 795-802 | 675-682 | 675-682 | 799-806 | 681-688 | 709-716 | 676-683 | 698-705 |
| 56 | 689-691 | 728-730 | 687-689 | 706-708 | 807-809 | 687-689 | 687-689 | 811-813 | 693-695 | 721-723 | 688-690 | 710-712 |
| 57 | 697-698 | 736-737 | 695-696 | 714-715 | 815-816 | 695-696 | 695-696 | 819-820 | 701-702 | 729-730 | 696-697 | 718-719 |
| 58 | 700 | 739 | 698 | 717 | 818 | 698 | 698 | 822 | 704 | 732 | 699 | 721 |
| 59 | 704 | 743 | 702 | 721 | 822 | 702 | 702 | 826 | 708 | 736 | 703 | 725 |
| 60 | 712 | 751 | 710 | 729 | 830 | 710 | 710 | 834 | 716 | 744 | 711 | 733 |
| 61 | 719 | 758 | 717 | 736 | 837 | 717 | 717 | 841 | 723 | 751 | 718 | 740 |
| 62 | 725-731 | 764-770 | 723-729 | 742-748 | 843-849 | 723-729 | 723-729 | 847-853 | 729-735 | 757-767 | 724-730 | 746-752 |

3

EXHIBIT A
CORRELATION CHART OF NEW ALLEGATIONS

| | N | O | P | Q | R |
|---|---|---|---|---|---|
| | SF RDA 1st Amended Complaint | SMUD 2nd Amended Complaint | City of Stockton 4th Amended Complaint | Stockton RDA & PFA 2nd Amended Complaint | Tulare County 2nd Amended Complaint |
| 33 | 323 | 322 | 323 | 325 | 323 |
| 34 | 325-363 | 324-362 | 325-363 | 327-365 | 325-363 |
| 35 | 365-369 | 364-368 | 365-369 | 367-371 | 365-369 |
| 36 | 370-379 | 369-378 | 370-379 | 372-381 | 370-379 |
| 37 | 381-382 | 380-381 | 381-382 | 383-384 | 381-382 |
| 38 | 383-498 | 382-497 | 383-498 | 385-500 | 383-498 |
| 39 | 536 | 535 | 536 | 538 | 536 |
| 40 | 538 | 537 | 538 | 540 | 538 |
| 41 | 539 | 538 | 539 | 541 | 539 |
| 42 | 555 | 554 | 555 | 557 | 555 |
| 43 | 557 | 556 | 557 | 559 | 557 |
| 44 | 558 | 557 | 558 | 560 | 558 |
| 45 | 573 | 572 | 573 | 575 | 573 |
| 46 | 575-578 | 574-577 | 575-578 | 577-580 | 575-578 |
| 47 | 587 | 586 | 587 | 589 | 587 |
| 48 | 604 | 603 | 604 | 606 | 604 |
| 49 | 606 | 605 | 606 | 608 | 606 |
| 50 | 648 | 674 | 673 | 667 | 672 |
| 51 | 656 | 682 | 681 | 675 | 680 |
| 52 | 667 | 693 | 692 | 686 | 691 |
| 53 | 669 | 695 | 694 | 688 | 693 |
| 54 | 672-673 | 698-699 | 697-698 | 691-692 | 696-697 |
| 55 | 674 | 700 | 699 | 693 | 698 |
| 56 | 675-682 | 701-707 | 700-707 | 694-701 | 699-706 |
| 57 | 687-689 | 713-715 | 712-714 | 706-708 | 711-713 |
| 58 | 695-696 | 721-722 | 720-721 | 714-715 | 719-720 |
| 59 | 698 | 724 | 723 | 717 | 722 |
| 60 | 702 | 728 | 727 | 721 | 726 |
| 61 | 710 | 736 | 735 | 729 | 734 |
| 62 | 717 | 743 | 742 | 736 | 741 |
| 63 | 723-729 | 749-755 | 748-754 | 742-748 | 747-753 |

EXHIBIT A
CORRELATION CHART OF NEW ALLEGATIONS

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tracking # | Jefferson's Ferry 2nd Amended Complaint | Contra Costa County 4th Amended Complaint | EBMUD 1st Amended Complaint | LAWA 2nd Amended Complaint | City of Los Angeles 3rd Amended Complaint | City of Redwood City 1st Amended Complaint | City Richmond 1st Amended Complaint | City Riverside 2nd Amended Complaint | SSWD 2nd Amended Complaint | San Diego County 4th Amended Complaint | San Jose (City & RDA) 1st Amended Complaint | San Mateo County 4th Amended Complaint |
| 64 | 734-735 | 773-774 | 732-733 | 751-752 | 852-853 | 732-733 | 732-733 | 856-857 | 738-739 | 770-771 | 733-734 | 755-756 |
| 65 | 770 | 809 | 768 | 787 | 888 | 768 | 768 | 892 | 774 | 802 | 769 | 791 |

EXHIBIT A
CORRELATION CHART OF NEW ALLEGATIONS

| 1 | N<br>SF RDA 1st Amended Complaint | O<br>SMUD 2nd Amended Complaint | P<br>City of Stockton 4th Amended Complaint | Q<br>Stockton RDA & PFA 2nd Amended Complaint | R<br>Tulare County 2nd Amended Complaint |
|---|---|---|---|---|---|
| 64 | 732-733 | 758-759 | 757-758 | 751-752 | 756-757 |
| 65 | 768 | 794 | 793 | 787 | 792 |

6

# Exhibit B

EXHIBIT B
NEW CLIENT SPECIFIC ALLEGATIONS

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Contra Costa County 4th Amended Complaint | City of Los Angeles 3rd Amended Complaint | City Riverside 2nd Amended Complaint | SSWD 2nd Amended Complaint | San Jose (City & RDA) 1st Amended Complaint | SMUD 2nd Amended Complaint | City of Stockton 4th Amended Complaint | Stockton RDA & PFA 2nd Amended Complaint | Tulare County 2nd Amended Complaint | Jefferson's Ferry 2nd Amended Complaint |
| 1 | | 646-647; 649-650; 652-653; 655-656; 659-660; 662-663; 687-688; 690-691; 693-695; 697-698; 704-705; 707; 710-711; 713-714; 716; 718-719; 738; 747; 749; 759; 761 | 648-649; 651-652; 654-655; 660-661; 666; 668-669; 671-675; 677-678; 683-684; 686-687; 689-690; 692-693; 698-700; 702-703; 705-706; 708-709; 711-712; 714; 717-718; 720; 723; 732; 733 | | | | | | | |
| 2 | 663-664; 680 | | | 100-103; 645-648 | 100-101; 103-104 | 97-99; 109-111; 650; 652; 655-656; 660; 666 | 648-649; 650; 661; 664 | 650-652; 657; 659 | 645-646 | Preamble, 26, 29, 30 Prayer for Relief paragraph A |