UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION                             : ORDER
                                                    MDL No. 1950
                                                 : Lead case: 08 Civ. 2516 (VM) (GWG)
------------------------------------------------------------x

THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The letters dated April 13, 14, and 15 regarding plaintiffs' request for discovery do not provide sufficient information for the Court to resolve the discovery dispute reflected therein, which has been referred to the undersigned for resolution. The parties are directed to confer immediately to determine if the dispute can be resolved without Court intervention. If it cannot be so resolved, the parties are directed to write to the Court with either a joint proposal or separate proposals as to how they wish to present the dispute to the Court for resolution – whether it be by letter, formal motion or otherwise – and on what timetable.

      On a separate point, the Court has received no response to the letter dated April 12, 2011 from the Antitrust Division. To the extent any party wishes to be heard on the request contained in the April 12 letter, it shall send a letter to the Court on or before April 27, 2011. The Antitrust Division may reply on or before May 4, 2011.

      SO ORDERED.

Dated: April 20, 2011
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge