UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION                        : ORDER
                                              MDL No. 1950
                                            : Lead case: 08 Civ. 2516 (VM) (GWG)
-------------------------------------------------------------x
THIS DOCUMENT RELATES TO: ALL ACTIONS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   With respect to the plaintiffs' request for discovery as described in their letter of April 13, 2011, the Court will benefit from hearing the parties' views as to (1) the burdensomeness of providing on a short timetable the specific information being sought by plaintiffs; and (2) the relevance of the information to the effectuation of Judge Marrero's Order of March 1, 2011. The parties responding to this Order shall submit letters simultaneously on May 3, 2011. Parties may respond to any other parties' letter on or before May 6, 2011. No party's letter to the Court shall be more than five typewritten pages. Oral argument will be held on May 11, 2011 at 11:00 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New York.

   Bank of America shall transmit a copy of this Order to the New York Attorney General's Office, which has leave to submit letters in accordance with this Order. Copies of any letters sent pursuant to this Order shall be sent to that Office.

   SO ORDERED.

Dated: April 26, 2011
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge