

# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

May 4, 2011

BY UPS OVERNIGHT

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St., Room 660
New York, N.Y. 10007

Re: Hinds Co., Miss., v. Wachovia Bank et al.
Case No. 08 Civ. 2516 (VM)

Dear Judge Marrero:

We are the attorneys for defendant Société Générale, S.A. One of our associates, Norman Rocco Cerullo, is leaving the firm this month. I write pursuant to Local Civil Rule 1.4 to request that the Court relieve Mr. Cerullo as an attorney for Société Générale and direct the Clerk to terminate his ECF noticing in the *Hinds County* file and in the multidistrict file, *In re Municipal Derivates Antitrust Litigation*, 08-md-1950 (VM). My Mayer Brown colleagues and I will continue to represent Société Générale, and Mr. Cerullo's withdrawal will have no effect on the future conduct of the litigation.

Respectfully submitted,

Michael O. Ware

cc: All counsel by email

Request GRANTED. The Clerk of Court is directed to remove attorney Norman Cerullo from the list of counsel for defendant Société Générale and to terminate ECF noticing to him in this action.

SO ORDERED:

5-6-11
DATE      VICTOR MARRERO, U.S.D.J.

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).