UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE MUNICIPAL DERIVATIVES                                 :
ANTITRUST LITIGATION                                        : ORDER
                                                              MDL No. 1950
                                                            : Lead case: 08 Civ. 2516 (VM) (GWG)
------------------------------------------------------------x

THIS DOCUMENT RELATES TO: ALL ACTIONS

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     As stated at a conference held on May 11, 2011, plaintiffs are directed to provide their comments to Judge Marrero on the proposed notice concerning the settlement agreement between Bank of America and the Attorneys General within one week of their receipt of the class list that is being provided by the New York State Attorney General. Defendants are to submit any response to those comments within one week thereafter.

     As part of their submission to Judge Marrero, plaintiffs are free to note that the undersigned declined to order certain discovery sought by plaintiffs (on burdensomeness, confidentiality and privilege grounds), and to argue that they require such discovery in order to submit additional comments on certain topic areas.[1]

     SO ORDERED.

Dated: May 13, 2011
      New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

---

[1] The Court issues this Order to make clear that the undersigned did not "set a schedule for Plaintiffs to present policy issues" per se to Judge Marrero, as was stated in plaintiffs' letter to Judge Marrero of May 12, 2010. Rather, such issues may be raised in the context of plaintiffs' comments to the proposed notice and any effort by plaintiffs to seek from Judge Marrero the discovery denied by the undersigned.