---



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| THIS DOCUMENT RELATES TO | Master Docket No. 08-cv-2516 (VM) (GWG) |
| *State of West Virginia v. Bank of America, NA.*, No. 10-cv-769 | STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO ANSWER FIRST AMENDED COMPLAINT |

WHEREAS, Plaintiff State of West Virginia ("Plaintiff") filed its First Amended Complaint on June 21, 2010 (the "Complaint");

WHEREAS, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A. ("Rabobank") moved to dismiss the Complaint on August 23, 2010;

WHEREAS, the Court denied Rabobank's motion to dismiss by Decision and Order dated April 28, 2011;

WHEREAS, under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Rabobank's Answer to the Complaint is now due on May 13, 2011;

WHEREAS, the parties have conferred and agreed that a two-week extension of time until May 27, 2011 for Rabobank to file its Answer to the Complaint is appropriate;

WHEREAS, no previous request for an extension of time for Rabobank to answer the Complaint has been made;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Rabobank that Rabobank may file its answer to the Complaint on or before May 27, 2011.

03250.61703/4138666.1

Dated: May 13, 2011

By: *(signature)*

Stephen R. Neuwirth
John H. Chun
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7165
Fax: (212) 849-7100
stephenneuwirth@quinnemanuel.com

*Counsel for Defendant Rabobank*

By: *(signature)*

Joshua I. Barrett
DITRAPANO BARRETT & DIPIERO, PLLC
604 Virginia Street East
Charleston, WV 25301
Tel: (304) 342-0133
Fax: (304) 342-4605

*Counsel for State of West Virginia*

So Ordered: *(signature)* Dated:

Honorable Gabriel W. Gorenstein
United States Magistrate Judge