```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HINDS COUNTY, MISSISSIPPI,           :
                                     :
                       Plaintiff,    :
                                     :      08 Civ. 2516
          - against -                :
                                     :
                                     :
WACHOVIA BANK N.A., et al.,          :
                                     :
                       Defendants.   :
------------------------------------X
IN RE MUNICIPAL DERIVATIVES          :
ANTITRUST LITIGATION                 :      08 MDL No. 1950
                                     :
                                     :      ORDER
                                     :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/11

**VICTOR MARRERO, United States District Judge.**

The Court has received various letters from the parties relating to ongoing disputes before Magistrate Judge Gabriel W. Gorenstein and this Court regarding (1) the content of notices to be sent to putative class members concerning the settlement agreement between the Attorneys General of various states ("AGs") and defendant Bank of America ("BoA") (the "BoA Agreement"); (2) the proper scope of discovery that Class Counsel and the Oakland Plaintiffs seek to take in connection with the BoA Agreement; and (3) a recent settlement between defendants UBS AG, UBS Financial Services, Inc. and UBS Securities LLC (collectively "UBS") and the AGs (the "UBS Agreement").

The Court hereby advises the parties that, absent further determination by the Court, the Court's Order dated March 1, 2011 regarding the BoA Agreement shall apply with equal force to the UBS Agreement. In addition, in the interest of the efficient use of the Court's and the parties' resources, the parties shall postpone further litigation concerning the UBS Agreement, and the AGs and UBS shall not disseminate any notice of the UBS Agreement to putative class members, pending the resolution of outstanding issues as to the BoA Agreement.

**SO ORDERED.**

Dated:   New York, New York
         17 May 2011

                                    _____
                                         Victor Marrero
                                            U.S.D.J.