USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-2516(VM)(GMG) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| *Utah Housing Corporation v. CDR Financial Products, Inc., et al.*, No. 11-cv-1019 | |

WHEREAS, pursuant to the stipulation entered by this Court on April 4, 2011,

Defendants' response to Plaintiff's complaint is currently due on May 31, 2011, and

WHEREAS, Plaintiff informed Defendants by letter dated May 9, 2011 that

Plaintiff intends to file an Amended Complaint in this matter by May 27, 2011;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

Defendants Trinity Plus Funding Capital Market Services, Inc. and GE Funding Capital Market

Services, Inc. ("GE/Trinity") and subject to the approval of the Court, as follows:

1.      This stipulation supersedes the stipulation filed on April 4, 2011 in

*Utah Housing Corporation v. CDR Financial Products, Inc. et al.*, No. 11-cv-1019;

2.      No Defendant need answer or otherwise respond in the above-

captioned matter until 30 days following the filing of Plaintiff's Amended Complaint;

3.      Plaintiff's opposition to any motion to dismiss the Amended

Complaint filed by a Defendant shall not be due until thirty days after that date;

4.      Defendants replies in support of any motion to dismiss the Amended Complaint shall not be due until fifteen days after that date;

5.      This extension is available to all named Defendants in these actions without further stipulation with counsel for Plaintiff;

6.      This stipulation shall not act to shorten the time for response of any party that would otherwise have a longer time to respond to the Amended Complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any party's right to seek an additional extension of time to respond to the Amended Complaint;

7.      No defense of GE/Trinity or any other Defendant to this action is prejudiced or waived by its submission of this Stipulation;

8.      No rights or claims of Plaintiff or any other Plaintiff to an MDL 1950 action is prejudiced or waived by this Stipulation, including, but not limited to, any rights to file an amended complaint under any applicable federal or local rules; and

9.      This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

By: _Billie Siddoway_ by tc

Timothy C. Houpt
Billie J. Siddoway
JONES WALDO HOLBROOK &
  McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200

*Attorneys for Plaintiff Utah Housing*
*Corporation*

By: _Douglas L. Wald_

Douglas L. Wald
John Arak Freedman
Sonia Kuester Pfaffenroth
Laura Cofer Taylor
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
Telephone: (202) 942-5000

and

Craig A. Stewart
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000

*Attorneys for Defendants Trinity Plus*
*Funding Co., LLC and GE Funding*
*Capital Market Services, Inc.*

So Ordered:

The Honorable Victor Marrero
United States District Court Judge

Dated: *19 May 2011*