# Vinson&Elkins

Alden L. Atkins  aatkins@velaw.com
Tel 202.639.6613  Fax 202.879.8813



May 18, 2011

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street, Room 660
New York, NY  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11

Re:   Hinds Co., Miss., v. Wachovia Bank et al.
      Case No. 08 Civ. 2516 (VM)

Dear Judge Victor Marrero:

    We are the attorneys for defendant First Southwest Company.  One of our partners, Brian Robison, has left our firm recently.  I write pursuant to Local Civil Rule 1.4 to request that the Court relieve Mr. Robison as an attorney for First Southwest Company and direct the Clerk to terminate his ECF notice in the Hinds County file and in the multidistrict file, In re Municipal Derivatives Antitrust Litigation, 08-md-1950 (VM).  My Vinson & Elkins LLP colleagues and I will continue to represent First Southwest Company, and Mr. Robison's withdrawal will have no effect on the future conduct of the litigation.

Respectfully submitted,

Alden L. Atkins

cc:  All counsel by email

SO ORDERED.

5-26-11
DATE

VICTOR MARRERO, U.S.D.J.

Vinson & Elkins LLP  Attorneys at Law
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London
Moscow  New York  Palo Alto  Riyadh  Shanghai  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  www.velaw.com