# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-2516(VM)(GMG)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>*State of West Virginia v. Bank of America, NA.*, No. 10-cv-769<br>*Active Retirement Community, Inc. d/b/a Jefferson's Ferry v. Bank of America, N.A., et al.*, No. 1:10-cv-08273<br>*Los Angeles Unified School District v. Bank of America, N.A. et al.*, No. 1:11-cv-00361<br>*Kendal on Hudson, Inc. v. Bank of America, N.A., et al.*, No. 1:10-cv-09496<br>*Peconic Landing at Southhold, Inc. v Bank of America, N.A., et al.*, No. 1:11-cv-00682<br>*City of Los Angeles v. Bank of America, N.A., et al.*, No. 08-10351<br>*City of Riverside, et al. v. Bank of America, N.A., et al.*, No. 09-10102<br>*City of Stockton v. Bank of America, N.A., et al.*, No. 08-10350<br>*Contra Costa County v. Bank of America, N.A., et al.*, No. 09-1197<br>*County of San Diego v. Bank of America, N.A., et al.*, No. 09-1195<br>*County of San Mateo v. Bank of America, N.A., et al.*, No. 09-1196<br>*County of Tulare v. Bank of America, N.A., et al.*, No. 10-0628<br>*Los Angeles World Airports v. Bank of America, N.A., et al.*, No. 10-0627<br>*The Redevelopment Agency of the City of Stockton, et al. v. Bank of America, N.A., et al.*, No. 10-0630<br>*Sacramento Municipal Utility District v. Bank of America, N.A., et al.*, No. 09-10103<br>*Sacramento Suburban Water District v. Bank of America, N.A., et al.*, No. 10-0629<br>*East Bay Municipal Utility District v. Bank of America, N.A., et al.*, No. 10-4990<br>*City of Redwood City v. Bank of America, N.A., et al.*, No. 10-4988<br>*City of Richmond v. Bank of America, N.A., et al.*, No. 10-4989<br>*City of San Jose, et al. v. Bank of America,* | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS**<br><br><br>USDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/31/11 |

*N.A., et al.*, No. 10-04991
*Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A., et al.*, No. 10-4987

WHEREAS, on April 4, 2011, the Court "so ordered" a stipulation extending Defendants' time to answer the complaints in the above-captioned matters (with the exception of the West Virginia matter) until "30 days following a ruling by the MDL 1950 Court on the motion to dismiss currently pending in *State of West Virginia v. Bank of America, N.A.* et al., No. 10-CV-769" (the "West Virginia Action");

WHEREAS, the Court denied Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.'s ("Rabobank") motion to dismiss the West Virginia Action by decision and order filed on April 29, 2011;

WHEREAS, on May 13, 2011, the Court "so ordered" a stipulation between Plaintiff State of West Virginia and Rabobank, extending Rabobank's time to answer the complaint until on or before May 27, 2011;

WHEREAS, under the Court's April 4, 2011 Order, Rabobank's answer or response to the complaints by the plaintiffs in the other captioned matters (the "Public Entity Plaintiffs") is due on or before May 31, 2011;

WHEREAS, the parties have determined that an extension of Rabobank's time to answer the complaints is warranted to permit Rabobank additional time to prepare its answers and/or responses, as applicable, and that according Rabobank this additional time will not prejudice Plaintiffs or their ability to pursue discovery or their claims generally;

WHEREAS, one previous request for an extension of time to answer the West Virginia complaint has been made. There has been no previous request, following the Court's April 4, 2011 Order, to extend Rabobank's time to answer or otherwise respond to the Public Entity Plaintiffs' complaints;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff State of West Virginia, Public Entity Plaintiffs and Rabobank that Rabobank may file its answer or otherwise respond to the complaints on or before June 24, 2011.

By: _____
Stephen R. Neuwirth
John H. Chun
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7165
Fax: (212) 849-7100
stephenneuwirth@quinnemanuel.com

*Counsel for Defendant Rabobank*

By: _____
Joshua I. Barrett
DITRAPANO BARRETT &
DIPIERO, PLLC
604 Virginia Street East
Charleston, WV 25301
Tel: (304) 342-0133
Fax: (304) 342-4605

*Counsel for State of West Virginia*

By: _____
Daniel Sterrett
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

*Counsel for Public Entity Plaintiffs*

So Ordered: _____
Honorable Gabriel W. Gorenstein
United States Magistrate Judge

Dated: May 27, 2011