**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

June 8, 2011

Daniel Seltz
Partner
dseltz@lchb.com

**VIA FACSIMILE**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-9-11

Re: In re Municipal Derivatives Litigation, MDL No. 1950, Master Docket No. 08-2516 (VM) (GWG)

Dear Judge Gorenstein:

The Class Plaintiffs have requested a one-day extension to provide comments on the notice packet submitted to Judge Marrero on April 14, 2011. In the interest of keeping the parties on a single briefing schedule, the Oakland Plaintiffs respectfully request that any extension granted also apply to any submission they may make concerning the notice packet. Counsel for Bank of America and the state Attorneys General have advised that they do not oppose the same one-day extension.

So ordered

Respectfully submitted,

*[signature]*
6/9/11

/s/ *Daniel Seltz*
Daniel Seltz

cc: All Counsel of Record (via email)

DS/wp

925432.1