# HAUSFELD LLP

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Megan E. Jones
mjones@hausfeldllp.com

June 8, 2011

**VIA FACSIMILE**

The Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/11

Re:  *In Re Municipal Derivatives Antitrust Litigation*
     MDL No. 1950; Master Docket No. 08-02516 (VM) (GWG)

Dear Judge Gorenstein:

Pursuant to instructions resulting from the hearing on May 11, 2011, (pp. 54-56), Class Plaintiffs intend to respond to the Notice Packet for the settlement reached between Bank of America (BOA) and the State Attorneys General ("State AGs") that was submitted to Judge Marrero on April 14, 2011. On May 13, 2011, this Court ordered that Class Plaintiffs provide their response and comments within one week of receiving the list of notice recipients from the State AGs, which was received on June 2, 2011.

Class Plaintiffs respectfully request one additional day beyond the Court ordered response period to complete their response – from Thursday, June 9 to Friday, June 10, 2011. This request is unopposed by BOA and the State AGs. This would make BOA and the State AGs' response to our submission due on Friday, June 17, 2011.

So ordered
*[signature]* Gabriel W. Gorenstein
6/9/11

Respectfully submitted,

*[signature]*
Megan E. Jones

cc:   All counsel of record

www.hausfeldllp.com    WASHINGTON, D.C. / PHILADELPHIA / SAN FRANCISCO / LONDON