UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1950<br><br>Master Dkt. No. 08-cv-2516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | | |

**PLAINTIFFS' MOTION TO AMEND ORDER FOR FINAL APPROVAL
OF THE SETTLEMENT WITH DEFENDANT MORGAN STANLEY**

Plaintiffs hereby move to amend this Court's Order and Final Judgment granting final approval of the settlement agreement ("Settlement Agreement") reached between Plaintiffs the City of Baltimore, MD, the University of Mississippi Medical Center, the University of Southern Mississippi, the Mississippi Department of Transportation, the University of Mississippi, the Central Bucks School District, and the Bucks County Water and Sewer Authority ("Plaintiffs"), individually and on behalf of the putative class of purchasers in this action (the "Settlement Class") and Defendant Morgan Stanley.

As explained in the accompanying memorandum of law, Plaintiffs move to amend the November 23, 2011 Order and Final Judgment (ECF No. 1654) to correct the number of timely and valid requests for exclusions from the Settlement Agreement. Due to a clerical error, the total number of exclusions identified in the Affidavit of Eric J. Miller in support of Plaintiffs' motion for final approval was incorrect and Exhibit C to that Affidavit (ECF No. 1645) omitted 34 entities that had submitted timely and valid requests for exclusion. Consequently, Exhibit 2 to Plaintiffs' proposed order for final approval of the Settlement Agreement (ECF No.1643-3) referenced by this Court's November 23, 2011 Order and Final Judgment (ECF No. 1654 ¶ 9) was similarly incomplete.

This motion is supported by the accompanying Memorandum of Law in Support of Motion to Amend Order for Final Approval, the Supplemental Affidavit of Eric J. Miller Regarding Requests for Exclusion and the exhibit attached thereto, and all pleadings filed in this case.  Defendant Morgan Stanley does not oppose this motion.

Dated:  December 12, 2011

                                      Respectfully submitted,

                                      */s/ Michael D. Hausfeld*_____
                                      Michael D. Hausfeld

| | |
|---|---|
| William A. Isaacson | Michael D. Hausfeld |
| Tanya Chutkan | Megan Jones |
| Jonathan M. Shaw | Hilary K. Scherrer |
| Jack A. Simms | HAUSFELD LLP |
| BOIES, SCHILLER & FLEXNER LLP | 1700 K Street, NW, Suite 650 |
| 5301 Wisconsin Ave. NW | Washington, D.C. 20006 |
| Washington, DC 20015 | Telephone: (202) 540-7200 |
| Telephone: (202) 237-2727 | Facsimile: (202) 540-7201 |
| Facsimile: (202) 237-6131 | |
| | William C. Carmody |
| Magda M. Jimenez | Arun Subramanian |
| BOIES, SCHILLER & FLEXNER LLP | Seth Ard |
| 575 Lexington Avenue, 7th Floor | SUSMAN GODFREY L.L.P. |
| New York, NY 10022 | 654 Madison Avenue, 5th Floor |
| Telephone: (212) 446-2300 | New York, NY 10065-8440 |
| Facsimile: (212) 446-2350 | Telephone: (212) 336-8330 |
| | Facsimile: (212) 336-8340 |
| H. Lee Godfrey | Marc M. Seltzer |
| Erica W. Harris | SUSMAN GODFREY L.L.P. |
| SUSMAN GODFREY L.L.P. | 1901 Ave. of the Stars, Suite 950 |
| 1000 Louisiana, Suite 5100 | Los Angeles, CA 90067-6029 |
| Houston, Texas 77002-5096 | Telephone: (310) 789-3100 |
| Telephone:  (713) 651-9366 | Facsimile:  (310) 789-3150 |
| Facsimile:  (713) 654-6666 | |

**Plaintiffs' Co-Lead Counsel**