**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————————

)
IN RE MUNICIPAL DERIVATIVES              )        MDL No. 1950
ANTITRUST LITIGATION                     )
—————————————————————————)        Master Docket No. 08-02516 (VM) (GWG)
                                         )
THIS DOCUMENT RELATES TO:                )
                                         )
ALL ACTIONS                              )
—————————————————————————)

## CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT JPMORGAN

Class Plaintiffs hereby move for an Order granting preliminary approval of a settlement agreement ("Settlement Agreement") reached between Plaintiffs the City of Baltimore, MD, the University of Mississippi Medical Center, the University of Southern Mississippi, the Mississippi Department of Transportation, the University of Mississippi, the Central Bucks School District, and the Bucks Counter Water & Sewer Authority ("Plaintiffs"), individually and on behalf of the putative class of purchasers in this action (the "Settlement Class" or "Class"), and Defendants JPMorgan Chase Co., J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), and Bear Stearns & Co., Inc. (n/k/a J.P. Morgan Securities LLC), (collectively, "JPMorgan").

Pursuant to the Settlement Agreement, JPMorgan has agreed to a settlement amount of $44,575,000 million, or with a potential opt out reduction, $42,575,000, in exchange for dismissal of claims by the Class against JPMorgan Chase in this litigation. While the Settlement Agreement is not an admission or evidence of any violation of any statute or law or of any liability or wrongdoing by JPMorgan, JPMorgan further agrees to provide reasonable cooperation to Class Counsel and Class Members.

Class Plaintiffs will submit to the Court proposed forms of a Class Notice, Publication Notice, Notice Plan, Claim Form and Distribution Plan for the Court's consideration and at a later date for approval.

Therefore, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Class Plaintiffs respectfully move the Court to:

(a)     Preliminarily approve the Settlement Agreement;

(b)     Conditionally certify the proposed Settlement Class as defined in the Settlement Agreement;

(c)     Appoint Interim Co-Lead Counsel as counsel for the Settlement Class pursuant to Fed. R. Civ. P. 23(g);

(d)     Authorize Class Plaintiffs to provide notice of the Settlement Agreement to Class Members, in a form to be approved in advance by the Court, to be submitted no later than 30 days after granting this Motion;

(e)     Approve Rust Consulting, Inc. as administrator of the settlement and Citibank, N.A. as escrow agent;

(f)     Schedule a final fairness hearing for December 14, 2012 at 2:00 p.m. pursuant to Fed. R. Civ. P. 23(e)(2) to determine whether the proposed Settlement should be granted final approval;

(g)     Set deadlines for accomplishing other steps in the Settlement-approval process;

(h)     Stay the proceedings against JPMorgan in accordance with the terms of the Settlement Agreement; and

(i)     Grant such other and further relief as may be appropriate.

This motion is supported by the Settlement Agreement; Plaintiffs' Memorandum of Law

in Support of Motion for Preliminary Approval, submitted herewith; all pleadings filed in this

case; and such additional evidence or argument as may be presented to the Court.

Dated: May 30, 2012                                    Respectfully submitted,


                                                        _/s/ Michael D. Hausfeld_____
                                                        Michael D. Hausfeld
                                                        Megan E. Jones
                                                        HAUSFELD LLP
                                                        1700 K Street, NW
                                                        Suite 650
                                                        Washington, DC  20006
                                                        Telephone: (202) 540-7200
                                                        Facsimile: (202) 540-7201

                                                        William C. Carmody
                                                        Arun S. Subramanian
                                                        Seth D. Ard
                                                        SUSMAN GODFREY L.L.P.
                                                        654 Madison Avenue, 5th Floor
                                                        New York, NY 10065-8440
                                                        Telephone: (212) 336-8330
                                                        Facsimile: (212) 336-8340

                                                        Marc M. Seltzer
                                                        SUSMAN GODFREY L.L.P.
                                                        1901 Avenue of the Stars, Suite 950
                                                        Los Angeles, California 90067-6029
                                                        Telephone: (310) 789-3102
                                                        Facsimile: (310) 789-3006

                                                        William A. Isaacson
                                                        Tanya Chutkan
                                                        Jonathan M. Shaw
                                                        BOIES, SCHILLER & FLEXNER LLP
                                                        5301 Wisconsin Ave. NW
                                                        Washington, DC 20015
                                                        Telephone: (202) 237-2727
                                                        Facsimile: (202) 237-6131

                                                        **Plaintiffs' Co-Lead Interim Class Counsel**