**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>Master Docket No. 08-2516 (VM) (GWG)<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sylvia Sokol, counsel for Plaintiffs City of Oakland, County of Alameda, City of Fresno, and East Bay Delta Housing & Finance Agency in the above captioned matter, is no longer affiliated with the law firm Moscone Emblidge & Sater LLP. Ms. Sokol is now affiliated with the law firm Constantine Cannon LLP, located at 335 Madison Avenue, New York, New York 10017. The law firm Moscone Emblidge & Sater LLP will not remain as counsel for plaintiffs.

Dated August 23, 2012

Respectfully Submitted,

By:  /s/
SYLVIA SOKOL
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
ssokol@constantinecannon.com

253509.1