UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF BALTIMORE,
MARYLAND; CENTRAL BUCKS
SCHOOL DISTRICT; and BUCKS
COUNTY WATER AND SEWER
AUTHORITY

On behalf of themselves and all
other similarly situated entities,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

: **Hon. Gabriel W. Gorenstein**

: *In re Municipal Derivatives*
: *Antitrust Litigation*

: **MDL No. 1950**
: **Master Docket No. 08-02516-VM-GWG**

: **STIPULATION AND [PROPOSED]**
: **ORDER EXTENDING TIME FOR**
: **ALL DEFENDANTS TO ANSWER**
: **THE CORRECTED THIRD**
: **CONSOLIDATED**
: **AMENDED CLASS ACTION**
: **COMPLAINT**

---

WHEREAS on March 8, 2013, Class Plaintiffs filed their Third Consolidated Amended Class Action Complaint;

WHEREAS, on March 19, 2013, the Court granted Class Plaintiffs permission to file a Corrected Third Consolidated Amended Class Action Complaint ("Corrected TCAC") on the basis that the Third Consolidated Amended Class Action Complaint filed on March 8, 2013 contained inadvertent typographical errors;

WHEREAS, on March 21, 2013, the Court entered a Stipulation and Order giving Defendants until and including May 3, 2013, to answer or otherwise respond to the Third Consolidated Amended Class Action Complaint;

WHEREAS, because the Class Plaintiffs had not yet filed their Corrected TCAC, on May 2, 2013, the Court entered a Stipulation and Order (i) giving Defendants until and including

thirty days after the filing of the Corrected TCAC to answer or otherwise respond to the Third Consolidated Amended Class Action Complaint, and (ii) reserving the Defendants' right to seek additional time to answer or otherwise respond to the Corrected TCAC once filed by the Class Plaintiffs;

WHEREAS, on October 9, 2013, the Class Plaintiffs filed the Corrected TCAC that in addition to addressing inadvertent typographical errors, contains additional allegations purportedly based on, *inter alia*, indictments, informations, guilty pleas, testimony from witnesses in various related criminal trials, and settlements with certain state attorneys general;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Class Plaintiffs and the undersigned Defendants that Defendants shall have until and including December 18, 2013, to answer or otherwise respond to the Corrected Third Consolidated Amended Class Action Complaint and Plaintiffs shall have until February 18, 2014 to respond to any such pleadings (if necessary).

IT IS SO STIPULATED:

| **MAYER BROWN LLP** | **HAUSFELD LLP** |
|---|---|
| By: *Paula [signature]* | By: *[signature]* |
| Steven Wolowitz | Michael D. Hausfeld |
| Richard Marc Steuer | Swathi Bojedla |
| Matthew D. Ingber | 1700 K Street, N.W. |
| Paula Garrett Lin | Washington, D.C. 20006 |
| 1675 Broadway, 19th Fl. | (202) 540-7200 |
| New York, New York 10019 | |
| (212) 506-2500 | |
| | |
| Counsel for Defendant | Co-Lead Counsel for |
| Société Générale, S.A. | Class Plaintiffs |
| | |
| Dated: New York, NY | Dated: Washington, D.C. |
| November 6, 2013 | November 6, 2013 |

KING & SPALDING LLP
By: *Shannon M. Kasley /pgf*
Shannon M. Kasley
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 737-0500

*Counsel for Defendant*
*Bank of America, N.A.*


SIMON & PARTNERS LLP
By: *Bradley Drew Simon /pgf*
Bradley Drew Simon
Brian D. Waller
515 Fifth Avenue
New York, NY 10176
(212) 332-8900
Fax: (212) 332-8909

*Attorneys for Defendant*
*CDR Financial Products*


BRYAN CAVE LLP
By: *W. Perry Brandt /pgf*
W. Perry Brandt, *pro hac vice*
Christopher C. Javillonar, *pro hac vice*
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100
Telephone:      (816) 374-3200
Facsimile:      (816) 374-3300

and

BRYAN CAVE LLP
Michael G. Biggers, NY Bar No. 2072411
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone:      (314) 259-2145
Facsimile:      (314) 552-8145

*Attorneys for Defendant*
*George K. Baum & Company*

DLA PIPER LLP (US)
By: *Timothy E. Hoeffner* /pgl
Timothy E. Hoeffner (TH4195)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: 215-665-3341
Fax: 215-606-3341

*Counsel for Defendant*
*Investment Management Advisory Group, Inc.*

SCHULTE ROTH & ZABEL LLP
By: *Mark D. Richardson* /pgl
Michael E. Swartz
Taleah E. Jennings
Mark D. Richardson
919 Third Avenue
New York, New York 10022
(212) 756-2000
(212) 593-5955

*Attorneys for Defendant*
*National Westminster Bank PLC*


DAVIS & GILBERT LLP
By: *Howard J. Rubin* /pgl
Howard J. Rubin
James R. Levine
Rachel A. Owens
Jason A. Roth
1740 Broadway
New York, New York 10019
(212) 468-4800

*Attorneys for Defendant*
*Natixis Funding Corp.*

DORSEY & WHITNEY LLP
By: /s/ J. Jackson/pgl
J Jackson
*Admitted Pro Hac Vice*
F. Matthew Ralph
*Admitted Pro Hac Vice*
Kirsten E. Schubert
*Admitted Pro Hac Vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Defendant*
*Piper Jaffray & Co.*


FREDRIKSON & BYRON, P.A.
By: /s/ John W. Lundquist/pgl
John W. Lundquist
Nicole M. Moen
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

*Attorneys for Defendant*
*Sound Capital Management, Inc.*

ARNOLD & PORTER LLP
By: *Douglas L. Wald /pgf*
Douglas L. Wald
John Arak Freedman
Laura Cofer Taylor
555 Twelfth Street NW
Washington, DC 20004
Telephone: (202) 942-5000

and

ARNOLD & PORTER LLP
Craig A. Stewart
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000

*Attorneys for Defendants
Trinity Funding Co., LLC, Trinity Plus Funding
Co., LLC and GE Funding Capital Market Services,
Inc.*


WILLIAMS & CONNOLLY LLP
By: *Jesse T. Smallwood /pgf*
Christopher N. Manning
Jesse T. Smallwood
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for UBS AG*


IT IS SO ORDERED this 7th day of November, 2013

GABRIEL W. GORENSTEIN
United States Magistrate Judge