UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) State of West Virginia *ex rel.* Patrick Morrisey, ) Attorney General v. Bank of America, N.A. ) et al. ) ) | MDL No. 1950 Master Docket No. 08-02516 (VM) (GWG) STIPULATION AND ▆▆▆▆ ORDER CONCERNING RESPONSE TO THE STATE OF WEST VIRGINIA'S SECOND AMENDED COMPLAINT |

WHEREAS, on August 8, 2013, plaintiff the state of West Virginia ("Plaintiff West Virginia") filed a Second Amended Complaint (the "West Virginia Second Amended Complaint") in the above-captioned action; and

WHEREAS, Plaintiff West Virginia agrees that submission of this Stipulation should be without prejudice to defendants JPMorgan Chase & Co. and JPMorgan Securities Inc. (collectively, "JPMorgan");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff West Virginia and Defendant JPMorgan, subject to the approval of the Court, as follows: JPMorgan need not respond to the West Virginia Second Amended Complaint in this action until December 20, 2013.

Date: November 7, 2013

By: _____
Rudolph L. DiTrapano
Joshua I. Barrett
Sean P. McGinley
**DITRAPANO, BARRETT, DIPIERO, MCGINLEY & SIMMONS, PLLC**

By: _____
Thomas C. Rice
Peri L. Zelig
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue

P.O. Box 1631  
Charleston, WV 25326  
Telephone: (304) 342-0133  
Facsimile: (304) 342-4605  

Robert V. Berthold, Jr.  
**BERTHOLD LAW FIRM PLLC**  
208 Capitol St.  
P.O. Box 3508  
Charleston, WV 25335  
Telephone: (304) 345-5700  
Facsimile: (304) 345-5703  

*Counsel for Plaintiff the State of West Virginia*

New York, NY 10017  
Telephone: (212) 455-2000  
Facsimile: (212) 455-2502  

*Counsel for Defendants JPMorgan Chase & Co. and JPMorgan Securities Inc.*

IT IS SO ORDERED

This __12th__ day of November, 2013

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge