UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION ) ) ) ) | MDL No. 1950 Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) |  |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANTS TRINITY FUNDING CO., LLC, TRINITY PLUS FUNDING CO., LLC, AND GE FUNDING CAPITAL MARKET SERVICES, INC.**

Plaintiffs hereby move for an Order granting preliminarily approval of a Settlement Agreement between Plaintiffs the City of Baltimore, MD, the Central Bucks School District, and the Bucks County Water & Sewer Authority ("Class Plaintiffs"), individually and on behalf of the putative class of purchasers in this action (the "Class"), and Defendants Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, and GE Funding Capital Market Services, Inc. (collectively, "GE" or "Defendants").

Pursuant to the Settlement Agreement with GE, a copy of which is attached hereto as Exhibit 1, and as further detailed in the accompanying Memorandum of Law, GE has agreed to pay $18.25 million, or with a potential opt out reduction, $17.35 million, in exchange for dismissal of claims by the Class against GE in this litigation and releases. Additionally, GE has agreed to provide reasonable cooperation, including discovery cooperation, to benefit the Class in this litigation.

Therefore, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court enter an Order:

(a) Preliminarily approving the Settlement Agreement;

(b) Conditionally certifying the proposed Class as defined in the Settlement Agreement;

(c) Appointing Interim Co-Lead Counsel as counsel for the Class pursuant to Fed. R. Civ. P. 23(g);

(d) Staying the proceedings against GE in accordance with the terms of the Settlement Agreement; and

(e) Granting such other and further relief as may be appropriate.

This Motion is supported by the Settlement Agreement; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval, submitted herewith; the Declaration of Michael D. Hausfeld, submitted herewith; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court. This Motion is uncontested by GE.

Dated: December 6, 2013

        Respectfully submitted,

        ___/s/ *Michael D. Hausfeld*_____
        Michael D. Hausfeld
        Megan E. Jones
        HAUSFELD LLP
        1700 K Street, NW
        Suite 650
        Washington, DC  20006
        Telephone: (202) 540-7200
        Facsimile: (202) 540-7201

        William C. Carmody
        Arun S. Subramanian
        Seth D. Ard
        SUSMAN GODFREY L.L.P.
        560 Lexington Avenue, 15th Floor
        New York, NY 10022
        Telephone: (212) 336-8330
        Facsimile: (212) 336-8340

        Marc M. Seltzer
        SUSMAN GODFREY L.L.P.
        1901 Avenue of the Stars, Suite 950

4

        Los Angeles, California 90067-6029
Telephone: (310) 789-3102
Facsimile: (310) 789-3006

William A. Isaacson
Tanya Chutkan
Jonathan M. Shaw
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Plaintiffs' Co-Lead Interim Class Counsel**