UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | Master Docket No. 08 Civ. 2516 (VM)(GWG) <br> MDL No. 1950 |
| This Document Relates to: <br><br> ALL ACTIONS | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 12-26-2013 |

### ORDER APPROVING NOTICE PLAN AND FORMS RELATED TO SETTLEMENTS WITH DEFENDANT BANK OF AMERICA, N.A. AND DEFENDANTS TRINITY FUNDING CO., LLC, TRINITY PLUS FUNDING CO., LLC, AND GE FUNDING CAPITAL MARKET SERVICES, INC.

AND NOW, this 26th day of December, 2013, upon consideration of Class Plaintiffs' Motion for Approval of Notice Program and Forms Related to the Settlement Agreements with Defendants Bank of America, N.A. ("Bank of America") and Defendants Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, and GE Funding Capital Market Services, Inc. (collectively, "G.E."), it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED as follows:

1. The Court approves the proposed Notice Program, including the Bank of America and G.E. Cover Letters, Long Form Notices ("Direct Notices"), and Short Form Notices ("Publication Notices"), attached as Exhibits A-F, respectively, to the Declaration of Katherine Lloyd, and approves the form of the Banner Advertisement previously submitted (*see* Docket No. 1513-7). The Court finds that the manner of distribution of the Notice set forth below constitutes the best practicable notice under the circumstances as well as valid, due and sufficient notice to all persons entitled thereto and complies fully with the requirements of Federal Rule of Civil Procedure 23 and the due process requirements of the United States Constitution.

2. On or before **February 5, 2014**, Class Counsel shall cause the Notice, in substantially the same form as Exhibits A-F referenced above, to be mailed by first class mail, postage prepaid, to all members of the proposed Settlement Class, including those identified by the Settling Defendants. Additionally, the Notice shall be published in accord with the Declaration of

Katherine Lloyd (including but not limited to publication in the press and on the Internet) in same form as referenced above (Exhibits C and F and Docket No. 1513-7). Class Counsel shall also provide a copy of the Notice to all persons who request it and shall post a copy of the Notice on the Internet at the address identified in the Notice. Class Counsel shall notify counsel for Settling Defendants of all members of the Settlement Class who elect to opt out of the Settlement Class or object to the Settlement Agreements within five business days of the deadline for same.

3. At least ten (10) calendar days before the date fixed by this Court for the Final Fairness Hearing, Class Counsel shall cause to be filed with the Clerk of this Court an affidavit or declaration of the person under whose general direction the mailing of the Notice was made, showing that mailing was made in accordance with this Order.

4. Any member of the Settlement Class may request to be excluded from the Class. Such Request of Exclusion must be postmarked within 90 calendar days of the mailing of the Notice, and must otherwise comply with the requirements set forth in the Notice. Any member of the Settlement Class who does not timely seek exclusion from the Class and who wishes to object to the terms of the relevant Proposed Settlement must do so in writing, must mail or deliver copies of such objection to Counsel for the Settling Parties and the Clerk of the Court within 90 calendar days of the mailing of the Notice, and must otherwise comply with the requirements set forth in the Notice.

5. For these Settlements, and the Distribution Plan, a hearing (the "Final Fairness Hearing") shall be held by this Court on **June 6, 2014 at 10 a.m**., before the Honorable Victor Marrero at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312 to make a final determination whether the proposed Settlement Agreements are fair, adequate, and reasonable to the Settlement Classes and should be approved by the Court, and whether Bank of America and G.E. should be released from all claims, as provided in the Settlement Agreements. The Court may adjourn this Final Fairness Hearing without further notice to members of the Class.

7. Class Counsel shall file with the Court their motion for final approval of the

Proposed Settlement Agreements within 10 calendar days prior to the date of the Final Fairness Hearing.

8.      The litigation against Bank of America and G.E. is stayed except as otherwise required by the Bank of America and G.E. Settlement Agreements.

Dated:  26 December 2013

Hon. Victor Marrero
United States District Judge