USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/24/14__

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS. | |

## ORDER FOR WITHDRAWAL OF APPEARANCE

WHEREAS Plaintiffs City of Los Angeles, County of San Diego, County of Tulare, Los Angeles World Airports, Sacramento Suburban Water District, City of Stockton, Public Finance Authority of the City of Stockton, Redevelopment Agency of the City of Stockton; Contra Costa County, City of Riverside, Public Finance Authority of the City of Riverside, Redevelopment Agency of the City of Riverside, County of San Mateo, Sacramento Municipal Utility District, East Bay Municipal Utility District, City of Redwood City, City of Richmond, City of San Jose, The San Jose Redevelopment Agency, Redevelopment Agency of the City and County of San Francisco, Los Angeles Unified School District, Active Retirement Community, Inc., d/b/a Jefferson's Ferry, Peconic Landing at Southhold, Inc., and Kendal on Hudson, Inc. have filed a Motion for Withdrawal of Appearance of Aron K. Liang.

**IT IS HEREBY ORDERED THAT** the motion for withdrawal of the appearance of Aron K. Liang is GRANTED; and the Court further directs the Clerk to remove Aron K. Liang from the docket in the above-noted cases.   IT IS SO ORDERED.

Dated: _24 February 2014_

_____
Hon. Victor Marrero
United States District Judge

Case 1:08-cv-02516-VM-GWG   Document 1859   Filed 02/21/14   Page 1 of 2



**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | |

## <u>CORRECTED MOTION FOR WITHDRAWAL OF APPEARANCE</u>

Plaintiffs City of Los Angeles, County of San Diego, County of Tulare, Los Angeles World Airports, Sacramento Suburban Water District, City of Stockton, Public Finance Authority of the City of Stockton, Redevelopment Agency of the City of Stockton, Contra Costa County, City of Riverside, Public Finance Authority of the City of Riverside, Redevelopment Agency of the City of Riverside, County of San Mateo, Sacramento Municipal Utility District, East Bay Municipal Utility District, City of Redwood City, City of Richmond, City of San Jose, The San Jose Redevelopment Agency, Redevelopment Agency of the City and County of San Francisco, Los Angeles Unified School District, Active Retirement Community, Inc., d/b/a Jefferson's Ferry, Peconic Landing at Southhold, Inc., and Kendal on Hudson, Inc., through their counsel of record, hereby respectfully move, pursuant to Local Civil Rule 1.4, for withdrawal of Aron K. Liang 's appearance in connection with the above-captioned action.  Aron K. Liang is no longer with the firm of Cotchett, Pitre & McCarthy, LLP.

Plaintiffs will continue to be represented by Joseph W. Cotchett, Nanci E. Nishimura, and Steven N. Williams of the law firm Cotchett, Pitre & McCarthy, LLP, together with co-counsel.

Dated: February 21, 2014                     Respectfully submitted,

                                             _____/s/ Nanci E. Nishimura_____
                                             NANCI E. NISHIMURA

                                             Joseph W. Cotchett
                                             Nanci E. Nishimura
                                             Steven N. Williams
                                             **COTCHETT, PITRE & McCARTHY, LLP**
                                             San Francisco Airport Office Center
                                             840 Malcolm Road
                                             Burlingame, CA 94010
                                             Telephone: (650) 697-6000
                                             Facsimile: (650) 697-0577

                                             *Counsel for Plaintiffs City of Los Angeles, County of San Diego, County of Tulare, Los Angeles World Airports, Sacramento Suburban Water District, City of Stockton, Public Finance Authority of the City of Stockton, Redevelopment Agency of the City of Stockton; Contra Costa County, City of Riverside, Public Finance Authority of the City of Riverside, Redevelopment Agency of the City of Riverside, County of San Mateo, Sacramento Municipal Utility District,   East Bay Municipal Utility District, City of Redwood City, City of Richmond, City of San Jose, The San Jose Redevelopment Agency, Redevelopment Agency of the City and County of San Francisco, Los Angeles Unified School District, Active Retirement Community, Inc., d/b/a Jefferson's Ferry, Peconic Landing at Southhold, Inc., and Kendal on Hudson, Inc.*