

202.540.7200 ph
202.540.7201 fax
1700 K Street, NW
Suite 650
Washington, DC 20006

May 1, 2014

**VIA FACSIMILE**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007



Re: *In Re Municipal Derivatives Antitrust Litigation*
    MDL No. 1950: Master Docket No. 08-02516 (VM) (GWG)

Dear Judge Gorenstein:

I write on behalf of all parties. Pursuant to your Order of June 14, 2013, we write to inform you that the parties are discussing a revised schedule for this matter. On April 29, 2014, the parties were advised by the U.S. Department of Justice that it does not intend to seek a stay of any kind once the existing stay expires. This impacts the type of schedule the parties will draft. We would like additional time to continue discussions on a proposed joint schedule, and request until June 13, 2014, to submit a schedule for your approval. The additional time is necessary to involve and coordinate among all parties who will participate in these discussions.

Granted

SO ORDERED: DATE: May 1, 2014
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Sincerely,

/s/ Megan Jones
Megan Jones, On behalf of class plaintiffs

Eric Fastiff, on behalf of Oakland, et al plaintiffs

Nanci Nishimura, on behalf of Cotchett Individual plaintiffs

Timothy C. Houpt, on behalf of Utah Housing Corporation

Joshua I. Barrett, on behalf of West Virginia plaintiffs

Paula Lin, on behalf of all Defendants excluding Bank of America

www.hausfeldllp.com