UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/14

|  |  |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) |

MDL No. 1950

Master Docket No. 08-02516 (VM) (GWG)

This Document Relates to:
ALL ACTIONS

### ORDER AND FINAL JUDGMENT
### ON TRINITY FUNDING CO., LLC, TRINITY PLUS FUNDING CO., LLC, AND GE FUNDING CAPITAL MARKET SERVICES, INC. SETTLEMENT AGREEMENT

Class Plaintiff City of Baltimore, MD, Central Bucks School District and Bucks County Water & Sewer Authority ("Class Plaintiffs"), individually and on behalf of the putative class of purchasers in the above-captioned class action, and Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, and GE Funding Capital Market Services, Inc. ("GE Defendants") entered into a Settlement Agreement to fully and finally resolve the Class's claims against the GE Defendants. On December 12, 2013, the Court entered its Order granting preliminary approval of the proposed settlement ("GE Preliminary Approval Order") (Docket No. 1828). Among other things, the GE Preliminary Approval Order authorized Class Plaintiffs to disseminate notice of the settlement, the fairness hearing, and related matters to the Class. Notice was provided to the Class pursuant to the Preliminary Approval Order and the Court held a fairness hearing on June 6, 2014.

Having considered Class Plaintiffs' Motion for Final Approval of Proposed Settlements with Defendant Bank of America, N.A. and Defendants Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, and GE Funding Capital Market Services, Inc., oral argument presented at the fairness hearing, and the complete records and files in this matter,

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.     This Court has jurisdiction over the subject matter of this litigation.

2.     Terms capitalized in this Order and Final Judgment have the same meanings as those used in the Settlement Agreement.

3.     "Actions" means *In re Municipal Derivatives Antitrust Litigation* and each of the cases previously or later consolidated and/or included as part of MDL Docket No. 1950, Master Docket No. 08-2516 (VM) (GWG).

4.     The GE Preliminary Approval Order outlined the form and manner by which the Class Plaintiffs would provide the Class with notice of the settlement, the fairness hearing, and related matters. The notice program included individual notice to members of the Class who could be identified through reasonable efforts, as well as a comprehensive publication notice program. Proof that mailing and publication complied with the GE Defendants' Preliminary Approval Order has been filed with the Court. This notice program fully complied with Fed. R. Civ. P. 23 and the requirements of due process. It provided due and adequate notice to the Class.

5.     The Court approves, as to form and content, the Class Action Fairness Act ("CAFA") Notice that was served within 10 days after the filing of the Motion for Preliminary Approval of the Settlement (attached as Exhibit A). The Court finds that the Attorney General of the United States, state attorneys general, Federal Reserve Board, and the Office of the Comptroller of the Currency have received notice of the Settlement Agreement in accordance with the terms of CAFA, 28 U.S.C. § 1715(b).

6.     The settlement was attained following an extensive investigation of the facts. It resulted from vigorous arm's-length negotiations which were undertaken in good faith by

2

Case 1:08-cv-02516-VM-GWG Document 1892-3 Filed 06/06/14 Page 3 of 19

counsel with significant experience litigating antitrust class actions.

7.     By order of this Court dated December 12, 2013 (Docket No. 1829), pursuant to Fed. R. Civ. P.23 and in light of the proposed settlement, the Court certified the following class for settlement purposes (the "GE Defendants' Settlement Class"):

> All state, local and municipal government entities, independent government agencies and private entities that purchased Municipal Derivatives directly from a Provider Defendant, or through a Broker Defendant, at any time from January 1, 1992 through August 18, 2011 in the United States and its territories or for delivery in the United States and its territories.

Docket No. 1829, ¶ 4.

8.     Final approval of Class Plaintiffs' settlement with GE Defendants is hereby granted pursuant to Fed. R. Civ. P. 23(e), because it is "fair, reasonable, and adequate" to the Class. In reaching this conclusion, the Court considered the complexity, expense, and likely duration of the litigation, the Class's reaction to the settlement, and the result achieved.

9.     The entities identified on Exhibit B hereto have timely and validly requested exclusion from the Class and, therefore, are excluded. Such entities are not included in or bound by this Order and Final Judgment. Such entities are not entitled to any recovery from the settlement proceeds obtained through this settlement.

10.     Pursuant to this Order and Final Judgment, solely with respect to the GE Defendants, any and all manner of claims, demands, rights, actions, suits, counterclaims, cross claims, set offs, causes of action of any kind, whether class, individual or otherwise in nature, fees, costs, penalties, fines, debts, expenses, attorney fees, damages whenever incurred, and liabilities of any nature whatsoever (including joint and several), known or unknown, suspected or unsuspected, asserted or unasserted, in law or in equity, which GE Defendants Settlement Class Members or any of them, whether directly, representatively, derivatively, or in

3

any other capacity, ever had, now have or hereafter can, shall or may have, relating in any way to conduct prior to the date of the GE Defendants' Settlement Agreement arising out of or related in any way to (i) the purchase of municipal derivatives transactions in the United States or its territories or for delivery in the United States or any of its territories during the period from January 1, 1992 to August 18, 2011, or (ii) any conduct alleged in the litigation or that could have been alleged in the litigation are hereby dismissed with prejudice and without costs.

11.    Releasees (as defined in the Settlement Agreement) are discharged and released from all Released Claims (as defined in the Settlement Agreement) by all Class Plaintiffs and GE Defendants Settlement Class Members, and Class Plaintiffs and GE Defendants Settlement Class Members hereby permanently fully, finally, and forever release, relinquish, and discharge, and (regardless of whether they seek or obtain any distribution from the settlement fund) will covenant not to sue, and will be barred and enjoined from instituting, commencing, or prosecuting any such Released Claim against the Releasees.

12.    The Escrow Account established by Class Plaintiffs' Co-Lead Counsel and GE Defendants, in which $18,050,000 will remain after $200,000 is returned to the GE Defendants, is approved as a Qualified Settlement Fund pursuant to Internal Revenue Code Section 468B and the Treasury Regulations promulgated thereunder.

13.    Neither the Settlement Agreement, nor any act performed or document executed pursuant to the Settlement Agreement, may be deemed or used as an admission of wrongdoing in any civil, criminal, administrative, or other proceeding in any jurisdiction.

14.    Without affecting the finality of this Order and Final Judgment, the Court retains exclusive jurisdiction over: (a) the enforcement of this Order and Final Judgment; (b) the enforcement of the Settlement Agreement; (c) any application for attorneys' fees and

Case 1:08-cv-02516-VM-GWG  Document 1902-3  Filed 06/06/14  Page 6 of 20

reimbursement made by Plaintiffs' Counsel; (d) any application for notice and administration costs, taxes and tax expenses fees; (e) any application for incentive awards for the Class Plaintiffs; and (f) the distribution of the settlement proceeds to the Class Members.

15.    Pursuant to Fed. R. Civ. P. 54, and finding no just reason for delay, the Court hereby directs the entry of final judgment as to the GE Defendants.

16.    This Order shall become effective immediately.

**IT IS SO ORDERED.**

Dated: _June  6_, 2014

HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

5

# EXHIBIT A

# ARNOLD & PORTER LLP

Douglas L. Wald
Douglas.Wald@aporter.com

+1 202.942.5112
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 11, 2013

**VIA FEDEX OR REGISTERED MAIL**

United States Attorney General
And Other Attorneys General
Indentified on Attachment A

Re:    **CAFA Notice of Proposed Class Action Settlement, In re Municipal
Derivatives Antitrust Litigation, MDL No. 1950, Master Docket No.
08-2516**

Dear Sir/Madam:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b),
Trinity Funding Co., LLC ("Trinity"), Trinity Plus Funding Co., LLC ("Trinity Plus"),
and GE Funding Capital Market Services, Inc. ("GE Funding") (collectively, the
"Settling GE Defendants") hereby serve notice of a proposed settlement in In re
Municipal Derivatives Antitrust Litigation, MDL No. 1950, Master Docket No. 08-2516
(S.D.N.Y.) (the "Action") pending in the United States District Court for the Southern
District of New York (the "Court").

A motion for preliminary approval of the proposed settlement in the Action was
filed with the Court on December 6, 2013. In compliance with the requirements set forth
in CAFA, Settling GE Defendants enclose a CD containing copies of the following
documents related to the Action:

1. Class Action Complaint, filed by Hinds County, MS, dated March 12,
   2008;

2. Class Action Complaint, filed by Fairfax County, VA, et al., dated March
   12, 2008;

3. Class Action Complaint, filed by Washington County, TN, dated July 14,
   2008;

# ARNOLD & PORTER LLP

December 11, 2013
Page 2

4. Consolidated Class Action Complaint, dated August 22, 2008;

5. Second Consolidated Amended Class Action Complaint, dated June 18, 2009;

6. Third Consolidated Amended Class Action Complaint, dated March 18, 2013;

7. Corrected Third Consolidated Amended Class Action Complaint, dated October 9, 2013;

8. Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendants Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, And GE Funding Capital Market Services, Inc. (the "Motion");

9. Plaintiffs' Memorandum in Support of Uncontested Motion for Preliminary Approval of Settlement with Defendants Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, and GE Funding Capital Market Services, Inc.;

10. Declaration of Michael D. Hausfeld in Support of Motion for Preliminary Approval of Settlement;

11. The settlement agreement, entitled "Settlement Agreement," dated July 23, 2013 ("Settlement Agreement") submitted to the Court for its preliminary approval as part of the Motion;

12. The supplemental settlement agreement, entitled "Supplemental Agreement Pursuant to Paragraph 47(b) of the Settlement Agreement dated July 23, 2013, between Class Plaintiffs Individually and on Behalf of the Class and Trinity Funding Co., LLC, Trinity Plus Funding Co., LLC, and GE Funding Capital Market Services, Inc. in *In re Municipal Derivatives Antitrust Litigation* (MDL No. 1950)"; and

13. Proposed Order Preliminarily Approving Class Action Settlement.

Settling GE Defendants state that as of the date of this letter and given the early stage of the Action, it is not currently feasible to provide the names of the class members, a reasonable estimate of the number of class members residing in each State, nor an estimated proportionate share of the claims of such members to the entire settlement.

# ARNOLD & PORTER LLP

December 11, 2013
Page 3

Plaintiffs have informed the Court for purposes of other notices required in the Action that 68,236 potential class members have been identified by it and the Claims Administrator, Rust Consulting, Inc., appointed by Plaintiffs. Further information concerning these potential class members is in the possession of Plaintiffs and their Claims Administrator. As defined in the Settlement Agreement enclosed, the proposed settlement class includes:

> All state, local and municipal government entities,
> independent government agencies and private entities that
> purchased Municipal Derivatives directly from a Provider
> Defendant, or through a Broker Defendant, at any time
> from January 1, 1992 through August 18, 2011 in the
> United States and its territories or for delivery in the United
> States and its territories.

Settling GE Defendants further state that, as of the date of this letter:

(i)   Proposed settlement notifications to be disseminated to putative class members informing them of, among other things, the proposed class action settlement and the members' rights to request exclusion, have not been filed with the Court.[1]

(ii)  The Court has not scheduled any other hearings regarding the Motion.

(iii) The Court has not issued any written judicial opinion or order relating to the settlement.

(iv)  The Court has not ordered any final judgment or notice of dismissal.

Sincerely,

Douglas L. Wald
Justin P. Hedge

Enclosures as stated

---

[1] Copies of the proposed notifications will be docketed in the above captioned matter when filed and can be accessed, along with other filings in the Action, via the Public Access to Court Electronic Records system (PACER), https://pacer.login.uscourts.gov.

## ATTACHMENT A

Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
202-514-2001

Afoa Leulumoega Lutu
American Samoa Attorney General
American Samoa Gov't, Exec. Ofc. Bldg,
Utulei, Territory of American Samoa,
Pago Pago, AS 96799
684-633-4163

Luther Strange
Alabama Attorney General
501 Washington Avenue
Montgomery, AL  36104
334-242-7300

Michael C. Geraghty
Alaska Attorney General
P.O. Box 110300
Juneau, AK  99811-0300
907-465-2133

Thomas C. Horne
Arizona Attorney General
1275 W. Washington St.
Phoenix, AZ  85007-2926
602-542-4266

Dustin McDaniel
Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201-2610
501-682-2007

Chris Koster
Missouri Attorney General
Supreme Court Building
207 W. High Street
Jefferson City, MO  65102
573-751-3321

Tim Fox
Montana Attorney General
215 N. Sanders
Helena, MT  59620-1401
406-444-2026

Jon Bruning
Nebraska Attorney General
2115 State Capitol
Lincoln, NE  68509
402-471-2682

Catherine Cortez Masto
Nevada Attorney General
Old Supreme Court Building
100 North Carson Street
Carson City, NV 89701
775-684-1100

Joseph A. Foster
New Hampshire Attorney General
State House Annex
22 Capitol Street
Concord, NH 03301
603-271-3658

John Jay Hoffman
New Jersey Attorney General (Acting)
HJC, 8th Floor, West Wing
25 Market Street
Trenton, NJ 08625-0080
609-292-4925

1

Kamala D. Harris
California Attorney General
ATTN CAFA Coordinator
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
916-445-9555

John W. Suthers
Colorado Attorney General
1525 Sherman Street
Denver, CO 80203
720-508-6000

George C. Jepsen
Connecticut Attorney General
55 Elm Street
Hartford, CT 06106
860-808-5313

Joseph R. Biden, III
Delaware Attorney General
Carvel State Office Bldg.
820 N. French Street
Wilmington, DE 19801
720-577-8338

Irvin B. Nathan
District of Columbia
Attorney General
One Judiciciary Square
441 4th Street, NW
Washington, DC 20001
202-727-3400

Pam Bondi
Florida Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050
850-414-3300

Sam Olens
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334
404-656-3300

Gary K. King
New Mexico Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87504-1508
505-827-6000

Eric T. Schneiderman
New York Attorney General
The Capitol
Albany, NY 12224-0341
518-474-7330

Roy A. Cooper, III
North Carolina Attorney General
114 West Edenton Street
Raleigh, NC 27602
919-716-6400

Wayne Stenehjem
North Dakota Attorney General
State Capitol
600 E. Boulevard Ave.,
Dept. 125
Bismarck, ND 58505-0040
701-328-2210

Joey Patrick San Nicolas
Northern Mariana Islands Attorney General
Office of the Attorney General
P.O. Box 10007
Saipan, MP 96950
(670) 664-2341

Richard M. DeWine
Ohio Attorney General
State Office Tower,
30 E. Broad Street, 14th Floor
Columbus, OH 43215

E. Scott Pruitt
Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
614-466-4320

2

Lenny Rapadas
Guam Attorney General
287 West O'Brien Drive
Hagatna, Guam 96910
671-475-3360

David M. Louie
Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813
808-586-1500

Lawrence G. Wasden
Idaho Attorney General
700 W Jefferson Street
Suite 210
Boise, ID 83720-0010
208-334-2400

Lisa Madigan
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
312-814-3000

Greg Zoeller
Indiana Attorney General
Indiana Government Center South-
5th Floor
302 W. Washington Street
Indianapolis, IN 46204
317-232-6201

Thomas J. Miller
Iowa Attorney General
Hoover State Office Bldg.,
1305 E. Walnut Street
Des Moines, IA 50319
515-281-5164

Derek Schmidt
Kansas Attorney General
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, KS 66612-1597
785-296-2215

Ellen F. Rosenblum
Oregon Attorney General
Oregon Dept. of Justice
1162 Court Street NE
Salem, OR 97301-4096
503-378-4400

Kathleen Kane
Pennsylvania Attorney General
1600 Strawberry Square
16th Floor
Harrisburg, PA 17120
717-787-3391

Luis Sánchez Betances
Puerto Rico Attorney General
Piso 11, 601 Calle Olimpo
Esquina Axtmayer, Parada 11
Miramar, San Juan, PR 00907
787-721-7771

Peter F. Kilmartin
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400

Alan Wilson
South Carolina Attorney General
1000 Assembly Street, Room 519
Columbia, SC 29201
803-734-3970

Marty J. Jackley
South Dakota Attorney General
1302 E. Hwy 14, Suite 1
Pierre, SD 57501-8501
605-773-3215

Robert E. Cooper, Jr.
Tennessee Attorney General
Cordell Hull Building, Ground Floor
425 5th Ave. N.
Nashville, TN 37243
615-741-3491

3

John W. Conway
Kentucky Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449
502-696-5300

James D. Caldwell, Sr.
Louisiana Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
225-326-6079

Janet T. Mills
Maine Attorney General
6 State House Station
Augusta, ME 04333
207-626-8800

Douglas F. Gansler
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202
410-576-6300

Martha M. Coakley
Massachusetts Attorney General
ATTN: CAFA Coordinator/General Counsel's
Office
One Ashburton Place
Boston, MA 02108-1698
617-727-2200

William D. Schuette
Michigan Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa Street
Lansing, MI 48909
517-373-1110

Lori Swanson
Minnesota Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131
651-296-3353

Gregory W. Abbott
Texas Attorney General
300 W. 15th Street
Austin, TX 78701
512-463-2100

John Swallow
Utah Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320
801-366-0260

William H. Sorrell
Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
802-828-3171

Kenneth T. Cuccinelli, II
Virginia Attorney General
900 East Main Street
Richmond, VA 23219
804-786-2071

Bob Ferguson
Washington Attorney General
1125 Washington Street SE
Olympia, WA 98504-0100
360-753-6200

Patrick Morrisey
West Virginia Attorney General
State Capitol Complex, Bldg.,
1 Room E-26
Charleston, WV 25305
304-558-2021

J.B. Van Hollen
Wisconsin Attorney General
Wisconsin Department of Justice
17 W. Main Street
Madison, WI 53703
608-266-1221

4

Jim Hood
Mississippi Attorney General
550 High Street, Suite 1200
Jackson, MS 39201
601-359-3680

Peter K. Michael
Wyoming Attorney General (Interim)
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002
307-777-7841

Vincent Frazer
Virgin Islands Attorney General
Dept. of Justice
G.E.R.S. Complex 488-50C
Kronprinsdens Gade, St. Thomas, VI 00802
340-774-5666

5

# EXHIBIT B

## EXHIBIT B – REQUESTS FOR EXCLUSION FOR GE DEFENDANTS

| ENTITY | ADDRESS |
|---|---|
| 1. City of Ocheyedan | 868 Main Street<br>P.O. Box 129<br>Ocheyedan, IA 51354 |
| 2. Gordon R. Obenauf<br>Janet M. Obenauf | 1136 N.Wood St.<br>N. Muskegon, MI 49445 |
| 3. City of Stockton | P.O. Box 239<br>Stockton, MN 55988 |
| 4. Lobo Energy, Inc. | 800 Bradbury Dr. SE<br>Suite 216<br>Albuquerque, NM 87106 |
| 5. Lesterville R-IV School District | P.O. Box 120<br>Lesterville, MO 63654 |
| 6. The Association of Classical and Christian Schools | P.O. Box 9741<br>Moscow, ID 83843 |
| 7. Hugo Leimer | 110 Gardner Street<br>Borger, TX 79007 |
| 8. New Bremen Local School District | 901 E. Monroe Street<br>New Bremen, OH 45869 |
| 9. Genesee Intermediate School District | 2413 W. Maple Ave.<br>Flint, MI 48507 |
| 10. City of St. Joseph, Missouri | c/o City Attorney's Office<br>1100 Fredrick Ave.<br>St. Joseph, MO 64501 |
| 11. City of St. Joseph, Missouri | 401 S. 7th Street<br>St. Joseph, MO 64501 |
| 12. City of St. Joseph, Missouri | 904 S. 10th Street<br>St. Joseph, MO 64503 |
| 13. City of St. Joseph, Missouri | 701 Lower Lake Rd.<br>St. Joseph, MO 64504 |
| 14. City of St. Joseph, Missouri | 411 Jules<br>St. Joseph, MO 64501 |
| 15. City of St. Joseph, Missouri | 1920 Grand Ave.<br>St. Joseph, MO 64505 |
| 16. City of St. Joseph, Missouri | 2500 S.W. Parkway<br>St. Joseph, MO 64503 |
| 17. City of St. Joseph, Missouri | 100 North 4th<br>St. Joseph, MO 64501 |

## EXHIBIT B – REQUESTS FOR EXCLUSION FOR GE DEFENDANTS

| | |
|---|---|
| 18. City of St. Joseph, Missouri | 717 Edmond Street<br>St. Joseph, MO 64501 |
| 19. City of St. Joseph, Missouri | 3302 Pacific<br>St. Joseph, MO 64507 |
| 20. City of St. Joseph, Missouri | 2402 S. 36th Street<br>St. Joseph, MO 64507 |
| 21. City of St. Joseph, Missouri | 2202 Waterworks Rd.<br>St. Joseph, MO 64505 |
| 22. City of St. Joseph, Missouri | 1502 MacArthur Dr.<br>St. Joseph, MO 64505 |
| 23. City of St. Joseph, Missouri | 2701 S.W. Parkway<br>St. Joseph, MO 64507 |
| 24. City of St. Joseph, Missouri | 100 S. 10th Street<br>St. Joseph, MO 64501 |
| 25. City of St. Joseph, Missouri | 501 Faraon<br>St. Joseph, MO 64501 |
| 26. City of St. Joseph, Missouri | 100 B N.W. Rosecrans Rd.<br>St. Joseph, MO 64503 |
| 27. City of St. Joseph, Missouri | 9431 50th Rd. S.E.<br>St. Joseph, MO 64507 |
| 28. City of St. Joseph, Missouri | 3405 South Belt Hwy.<br>St. Joseph, MO 64503 |
| 29. City of St. Joseph, Missouri | 2316 S. 3rd<br>St. Joseph, MO 64501 |
| 30. City of St. Joseph, Missouri | 702 S. 5th<br>St. Joseph, MO 64501 |
| 31. City of St. Joseph, Missouri | 611 Angelique<br>St. Joseph, MO 64501 |
| 32. City of St. Joseph, Missouri | 3500 State Route 759<br>St. Joseph, MO 64504 |
| 33. Tyler County<br>(County of Tyler) | 100 W. Bluff Room 110<br>Woodville, TX 75979 |
| 34. City of Republic, Kansas | 100 Washington Street<br>P.O. Box 128<br>Republic, Kansas 66964 |
| 35. City of Gladwin | 1000 W. Cedar Ave.<br>Gladwin, MI 48624 |
| 36. Great Northern School District #312 | 3115 N. Spotted Rd<br>Spokane, WA 99223 |

2

## EXHIBIT B – REQUESTS FOR EXCLUSION FOR GE DEFENDANTS

| | |
|---|---|
| 37. The East Bay Delta Housing & Finance Authority | 5517 Geary Blvd. Suite 206 San Francisco, CA 94121 |
| 38. City of Oakland | c/o Office of the City Attorney One Frank H. Ogawa Plaza, 6th Floor Oakland, CA 94612 |
| 39. Iowa Western Community College Foundation (or IWCC Foundation) | 2700 College Rd. Box 4-C Council Bluffs, IA 51502 |
| 40. The Commonwealth of Massachusetts and all entities for which the Attorney General of the Commonwealth of Massachusetts is the sole authorized legal representative. | 1 Ashburton Place 18th Floor Boston, MA 02108 |
| 41. City of Fresno | c/o Office of the Fresno City Attorney 2600 Fresno Street, 2nd Floor Fresno, CA 93721 |
| 42. County of Alameda | c/o Office of the County Counsel 1221 Oak Street, Suite 450 Oakland, CA 94612 |
| 43. County of Fresno | 2281 Tulare Street, Room 304 Fresno, CA 93721  2281 Tulare Street, Room 105 Fresno, CA 93721  c/o Office of the Fresno County Counsel 2220 Tulare Street, Suite 500 Fresno, CA 93721 |
| 44. Fresno County Financing Authority | 2281 Tulare Street, Room 105 Fresno, CA 93721  c/o Office of the Fresno County Counsel 2220 Tulare Street, Suite 500 Fresno, CA 93721 |
| 45. West Virginia Higher Education Policy Commission | 1018 Kanawha Blvd., East #700 Charleston, WV 25301 |
| 46. West Virginia Water Development Authority | 1009 Bullitt Street Charleston, WV 25301 |
| 47. WVU Board of Governors (West Virginia University Board of Governors) | P.O. Box 6201 Morgantown, WV 26506 |

**EXHIBIT B – REQUESTS FOR EXCLUSION FOR GE DEFENDANTS**

| | |
|---|---|
| 48. West Virginia Economic Development Authority | 180 Association Dr. Greenway Building Charleston, WV 25311 |
| 49. West Virginia Hopsital Finance Authority | 1 Players Club Dr. Charleston, WV 25311 |
| 50. Shepherd College | 301 N. King Street Shepherdstown, WV 25443 |
| 51. West Virginia School Building Authority | 2300 Kanawha Blvd., East Charleston, WV 25311 |
| 52. West Virginia Department of Highways | 1900 Kanawha Blvd., East Charleston, WV 25305 |
| 53. West Virginia Housing Development Fund | 5710 MacCorkle Ave. S.E. Charleston, WV 25304 |
| 54. Board of Governors of Fairmont State College | 222 Hardway Hall Fairmont, WV 26554 |
| 55. Saginaw Charter Township | 4980 Shattuck Rd. P.O. Box 6400 Saginaw, MI 48608 |
| 56. Stevens Township | 4332 Herrickville Rd. Wyalusing, PA 18853 |

4