UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (DF) |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

PLEASE TAKE NOTICE that the undersigned attorney, DAVID A. BARRETT of Boies, Schiller & Flexner LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Hinds County, Mississippi and for Class Plaintiffs in the above-captioned proceeding.

Dated: August 22, 2014
        New York, NY

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ David A. Barrett
David A. Barrett
575 Lexington Avenue
New York, NY 10022
dbarrett@bsfllp.com
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Hinds County, Mississippi and Co-Counsel for Class Plaintiffs*

1