UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION  _____  THIS DOCUMENT RELATES TO:  ALL ACTIONS | MDL No. 1950  Master Docket No. 08-02516 (VM) (DF) |

### MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF MAGDA M. JIMENEZ AS COUNSEL OF RECORD

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the undersigned moves this Court for leave to withdraw the appearance of Magda M. Jimenez of Boies, Schiller & Flexner LLP as counsel of record for Plaintiff Hinds County, Mississippi and as counsel for the Class Plaintiffs. In support of this motion, the undersigned counsel relies on the attached Declaration of Magda M. Jimenez.

Dated: August 22, 2014

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ David A. Barrett
David A. Barrett
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

1

William A. Isaacson
Jonathan M. Shaw
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Hinds County, Mississippi and Co-Counsel for Class Plaintiffs*