## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-02516
(VM) (DF)

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## DECLARATION OF MAGDA M. JIMENEZ IN SUPPORT OF
## MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD

In support of this Motion to Withdraw the Appearance of Magda M. Jimenez as Counsel

of Record and pursuant to Rule 1.4 of the Local Rules of the United States District Court for the

Southern District of New York, I, Magda M. Jimenez, hereby declare as follows:

1.   I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel to

plaintiff Hinds County, Mississippi and co-lead counsel to plaintiffs.

2.   As of September 3, 2014, I will no longer be affiliated with Boies, Schiller

& Flexner LLP and will therefore not be involved in the above-referenced matter.

3.   My firm, Boies, Schiller & Flexner LLP, continues to be co-counsel for

the plaintiffs, and appearances by other attorneys from Boies, Schiller & Flexner LLP have been

entered.

4.   I am not asserting a retaining or charging lien.

5.   This Motion to Withdraw and Declaration in Support of the Motion to

Withdraw has been provided to counsel for plaintiffs.  Upon filing these papers, they will be

served upon all other parties.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  August 22, 2014


_____
Magda M. Jimenez