UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/14

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-02516
(VM) (DF)

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF MAGDA M. JIMENEZ AS COUNSEL OF RECORD

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, the undersigned moves this Court for leave to withdraw the appearance of Magda M. Jimenez of Boies, Schiller & Flexner LLP as counsel of record for Plaintiff Hinds County, Mississippi and as counsel for the Class Plaintiffs. In support of this motion, the undersigned counsel relies on the attached Declaration of Magda M. Jimenez.

Dated: August 22, 2014

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ David A. Barrett
David A. Barrett
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

William A. Isaacson
Jonathan M. Shaw
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Hinds County, Mississippi and
Co-Counsel for Class Plaintiffs*

SO ORDERED. Request Granted

8-25-14
DATE        VICTOR MARRERO, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (DF) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### DECLARATION OF MAGDA M. JIMENEZ IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD

In support of this Motion to Withdraw the Appearance of Magda M. Jimenez as Counsel of Record and pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I, Magda M. Jimenez, hereby declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel to plaintiff Hinds County, Mississippi and co-lead counsel to plaintiffs.

2. As of September 3, 2014, I will no longer be affiliated with Boies, Schiller & Flexner LLP and will therefore not be involved in the above-referenced matter.

3. My firm, Boies, Schiller & Flexner LLP, continues to be co-counsel for the plaintiffs, and appearances by other attorneys from Boies, Schiller & Flexner LLP have been entered.

4. I am not asserting a retaining or charging lien.

5. This Motion to Withdraw and Declaration in Support of the Motion to Withdraw has been provided to counsel for plaintiffs. Upon filing these papers, they will be served upon all other parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2014

_____
Magda M. Jimenez