UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) (GWG) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH REMAINING SIX DEFENDANTS |
| | <u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that Class Plaintiffs will move this Court before the Honorable Victor Marrero, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, for an order in support of the Plaintiffs' request for preliminary approval of settlement with the remaining six defendants, as set forth in the attached Proposed Order.

In support of the motion, Class Plaintiffs will rely upon the accompanying memorandum of law, the declaration of Megan Jones attached thereto, and other written or oral argument as may be requested or permitted by the Court.

Dated:  New York, New York
           February 23, 2016

2

By: *Seth D. Ard*

| | |
|---|---|
| William A. Isaacson<br>Jonathan M. Shaw<br>Scott E. Gant<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | William C. Carmody<br>Arun Subramanian<br>Seth D. Ard<br>SUSMAN GODFREY L.L.P.*<br>560 Lexington Avenue, 15th Floor<br>New York, NY 10022-6828<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340 |
| | Michael D. Hausfeld<br>Megan E. Jones<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7201<br>Facsimile: (202) 540-7201 |
| Jordan Connors<br>SUSMAN GODFREY L.L.P.<br>1201 Third Ave., Suite 3800<br>Seattle, WA 98101<br>Telephone: (206) 516-3814<br>Facsimile:  (206) 516-3883 | Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Ave. of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile:  (310) 789-3150 |

**Class Plaintiffs' Co-Lead Counsel**