UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (GWG)<br><br>NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF THE NOTICE PROGRAM, AND PRELIMINARY APPROVAL OF THE PROPOSED DISTRIBUTION PLAN AND CLAIM FORM<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that Class Plaintiffs will move this Court before the Honorable Victor Marrero, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an Order approving the Notice Program, and Preliminary Approval of the Proposed Distribution Plan and Claim Form, as set forth in the Proposed Order.

In support of the motion, Class Plaintiffs will rely upon the accompanying memorandum of law, the declarations attached thereto, and other written or oral argument as may be requested or permitted by the Court.

Dated: New York, New York
       March 4, 2016

By: s/ Seth Ard

4148824v1/010758

| | |
|---|---|
| William A. Isaacson<br>Jonathan M. Shaw<br>Scott E. Gant<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | William C. Carmody<br>Arun Subramanian<br>Seth D. Ard<br>SUSMAN GODFREY L.L.P.<br>560 Lexington Avenue, 15th Floor<br>New York, NY 10022-6828<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340 |
| | Michael D. Hausfeld<br>Megan E. Jones<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7201<br>Facsimile: (202) 540-7201 |
| Jordan Connors<br>SUSMAN GODFREY L.L.P.<br>1201 Third Ave., Suite 3800<br>Seattle, WA 98101<br>Telephone: (206) 516-3814<br>Facsimile:  (206) 516-3883 | Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Ave. of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile:  (310) 789-3150 |

**Plaintiffs' Co-Lead Counsel**