UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION ) ) ) ) | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) |
| This Document Relates to:<br>ALL ACTIONS ) ) ) ) ) | |

**CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH REMAINING DEFENDANTS SOCIÉTÉ GÉNÉRALE, NATIXIS, PIPER JAFFRAY, G.K. BAUM, NATIONAL WESTMINSTER, AND UBS**

Class Plaintiffs hereby move for an Order granting final approval of settlement agreements ("Settlement Agreements") reached between Plaintiffs the City of Baltimore, Maryland, and the Central Bucks School District ("Plaintiffs"), individually and on behalf of the putative class in this action (the "Settlement Class" or "Class"), and Defendants Société Générale, S.A. ("Soc Gen"), Natixis Funding Corp., f/k/a IXIS Funding Corp., and before that, f/k/a CDC Funding Corp. ("Natixis"), Piper Jaffray & Co. ("Piper"), George K. Baum & Company ("GK Baum"), National Westminster Bank plc ("Nat West"), and UBS AG ("UBS") ("the Settling Defendants").

Pursuant to the Soc Gen Settlement Agreement, Soc Gen will make a cash payment of $25,412,500 for the benefit of the Class.

Pursuant to the Natixis Settlement Agreement, Natixis will make a cash payment of $28,452,500 for the benefit of the Class.

Pursuant to the Piper Settlement Agreement, Piper will make a cash payment of $9,750,000 for the benefit of the Class.

Pursuant to the Baum Settlement Agreement, Baum will make a cash payment of $1,400,000 for the benefit of the Class.

Pursuant to the Nat West Settlement Agreement, Nat West will make a cash payment of $3,500,000 for the benefit of the Class.

Pursuant to the UBS Settlement Agreement, UBS will make a cash payment of $32,000,000 for the benefit of the Class.

Pursuant to Federal Rule of Civil Procedure 23(e), Class Plaintiffs respectfully request that the Court enter an Order for each settlement, in the form attached herewith as the Proposed Order and Final Judgment, approving the Settlement Agreements and granting such other and further relief as may be appropriate.

This motion is supported by the Settlement Agreements; Class Plaintiffs' Memorandum of Law in Support of Motion for Final Approval, submitted herewith; the Affidavit of Rebecca Blake, and all exhibits attached thereto; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court.

The Settling Defendants do not oppose the motion and seek the same relief as set forth herein.

Dated: June 8, 2016	Respectfully submitted,

/s/ *Scott E. Gant*

William C. Carmody
Seth D. Ard
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Marc M. Seltzer
SUSMAN GODFREY, L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone:  (310) 789-3100
Facsimile: (310) 789-3150

Michael D. Hausfeld
Megan E. Jones
HAUSFELD LLP
1700 K Street
NW Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile: (202) 540-7201

William A. Isaacson
Jonathan M. Shaw
Scott E. Gant
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile: (202) 237-6131

*Plaintiffs' Co-Lead Interim Class Counsel*