UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-02516 (VM) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/16

**ORDER**

Upon review of the pleadings submitted to this Court, IT IS HEREBY ORDERED THAT:

1. Class Plaintiffs' Counsel shall receive a total of $33,000,000 in attorneys' fees to be paid out of settlement funds created by six separate settlement agreements reached with defendants: (a) Société Générale, S.A., (b) Natixis Funding Corp., f/k/a IXIS Funding Corp., and before that, f/l/a CDC Funding Corp., (c) Piper Jaffray & Co., (d) George K. Baum & Company, (e) National Westminster Bank plc, and (f) UBS AG (the "Settlements").

2. Class Plaintiffs' Counsel shall be reimbursed $2,484,198.24 in costs and expenses reasonably incurred in the prosecution and settlement of this litigation, to be paid out of the settlement funds created by the Settlements.

3. Class Plaintiffs' current Lead Counsel (consisting of Hausfeld LLP, Boies, Schiller & Flexner LLP, and Susman Godfrey, LLP) shall have the sole authority to allocate and distribute any attorneys' fees and expenses awarded from the Settlements

1

Case 1:08-cv-02516-VM-GWG Document 2012-1 Filed 05/06/16 Page 2 of 2

awarded pursuant to this Order in a manner which, in the opinion of Lead Counsel, fairly compensates the Plaintiffs' Counsel's firms for their services.

4. An incentive award of $18,000, to be drawn equally from each of the funds created by the Settlements ($3,000 from each Settlement per Class Plaintiff), shall be paid to each of the following named Class Plaintiffs: the City of Baltimore, Maryland and the Central Bucks School District.

Dated: ~~May~~ July 8, 2016

SIGNED:

_/s/_

U.S. District Court Judge